**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HOBBICO, INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-10055 (KG)<br><br>Jointly Administered<br><br>**Re: D.I. 65** |

**SUPPLEMENTAL DECLARATION OF ROBERT J. DEHNEY IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 327(a), 328(a), AND 1107(b), FED. R. BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1, AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS DELAWARE BANKRUPTCY CO-COUNSEL FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, ROBERT J. DEHNEY, hereby declare under penalty of perjury:

1. I am a partner in the firm of Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), which maintains an office for the practice of law at 1201 North Market Street, 16th Floor, Wilmington, Delaware 19801. I am an attorney at law, duly admitted and in good standing to practice in the states of Delaware, Pennsylvania, Connecticut, and New York as well as the United States District Court for the District of Delaware.

2. I submit this declaration to supplement my declaration dated January 12, 2018 (the "Initial Declaration"), attached as Exhibit A to the *Debtors' Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1, Authorizing Retention and Employment of Morris, Nichols,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hobbico, Inc. (9545); Tower Hobbies, Inc. (5185); Great Planes Model Manufacturing, Inc. (5259); United Model, Inc. (5302); Revell Inc. (8545); Estes-Cox Corp. (2196); and Axial R/C Inc. (0233). The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

*Arsht & Tunnell LLP as Delaware Bankruptcy Co-Counsel for the Debtors,* Nunc Pro Tunc *to the Petition Date*[2] (D.I. 65) and to provide certain disclosures under sections 327(a) and 329(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

3. Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently hereto.

4. Morris Nichols conducted, and continues to conduct, research into its relations with the Debtors, their creditors, and other parties in interest in these chapter 11 cases. In connection with this research, I am informed that Morris Nichols has been engaged to represent CenturyLink and/or affiliates or related entities in matters unrelated to these chapter 11 cases.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 19, 2018
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert J. Dehney*
　　　　　　　　　　　　　　　　　　　　　　　　Robert J. Dehney, Esq.

---

[2] Capitalized terms not defined in this Declaration are defined in the Application. Morris Nichols does not waive by the Application and this Declaration and their contents, and hereby reserves and preserves, all privileges.