**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF Delaware**

In re Hobbico, Inc., et al.
    Debtor

Case No. 18-10055 (KG)

**INITIAL MONTHLY OPERATING REPORT**
**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| **13-Week Cash Flow Projection (Form IR-1)** | | |
| **Certificates of Insurance:** | Attached | |
|    Workers Compensation | See attached | |
|    Property | See attached | |
|    General Liability | See attached | |
|    Vehicle | See attached | |
|    Other: | See attached | |
|    Identify areas of self-insurance w/liability caps | | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
|    Tax Escrow Account | None | Not required per cash Mgt. motion |
|    General Operating Account | | Maintained pre-Petition accts. per Cash mgt.motion |
|    Money Market Account pursuant to Local Rule 4001-3. Refer to http://www.deb.uscourts.gov/ | None | |
|    Other: | | |
| **Retainers Paid (Form IR-2)** | See attached | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

*/s/ Thomas S. O'Donoghue Jr.*

_____    February 15, 2018
Signature of Debtor    Date

_____    _____
Signature of Joint Debtor    Date

_____    _____
Signature of Authorized Individual*    Date

Tom S. O'Donoghue, Jr.    Chief Restructuring Officer
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

**\*\*BUDGET FOR DISCUSSION PURPOSES ONLY - SUBJECT TO FURTHER REVIEW**

Hobbico Consolidated (excl. Germany)
Variance Budget
($000)

| Week Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13 Week Total | % of Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending (Fri) | 12-Jan | 19-Jan | 26-Jan | 2-Feb | 9-Feb | 16-Feb | 23-Feb | 2-Mar | 9-Mar | 16-Mar | 23-Mar | 30-Mar | 6-Apr | | |
| | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | | |
| Total Operating Receipts | 3,163 | 3,336 | 2,941 | 2,344 | 2,218 | 2,695 | 2,363 | 2,757 | 2,212 | 2,124 | 2,020 | 2,185 | 1,915 | 32,272 | 115.2% |
| **Total Cash Receipts** | 3,163 | 3,336 | 2,941 | 2,344 | 2,218 | 2,695 | 2,363 | 2,757 | 2,212 | 2,124 | 2,020 | 2,185 | 1,915 | 32,272 | 115.2% |
| **Operating Cash Disbursements** | | | | | | | | | | | | | | | |
| Purchases (Merchandise) | 1,082 | 3,089 | 1,924 | 906 | 1,484 | 904 | 1,256 | 151 | 1,164 | 579 | 827 | 190 | 656 | 14,211 | 50.7% |
| Freight In/out, Packaging, Other | 146 | 157 | 152 | 144 | 139 | 157 | 148 | 146 | 136 | 141 | 134 | 144 | 107 | 1,851 | 6.6% |
| Gross Wages | - | 532 | 47 | 540 | - | 507 | 47 | 508 | - | 509 | 52 | 496 | - | 3,238 | 11.6% |
| Payroll Expenses (Taxes/benefits) | 19 | 344 | 2 | 307 | 186 | 347 | 2 | 289 | 191 | 344 | 7 | 288 | 200 | 2,527 | 9.0% |
| Professional Fees, ordinary course | 33 | 119 | 29 | 33 | 13 | 63 | 23 | 23 | 28 | 63 | 13 | 13 | 28 | 479 | 1.7% |
| Rent | - | - | 0 | 153 | 9 | - | 9 | 153 | 9 | - | - | 0 | 100 | 434 | 1.5% |
| Telephone & Utilities | 2 | 5 | 31 | 4 | 11 | 20 | 12 | 3 | 29 | 17 | 4 | 10 | 14 | 163 | 0.6% |
| Insurance | 185 | 5 | 5 | 133 | 5 | 5 | 5 | 133 | 5 | 5 | 5 | 5 | 185 | 680 | 2.4% |
| Royalties | 165 | 85 | 19 | 188 | - | - | - | 80 | - | - | 10 | 80 | - | 627 | 2.2% |
| Other Operating | 189 | 176 | 169 | 198 | 88 | 211 | 120 | 215 | 92 | 114 | 92 | 147 | 133 | 1,944 | 6.9% |
| **Total Operating Cash Disbursements** | 1,822 | 4,514 | 2,378 | 2,606 | 1,933 | 2,215 | 1,623 | 1,701 | 1,653 | 1,772 | 1,142 | 1,372 | 1,423 | 26,156 | 93.3% |
| **Total Operating Cash Flow In (Out)** | 1,341 | (1,178) | 563 | (262) | 285 | 479 | 739 | 1,056 | 559 | 352 | 877 | 812 | 492 | 6,116 | 21.8% |
| Cumm Operating Cash Flow In (Out) | 1,341 | 163 | 726 | 464 | 748 | 1,228 | 1,967 | 3,023 | 3,582 | 3,934 | 4,811 | 5,624 | 6,116 | 6,116 | |
| **Non-Operating Cash Disbursements (Inflow)** | | | | | | | | | | | | | | | |
| DEBT Fees & Interest | 325 | - | - | 1,487 | - | - | - | 843 | - | - | - | 843 | - | 3,498 | 12.5% |
| Tooling payments | 107 | 61 | 2 | 10 | 279 | - | 3 | 23 | 111 | 63 | 3 | - | 54 | 716 | 2.6% |
| Professional Fees, Restructuring * | 556 | 85 | - | 307 | 93 | 174 | 419 | 764 | 86 | 171 | 320 | 740 | 183 | 3,898 | 13.9% |
| Deposits | - | 250 | 150 | - | - | - | - | - | - | - | - | - | - | 400 | 1.4% |
| Critical Vendor payments | - | 800 | 700 | 600 | 650 | 200 | - | - | - | - | - | - | - | 2,950 | 10.5% |
| Specified Reserve Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| FCBP | | | | 66 | | 8 | | 26 | | | | | 108 | 208 | 0.7% |
| | | | | | | | | | | | | | | - | 0.0% |
| **Total Non-Operating Cash Disbursements** | 988 | 1,196 | 852 | 2,469 | 1,022 | 381 | 422 | 1,657 | 198 | 234 | 323 | 1,584 | 345 | 11,670 | 41.6% |
| Cumm Non-Operating Cash Disbursements | 988 | 2,184 | 3,036 | 5,505 | 6,527 | 6,908 | 7,330 | 8,987 | 9,184 | 9,418 | 9,741 | 11,325 | 11,670 | 11,670 | |
| **Total Cash Flow In (Out)** | 353 | (2,374) | (289) | (2,731) | (738) | 98 | 317 | (601) | 361 | 118 | 554 | (771) | 147 | (5,554) | -19.8% |

*All amounts are exclusive of professional fees, costs, and expenses of Administrative Agent and the Senior Lenders

*For avoidance of doubt, any Transaction Fees earned by Lincoln Partners Advisors are not incorporated into the Budget but are part of the Carveout as described in the DIP Order and shall be paid when earned from proceeds of any transaction or as otherwise required pursuant to the Terms of Lincoln's retention as approved by the Court.

**Four week rolling totals:**

| Total Receipts | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Budgeted | | | | 12,794 | 12,771 | 12,465 | 11,784 | 10,839 | 10,198 | 9,619 | 10,032 | 10,026 | 9,455 | 9,113 | 8,540 | 8,243 |
| Actual | | | | 12,794 | 12,771 | 12,465 | 11,784 | 10,839 | 10,198 | 9,619 | 10,032 | 10,026 | 9,455 | 9,113 | 8,540 | 8,243 |
| Variance | | | | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

Total Operating Cash Disbursements
| Budgeted | 9,963 | 11,796 | 11,568 | 11,321 | 11,432 | 9,133 | 8,378 | 7,473 | 7,193 | 6,749 | 6,268 | 5,940 | 5,709 |
| Actual | 9,963 | 11,796 | 11,568 | 11,321 | 11,432 | 9,133 | 8,378 | 7,473 | 7,193 | 6,749 | 6,268 | 5,940 | 5,709 |
| Variance | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

Total Non-Operating Cash Disbursements
| Budgeted | 2,514 | 3,601 | 3,492 | 5,505 | 5,539 | 4,724 | 4,294 | 3,482 | 2,657 | 2,510 | 2,411 | 2,338 | 2,486 |
| Actual | 2,514 | 3,601 | 3,492 | 5,505 | 5,539 | 4,724 | 4,294 | 3,482 | 2,657 | 2,510 | 2,411 | 2,338 | 2,486 |
| Variance | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

**\*\*BUDGET FOR DISCUSSION PURPOSES ONLY - SUBJECT TO FURTHER REVIEW\*\***

Hobbico Consolidated (excl. Germany)
Variance Budget
($000)

| Week Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13 Week Total | % of Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending (Fri) | 12-Jan | 19-Jan | 26-Jan | 2-Feb | 9-Feb | 16-Feb | 23-Feb | 2-Mar | 9-Mar | 16-Mar | 23-Mar | 30-Mar | 6-Apr | | |
| | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | | |
| **Receivables:** | | | | | | | | | | | | | | | |
| Beginning AR | 18,980 | 17,887 | 16,796 | 16,195 | 16,138 | 16,021 | 15,562 | 15,569 | 15,102 | 14,860 | 14,860 | 14,854 | 15,084 | 18,980 | |
| Plus: New Sales | 2,070 | 2,246 | 2,340 | 2,286 | 2,101 | 2,235 | 2,370 | 2,290 | 1,970 | 2,125 | 2,014 | 2,415 | 1,563 | 28,024 | |
| Less: Collections | 3,163 | 3,336 | 2,941 | 2,344 | 2,218 | 2,695 | 2,363 | 2,757 | 2,212 | 2,124 | 2,020 | 2,185 | 1,915 | 32,272 | |
| Gross A/R - Trade | 17,887 | 16,796 | 16,195 | 16,138 | 16,021 | 15,562 | 15,569 | 15,102 | 14,860 | 14,860 | 14,854 | 15,084 | 14,732 | 14,732 | |
| Less: Ineligible Receivables | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | |
| **Eligible Receivables** | 11,887 | 10,796 | 10,195 | 10,138 | 10,021 | 9,562 | 9,569 | 9,102 | 8,860 | 8,860 | 8,854 | 9,084 | 8,732 | 8,732 | |
| Advance rate | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | |
| **Collateral Value of Receivables** | 10,104 | 9,177 | 8,666 | 8,617 | 8,518 | 8,128 | 8,134 | 7,737 | 7,531 | 7,531 | 7,526 | 7,722 | 7,422 | 7,422 | |
| | | | | | | | | | | | | | | | |
| **Inventory:** | | | | | | | | | | | | | | | |
| Beginning Inventory | 25,947 | 26,027 | 26,509 | 25,593 | 26,300 | 25,772 | 24,544 | 23,923 | 24,815 | 24,392 | 23,987 | 22,843 | 22,712 | 25,947 | |
| Plus: New Receipts | 1,302 | 1,810 | 467 | 2,069 | 728 | 108 | 787 | 2,258 | 755 | 865 | 60 | 1,313 | 859 | 13,381 | |
| Less: COGS | 1,221 | 1,328 | 1,384 | 1,362 | 1,256 | 1,335 | 1,408 | 1,366 | 1,178 | 1,270 | 1,204 | 1,444 | 963 | 16,719 | |
| Ending Inventory | 26,027 | 26,509 | 25,593 | 26,300 | 25,772 | 24,544 | 23,923 | 24,815 | 24,392 | 23,987 | 22,843 | 22,712 | 22,609 | 22,609 | |
| Less: Ineligibles | (7,250) | (7,250) | (7,250) | (7,250) | (7,250) | (7,250) | (7,250) | (7,250) | (7,250) | (7,250) | (7,250) | (7,250) | (7,250) | (7,250) | |
| **Eligible Inventory** | 18,777 | 19,259 | 18,343 | 19,050 | 18,522 | 17,294 | 16,673 | 17,565 | 17,142 | 16,737 | 15,593 | 15,462 | 15,359 | 15,359 | |
| Advance Rate | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | |
| **Collateral Value of Inventory** | 11,266 | 11,556 | 11,006 | 11,430 | 11,113 | 10,377 | 10,004 | 10,539 | 10,285 | 10,042 | 9,356 | 9,277 | 9,215 | 9,215 | |
| | | | | | | | | | | | | | | | |
| **Total Available Collateral** | **21,370** | **20,733** | **19,671** | **20,047** | **19,631** | **18,504** | **18,138** | **18,276** | **17,816** | **17,574** | **16,882** | **16,999** | **16,638** | **16,638** | |

**BUDGET FOR DISCUSSION PURPOSES ONLY - SUBJECT TO FURTHER REVIEW**

Hobbico Consolidated (excl. Germany)
Variance Budget
($000)

| Week Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13 Week Total | % of Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending (Fri) | 12-Jan | 19-Jan | 26-Jan | 2-Feb | 9-Feb | 16-Feb | 23-Feb | 2-Mar | 9-Mar | 16-Mar | 23-Mar | 30-Mar | 6-Apr | | |
| | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | | |
| **PRE-PETITION SECURED OBLIGATIONS:** | | | | | | | | | | | | | | | |
| **Revolver** | 37,226 | 34,063 | 30,727 | - | - | - | - | - | - | - | - | - | - | 37,226 | |
| Paydown | (3,163) | (3,336) | (30,727) | - | - | - | - | - | - | - | - | - | - | (37,226) | |
| **Ending Pre-petition Revolver** | 34,063 | 30,727 | - | - | - | - | - | - | - | - | - | - | - | - | |
| | | | | | | | | | | | | | | | |
| **Term Loan** | 37,500 | 37,500 | 37,500 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 37,500 | |
| Paydown | | | (26,900) | | | | | | | | | | | (26,900) | |
| **Ending Pre-petition Term Loan** | 37,500 | 37,500 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | |
| | | | | | | | | | | | | | | | |
| **Total Remaining Pre-petition Senior Debt** | 71,563 | 68,227 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | 10,600 | |
| | | | | | | | | | | | | | | | |
| **DIP FACILITY:** | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| **DIP Revolving Facility** | | | | | | | | | | | | | | | |
| Beginning Balance | - | 2,810 | 8,520 | 39,536 | 42,268 | 43,005 | 42,907 | 42,589 | 43,190 | 42,829 | 42,710 | 42,156 | 42,928 | - | |
| Less (Plus): Total Cash Flow In (Out) | 2,810 | 5,710 | 31,016 | 2,731 | 738 | (98) | (317) | 601 | (361) | (118) | (554) | 771 | (147) | 42,781 | |
| Change in Cash Balance | | | | | | | | | | | | | | - | |
| Less (Plus): Float Variance | | | | | | | | | | | | | | - | |
| **Ending DIP Revolving Facility** | 2,810 | 8,520 | 39,536 | 42,268 | 43,005 | 42,907 | 42,589 | 43,190 | 42,829 | 42,710 | 42,156 | 42,928 | 42,781 | 42,781 | |
| *Restricted Cash Balance* | | | | | | | | | | | | | | - | |
| **DIP Revolving Facility** | 2,810 | 8,520 | 39,536 | 42,268 | 43,005 | 42,907 | 42,589 | 43,190 | 42,829 | 42,710 | 42,156 | 42,928 | 42,781 | 42,781 | |
| | | | | | | | | | | | | | | | |
| **Ending DIP Revolving Facility** | 36,873 | 39,247 | 39,536 | 42,268 | 43,005 | 42,907 | 42,589 | 43,190 | 42,829 | 42,710 | 42,156 | 42,928 | 42,781 | 42,781 | |
| | | | | | | | | | | | | | | | |
| **DIP Term Loan Facility** | | | | | | | | | | | | | | | |
| Opening Balance | - | - | - | 26,900 | 26,900 | 26,900 | 26,900 | 26,900 | 26,900 | 26,900 | 26,900 | 26,900 | 26,900 | - | |
| Paydown/Borrow | | | 26,900 | | | | | | | | | | | 26,900 | |
| **Ending DIP Term Loan Facility** | - | - | 26,900 | 26,900 | 26,900 | 26,900 | 26,900 | 26,900 | 26,900 | 26,900 | 26,900 | 26,900 | 26,900 | 26,900 | |
| | | | | | | | | | | | | | | | |
| **Total Loan Credit** | 74,373 | 76,747 | 77,036 | 79,768 | 80,505 | 80,407 | 80,089 | 80,690 | 80,329 | 80,210 | 79,656 | 80,428 | 80,281 | 80,281 | |

**All amounts are exclusive of professional fees, costs, and expenses of Administrative Agent and the senior Lenders

*** Total Loan Credit includes all DIP Revolver, DIP Term Loan, and Specified Existing Term Loan exclusive of transaction fees due Lincoln International

| **RESERVES** | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carveout Reserve* | 355 | 583 | 910 | 941 | 1,219 | 1,340 | 1,583 | 1,073 | 1,332 | 1,461 | 1,670 | 1,291 | 1,420 | | |
| Specified Reserves | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | | |
| Other Statutory liabilities | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | | |
| **Ending RESERVES** | 930 | 1,158 | 1,485 | 1,516 | 1,794 | 1,915 | 2,158 | 1,648 | 1,907 | 2,036 | 2,245 | 1,866 | 1,995 | | |
| | | | | | | | | | | | | | | | |
| **Permitted Overadvance ** | (16,433) | (19,672) | (21,350) | (23,736) | (25,168) | (26,317) | (26,610) | (26,563) | (26,919) | (27,172) | (27,519) | (27,795) | (28,138) | | |

*For avoidance of doubt, any Transaction Fees earned by Lincoln Partners Advisors are not incorporated into the Budget but are part of the Carveout as described in the DIP Order and shall be paid when earned from proceeds of any transaction or as otherwise required pursuant to the Terms of Lincoln's retention as approved by the Court.

*Carveout Reserve represents the accrued and unpaid fees to carveout professionals prior to outstanding retainers of approximately $500K

**Forecast overadvance less ending reserves

109856



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 1/22/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Commercial Lines - (217) 398-4400
USI Insurance Services National, Inc.
2107 S. Neil Street
Champaign, IL 61820-2071

**CONTACT NAME:** Cindy Cunningham
**PHONE (A/C, No, Ext):** 217.281.0340
**FAX (A/C, No):** 610.537.2014
**E-MAIL ADDRESS:** cindy.cunningham@usi.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Navigators Specialty Insurance Company | 36056 |
| INSURER B : BITCO General Insurance Corporation | 20095 |
| INSURER C : Indian Harbor Insurance Company | 36940 |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**
Axial R/C Inc.
PO Box 9021

Champaign, IL  61826-9021

## COVERAGES
**CERTIFICATE NUMBER:** 12623113  **REVISION NUMBER:** See below

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY <br> ☐ CLAIMS-MADE  X OCCUR | | | HO17CGL093516IC | 10/1/2017 | 10/1/2018 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ EXCLUDED |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: <br> X POLICY ☐ PRO-JECT ☐ LOC ☐ OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | BI/PD Deductible Per Occurre | $ 25,000 |
| B | AUTOMOBILE LIABILITY <br> X ANY AUTO <br> ☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS <br> X HIRED AUTOS ONLY  X NON-OWNED AUTOS ONLY | | | CAP3659287 | 10/1/2017 | 10/1/2018 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | ☐ UMBRELLA LIAB  X OCCUR <br> X EXCESS LIAB  ☐ CLAIMS-MADE <br> ☐ DED  ☐ RETENTION $ 0 | | | SXS004840101 | 10/1/2017 | 10/1/2018 | EACH OCCURRENCE | $ 5,000,000 |
| | | | | | | | AGGREGATE | $ 5,000,000 |
| | | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N <br> ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N (Mandatory in NH) <br> If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | WC3659286 | 10/1/2017 | 10/1/2018 | X PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**CERTIFICATE HOLDER**

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*[signature]*

The ACORD name and logo are registered marks of ACORD   © 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 1/22/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Commercial Lines - (217) 398-4400
USI Insurance Services National, Inc.
2107 S. Neil St.
Champaign, IL 61820

**CONTACT NAME:** Cindy Cunningham
**PHONE (A/C, No, Ext):** 217-398-4400
**FAX (A/C, No):** 610.537.2014
**E-MAIL ADDRESS:** cindy.cunningham@usi.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: First Mercury Insurance Company | 10657 |
| INSURER B: BITCO General Insurance Corporation | 20095 |
| INSURER C: Navigators Specialty Insurance Company | 36056 |
| INSURER D: Pinnacol Assurance Company | 41190 |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Estes-Cox Corp.; Estes Industries & Cox Centuri Corp
1295 H Street
Penrose, CO 81240-0227

**COVERAGES**    **CERTIFICATE NUMBER:** 12623144    **REVISION NUMBER:** See below

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE  X OCCUR | | | ILCGL000000467306 | 1/31/2017 | 1/31/2018 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ Excluded |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY  PRO-JECT  LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| B | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>OWNED AUTOS ONLY  SCHEDULED AUTOS<br>X HIRED AUTOS ONLY  X NON-OWNED AUTOS ONLY | | | CAP3659287 | 10/01/2017 | 10/01/2018 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | UMBRELLA LIAB  X OCCUR<br>X EXCESS LIAB  CLAIMS-MADE<br>DED  RETENTION $ 0 | | | HO17EXC770225IC | 1/31/2017 | 1/31/2018 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | | AGGREGATE | $ 10,000,000 |
| | | | | | | | | $ |
| D | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY           Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N  N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | 3080331 | 10/01/2017 | 10/01/2018 | X PER STATUTE  OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**CERTIFICATE HOLDER**

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**

*Jeanne Brandon*

The ACORD name and logo are registered marks of ACORD   © 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)

(This certificate replaces certificate# 12623143 issued on 1/22/2018)



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 1/22/2018

146388

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Commercial Lines - (217) 398-4400
USI Insurance Services National, Inc.
2107 S. Neil St.
Champaign, IL 61820

**CONTACT NAME:** Cindy Cunningham
**PHONE (A/C, No, Ext):** 217.281.0340
**FAX (A/C, No):** 610.537.2014
**E-MAIL ADDRESS:** cindy.cunningham@usi.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: First Mercury Insurance Company | 10657 |
| INSURER B: BITCO General Insurance Corporation | 20095 |
| INSURER C: Navigators Specialty Insurance Company | 36056 |
| INSURER D: Pinnacol Assurance Company | 41190 |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Estes-Cox Corp.; Estes Industries & Cox Centuri Corp
1295 H Street
Penrose, CO 81240-0227

**COVERAGES**   **CERTIFICATE NUMBER:** 12623157   **REVISION NUMBER:** See below

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY  CLAIMS-MADE X OCCUR | | | ILCGL000000467307 | 1/31/2018 | 1/31/2019 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | | | | | | | MED EXP (Any one person) | Excluded |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: X POLICY  PRO-JECT  LOC  OTHER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| B | AUTOMOBILE LIABILITY  X ANY AUTO  OWNED AUTOS ONLY  SCHEDULED AUTOS  X HIRED AUTOS ONLY  X NON-OWNED AUTOS ONLY | | | CAP3659287 | 10/01/2017 | 10/01/2018 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | |
| | | | | | | | BODILY INJURY (Per accident) | |
| | | | | | | | PROPERTY DAMAGE (Per accident) | |
| C | UMBRELLA LIAB X OCCUR  X EXCESS LIAB  CLAIMS-MADE  DED  RETENTION $ 0 | | | HO18EXC770225IC | 1/31/2018 | 1/31/2019 | EACH OCCURRENCE | $10,000,000 |
| | | | | | | | AGGREGATE | $10,000,000 |
| D | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | 3080331 | 10/01/2017 | 10/01/2018 | X PER STATUTE  OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**CERTIFICATE HOLDER**
Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*(signature)*

The ACORD name and logo are registered marks of ACORD    © 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)



109856

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 1/22/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Commercial Lines - (217) 398-4400
USI Insurance Services National, Inc.
2107 S. Neil Street
Champaign, IL 61820-2071

**CONTACT NAME:** Cindy Cunningham
**PHONE (A/C, No, Ext):** 217.281.0340
**FAX (A/C, No):** 610.537.2014
**E-MAIL ADDRESS:** cindy.cunningham@usi.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Navigators Specialty Insurance Company | 36056 |
| INSURER B: BITCO General Insurance Corporation | 20095 |
| INSURER C: Indian Harbor Insurance Company | 36940 |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Great Planes Model Manufacturing, Inc.
PO Box 9021
Champaign, IL 61826-9021

**COVERAGES**     **CERTIFICATE NUMBER:** 12623120     **REVISION NUMBER:** See below

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE  X  OCCUR | | | HO17CGL093516IC | 10/1/2017 | 10/1/2018 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | | | | | | | MED EXP (Any one person) | $ EXCLUDED |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY   PRO-JECT   LOC   OTHER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | | | BI/PD Deductible Per Occurre | $25,000 |
| B | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>  OWNED AUTOS ONLY   SCHEDULED AUTOS<br>X HIRED AUTOS ONLY  X NON-OWNED AUTOS ONLY | | | CAP3659287 | 10/1/2017 | 10/1/2018 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | UMBRELLA LIAB  X OCCUR<br>X EXCESS LIAB   CLAIMS-MADE<br>  DED   RETENTION $ 0 | | | SXS004840101 | 10/1/2017 | 10/1/2018 | EACH OCCURRENCE | $5,000,000 |
| | | | | | | | AGGREGATE | $5,000,000 |
| | | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y/N<br>ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  N<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | WC3659286 | 10/1/2017 | 10/1/2018 | X PER STATUTE   OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**CERTIFICATE HOLDER**
Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*[signature]*

The ACORD name and logo are registered marks of ACORD   © 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)



109856

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 1/22/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Commercial Lines - (217) 398-4400
USI Insurance Services National, Inc.
2107 S. Neil Street
Champaign, IL 61820-2071

**CONTACT NAME:** Cindy Cunningham
**PHONE (A/C, No, Ext):** 217.281.0340
**FAX (A/C, No):** 610.537.2014
**E-MAIL ADDRESS:** cindy.cunningham@usi.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Navigators Specialty Insurance Company | 36056 |
| INSURER B: BITCO General Insurance Corporation | 20095 |
| INSURER C: Indian Harbor Insurance Company | 36940 |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Hobbico Inc.
PO Box 9021
Champaign, IL  61826-9021

**COVERAGES**   **CERTIFICATE NUMBER:** 12623108   **REVISION NUMBER:** See below

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY <br> ☐ CLAIMS-MADE  X OCCUR | | | HO17CGL093516IC | 10/1/2017 | 10/1/2018 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ EXCLUDED |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: <br> X POLICY ☐ PRO-JECT ☐ LOC ☐ OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | BI/PD Deductible Per Occurre | $ 25,000 |
| B | AUTOMOBILE LIABILITY <br> X ANY AUTO <br> ☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS <br> X HIRED AUTOS ONLY  X NON-OWNED AUTOS ONLY | | | CAP3659287 | 10/1/2017 | 10/1/2018 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | UMBRELLA LIAB  X OCCUR <br> X EXCESS LIAB  ☐ CLAIMS-MADE <br> ☐ DED  ☐ RETENTION $ 0 | | | SXS004840101 | 10/1/2017 | 10/1/2018 | EACH OCCURRENCE | $ 5,000,000 |
| | | | | | | | AGGREGATE | $ 5,000,000 |
| | | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N <br> ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  N <br> (Mandatory in NH) <br> If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | WC3659286 | 10/1/2017 | 10/1/2018 | X PER STATUTE  ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Richard L. Schepacarter <br> Office of the United States Trustee <br> U. S. Department of Justice <br> 844 King Street, Suite 2207 <br> Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. <br><br> **AUTHORIZED REPRESENTATIVE** *Jeanne Brandon* |

The ACORD name and logo are registered marks of ACORD   © 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)

Case 18-10055-KG  Doc 169  Filed 02/15/18  Page 10 of 20



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 1/22/2018

109856

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Commercial Lines - (217) 398-4400
USI Insurance Services National, Inc.
2107 S. Neil Street
Champaign, IL 61820-2071

**CONTACT NAME:** Cindy Cunningham
**PHONE (A/C, No, Ext):** 217.281.0340
**FAX (A/C, No):** 610.537.2014
**E-MAIL ADDRESS:** cindy.cunningham@usi.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Navigators Specialty Insurance Company | 36056 |
| INSURER B: BITCO General Insurance Corporation | 20095 |
| INSURER C: Indian Harbor Insurance Company | 36940 |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Revell Inc.
1850 Howard St, Unit A
Elk Grove Village, IL 60007

**COVERAGES**    **CERTIFICATE NUMBER:** 12623126    **REVISION NUMBER:** See below

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY <br> ☐ CLAIMS-MADE  X OCCUR | | | HO17CGL093516IC | 10/1/2017 | 10/1/2018 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ EXCLUDED |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: <br> X POLICY ☐ PRO-JECT ☐ LOC ☐ OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | BI/PD Deductible Per Occurre | $ 25,000 |
| B | AUTOMOBILE LIABILITY <br> X ANY AUTO <br> ☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS <br> X HIRED AUTOS ONLY  X NON-OWNED AUTOS ONLY | | | CAP3659287 | 10/1/2017 | 10/1/2018 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | UMBRELLA LIAB  X OCCUR <br> X EXCESS LIAB ☐ CLAIMS-MADE <br> ☐ DED  ☐ RETENTION $ 0 | | | SXS004840101 | 10/1/2017 | 10/1/2018 | EACH OCCURRENCE | $ 5,000,000 |
| | | | | | | | AGGREGATE | $ 5,000,000 |
| | | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N <br> ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N  N/A <br> (Mandatory in NH) <br> If yes, describe under DESCRIPTION OF OPERATIONS below | | | WC3659286 | 10/1/2017 | 10/1/2018 | X PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**CERTIFICATE HOLDER**

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*Jeanne Brandon* (signature)

The ACORD name and logo are registered marks of ACORD  © 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)

Case 18-10055-KG   Doc 169   Filed 02/15/18   Page 11 of 20



109856

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 1/22/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Commercial Lines - (217) 398-4400
USI Insurance Services National, Inc.
2107 S. Neil Street
Champaign, IL 61820-2071

**CONTACT NAME:** Cindy Cunningham
**PHONE (A/C, No, Ext):** 217.281.0340
**FAX (A/C, No):** 610.537.2014
**E-MAIL ADDRESS:** cindy.cunningham@usi.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Navigators Specialty Insurance Company | 36056 |
| INSURER B: BITCO General Insurance Corporation | 20095 |
| INSURER C: Indian Harbor Insurance Company | 36940 |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Tower Hobbies Inc.
PO Box 9021
Champaign, IL 61826-9021

**COVERAGES**   **CERTIFICATE NUMBER:** 12623128   **REVISION NUMBER:** See below

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY <br> ☐ CLAIMS-MADE  X OCCUR | | | HO17CGL093516IC | 10/1/2017 | 10/1/2018 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | | | | | | | MED EXP (Any one person) | EXCLUDED |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: <br> X POLICY ☐ PRO-JECT ☐ LOC <br> ☐ OTHER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | | | BI/PD Deductible Per Occurre | $25,000 |
| B | AUTOMOBILE LIABILITY <br> X ANY AUTO <br> ☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS <br> X HIRED AUTOS ONLY  X NON-OWNED AUTOS ONLY | | | CAP3659287 | 10/1/2017 | 10/1/2018 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | |
| | | | | | | | BODILY INJURY (Per accident) | |
| | | | | | | | PROPERTY DAMAGE (Per accident) | |
| | | | | | | | | |
| C | UMBRELLA LIAB  X OCCUR <br> X EXCESS LIAB  ☐ CLAIMS-MADE <br> ☐ DED  ☐ RETENTION $ 0 | | | SXS004840101 | 10/1/2017 | 10/1/2018 | EACH OCCURRENCE | $5,000,000 |
| | | | | | | | AGGREGATE | $5,000,000 |
| | | | | | | | | |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY <br> ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N  (Mandatory in NH) <br> If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | WC3659286 | 10/1/2017 | 10/1/2018 | X PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**CERTIFICATE HOLDER**
Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*Jeanne Brandon* (signature)

The ACORD name and logo are registered marks of ACORD   © 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 1/22/2018

109856

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Commercial Lines - (217) 398-4400
USI Insurance Services National, Inc.
2107 S. Neil Street
Champaign, IL 61820-2071

**CONTACT NAME:** Cindy Cunningham
**PHONE (A/C, No, Ext):** 217.281.0340
**FAX (A/C, No):** 610.537.2014
**E-MAIL ADDRESS:** cindy.cunningham@usi.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Navigators Specialty Insurance Company | 36056 |
| INSURER B: BITCO General Insurance Corporation | 20095 |
| INSURER C: Indian Harbor Insurance Company | 36940 |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
United Model, Inc.
PO Box 9021
Champaign, IL 61826-9021

**COVERAGES**    **CERTIFICATE NUMBER:** 12623133    **REVISION NUMBER:** See below

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS-MADE  X OCCUR | | | HO17CGL093516IC | 10/1/2017 | 10/1/2018 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ EXCLUDED |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY ☐ PRO-JECT ☐ LOC ☐ OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | BI/PD Deductible Per Occurre | $ 25,000 |
| B | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS<br>X HIRED AUTOS ONLY X NON-OWNED AUTOS ONLY | | | CAP3659287 | 10/1/2017 | 10/1/2018 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | UMBRELLA LIAB  X OCCUR<br>X EXCESS LIAB  ☐ CLAIMS-MADE<br>☐ DED  ☐ RETENTION $ 0 | | | SXS004840101 | 10/1/2017 | 10/1/2018 | EACH OCCURRENCE | $ 5,000,000 |
| | | | | | | | AGGREGATE | $ 5,000,000 |
| | | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | WC3659286 | 10/1/2017 | 10/1/2018 | X PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**CERTIFICATE HOLDER**

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*Jeanne Brandon* (signature)

The ACORD name and logo are registered marks of ACORD    © 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HOBBICO, INC., *et al.*,[1] | Case No. 18-10055 (KG) |
| Debtors. | Jointly Administered |

RE: D.I. 15, 119

**FINAL ORDER, PURSUANT TO BANKRUPTCY
CODE SECTIONS 105(a), 345(b), 363(c)(1), 364(a), 364(b), AND
503(b)(1), BANKRUPTCY RULES 6003 AND 6004 AND LOCAL RULE 2015-2
(A) AUTHORIZING DEBTORS TO USE EXISTING CASH MANAGEMENT SYSTEM,
(B) AUTHORIZING AND DIRECTING BANKS AND FINANCIAL INSTITUTIONS
TO HONOR AND PROCESS CHECKS AND TRANSFERS, (C) AUTHORIZING
CONTINUED USE AND SATISFACTION OF INTERCOMPANY TRANSACTIONS,
(D) WAIVING REQUIREMENTS OF SECTION 345(b) OF BANKRUPTCY CODE,
(E) AUTHORIZING DEBTORS TO USE EXISTING BANK ACCOUNTS
AND EXISTING BUSINESS FORMS, AND (F) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of Hobbico Inc. and its affiliated debtors and debtors-in-possession in the above-captioned cases (each a "Debtor" and, collectively, the "Debtors"), for entry of a final order (a) authorizing the Debtors to use their existing cash management system, (b) authorizing and directing banks and financial institutions to honor and process checks and transfers, (c) authorizing the continued use and satisfaction of Intercompany Transactions, (d) waiving the requirements of section 345(b) of the Bankruptcy Code, and (e) authorizing the Debtors to use their existing bank accounts and existing business forms, as more fully described in the Motion; and upon consideration of the First Day Declaration; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hobbico, Inc. (9545); Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302). The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

§§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order herewith consistent with Article III of the U.S. Constitution; and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED on a final basis as set forth herein.

2. The Debtors are authorized and empowered to continue to manage their cash pursuant to their existing Cash Management System, and to collect, concentrate, and disburse cash in accordance with such Cash Management System.

3. The Debtors are authorized to (a) designate, maintain, and use any or all of the Bank Accounts in existence as of the Petition Date, including the Bank Accounts attached as Exhibits A and B to the Motion, (b) deposit funds into and withdraw funds from such Bank Accounts by all usual means, including checks, wire transfers, automated transfers, and other debits, and (c) treat their prepetition Bank Accounts for all purposes as debtor in possession accounts.

4. All Cash Management Banks with which the Debtors maintain Bank Accounts as of the Petition Date are authorized and directed to continue to treat, service, and administer such Bank Accounts as accounts of the respective Debtor as a debtor in possession account without interruption and in the usual and ordinary course, and to receive, process, honor and pay any and all checks, drafts, wires, or ACH transfers drawn on the Bank Accounts by the holders or makers thereof, as the case may be.

5. Notwithstanding anything to the contrary in any other order of this Court, the Cash Management Banks (a) are authorized to accept and honor all representations from the Debtors as to which checks, drafts, wires, or ACH transfers should be honored or dishonored, consistent with any orders of this Court and governing law, whether such checks, drafts, wires, or ACH transfers are dated prior to, on, or subsequent to the Petition Date, and whether the Cash Management Banks believe the payment is or is not authorized by an order of this Court, (b) have no duty to inquire as to whether such payments are authorized by an order of this Court, and (c) such Cash Management Banks shall not have any liability to any party for relying on such representations by the Debtors as provided for herein. The Debtors shall place stop payment orders on any checks that are not to be honored by the Cash Management Banks.

6. The Cash Management Banks shall not be liable to any party on account of (a) following the Debtors' instructions or representations as to any order of this Court, (b) the honoring of any prepetition check or item in a good faith belief that this Court has authorized such prepetition check or item to be honored, or (c) an innocent mistake made despite implementation of reasonable item handling procedures.

7. Nothing contained herein shall prevent the Debtors from closing any of their Bank Accounts or opening any additional bank accounts (which shall be deemed Bank Accounts under this Final Order), provided that in the case of U.S. Bank Accounts such new U.S. Bank Accounts are with a bank is a party to a Uniform Depository Agreement with the U.S. Trustee, and any relevant bank is authorized to honor the Debtors' request to close or open such Bank Accounts or additional bank accounts, as the case may be; provided, however, that the Debtors shall give notice within fifteen (15) days of an account opening or closure to the U.S. Trustee and any statutory committee appointed in these chapter 11 cases of the opening of any additional bank

accounts or the closing of any Bank Accounts and shall report the opening or closing of any Bank Account on the monthly operating report next submitted to the U.S. Trustee.

8. The Cash Management Banks, in accordance with current practice and the agreement governing the Bank Accounts, are authorized to "charge back" to the Debtors accounts any amounts incurred by the Cash Management Banks resulting from returned checks or other returned items, and the Debtors are authorized to pay any fees and expenses owed to the Cash Management Banks, in each case regardless of whether such items were deposited prepetition or postpetition or relate to prepetition or postpetition items. Each of the Debtors' Cash Management Banks is authorized to debit the Debtors' accounts in the ordinary course of business without the need for further order of this Court for: (a) all checks drawn on the Debtors' Bank Accounts which are cashed at such Bank's counters or exchanged for cashier's checks by the payees thereof prior to the Petition Date or after the Petition Date; (b) all checks or other items deposited in one of Debtors' Bank Accounts with such Cash Management Bank prior to the Petition Date or after the Petition Date which have been dishonored or returned unpaid for any reason, together with any fees and costs in connection therewith, to the same extent the Debtor was responsible for such items prior to the Petition Date; and (c) all undisputed prepetition and postpetition amounts outstanding as of the date hereof, if any, owed to any Cash Management Bank as service charges for the maintenance of the Cash Management System.

9. The Debtors' continued use of their continued Cash Management System shall be deemed to comply with section 345 of the Bankruptcy Code, and the Debtors are relieved from the obligations pursuant to section 345(b) of the Bankruptcy Code to obtain a bond from any entity for any of the Bank Accounts.

10. Those certain existing deposit agreements between the Debtors and the Cash Management Banks (including any deposit account control agreements) shall continue to govern the postpetition cash management relationship between the Debtors and such Banks, and all of the provisions of such agreements, including, without limitation, the termination and fee provisions, shall remain in full force and effect.

11. Either the Debtors or the Cash Management Banks may, without further Order of this Court, implement changes to the cash management systems and procedures in the ordinary course of business pursuant to terms of those certain existing deposit agreements, including, without limitation, the opening and closing of bank accounts.

12. The Debtors are authorized to continue to engage in Intercompany Transactions postpetition, in the ordinary course of business. The Debtors shall continue to maintain records with respect to all transfers of cash or property (including pursuant to such transactions) so that all Intercompany Transactions may be readily ascertained, traced, and recorded properly on applicable intercompany accounts.

13. Any claim arising (which shall be determined on a net basis) from postpetition Intercompany Transactions shall be given administrative expense priority in accordance with sections 503(b) and 507(a)(2) of the Bankruptcy Code.

14. For Cash Management Banks with U.S. Bank Accounts that are not party to a Uniform Depository Agreement with the U.S. Trustee, if any, the Debtors shall use their good-faith efforts to cause the bank to execute a Uniform Depository agreement in a form prescribed by the U.S. Trustee within forty-five (45) days of the date of entry of the Interim Order.

15. The Debtors are authorized to continue to use their check stock substantially in the form existing immediately before the Petition Date, without reference to their status as

debtors in possession, <u>provided, however</u>, that the Debtors will print "Debtors in Possession" or "DIP" and the lead case number on any new check stock as soon as practicable.

16. The Debtors are authorized to continue using their Employee Credit Cards in the ordinary course of business, and to continue providing such existing security for the Employee Credit Cards. The Employee Credit Card issuing banks are authorized to honor all such charges made on said cards *nunc pro tunc* to the Petition Date, whether they are made prior to, on, or subsequent to the Petition Date. The said issuing banks have no duty to inquire as to whether any such charges are authorized by an order of this Court.

17. The Debtors are authorized to continue making payments to Chase and PayPal in the ordinary course of business for services related to credit card processing and fraud protection and management. Chase and PayPal are authorized to process chargebacks made by customers of the Debtors, whether they are made prior to, on, or subsequent to the Petition Date. The Debtors shall not be required to post any additional deposit or other security with respect to such chargebacks. Chase and PayPal shall have no liability related to whether chargebacks or refunds are authorized by an order of this Court.

18. Nothing in the Motion or this Final Order, nor as a result of any payment made pursuant to this Final Order, shall be deemed or construed as an admission as to the validity or priority of any claim against the Debtors or an approval or assumption of any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code.

19. Notwithstanding anything to the contrary contained herein, any payment made or to be made under this Order, any authorization contained in this Order, or any claim for which payment is authorized hereunder, shall be subject to the requirements imposed on the Debtors

under any orders of this Court approving any debtor-in-possession financing for, or any use of cash collateral by, the Debtors and any budget in connection therewith.

20. Despite the utilization of a consolidated cash management system, the Debtors shall calculate quarterly fees under 28 U.S.C. § 1930(a)(6) based on the disbursements of each debtor, regardless of which debtors make such disbursements.

21. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Final Order shall be effective and enforceable immediately upon its entry.

22. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Order in accordance with the Motion.

23. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

24. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Final Order.

Dated: January 30, 2018
Wilmington, Delaware

Kevin Gross
United States Bankruptcy Judge

In re   Hobbico, Inc., et al.   Case No.   18-10055 (KG)
Debtor    Reporting Period:   1/10/18 - 1/31/18

**SCHEDULE OF RETAINERS PAID TO PROFESSIONALS**

(This schedule is to include each Professional paid a retainer[1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| Neal, Gerber & Eisenberg LLP | various | | Hobbico, Inc. | 186,686.91 | | 186,686.91 |
| Morris, Nichols, Arsht & Tunnell LLP | various | | Hobbico, Inc. | 100,000.00 | | 100,000.00 |
| CR3 Partners, LLC | 10/26/2017 | 8906 | Hobbico, Inc. | 75,000.00 | | 75,000.00 |
| Keystone Consulting Group, LLC | | | Hobbico, Inc. | 100,000.00 | | 100,000.00 |
| JND Corporate Restructuring | 12/1/2017 | 9185 | Hobbico, Inc. | 10,000.00 | | 10,000.00 |
| Crowe Horwath LLP | 1/10/2018 | FED#04286 | Hobbico, Inc. | 40,000.00 | | 40,000.00 |
| Geldards | 1/9/2018 | FT00000190956887 | Arrma Durango Ltd. | 75,000.00 | | 75,000.00 |
| Krieg DeVault LLP | 1/10/2018 | FED#04285 | Hobbico, Inc. | 70,665.00 | 665.00 | 70,000.00 |

[1] Identify all Evergreen Retainers

Form IR-2
(4/07)