IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> HOBBICO, INC., *et al.*,[1] <br><br>                              Debtors. | Chapter 11 <br><br> Case No. 18-10055 (KG) <br><br> Jointly Administered <br> RE: D.I. 193 |

**ORDER, PURSUANT TO LOCAL RULE 9006-1(e),
SHORTENING THE TIME FOR NOTICE OF THE HEARING TO
CONSIDER BIDDING PROCEDURES COMPONENT OF THE DEBTORS'
MOTION FOR (I) AN ORDER (A) ESTABLISHING BIDDING PROCEDURES
FOR THE SALE OF ALL, OR SUBSTANTIALLY ALL, OF THE DEBTORS'
ASSETS; (B) APPROVING POTENTIAL BID PROTECTIONS; (C) ESTABLISHING
PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) APPROVING
FORM AND MANNER OF THE SALE, CURE AND OTHER NOTICES;
AND (E) SCHEDULING AN AUCTION AND A HEARING TO CONSIDER THE
APPROVAL OF THE SALE; (II) AN ORDER (A) APPROVING THE SALE OF THE
DEBTORS' ASSETS FREE AND CLEAR OF CLAIMS, LIENS AND ENCUMBRANCES;
AND (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES; AND (III) CERTAIN RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] of Hobbico, Inc. and its above captioned affiliated debtors and debtors in possession (the "Debtors"), for entry of an order providing that the applicable notice period for the Sale and Bidding Procedures Motion, as it relates to the hearing to consider the Bidding Procedures, be shortened pursuant to Local Rule 9006-1(e); and this Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hobbico, Inc. (9545); Arrma Durango Ltd; Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302). The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Sale and Bidding Procedures Motion or the Motion to Shorten, as applicable.

after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is **GRANTED**, as set forth herein.

2. Approval of the Bidding Procedures Order shall be considered on March 9, 2018 at 10:00 a.m. (prevailing Eastern Time) and any objection or response to such relief requested shall be filed by March 8, 2018 at 12:00 p.m. (prevailing Eastern Time).

3. Promptly upon entry of this Order, the Debtors shall serve notice of the Motion and the Sale and Bidding Procedures Motion on the following parties, or their counsel, if known, via first class mail: (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the official committee of unsecured creditors; (iii) counsel to Wells Fargo Bank, N.A., as administrative agent to the prepetition and postpetition lenders; (iv) counsel to Cyprium Investors IV AIV I LP; (v) counsel to GreatBanc Trust Company, trustee of the Hobbico, Inc. Employee Stock Ownership Plan; and (vi) all parties requesting notice pursuant to Bankruptcy Rule 2002.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: February 27, 2018
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE