IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HOBBICO, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10055 (KG)<br><br>Jointly Administered |

**DECLARATION OF DISINTERESTEDNESS BY
ATTORNEY USED IN THE ORDINARY COURSE OF BUSINESS**

I, Jenny Chatten, declare under penalty of perjury:

1.  I am an Associate Partner of Geldards LLP, located at The Arc, Enterprise Way, Nottingham, NG2 1EN (the "Firm").

2.  Hobbico, Inc. and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3.  The Firm may have performed legal services in the past, may currently perform legal services, and may perform legal services in the future, in matters unrelated to the above-captioned chapter 11 cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in these Chapter 11 Cases. The Firm does not perform legal services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hobbico, Inc. (9545); Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302) (collectively, the "Domestic Debtors") and Arrma Durango Limited (company number 07865134) ("ADL"). The Domestic Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822. ADL's headquarters are located at Suite 3 Enterprise Glade, Moira, Derbyshire, DE12 6BA.

4. The Firm has provided services to one of the Debtors (Arrma Durango Limited) prior to the commencement of these Chapter 11 Cases.

5. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties-in-interest in these Chapter 11 Cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. The Debtors owe the Firm $0 for prepetition services, the payment of which is subject to limitations contained in title 11 of the United States Code.

9. As of January 10, 2018 (the "Petition Date"), the Firm was not party to an agreement for indemnification with any of the Debtors.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon the conclusion of such inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2 MARCH, 2018

Jenny Chatten