IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HOBBICO, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10055 (KG)<br><br>Jointly Administered<br><br>**RE: D.I. 176** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIRST MONTHLY APPLICATION OF NEAL, GERBER & EISENBERG LLP AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD FROM JANUARY 10, 2018 THROUGH JANUARY 31, 2018**

The undersigned hereby certifies that on February 16, 2018, Neal, Gerber & Eisenberg LLP filed the *First Monthly Application of Neal, Gerber & Eisenberg LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from January 10, 2018 Through January 31, 2018* (the "Application") (D.I. 176).

The undersigned further certifies that Morris Nichols has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than March 5, 2018 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (D.I. 124), the Debtors are authorized to pay the amount indicated below.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hobbico, Inc. (9545); Arrma Durango Ltd; Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302). The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

11722557.1

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay |
|---|---|---|---|
| $221,453.00 | $2,573.45 | $177,162.40 | $179,735.85 |

WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated: March 6, 2018  
Wilmington, DE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Matthew O. Talmo
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
Matthew O. Talmo (No. 6333)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
cmiller@mnat.com
mtalmo@mnat.com

- and -

NEAL, GERBER & EISENBERG LLP
Mark A. Berkoff (admitted *pro hac vice*)
Nicholas M. Miller (admitted *pro hac vice*)
Thomas C. Wolford (admitted *pro hac vice*)
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602
Telephone: (312) 269-8000
Facsimile: (312) 269-1747
mberkoff@nge.com
nmiller@nge.com
twolford@nge.com

*Counsel to the Debtors and Debtors in Possession*

11722557.1