IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| HOBBICO, Inc., *et al.*, | ) Case No. 18-10055 (KG) |
| Debtors. | ) Jointly Administered |
|  | ) **Hearing Date:  Mar. 9, 2018, 10:00 a.m.** |
|  | ) **Obj. Deadline:  Mar. 8, 2018, 12:00 p.m.** |
|  | ) RE:  D.I. 192 |

**TRAXXAS, L.P.'S LIMITED OBJECTION TO DEBTORS' SALE PROCEDURES MOTION AND RESERVATION OF RIGHTS**

Traxxas, L.P. ("Traxxas"), by its undersigned counsel, files this limited objection and reservation of rights (the "Limited Objection") to the *Debtors' Motion for (I) an Order (A) Establishing Bidding Procedures for the Sale of All, or Substantially All, of the Debtors' Assets; (B) Approving Potential Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of the Sale, Cure and Other Notices; and (E) Scheduling an Auction and a Hearing to Consider the Approval of the Sale; (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens and Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Certain Related Relief* [D.I. 192] (the "Sale Procedures Motion"). In support of its Limited Objection, Traxxas respectfully states as follows:

## BACKGROUND

1. Traxxas is a leading designer and manufacturer of hobby-grade radio-controlled ("RC") model cars, trucks, boats and drones. Traxxas is based in McKinney, Texas, located in the Eastern District of Texas. Traxxas owns eight valuable patents ("Patents") that the Debtors

44287410;2

infringed upon before commencing their Chapter 11 cases. The Debtors, post-petition, continue to infringe on the Patents by selling, offering to sell, and importing into the United States models of RC vehicles and drones that violate the Patents.

2. On February 22, 2018, prior to the Debtors filing the Sale Procedures Motion, Traxxas filed its Motion for Relief from Automatic Stay [D.I. 186] (the "Motion for Stay Relief") to continue litigation currently pending in the United States District Court for the Eastern District of Texas. The Motion for Stay Relief is currently set for hearing on March 15, 2018 at 10:00 a.m.

3. The Debtors filed the Sale Procedures Motion on February 26, 2018. The Court set the Sales Procedures Motion for hearing on March 9, 2018 at 10:00 a.m. on an expedited basis.

## LIMITED OBJECTION

4. As stated in more detail in the Motion for Stay Relief, Traxxas believes that the Debtors have sold, continue to sell, and per the relief requested in the Sale Procedures Motion, will market for sale, inventory that violates Traxxas' patent rights, free and clear of its patent claims through a sale pursuant to 11 U.S.C. §363 of the Bankruptcy Code.

5. Traxxas and the Debtors are attempting to reach a consensual resolution regarding any potential sale. In the event the parties are unable to reach a resolution, Traxxas hereby objects to the Sale Procedures Motion to the extent that it in any way seeks authorization to sell inventory that infringes on Traxxas' patent rights, free and clear of Traxxas' patent claims. Traxxas' rights to object to any such proposed sale should be fully preserved for any subsequent sale hearing.

WHEREFORE, Traxxas requests that any order entered by the Court approving the Sales Procedure Motion specifically preserve Traxxas' rights to oppose the sale, on any grounds related to the facts and claims asserted in the Motion for Relief from Stay, at the time of the sale hearing.

Dated: March 7, 2018
       Wilmington, Delaware

/s/ Robert C. Maddox
RICHARDS, LAYTON & FINGER, P.A.
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Robert C. Maddox (No. 5356)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: knight@rlf.com
      heath@rlf.com
      maddox@rlf.com

- and –

AKERMAN LLP
John E. Mitchell
Luis R. Casas Meyer
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
Email: john.mitchell@akerman.com
      luis.casasmeyer@akerman.com

*Attorneys for Traxxas L.P.*