**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| **HOBBICO, INC.,** *et al.,* | ) |
| | ) Case No. 18-10055 (KG) |
| Debtors.[1] | ) |
| | ) Jointly Administered |
| | ) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR
HOBBICO, INC. (CASE NO. 18-10055)**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Hobbico, Inc. (9545); Arrma Durango Ltd.; Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302).  The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HOBBICO, INC., *et al.*,[1] | Case No. 18-10055 (KG) |
| Debtors. | Jointly Administered |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**Introduction**

Hobbico, Inc. and its above-captioned affiliated debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors," and the Debtors together with their non-debtor subsidiaries and affiliates, the "Company"), with the assistance of their professional advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs" or "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology and Specific Disclosures Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements do not purport to represent financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hobbico, Inc. (9545); Arrma Durango Ltd (UK Company reference #07865134); Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302). The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

[2] These Global Notes are in addition to any specific notes contained in each Debtor's Schedules or SOFAs. The fact that the Debtors have prepared a "General Note" with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such General Note to any of the Debtors' remaining Schedules and Statements, as appropriate.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation.  Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause material changes to the Schedules and Statements.  Although reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate.  Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The Debtors' management prepared the Schedules and Statements with the assistance of their advisors and other professionals.  Tom S. O'Donoghue, Jr. has signed the Schedules and Statements.  Mr. O'Donoghue is Chief Restructuring Officer of Hobbico, Inc., and an authorized signatory for the Debtors.    In reviewing and signing the Schedules and Statements, Mr. O'Donoghue necessarily has relied upon the efforts, statements and representations of the Debtors' advisors and various personnel employed by the Debtors.  Mr. O'Donoghue has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts and creditor addresses.

**The Schedules, SOFAs and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events or performance of any of the Debtors.  Due to numerous unliquidated, contingent, and/or disputed claims, summary statistics in the Schedules, SOFAs, and Global Notes are likely not an accurate representation of the Debtors' liabilities.**

## Global Notes and Overview of Methodology

1. **Reservation of Rights**.

The Debtors reserve all rights to amend, supplement or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a claim (including, but not limited to, amending the description or designation of any claim; disputing or otherwise asserting offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; subsequently designating any claim as "disputed," "contingent" or "unliquidated;" or objecting to the extent, validity, enforceability, priority or avoidability of any claim).  Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtors. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Further, nothing contained in the Schedules and Statements shall constitute a waiver of rights or an admission with respect to the chapter 11 cases, including, without limitation, with

respect to matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this or the preceding paragraph.

2.    **Description of Cases and "as of" Information Date.**  On January 10, 2018 the seven Original Debtors[3] filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  On January 26, 2018 (together with January 10, 2018, the "Petition Dates"), Arrma Durango Ltd. ("ADL") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  On January 11, 2018, the Bankruptcy Court entered an order (Docket No. 41) providing for the joint administration of the Original Debtors pursuant to Bankruptcy Rule 1015(b).  On January 30, 2018, the Bankruptcy Court entered an order (Case No. 18-10158; Docket No. 10) providing for the joint administration of ADL with the Original Debtors pursuant to Bankruptcy Rule 1015(b).

On January 22, 2018, the United States Trustee for the District of Delaware appointed a statutory committee of unsecured creditors pursuant to Bankruptcy Code section 1102(a)(1). (Docket No. 91) and on January 22, 2018, filed a revised notice of the same (Docket No. 92).

The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of the Petition Dates, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the Petition Dates.  As more fully described in Section 16 below, the Debtors were required to make certain estimates and assumptions that affect the reported amounts within the Schedules and Statements.

3.    **Basis of Presentation**.  The totals listed in the Schedules and Statements may not be comparable to the Company's consolidated financial reports prepared for public reporting purposes or otherwise as these reports include Hobbico, Inc. and each of its subsidiaries, some of which are not Debtors in these proceedings.  Although these Schedules and Statements may,  at times, incorporate information prepared in accordance with GAAP, the Schedules and Statements neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP or otherwise.  Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Debtors reserve all rights to amend these Schedules and Statements.

4.    **Recharacterization**.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize and designate certain claims, assets, contracts, leases and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add or delete items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items

---

[3]    Hobbico, Inc.; Axial R/C Inc.; Estes-Cox Corp.; Great Planes Model Manufacturing, Inc.; Revell Inc.; Tower Hobbies, Inc.; and United Model, Inc. (collectively, the "Original Debtors").

reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed in the Schedules and Statements were deemed executory or unexpired as of the Petition Dates and remain executory and unexpired postpetition.

5.      **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of claims under Bankruptcy Code section 503(b)(9).  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of all claims asserted under Bankruptcy Code section 503(b)(9).

6.      **Excluded Assets and Liabilities**.  In preparation of the Schedules and Statements, the Debtors may have excluded certain assets and liabilities.  Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.  These balances primarily represent general estimates of assets or liabilities and do not reflect specific assets or claims as of the Petition Dates.

7.      **Insiders**.  Solely for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) officers; (c) shareholders holding in excess of 5% of the voting shares of the Debtors (whether directly or indirectly); (d) relatives of (a) – (c) (to the extent known by the Debtors); and (e) non-Debtor affiliates.  Consistent with Section 10 below, with respect to category (e) of the foregoing, the Debtors have not listed any ordinary course intercompany payments between a Debtor and a non-Debtor affiliate.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws and section 101(31) of the Bankruptcy Code, or with respect to any theories of liability or for any other purpose.  As such, the Debtors reserve all rights with respect to the foregoing issues.

8.      **Intellectual Property Rights.**  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights do not exist or have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9.      **Ordinary Course Intercompany Transactions**.  In the ordinary course of business, the Debtors engage in various transactions relating to the business relationship between and among

themselves and their non-Debtor affiliates.  As an accounting matter, certain of these ordinary course intercompany transactions are memorialized by journal entry, instead of by check or wire payment, and may not be reflected in the Schedules and Statements.

10.     **Contracts and Leases**.  Nothing contained in or omitted from the Schedules and Statements is or shall be construed as an admission as to the determination of the legal status of any contract or lease, including whether any lease is a true lease or a financing arrangement, whether such contract or lease is an executory contract or unexpired lease, or whether such contract or lease is binding, valid, and enforceable.  The Debtors reserve all rights with respect to all such issues.  In addition, the Debtors reserve all rights, claims, and causes of action with respect to the contracts and agreements listed in the Schedules and Statements, including the rights to dispute or challenge the characterization or the structure of any transaction or document or instrument.

11.     **Classifications**.  Listing a claim on (a) Schedule D as "secured", (b) Schedule E/F, Part 1 as "priority," (c) Schedule E/F, Part 2 as "unsecured," or Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts.

12.     **Claims Description**.  Schedules D and E/F permit the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on a given Schedule as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their Schedules on any grounds, including, but not limited to amount, liability, validity, priority or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate any claim as "disputed," "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtors.

13.     **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have identified and/or listed as assets in the Schedules and Statements all of  their causes of action or potential causes of action against third-parties (and in particular have not identified or listed causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers).  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim or recoupment; any claim on a contract or for breach of duty imposed by law or in equity; and any demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license or franchise, in each case of any kind or character whatsoever, known or unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

14.    **Setoffs.** The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statements, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

15.    **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

(a)    Currency.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(b)    Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

(c)    Net Book Value of Assets.  The Debtors do not have current market valuations for all assets.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets.  Wherever possible, unless otherwise indicated, net book values as of the Petition Dates are presented.  When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." Amounts ultimately realized may vary materially from net book value (or  whatever value was ascribed."

Accordingly, the Debtors reserve all rights to amend, supplement, or adjust the asset values set forth in the Schedules and Statements.  As applicable, assets that have been fully depreciated or fully amortized, or were expensed for GAAP accounting purposes, and therefore, have no net book value, are not included in the Schedules and Statements.

(d)    Totals.  To the extent there are unknown or undetermined amounts included in the Schedules and Statements, the actual totals may be different than the listed totals.

(e)    Paid Claims.  The Debtors were authorized (but not directed) to pay certain outstanding prepetition claims pursuant to various orders entered by the Bankruptcy Court (collectively, the "First Day Orders").  Except as otherwise indicated, such prepetition claims are generally reflected on the Schedules and Statements without regard to whether or not they have been paid as of the date of filing of these Schedules and Statements or are authorized to be paid under the First Day Orders.  To the extent the Debtors have paid or pay in the future claims listed in the Schedules and Statements pursuant to orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or to take action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.  Notwithstanding the foregoing,

the Schedules and Statements may inadvertently reflect some of the Debtors' payments of certain claims pursuant to the First Day Orders, and, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included in the Schedules and Statements.

(f)     <u>Credits and Adjustments</u>.  The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert objections and/or setoffs with respect to the same.

(g)     <u>Liens</u>.  Property and/or equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

16.     **Estimates**.  To prepare and file the Schedules and Statements in accordance with the deadlines established in the chapter 11 cases, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors reserve all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

17.     **Global Notes Control**.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

**Specific Disclosures With Respect to the Debtors' Schedules of Assets and Liabilities**

**Summary of the Schedules; Schedule D.**  The Debtors have listed the full amount ($75,700,103.97) due on their prepetition secured term loan and revolving loan facilities on the Schedules of all Debtor obligors thereunder.  Such amount is also shown as due to each of the four (4) lenders under that facility, but as only a single debt in the Summary and Schedule D total.  The Debtors have also listed the prepetition term loan amounts notwithstanding their post-petition refinancing.

**Schedule A/B, questions 6, 7 and 8.**  The Debtors' books and records do not generally distinguish between deposits and prepaid amounts and so answers to questions for deposits and prepaid amounts may contain some or all of both.

**Schedule A/B, question 15.**  Hobbico Inc.'s Schedule B identifies such Debtor's direct ownership interests in any subsidiary, but excludes its indirect ownership of Revell GmbH.  Such ownership is reflected in Hobbico Inc.'s SOFA 25.

**Schedule A/B, questions 39-40.**  The Debtors do not bifurcate office furniture from fixtures on their balance sheets, so furniture may include fixtures.

**Schedule A/B, question 55.**  The Debtors note that their books and records do not contain values for their real property leases.

**Schedule A/B, question 61.**  The Debtors note that the websites relating to a Debtor's business line appear on that Debtor's Schedules.  In some instances, such website(s) may in fact be registered to a different Debtor.

**Schedule A/B, question 73.**  Only insurance policies with unexpired coverage terms as of the Petition Date for such Debtor are listed.  To the extent that one or more Debtors might have rights to coverage under a policy with an expired coverage term, all such rights are expressly preserved notwithstanding the fact such policies have not been listed in response thereto.

**Schedule A/B, question 74.**  The Debtors, despite their efforts, may not have listed all of their causes of action against third parties as assets in the Schedules and Statements.  The Debtors reserve all of their rights with respect to any causes of action they may have, whether or not listed as assets in the Schedules and Statements, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

**Schedule E/F; Priority.**  The Debtors have not determined whether, and to what extent, certain of the creditors identified on Part 1 of Schedule E/F are actually entitled to priority under section 507 of the Bankruptcy Code.  The Debtors reserve the right to assert that claims identified on Part 1 of Schedule E/F are not claims that are entitled to priority.

**Schedule E/F; Intercompany Claims.**  The Debtors have presented intercompany claims owing to Hobbico, Inc. from its subsidiaries (including ADL) on an aggregate basis (as between those two Debtors); such aggregate amounts represent the net sum of various transactions between the two entities.

**Schedules E/F.** The Debtors' analysis of potential priority claims is ongoing, and amounts listed as priority claims on Schedule E/F remain subject to such analysis. Amendments will be made to Schedule E/F as necessary. As of the Petition Dates, the books and records reflect that Debtors Estes-Cox Corp. and Tower Hobbies, Inc. have certain liabilities in respect of gift cards. The Estes-Cox liability is $4,399.29, and the Tower Hobbies liabilities are $487,196.92 (purchased cards) and $1,048,200 (promotional cards). Although these liabilities are listed as  general unsecured claims, the redemptions and exchanges of such gift cards are ongoing and the Debtors do not know the identities of the holders of such cards. Therefore, the gift card holders are not listed on Schedule E/F. Although reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtors do not list a date for each claim on Schedule E/F.

**Schedule G; Executory Nature.**  The Debtors have excluded loan documents and professional engagement letters for Schedule G.  The Debtors also believe they have only scheduled executory contracts to which a Debtor is a party or may be contractually and/or directly liable to perform.  Similarly, for the purposes of the other Schedules and the Statements, no claims have been scheduled for a Debtor that may have benefited directly or indirectly ·from a contractual relationship to which the Debtor was not a named party.

**Schedule G; Reservation.**  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have

expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations may not be set forth on Schedule G. Certain of these executory agreements may not have been memorialized in writing and/or could be subject to dispute. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including without limitation, any intercompany agreement) related to a creditor's claim. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. However, each Debtor reserves the right to assert that such agreements constitute executory contracts. Finally, since filing these cases, the Debtors have obtained Court approval to reject certain leases by order dated February 16, 2018. The Debtors have omitted these rejected agreements from Schedule G.

**Schedule G; No admission.** Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

**Schedule H; Insurers.** The Debtors have not listed each past and current insurer of a Debtor in response to Schedule H. The exclusion of an insurer on Schedule H does not mean such insurer is not necessarily a co-debtor in fact and the Debtors reserve their rights to assert any such claims against insurers. Likewise, the Debtors have not listed co-defendants in any litigation pending against the Debtors, but reserve all rights with respect thereto.

### Specific Disclosures With Respect to the Debtors' Statements of Financial Affairs

**SOFA 3**. The payments listed in the Hobbico, Inc. SOFA 3 include payments made on behalf of Debtors United Model, Inc. and Tower Hobbies, Inc. to their respective creditors. In addition, Hobbico, Inc. has made certain wire transfers on behalf of Debtor Great Planes Model Manufacturing, Inc. Payments to the professionals listed in response to question 11 of the Statements are omitted from the responses to this question, as are payments to insiders listed in response to question 4 of the Statements. Additionally, in certain instances it is possible that the reason for payment may have varied from that presented in response to question 3.

**SOFA 4, 28, 29 and 30.**  The listing of any person or entity is not intended to be nor shall it be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such right, claims and defenses are hereby reserved. The Debtors utilized the definition of "insider" in 11 U.S.C. 101(31)(B).  Additionally, the responses to questions 4 and 30 generally do not include historical intercompany transfers between Debtor entities, and may not include certain expenses charged directly to corporate credit cards. Finally, those payments listed in response to question 4 are included in the response to question 30.

**SOFA 6.**  In the ordinary course of business certain of the Debtors' creditors, such as utilities, may have setoff all or part of unpaid invoices against items such as security deposits or retainers previously provided to such creditors by the Debtors. These creditors are not listed in response to question 6. Likewise, bank fees deducted from bank accounts of the Debtors are not listed in response to question 6.  Additionally, in the ordinary course of business the Debtors may record intercompany non-cash accounting entries on their respective books and records. To the extent that these accounting entries could be considered setoffs, such setoffs are not listed in response to question 6.

**SOFA 17.**  Strictly speaking, the employees of all of the Debtors (other than ADL) are employed and paid by Hobbico, Inc. even though many perform services for other Debtors.  All such employees are eligible to participate in the Hobbico, Inc. ESOP and 401(k) plan.  For this reason, all the U.S. Debtors other than Hobbico, Inc. have answered "No" to SOFA 17.

**SOFA 20.**  Additional off-site storage not listed in response thereto may be utilized, including tooling in which the Debtors have an interest that is utilized by third-party manufacturers of the Debtors.

**SOFA 26(a) – 26(c).**  The Debtors have identified the Chief Financial Officer, Controller and certain others in connection with the audit, compilation, review and/or maintenance of the Debtors' books and records, but other finance and accounting personnel of the Debtors who have assisted in the foregoing have been omitted from the responses to these questions.  The Debtors did not include certain firms or individuals that reviewed the Debtors' books of account and records at the request of third parties.

**SOFA 26(d)**.  The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, creditors, and their respective legal and financial advisors.  Although the Debtors from time to time may have furnished financial statements to parties other than those listed, it is not the practice of the Debtors to maintain exhaustive records of such transmittal.  Consequently, the Debtors cannot provide an exhaustive list of all entities that have received one or more financial statements from the Debtors in response to question 26(d).  Finally, although the Debtors have previously provided financial statements to certain prospective purchasers of the Debtors or their assets or other possible financing sources, the Debtors believe they may be contractually prohibited from publicly disclosing the identity of these recipients. For this reason, those responses to question 26(d) have been omitted.

With respect to question 27 of the Statements and Schedule A/B, questions 18-23, certain of the Debtors' locations do periodic cycle counts rather than full annual physical inventories. The Debtors have only listed physical inventories in response to question 27.   Additionally, the Debtor's book value of inventory is generally calculated using FIFO accounting and the lower of cost or market value.   Specifically, the inventory is booked at cost and, in certain instances, reserves are created for where the Debtors believe market value of the inventory has decreased below cost.   In these instances, the book value of inventory on the Statements and Schedules is presented net of reserves for devalued inventory.

**SOFA 30.**  The Debtors have omitted de minimis expense reimbursements, such as reimbursement of working travel costs, from the response to question 30 of the Statements. As noted in each Debtor's response to SOFA 30, the amounts listed there were paid by Debtor Hobbico, Inc., and not by any other Debtor.  In other words, the recipients listed in SOFA 30 received such payment only once, not eight times.

The Debtors and their employees, agents, attorneys and other professionals do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their employees, agents, attorneys and other professionals expressly do not undertake any obligation to notify any third party should the information be or need to be updated, modified, revised or re-categorized. In no event shall the Debtors or their employees, agents, attorneys or other professionals be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their employees, agents, attorneys and other professionals are advised of the possibility of such damages.

**Fill in this information to identify the case:**

Debtor name  HOBBICO, INC.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (If known):  18-10055(KG)

❏ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................................... | $ 6,598,309.64

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................... | $ 58,489,136.12

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................................................... | $ 65,087,445.76

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................................ | $ 117,707,862.70

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................ | $ 2,392,988.42

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................................................ | **+** $ 17,364,332.62

4. **Total liabilities**...................................................................................................................................
   Lines 2 + 3a + 3b | $ 137,465,183.74

**Summary of Assets and Liabilities for Non-Individuals**

**Fill in this information to identify the case:**

Debtor name _HOBBICO, INC._____

United States Bankruptcy Court for the: _DISTRICT OF DELAWARE_____

Case number (If known): _18-10055(KG)_____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 800.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. SEE ATTACHED - SCHEDULE AB3 | | | $ 1,227,633.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $ _____

   4.2. _____  $ _____

5. **Total of Part 1** — $ 1,228,433.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $ _____

   7.2. _____  $ _____

Schedule A/B: Assets — Real and Personal Property

Debtor  HOBBICO, INC.
_____  Case number (*if known*) 18-10055(KG)
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. SEE ATTACHED - SCHEDULE AB8 _____  $_____1,196,869.30

   8.2. _____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.  $_____1,196,869.30

---

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less: ____4,643,152.00____ − ____14,838.00____ = ........➔  $_____4,628,314.00
    face amount                     doubtful or uncollectible accounts

    11b. Over 90 days old: ____2,162.00____ − ____2,162.00____ = ........➔  $_____0.00
    face amount                     doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $_____4,628,314.00

---

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____  _____  $_____

    14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                    % of ownership:

    15.1. SEE ATTACHED - SCHEDULE AB15 _____ %  _____  $_____0.00

    15.2. _____ _____ %  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. LINE OF CREDIT SUPPORT FOR CUSTOMS BOND  CONTRACT VALUE  $_____400,000.00

    16.2. (CREDITOR: WELLS FARGO, NA; UNDERWRITER: THE HANOVER INSURANCE COMPANY) _____  $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.  $_____400,000.00

---

**Schedule A/B: Assets — Real and Personal Property**

Debtor  HOBBICO, INC.
_____
Name

Case number (*if known*) 18-10055(KG)
_____

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| R/C AND GENERAL HOBBY PRODUCTS | 11/04/2017 MM / DD / YYYY | $    8,179,669.63 | AVERAGE COST | 8,179,669.63 |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$    8,179,669.63

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value _____ $1,995,133.00 _____ Valuation method AVERAGE COST _____ Current value _____ $1,995,133.00 _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

**Schedule A/B: Assets — Real and Personal Property**

Debtor    HOBBICO, INC.                                          Case number (*if known*) 18-10055(KG)
          _____
          Name

33. **Total of Part 6.**                                                                    $_____

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ❑ No

    ❑ Yes. Is any of the debtor's property stored at the cooperative?

        ❑   No

        ❑   Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❑ No

    ❑ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❑ No

    ❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ❑ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| OFFICE FURNITURE | $ 445,778.11 | NET BOOK VALUE | $ 445,778.11 |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                                    $ 445,778.11

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No

    ❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ❑ Yes

**Schedule A/B: Assets — Real and Personal Property**

Debtor    HOBBICO, INC.
_____    Case number *(if known)* 18-10055(KG)
Name                                                                      _____

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 SEE ATTACHED - SCHEDULE AB47 | $_____ | _____ | $ 84,236.57 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| MACHINERY, FIXTURES, AND EQUIPMENT | $ 209,839.64 | NET BOOK VALUE | $ 209,839.64 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 294,076.21

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Schedule A/B: Assets — Real and Personal Property**

Debtor HOBBICO, INC. _____   Case number (*if known*) 18-10055(KG) _____
_____
Name

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   SEE ATTACHED - SCHEDULE AB55 | | $_____ | _____ | $     6,598,309.64 |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.3 and entries from any additional sheets. Copy the total to line 88.

$     6,598,309.64

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** SEE ATTACHED - SCHEDULE AB60 | $_____ | _____ | $     0.00 |
| **61. Internet domain names and websites** SEE ATTACHED - SCHEDULE AB61 | $_____ | _____ | $     0.00 |
| **62. Licenses, franchises, and royalties** SEE ATTACHED - SCHEDULE AB62 | $_____ | _____ | $     0.00 |
| **63. Customer lists, mailing lists, or other compilations** COLLECTED CUSTOMER LISTS AND MAILING LISTS | $     0.00 | N/A | $     0.00 |
| **64. Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| **65. Goodwill** VARIOUS ACQUISITIONS, INCLUDING THE SEVEN DEBTOR ENTITIES AND ONE NON-DEBTOR (REVELL GMBH) | $     278,213.67 | NET BOOK VALUE | $     278,213.67 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$     278,213.67

**Schedule A/B: Assets — Real and Personal Property**

Debtor    HOBBICO, INC.
          _____    Case number (*if known*) 18-10055(KG)
          Name                                        _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

SEE ATTACHED - SCHEDULE AB71

$44,071,327.20 − $2,233,545.00 = ➔  $  41,837,782.20
Total face amount  doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | |
|---|---|
| | Tax year _____  $_____ |
| | Tax year _____  $_____ |
| | Tax year _____  $_____ |

73. **Interests in insurance policies or annuities**

$_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

$_____

Nature of claim      _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$_____

Nature of claim      _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

$_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

$_____

$_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$  41,837,782.20

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Schedule A/B: Assets — Real and Personal Property**

Debtor    HOBBICO, INC.
_____    Case number *(if known)*_____18-10055(KG)_____
          Name

---

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,228,433.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,196,869.30 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 4,628,314.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 400,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 8,179,669.63 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 445,778.11 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 294,076.21 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ➔ | | $ 6,598,309.64 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 278,213.67 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 41,837,782.20 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $ 58,489,136.12 | **+** 91b. $ 6,598,309.64 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ................................................................    $ 58,489,136.12

**Schedule A/B: Assets — Real and Personal Property**

# HOBBICO, INC.

# SCHEDULE AB3: CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS

| Name of Institution | Type of Account | Last 4 Digits of Acct # | Amount |
|---|---|---|---|
| BUSEY BANK | CHECKING | 7442 | $42,348.00 |
| BUSEY BANK | CHECKING | 8214 | $0.00 |
| BUSEY BANK | SWEEP ACCOUNT | 8214 | $0.00 |
| BUSEY BANK | CHECKING | 1482 | $0.00 |
| JPMORGAN CHASE BANK, N.A. | CHECKING | 3793 | $0.00 |
| WELLS FARGO N.A. (182) | MASTER OPERATING ACCOUNT (DISBURSEMENTS) | 8089 | $1,185,285.00 |
| WELLS FARGO N.A. (182) | CONTROLLED DISBURSEMENT ACCOUNT | 4929 | $0.00 |
| WELLS FARGO N.A. (182) | MASTER COLLECTION ACCOUNT | 5253 | $0.00 |
| WELLS FARGO N.A. (182) | RENO, NV ACCOUNT W/ DACA | 8063 | $0.00 |
| WELLS FARGO N.A. (182) | CONTROLLED DISBURSEMENT ACCOUNT | 0831 | $0.00 |
|  |  | TOTAL: | $1,227,633.00 |

# HOBBICO, INC.

# SCHEDULE AB8: PREPAYMENTS

| Description, Including Name of Holder of Prepayment | Value |
|---|---|
| BURR & FORMAN - RETAINER | $10,000.00 |
| CHARLES ROHRS - RETAINER | $2,993.00 |
| CR3 PARTNERS - RETAINER | $75,000.00 |
| CROWE HORWATH - RETAINER | $40,000.00 |
| DRINKER BIDDLE - RETAINER | $45,000.00 |
| HEALTH ALLIANCE | $8,791.48 |
| HEALTH ALLIANCE - JANUARY 2018 INVOICE | $119,005.10 |
| HORN VALUATION - PREPAID | $2,554.84 |
| JND CORPORATE RESTRUCTURING - RETAINER | $10,000.00 |
| KEYSTONE - RETAINER | $100,000.00 |
| KRIEG DEVAULT - RETAINER | $70,000.00 |
| MICROSOFT OFFICE - ANNUAL LICENSES | $57,607.10 |
| MORRIS, NICHOLS, ARSHT & TUNNELL - RETAINER | $100,000.00 |
| MTM GLOBAL - RETAINER | $5,000.00 |
| NEAL GERBER & EISENBERG - RETAINER | $186,686.91 |
| BMO/DINER'S CLUB - PREPAID CREDIT CARD | $37,700.00 |
| REPUTATION PARTNERS - RETAINER | $10,000.00 |
| USI INSURANCE (FORMERLY WELLS FARGO INSURANCE) - PREPAID INSURANCE | $238,565.00 |
| USPS - PREPAID PARCEL POST | $34,845.45 |
| USPS - PREPAID POSTAGE | $23,643.00 |
| VEDDER PRICE - RETAINER | $5,000.00 |
| YG FINANCIAL - PREPAID | $14,477.42 |
| **TOTAL:** | **$1,196,869.30** |

# HOBBICO, INC.

# SCHEDULE AB15: NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES

| Name of Entity | % of Ownership | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|
| ARMMA DURANGO LTD. | 100% | N/A | UNKNOWN |
| AXIAL R/C INC. | 100% | N/A | UNKNOWN |
| ESTES-COX CORP. | 100% | N/A | UNKNOWN |
| GREAT PLANES MODEL MANUFACTURING, INC. | 100% | N/A | UNKNOWN |
| HOBBICO DEUTSCHLAND HOLDING GMBH | 100% | N/A | UNKNOWN |
| REVELL, INC. | 100% | N/A | UNKNOWN |
| TOWER HOBBIES, INC. | 100% | N/A | UNKNOWN |
| UNITED MODEL, INC. | 100% | N/A | UNKNOWN |
| | | TOTAL: | $0.00 |

# HOBBICO, INC.

# SCHEDULE AB47: AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, ETC.

| Automobiles, Vans, Trucks, Motorcycles, Trailers, And Titled Farm Vehicles (General Description - Include Year, Make, Model, And Identification Numbers) | Net Book Value Of Debtor's Interest | Valuation Method | Current Value Of Debtor's Interest |
|---|---|---|---|
| 1998 INTERNATIONAL DT466E TRUCK | | | |
| 1996 INTERNATIONAL 4700 TRUCK | | | |
| 2008 CHEVY EQUINOX | | | |
| 2013 GMC SAVANA 1500 | | | |
| 2013 SAVANA 2500 | $84,236.57 | NET BOOK VALUE | $84,236.57 |
| 2008 BUICK LUCERNE | | | |
| 2013 CHEVROLET SILVERADO 4X4 | | | |
| 2013 WELLS CARGO TRAILER | | | |
| RIDER PALLET TRUCK(S) | | | |
| HAMILTON CASTER PLATFORM TRUCKS/WHS CARTS | | | |
| | | TOTAL: | $84,236.57 |

# HOBBICO, INC.

# SCHEDULE AB55: ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| Description And Location Of Property | Nature and Extent of Debtor's Interest in Property | Net Book Value Of Debtor's Interest | Valuation Method Used For Current Value | Current Value Of Debtor's Interest |
|---|---|---|---|---|
| 1608 INTERSTATE DRIVE, CHAMPAIGN, IL 61801 | OWNED LAND AND BUILDING LOCATIONS | | NET BOOK VALUE | |
| 1610 INTERSTATE DRIVE, CHAMPAIGN, IL, 61821 | OWNED LAND AND BUILDING LOCATIONS | | NET BOOK VALUE | |
| 2903 RESEARCH ROAD, CHAMPAIGN, IL 61821 | PARKING LOT, 1.73 ACRES | | NET BOOK VALUE | |
| 2904 RESEARCH RD, CHAMPAIGN, IL 61820 | OWNED LAND AND BUILDING LOCATIONS | | NET BOOK VALUE | |
| 3000 RESEARCH RD, CHAMPAIGN, IL 61820 | OWNED LAND AND BUILDING LOCATIONS | $6,290,310.30 | NET BOOK VALUE | $6,290,310.30 |
| 301 E. MERCURY DRIVE, CHAMPAIGN, IL 61822 | LEASED PROPERTIES | | NET BOOK VALUE | |
| 2901 RESEARCH RD, CHAMPAIGN, IL 61822 | LEASED PROPERTIES | | NET BOOK VALUE | |
| 3002 NORTH APOLLO DRIVE, CHAMPAIGN, IL 61822 | LEASED PROPERTIES | | NET BOOK VALUE | |
| 1190 TRADEMARK DRIVE, SUITE 101, RENO, NV 89521 | LEASED PROPERTIES | | NET BOOK VALUE | |
| 704 W. BRADLEY AVENUE, URBANA, IL 61801 | OWNED LAND AND BUILDING | | NET BOOK VALUE | |
| 706 W. BRADLEY AVENUE, URBANA, IL 61801 | OWNED LAND AND BUILDING | $307,999.34 | NET BOOK VALUE | $307,999.34 |
| 1606 N. BEVERLY, URBANA, IL 61801 | OWNED LAND AND BUILDING | | NET BOOK VALUE | |
| | | | TOTAL: | $6,598,309.64 |

# HOBBICO, INC.

# SCHEDULE AB60: COPYRIGHTS

| Title | Copyright Number | Date | Current Value |
|---|---|---|---|
| BIG STIK ARF TRIM SCHEME | #VA 640-819 | | UNKNOWN |
| ESTES ROCKET LABS – 3 EASY STEPS | #TXU 1-670-101 | | UNKNOWN |
| FILM PROCESSING LTD. - LIABILITY & COPYRIGHT AGREEMENT BETWEEN HOBBICO AND FILM PROCESSING, LTD. | | 2/9/1993 | UNKNOWN |
| GREAT NEWS REGISTRATION | #TX3-376-954 | JULY 1992 | UNKNOWN |
| GREAT NEWS REGISTRATION | #TX3-346-413 | JUNE 1992 | UNKNOWN |
| GREAT NEWS | #TX 5-736-463 | APRIL 2003 | UNKNOWN |
| GREAT NEWS | #TX 5-958-291 | APRIL 2004 | UNKNOWN |
| GREAT NEWS | #TX-6-173-888 | Apr-05 | UNKNOWN |
| GREAT NEWS | #TX-6-436-842 | Apr-06 | UNKNOWN |
| GREAT NEWS | #TX-6-564-318 | Apr-07 | UNKNOWN |
| GREAT NEWS | #TX 6-941-202 | APRIL 2008 | UNKNOWN |
| GREAT NEWS | #TX 7-151-289 | APRIL 2008 | UNKNOWN |
| GREAT NEWS | #TX 5-087-074 | APRIL 2000 | UNKNOWN |
| GREAT NEWS | #TX 5-373-218 | APRIL 2001 | UNKNOWN |
| GREAT NEWS | #TX 5-578-355 | APRIL 2002 | UNKNOWN |
| GREAT NEWS | #TX 3-545-170 | APRIL 1993 | UNKNOWN |
| GREAT NEWS | #TX 3-803-258 | APRIL 1994 | UNKNOWN |
| GREAT NEWS | #TX 4-038-875 | APRIL 1995 | UNKNOWN |
| GREAT NEWS | #TX 7-267-484 | APRIL 2009 | UNKNOWN |
| GREAT NEWS | #TX 7-250-323 | APRIL 2010 | UNKNOWN |
| GREAT NEWS | #TX 7-366-277 | APRIL 2011 | UNKNOWN |
| GREAT NEWS | #TX 7-550-968 | APRIL 2012 | UNKNOWN |
| GREAT NEWS | #TX 7-711-710 | APRIL 2013 | UNKNOWN |
| GREAT NEWS | #TX- 7-903-898 | APRIL 2014 | UNKNOWN |
| GREAT NEWS | #TX- 8-072-069 | APRIL 2015 | UNKNOWN |
| GREAT NEWS | #TX- 8-276-863 | APRIL 2016 | UNKNOWN |
| GREAT NEWS | #TX4-255-677 | APRIL 1996 | UNKNOWN |
| GREAT NEWS | #TX4-469-124 | APRIL 1997 | UNKNOWN |
| GREAT NEWS | #TX4-755-170 | APRIL 1998 | UNKNOWN |
| GREAT NEWS | #TX5-660-585 | AUGUST 2002 | UNKNOWN |
| GREAT NEWS | #TX5-807-781 | AUGUST 2003 | UNKNOWN |
| GREAT NEWS | #TX6-059-246 | AUGUST 2004 | UNKNOWN |
| GREAT NEWS | #TX-6-485-337 | AUGUST 2006 | UNKNOWN |
| GREAT NEWS | #TX5-416-284 | AUGUST 2001 | UNKNOWN |
| GREAT NEWS | #TX-6-862-457 | AUGUST 2007 | UNKNOWN |
| GREAT NEWS | #TX7-191-712 | AUGUST 2008 | UNKNOWN |
| GREAT NEWS | #TX5-147-263 | AUGUST 2000 | UNKNOWN |
| GREAT NEWS | #TX3-635-165 | AUGUST 1993 | UNKNOWN |
| GREAT NEWS | #TX3-862-799, | AUGUST 1994 | UNKNOWN |
| GREAT NEWS | #TX4-088-121 | AUGUST 1995 | UNKNOWN |
| GREAT NEWS | #TX7-331-830 | AUGUST 2009 | UNKNOWN |
| GREAT NEWS | #TX7-953-131 | AUGUST 2010 | UNKNOWN |

# HOBBICO, INC.

# SCHEDULE AB60: COPYRIGHTS

| Title | Copyright Number | Date | Current Value |
|---|---|---|---|
| GREAT NEWS | #TX7-412-095 | AUGUST 2011 | UNKNOWN |
| GREAT NEWS | #TX7-585-069 | AUGUST 2012 | UNKNOWN |
| GREAT NEWS | #TX7-727-429 | AUGUST 2013 | UNKNOWN |
| GREAT NEWS | #TX-7-947-752 | AUGUST 2014 | UNKNOWN |
| GREAT NEWS | #TX-8-152-413 | AUGUST 2015 | UNKNOWN |
| GREAT NEWS | #TX4-340-568 | AUGUST 96 | UNKNOWN |
| GREAT NEWS | #TX4-520-778 | AUGUST 97 | UNKNOWN |
| GREAT NEWS | #TX4-836-778 | AUGUST 98 | UNKNOWN |
| GREAT NEWS | #TX5-080-489 | AUGUST 99 | UNKNOWN |
| GREAT NEWS | #TX-6-289-015 | DEC '05 | UNKNOWN |
| GREAT NEWS | #TX5-532-203 | DEC 01 | UNKNOWN |
| GREAT NEWS | #TX5-696-197 | DEC 02 | UNKNOWN |
| GREAT NEWS | #TX5-974-521 | DEC 03 | UNKNOWN |
| GREAT NEWS | #TX6-088-676 | DEC 04 | UNKNOWN |
| GREAT NEWS | #TX-6-489-323 | DEC. '06 | UNKNOWN |
| GREAT NEWS | #TX-7-009-772 | DECEMBER '07 | UNKNOWN |
| GREAT NEWS | #TX5-265-036 | DECEMBER 00 | UNKNOWN |
| GREAT NEWS | #TX3-687-047, | DECEMBER 1993 | UNKNOWN |
| GREAT NEWS | #TX3-990-224 | DECEMBER 1994 | UNKNOWN |
| GREAT NEWS | #TX4-179-754 | DECEMBER 1995 | UNKNOWN |
| GREAT NEWS | #TX7-266-523 | DECEMBER 2008 | UNKNOWN |
| GREAT NEWS | #TX7-287-340 | DECEMBER 2009 | UNKNOWN |
| GREAT NEWS | #TX7-317-162 | DECEMBER 2010 | UNKNOWN |
| GREAT NEWS | #TX7-555-184 | DECEMBER 2011 | UNKNOWN |
| GREAT NEWS | #TX7-638-115 | DECEMBER 2012 | UNKNOWN |
| GREAT NEWS | #TX-7-815-420 | DECEMBER 2013 | UNKNOWN |
| GREAT NEWS | #TX-7-815-420 | DECEMBER 2013 | UNKNOWN |
| GREAT NEWS | #TX-7-991-220 | DECEMBER 2014 | UNKNOWN |
| GREAT NEWS | #TX-8-209-353 | DECEMBER 2015 | UNKNOWN |
| GREAT NEWS | #TX4-411-956 | DECEMBER 96 | UNKNOWN |
| GREAT NEWS | #TX4-673-575 | DECEMBER 97 | UNKNOWN |
| GREAT NEWS | #TX4-859-139 | DECEMBER 98 | UNKNOWN |
| GREAT NEWS | #TX4-859-139 | DECEMBER 98 | UNKNOWN |
| GREAT NEWS | #TX5-047-379 | DECEMBER 99 | UNKNOWN |
| GREAT NEWS | #TX5-542-915 | FEB 02 | UNKNOWN |
| GREAT NEWS | #TX5-705-899 | FEB 03 | UNKNOWN |
| GREAT NEWS | #TX5-950-390 | FEB 04 | UNKNOWN |
| GREAT NEWS | #TX6-128-496 | FEB 05 | UNKNOWN |
| GREAT NEWS | #TX-6-318-342 | FEB. '06 | UNKNOWN |
| GREAT NEWS | #TX-6-543-689 | FEB. '07 | UNKNOWN |
| GREAT NEWS | #TX5-135-050 | FEBRUARY 00 | UNKNOWN |
| GREAT NEWS | #TX5-306-686 | FEBRUARY 01 | UNKNOWN |
| GREAT NEWS | #TX3-505-464 | FEBRUARY 1993 | UNKNOWN |
| GREAT NEWS | #TX3-706-490, | FEBRUARY 1994 | UNKNOWN |

# HOBBICO, INC.

# SCHEDULE AB60: COPYRIGHTS

| Title | Copyright Number | Date | Current Value |
|---|---|---|---|
| GREAT NEWS | #TX3-950-462 | FEBRUARY 1995 | UNKNOWN |
| GREAT NEWS | #TX7-094-900 | FEBRUARY 2008 | UNKNOWN |
| GREAT NEWS | #TX7-267-701 | FEBRUARY 2009 | UNKNOWN |
| GREAT NEWS | #TX7-328-565 | FEBRUARY 2011 | UNKNOWN |
| GREAT NEWS | #TX7-535-763 | FEBRUARY 2012 | UNKNOWN |
| GREAT NEWS | #TX7-686-120 | FEBRUARY 2013 | UNKNOWN |
| GREAT NEWS | #TX-943-022 | FEBRUARY 2014 | UNKNOWN |
| GREAT NEWS | #TX-8-024-378 | FEBRUARY 2015 | UNKNOWN |
| GREAT NEWS | #TX-8-252-679 | FEBRUARY 2016 | UNKNOWN |
| GREAT NEWS | #TX4-223-778 | FEBRUARY 96 | UNKNOWN |
| GREAT NEWS | #TX4-439-994 | FEBRUARY 97 | UNKNOWN |
| GREAT NEWS | #TX4-755-237 | FEBRUARY 98 | UNKNOWN |
| GREAT NEWS | #TX4-859-138 | FEBRUARY 99 | UNKNOWN |
| GREAT NEWS | #TX5-542-914 | JAN 02 | UNKNOWN |
| GREAT NEWS | #TX5-705-900 | JAN 03 | UNKNOWN |
| GREAT NEWS | #TX5-950-391 | JAN 04 | UNKNOWN |
| GREAT NEWS | #TX6-141-979 | JAN 05 | UNKNOWN |
| GREAT NEWS | #TX-6-318-343 | JAN. '06 | UNKNOWN |
| GREAT NEWS | #TX-6-543-688 | JAN. '07 | UNKNOWN |
| GREAT NEWS | #TX7-6867127 | JANUARY  2013 | UNKNOWN |
| GREAT NEWS | #TX5-135-049 | JANUARY 00 | UNKNOWN |
| GREAT NEWS | #TX5-306-687 | JANUARY 01 | UNKNOWN |
| GREAT NEWS | #TX3-505-464 | JANUARY 1993 | UNKNOWN |
| GREAT NEWS | #TX3-706-489, | JANUARY 1994 | UNKNOWN |
| GREAT NEWS | #TX3-950-461 | JANUARY 1995 | UNKNOWN |
| GREAT NEWS | #TX4-179-758 | JANUARY 1996 | UNKNOWN |
| GREAT NEWS | #TX7-094-972 | JANUARY 2008 | UNKNOWN |
| GREAT NEWS | #TX7-267-684 | JANUARY 2009 | UNKNOWN |
| GREAT NEWS | #TX7-414-023 | JANUARY 2010 | UNKNOWN |
| GREAT NEWS | #TX7-328-568 | JANUARY 2011 | UNKNOWN |
| GREAT NEWS | #TX7-535-758 | JANUARY 2012 | UNKNOWN |
| GREAT NEWS | #TX-943-023 | JANUARY 2014 | UNKNOWN |
| GREAT NEWS | #TX-8-024-377 | JANUARY 2015 | UNKNOWN |
| GREAT NEWS | #TX4-223-777 | JANUARY 96 | UNKNOWN |
| GREAT NEWS | #TX4-439-993 | JANUARY 97 | UNKNOWN |
| GREAT NEWS | #TX4-755-236 | JANUARY 98 | UNKNOWN |
| GREAT NEWS | #TX6-035-180 | JUL 04 | UNKNOWN |
| GREAT NEWS | #TX-6-225-553 | JULY '05 | UNKNOWN |
| GREAT NEWS | #TX-6-485-338 | JULY '06 | UNKNOWN |
| GREAT NEWS | #TX-6-862-441 | JULY '07 | UNKNOWN |
| GREAT NEWS | #TX7-191-718 | JULY '08 | UNKNOWN |
| GREAT NEWS | #TX5-147-265 | JULY 00 | UNKNOWN |
| GREAT NEWS | #TX5-416-283 | JULY 01 | UNKNOWN |
| GREAT NEWS | #TX5-660-584 | JULY 02 | UNKNOWN |

# HOBBICO, INC.

# SCHEDULE AB60: COPYRIGHTS

| Title | Copyright Number | Date | Current Value |
|---|---|---|---|
| GREAT NEWS | #TX5-807-780 | JULY 03 | UNKNOWN |
| GREAT NEWS | #TX3-635-166 | JULY 1993 | UNKNOWN |
| GREAT NEWS | #TX3-862-798, | JULY 1994 | UNKNOWN |
| GREAT NEWS | #TX4-088-120 | JULY 1995 | UNKNOWN |
| GREAT NEWS | #TX7-331-834 | JULY 2009 | UNKNOWN |
| GREAT NEWS | #TX7-649-551 | JULY 2010 | UNKNOWN |
| GREAT NEWS | #TX7-412-101 | JULY 2011 | UNKNOWN |
| GREAT NEWS | #TX7-585-066 | JULY 2012 | UNKNOWN |
| GREAT NEWS | #TX7-727-430 | JULY 2013 | UNKNOWN |
| GREAT NEWS | #TX-7-947-750 | JULY 2014 | UNKNOWN |
| GREAT NEWS | #TX-8-152-410 | JULY 2015 | UNKNOWN |
| GREAT NEWS | #TX4-340-567 | JULY 96 | UNKNOWN |
| GREAT NEWS | #TX4-520-779 | JULY 97 | UNKNOWN |
| GREAT NEWS | #TX4-884-214 | JULY 98 | UNKNOWN |
| GREAT NEWS | #TX5-080-488 | JULY 99 | UNKNOWN |
| GREAT NEWS | #TX-6-198-223 | JUNE '05 | UNKNOWN |
| GREAT NEWS | #TX-6-399-443 | JUNE '06 | UNKNOWN |
| GREAT NEWS | #TX-6-594-700 | JUNE '07 | UNKNOWN |
| GREAT NEWS | #TX5-133-493 | JUNE 00 | UNKNOWN |
| GREAT NEWS | #TX5-346-772 | JUNE 01 | UNKNOWN |
| GREAT NEWS | #TX5-599-991 | JUNE 02 | UNKNOWN |
| GREAT NEWS | #TX5-755-970 | JUNE 03 | UNKNOWN |
| GREAT NEWS | #TX5-989-558 | JUNE 04 | UNKNOWN |
| GREAT NEWS | #TX3-617-612 | JUNE 1993 | UNKNOWN |
| GREAT NEWS | #TX3-834-245 | JUNE 1994 | UNKNOWN |
| GREAT NEWS | #TX4-074-209 | JUNE 1995 | UNKNOWN |
| GREAT NEWS | #TX7-221-853 | JUNE 2009 | UNKNOWN |
| GREAT NEWS | #TX7-203-360 | JUNE 2010 | UNKNOWN |
| GREAT NEWS | #TX7-393-784 | JUNE 2011 | UNKNOWN |
| GREAT NEWS | #TX7-555-020 | JUNE 2012 | UNKNOWN |
| GREAT NEWS | #TX7-738-552 | JUNE 2013 | UNKNOWN |
| GREAT NEWS | #TX-7-925-888 | JUNE 2014 | UNKNOWN |
| GREAT NEWS | #TX-8-130-282 | JUNE 2015 | UNKNOWN |
| GREAT NEWS | #TX4-242-970 | JUNE 96 | UNKNOWN |
| GREAT NEWS | #TX4-591-741 | JUNE 97 | UNKNOWN |
| GREAT NEWS | #TX4-726-333 | JUNE 98 | UNKNOWN |
| GREAT NEWS | #TX5-578-354 | MAR 02 | UNKNOWN |
| GREAT NEWS | #TX5-736-464 | MAR 03 | UNKNOWN |
| GREAT NEWS | #TX5-958-292 | MAR 04 | UNKNOWN |
| GREAT NEWS | #TX-6-173-889 | MAR. '05 | UNKNOWN |
| GREAT NEWS | #TX-6-357-189 | MAR. '06 | UNKNOWN |
| GREAT NEWS | #TX-6-564-317 | MAR. '07 | UNKNOWN |
| GREAT NEWS | #TX6-935-985 | MARCH '08 | UNKNOWN |
| GREAT NEWS | #TX5-087-073 | MARCH 00 | UNKNOWN |

# HOBBICO, INC.

# SCHEDULE AB60: COPYRIGHTS

| Title | Copyright Number | Date | Current Value |
|---|---|---|---|
| GREAT NEWS | #TX5-373-217 | MARCH 01 | UNKNOWN |
| GREAT NEWS | #TX3-545-169 | MARCH 1993 | UNKNOWN |
| GREAT NEWS | #TX3-803-260 | MARCH 1994 | UNKNOWN |
| GREAT NEWS | #TX4-038-879 | MARCH 1995 | UNKNOWN |
| GREAT NEWS | #TX7-267-486 | MARCH 2009 | UNKNOWN |
| GREAT NEWS | #TX7-195-958 | MARCH 2010 | UNKNOWN |
| GREAT NEWS | #TX7-366-278 | MARCH 2011 | UNKNOWN |
| GREAT NEWS | #TX7-550-959 | MARCH 2012 | UNKNOWN |
| GREAT NEWS | #TX7-711-724 | MARCH 2013 | UNKNOWN |
| GREAT NEWS | #TX-7-903-891 | MARCH 2014 | UNKNOWN |
| GREAT NEWS | #TX-8-072-067 | MARCH 2015 | UNKNOWN |
| GREAT NEWS | #TX-8-252-682 | MARCH 2016 | UNKNOWN |
| GREAT NEWS | #TX4-253-056 | MARCH 96 | UNKNOWN |
| GREAT NEWS | #TX4-469-125 | MARCH 97 | UNKNOWN |
| GREAT NEWS | #TX4-755-182 | MARCH 98 | UNKNOWN |
| GREAT NEWS | #TX-6-198-222 | MAY '05 | UNKNOWN |
| GREAT NEWS | #TX-6-594-701 | MAY '07 | UNKNOWN |
| GREAT NEWS | #TX7-151-281 | MAY '08 | UNKNOWN |
| GREAT NEWS | #TX5-133-494 | MAY 00 | UNKNOWN |
| GREAT NEWS | #TX5-346-773 | MAY 01 | UNKNOWN |
| GREAT NEWS | #TX5-599-990 | MAY 02 | UNKNOWN |
| GREAT NEWS | #TX5-755-971 | MAY 03 | UNKNOWN |
| GREAT NEWS | #TX5-989-559 | MAY 04 | UNKNOWN |
| GREAT NEWS | #TX3-553-495 | MAY 1993 | UNKNOWN |
| GREAT NEWS | #TX3-834-244, | MAY 1994 | UNKNOWN |
| GREAT NEWS | #TX4-074-210 | MAY 1995 | UNKNOWN |
| GREAT NEWS | #TX7-221-854 | MAY 2009 | UNKNOWN |
| GREAT NEWS | #TX7-203-338 | MAY 2010 | UNKNOWN |
| GREAT NEWS | #TX7-393-769 | MAY 2011 | UNKNOWN |
| GREAT NEWS | #TX7-554-982 | MAY 2012 | UNKNOWN |
| GREAT NEWS | #TX7-738-551 | MAY 2013 | UNKNOWN |
| GREAT NEWS | #TX-7-925-889 | MAY 2014 | UNKNOWN |
| GREAT NEWS | #TX-8-130-285 | MAY 2015 | UNKNOWN |
| GREAT NEWS | #TX-8-276-869 | MAY 2016 | UNKNOWN |
| GREAT NEWS | #TX4-250-983 | MAY 96 | UNKNOWN |
| GREAT NEWS | #TX4-560-290 | MAY 97 | UNKNOWN |
| GREAT NEWS | #TX4-726-332 | MAY 98 | UNKNOWN |
| GREAT NEWS | #TX-6-399-442 | MAY. '06 | UNKNOWN |
| GREAT NEWS | #TX-6-289-014 | NOV '05 | UNKNOWN |
| GREAT NEWS | #TX5-696-196 | NOV 02 | UNKNOWN |
| GREAT NEWS | #TX6-088-677 | NOV 04 | UNKNOWN |
| GREAT NEWS | #TX5-532-204 | NOV 01 | UNKNOWN |
| GREAT NEWS | #TX-6-489-324 | NOV. '06 | UNKNOWN |
| GREAT NEWS | #TX7-009-627 | NOVEMBER '07 | UNKNOWN |

# HOBBICO, INC.

# SCHEDULE AB60: COPYRIGHTS

| Title | Copyright Number | Date | Current Value |
|---|---|---|---|
| GREAT NEWS | #TX5-265-037 | NOVEMBER 00 | UNKNOWN |
| GREAT NEWS | #TX3-685-049 | NOVEMBER 1993 | UNKNOWN |
| GREAT NEWS | #TX3-990-223 | NOVEMBER 1994 | UNKNOWN |
| GREAT NEWS | #TX4-179-755 | NOVEMBER 1995 | UNKNOWN |
| GREAT NEWS | #TX7-268-278 | NOVEMBER 2008 | UNKNOWN |
| GREAT NEWS | #TX7-307-841 | NOVEMBER 2010 | UNKNOWN |
| GREAT NEWS | #TX7-555-192 | NOVEMBER 2011 | UNKNOWN |
| GREAT NEWS | #TX7-638-119 | NOVEMBER 2012 | UNKNOWN |
| GREAT NEWS | #TX7-815-399 | NOVEMBER 2013 | UNKNOWN |
| GREAT NEWS | #TX-7-991-288 | NOVEMBER 2014 | UNKNOWN |
| GREAT NEWS | #TX-8-209-354 | NOVEMBER 2015 | UNKNOWN |
| GREAT NEWS | #TX4-411-957 | NOVEMBER 96 | UNKNOWN |
| GREAT NEWS | #TX4-673-576 | NOVEMBER 97 | UNKNOWN |
| GREAT NEWS | #TX4-859-140 | NOVEMBER 98 | UNKNOWN |
| GREAT NEWS | #TX4-859-140 | NOVEMBER 98 | UNKNOWN |
| GREAT NEWS | #TX5-047-376 | NOVEMBER 99 | UNKNOWN |
| GREAT NEWS | #TX-6-258-868 | OCT '05 | UNKNOWN |
| GREAT NEWS | #TX5-664-277 | OCT 02 | UNKNOWN |
| GREAT NEWS | #TX5-869-578 | OCT 03 | UNKNOWN |
| GREAT NEWS | #TX6-064-882 | OCT 04 | UNKNOWN |
| GREAT NEWS | #TX3-649-130 | OCT. 1993 | UNKNOWN |
| GREAT NEWS | #TX5-424-034 | OCTOBER 00 | UNKNOWN |
| GREAT NEWS | #TX5-470-765 | OCTOBER 01 | UNKNOWN |
| GREAT NEWS | #TX7-114-661 | OCTOBER '07 | UNKNOWN |
| GREAT NEWS | #TX7-217-641 | OCTOBER '08 | UNKNOWN |
| GREAT NEWS | #TX3-849-273 | OCTOBER 1994 | UNKNOWN |
| GREAT NEWS | #TX4-112-404 | OCTOBER 1995 | UNKNOWN |
| GREAT NEWS | #TX7-323-351 | OCTOBER 2009 | UNKNOWN |
| GREAT NEWS | #TX7-273-488 | OCTOBER 2010 | UNKNOWN |
| GREAT NEWS | #TX7-477-409 | OCTOBER 2011 | UNKNOWN |
| GREAT NEWS | #TX7-610-995 | OCTOBER 2012 | UNKNOWN |
| GREAT NEWS | #TX7-796-731 | OCTOBER 2013 | UNKNOWN |
| GREAT NEWS | #TX-7-984-646 | OCTOBER 2014 | UNKNOWN |
| GREAT NEWS | #TX-8-199-950 | OCTOBER 2015 | UNKNOWN |
| GREAT NEWS | #TX3-482-321 | OCTOBER '92 | UNKNOWN |
| GREAT NEWS | #TX4-397-364 | OCTOBER 96 | UNKNOWN |
| GREAT NEWS | #TX4-584-609 | OCTOBER 97 | UNKNOWN |
| GREAT NEWS | #TX4-790-371 | OCTOBER 98 | UNKNOWN |
| GREAT NEWS | #TX4-790-371 | OCTOBER 98 | UNKNOWN |
| GREAT NEWS | #TX5-080-154 | OCTOBER 99 | UNKNOWN |
| GREAT NEWS | #TX5-664-276 | SEPT 02 | UNKNOWN |
| GREAT NEWS | #TX5-869-579 | SEPT 03 | UNKNOWN |
| GREAT NEWS | #TX6-064-883 | SEPT 04 | UNKNOWN |
| GREAT NEWS | #TX-6-258-869 | SEPT. '05 | UNKNOWN |

# HOBBICO, INC.

# SCHEDULE AB60: COPYRIGHTS

| Title | Copyright Number | Date | Current Value |
|---|---|---|---|
| GREAT NEWS | #TX3-649-131 | SEPT. 1993 | UNKNOWN |
| GREAT NEWS | #TX5-470-764 | SEPTEMBER  01 | UNKNOWN |
| GREAT NEWS | #TX-7-114-687 | SEPTEMBER '07 | UNKNOWN |
| GREAT NEWS | #TX7-217-646 | SEPTEMBER '08 | UNKNOWN |
| GREAT NEWS | #TX5-424-033 | SEPTEMBER 00 | UNKNOWN |
| GREAT NEWS | #TX3-849-292 | SEPTEMBER 1994 | UNKNOWN |
| GREAT NEWS | #TX4-112-405 | SEPTEMBER 1995 | UNKNOWN |
| GREAT NEWS | #TX7-323-344 | SEPTEMBER 2009 | UNKNOWN |
| GREAT NEWS | #TX7-273-485 | SEPTEMBER 2010 | UNKNOWN |
| GREAT NEWS | #TX7-477-411 | SEPTEMBER 2011 | UNKNOWN |
| GREAT NEWS | #TX7-611-571 | SEPTEMBER 2012 | UNKNOWN |
| GREAT NEWS | #TX7-796-724 | SEPTEMBER 2013 | UNKNOWN |
| GREAT NEWS | #TX-7-984-648 | SEPTEMBER 2014 | UNKNOWN |
| GREAT NEWS | #TX-8-199-946 | SEPTEMBER 2015 | UNKNOWN |
| GREAT NEWS | #TX4-397-365 | SEPTEMBER 96 | UNKNOWN |
| GREAT NEWS | #TX4-597-957 | SEPTEMBER 97 | UNKNOWN |
| GREAT NEWS | #TX4-790-370 | SEPTEMBER 98 | UNKNOWN |
| GREAT NEWS | #TX4-790-370 | SEPTEMBER 98 | UNKNOWN |
| GREAT NEWS | #TX5-078-972 | SEPTEMBER 99 | UNKNOWN |
| GREAT NEWS REGISTRATION | #TX3-405-687 | SEPTEMBER 1992 | UNKNOWN |
| HELIMAX AT WWW.BESTRC.COM/HELIMAX/INDEX.HTML | #TX 6-125-436 | | UNKNOWN |
| HOBBICO SUPERSTAR 40 INSTRUCTION MANUAL | #TX-3-734-609 | | UNKNOWN |
| MAJESTY (GIVING RIGHTS TO "DESIGNORY" A CALIFORNIA CORPORATION) | | 6/30/1997 | UNKNOWN |
| PATRIOT ARF TRIM SCHEME | #VA640-820 | | UNKNOWN |
| TOWER CATALOG | #TX 3-667-755 | 1994 | UNKNOWN |
| TOWER CATALOG | #TX 3-891-097 | 1995 | UNKNOWN |
| TOWER CATALOG | #TX 5-542-911 | 2002 | UNKNOWN |
| TOWER HOBBIES 1992 CATALOG | #TX 3-301-225 | 4/13/1992 | UNKNOWN |
| TOWER HOBBIES 2000 CATALOG | #TX 5-047-377 | 2000 | UNKNOWN |
| TOWER HOBBIES 2015 CATALOG | #TX- 7-991-215 | 2015 | UNKNOWN |
| TOWER HOBBIES CATALOG | #TX 6-088-674 | 2005 | UNKNOWN |
| TOWER HOBBIES CATALOG | #TX 4-220-439 | 1996 | UNKNOWN |
| TOWER HOBBIES CATALOG | #TX4-682-114 | 1998 | UNKNOWN |
| TOWER HOBBIES CATALOG | #TX4-859-139 | 1999 | UNKNOWN |
| TOWER HOBBIES CATALOG | #TX4-859-139 | 1999 | UNKNOWN |
| TOWER HOBBIES CATALOG | #TX 5-975-478 | 2004 | UNKNOWN |
| TOWER HOBBIES CATALOG | #TX 7-010-055 | 2008 | UNKNOWN |
| TOWER HOBBIES CATALOG | #TX 7-268-273 | 2009 | UNKNOWN |
| TOWER HOBBIES CATALOG | #TX 7-552-932 | 2010 | UNKNOWN |
| TOWER HOBBIES CATALOG | #TX 7-273-477 | 2011 | UNKNOWN |
| TOWER HOBBIES CATALOG | #TX 7-638-103 | 2013 | UNKNOWN |

# HOBBICO, INC.

# SCHEDULE AB60: COPYRIGHTS

| Title | Copyright Number | Date | Current Value |
|---|---|---|---|
| TOWER HOBBIES CATALOG | #TX 7-815-397 | 2014 | UNKNOWN |
| TOWER HOBBIES CATALOG | #TX- 8-209-351 | 2016 | UNKNOWN |
| TOWER HOBBIES CATALOG 1993 - REGISTRATION | #TX 3-412-972 | 1993 | UNKNOWN |
| TRIM SCHEME – MATT CHAPMAN'S CAP 232 AIRPLANE AND RC MODEL | #VA 1-287-153 | | UNKNOWN |
| | | TOTAL: | $0.00 |

# HOBBICO, INC.

# SCHEDULE AB60: PATENTS

| Title/<br>DBR Reference Number | Inventor(s) | Application No./Filing Date | Patent No./ Issue Date | Owner | Current Status |
|---|---|---|---|---|---|
| Reciprocating Slot Cutting Tool (P1226US) | James J. Schmidt | 09/144,777 09/01/1998 | 6,094,826 08/01/2000 | Hobbico, Inc. | All fees paid Expires 09/01/2018 |
| System and Method for Converting Radio Control Transmitter and Joystick Controller Signals into Universal Serial Bus Signals (P1716US) | Neal E. Cloud Mark D. Williams Scott Kemp | 10/354,484 01/30/2003 | 6,842,804 01/11/2005 | Hobbico, Inc. | All fees paid Expires 04/26/2023 |
| Model Landing Gear Assembly (P2039US) | Miguel A. Frontera Castaner | 10/690,062 10/21/2003 | 6,886,780 05/03/2005 | Hobbico, Inc. | All fees paid Expires 01/15/2024 |
| Empennage Assembly and Attachment Mechanism for a Model Airplane (P2040US) | Miguel A. Frontera Castaner | 10/690,065 10/21/2003 | 6,938,856 09/06/2005 | Hobbico, Inc. | All fees paid Expires 04/05/2024 |
| Wing Attachment Mechanism for a Model Airplane (P2177US) | Miguel A. Frontera Castaner | 10/841,126 05/07/2004 | 7,182,666 02/27/2007 | Hobbico, Inc. | Final maintenance fee due 08/27/2018 Expires 05/07/2024 |
| Method for Attaching an Empennage Assembly to a Model Airplane (P2040DIV) | Miguel A. Frontera Castaner | 10/895,164 07/20/2004 | 6,986,695 01/17/2006 | Hobbico, Inc. | All fees paid Expires 02/29/2024 |
| System and Method for Converting Radio Control Transmitter and | Neal E. Cloud Mark D. Williams | 10/990,850 11/17/2004 | 7,010,628 03/07/2006 | Hobbico, Inc. | All fees paid. Expires 01/30/2023 |

# HOBBICO, INC.

# SCHEDULE AB60: PATENTS

| Title/ DBR Reference Number | Inventor(s) | Application No./Filing Date | Patent No./ Issue Date | Owner | Current Status |
|---|---|---|---|---|---|
| Joystick Controller Signals into Universal Serial Bus Signals (P1716DIV) | Scott Kemp | | | | |
| Model Vehicle Transmission System (P2330US) | Gregory Paul Duitsman Richard Arlin Vessell | 11/137,734 05/25/2005 | 7,390,280 06/24/2008 | Hobbico, Inc. | Final maintenance fee due 12/24/2019 Expires 02/11/2026 |
| Method and Apparatus for Wing Mounting for a Model Airplane (P3290US) | Miguel A. Frontera Castaner Keh-Bing Sheng | 12/620,081 11/17/2009 | 8,128,451 03/06/2012 | Hobbico, Inc. | 2nd maintenance fee due 09/06/2019 Expires 03/26/2030 |
| Radio Frequency Transmitter Adaptors, Methods and Articles of Manufacture (P3930US) | Neal Cloud David Johnson Kevin Waite Zhou Zhenmin | 13/309,219 12/01/2011 | 8,902,048 12/02/2014 | Hobbico, Inc. | 1st maintenance fee due 06/02/2018 Expires 08/20/2032 |
| Electrical Connector Assembly (P4344DES, Star Plug) | Neal Cloud Shane Curry Kevin Burner | 29/499,191 08/12/2014 | D749,046 02/09/2016 | Hobbico, Inc. | Design Patent expires 02/09/2030 |
| Electrical Connector Assembly (P4344US, Star Plug) | Shane Curry Neal Cloud Kevin Burner Robert Csiki Jamie M. Seymour | 14/987,342 01/04/2016 | | Hobbico, Inc. | Allowed. Issue fee due 02/22/2018 |
| Connection System for Detachably Connecting Components and Kit with Such (P4786US) | Carsten Rosenbohm | 15/078,376 03/23/2016 | | Hobbico, Inc. (by assignment from Revell GmbH) | Pending. Response to Restriction Requirement due 02/11/2018 |

# HOBBICO, INC.

# SCHEDULE AB60: PATENTS

| Title/<br>DBR Reference Number | Inventor(s) | Application No./Filing Date | Patent No./ Issue Date | Owner | Current Status |
|---|---|---|---|---|---|
| Unmanned Vehicle Camera Orientation (P4894PRO) | Gordon Cockburn | 62/572,415 10/14/2017 | | Hobbico, Inc. | Pending.  Regular U.S. and foreign filing due 10/14/2018 |
| Battery Cradle and Battery Cradle Assembly (P4895US) | Wojciech Nodzykowski Adam Skelding Jami Jones Jason Dearden Ben Cosgrove | 15/804,705 11/06/2017 | | Hobbico, Inc. | Pending – awaiting examination |
| Radio Frequency Transmitter Adaptors, Methods and Articles of Manufacture (P3930PCT) | Neal Cloud David Johnson Kevin Waite Zhou Zhenmin | PCT/US2012/066817 11/28/2012 | | Hobbico, Inc. | No national phase filings, per client instructions |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| 21ST CENTURY | United States of America | 74/147648 14-Mar-1991 | 1753070 16-Feb-1993 | 16-Feb-2023 | Registered | Cl. 28:  Film and fabric coverings for model airplanes |
| AQUACRAFT | European Community | 011199361 19-Sep-2012 | 011199361 18-Feb-2013 | 19-Sep-2022 | Registered | Cl. 28:  Radio-controlled model boats and component parts therefor, namely, propellers, drain plugs, rudder blades, fins and starting belts all being sold for model boats. |
| AQUACRAFT | United States of America | 77/816302 31-Aug-2009 | 3862736 19-Oct-2010 | 19-Oct-2020 | Registered | Cl. 28: Radio-controlled model boats and component parts therefor, namely, propellers, drain plugs, rudder blades, fins, and starting belts |
| ARRMA | Australia | 1604188 05-Feb-2014 | 1604188 02-Sep-2015 | 05-Feb-2024 | Registered | Cl. 28:  Radio-controlled model vehicles |
| ARRMA | European Community | 011199536 19-Sep-2012 | 011199536 30-Jan-2013 | 19-Sep-2022 | Registered | Cl. 28:  Radio-controlled model vehicles |
| ARRMA | United States of America | 85/645808 07-Jun-2012 | 4254106 04-Dec-2012 | 04-Dec-2022 | Registered | Cl. 28:  Radio-controlled model vehicles |
| ARRMA (stylized) | Australia | 1604189 05-Feb-2014 | 1604189 02-Sep-2015 | 05-Feb-2024 | Registered | Cl. 28:  Radio-controlled model vehicles |
| ARRMA (stylized) | United States of America | 85/715942 29-Aug-2012 | 4363735 09-Jul-2013 | 09-Jul-2023 | Registered | Cl. 28:  Radio-controlled model vehicles |
| ARROW and Design | Brazil | 827034725 29-Oct-2004 | 827034725 24-Mar-2009 | 24-Mar-2019 | Registered | Cl. 42:  Mail order distributor services in the field of radio controlled models |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| ARROW and Design | United States of America | 74/454913 08-Nov-1993 | 1856102 27-Sep-1994 | 27-Sep-2024 | Registered | Cl. 42:  Mail order services in the field of radio controlled models |
| AXIAL | China (People's Republic) | 8763058 21-Oct-2010 | 8763058 28-Oct-2011 | 28-Oct-2021 | Registered | Cl. 25:  Clothing; shirts; t-shirts; caps; baseball caps |
| AXIAL | China (People's Republic) | 8763059 21-Oct-2010 | 8763059 28-Dec-2011 | 28-Dec-2021 | Registered | Cl. 28:  Remote-controlled toy vehicles; radio-controlled toy vehicles; engines for remote-controlled toy vehicles; parts of engines for remote-controlled toy vehicles; wheels for remote-controlled toy vehicles; tires for remote-controlled toy vehicles; lights for remote-controlled toy vehicles; exhaust pipes for remote-controlled toy vehicles; chassis for remote-controlled toy vehicles; electronics for remote-controlled toy vehicles; plastic parts for remote-controlled toy vehicles; bodies for remote-controlled toy vehicles |
| AXIAL | European Community | 009092982 10-May-2010 | 009092982 26-Oct-2010 | 10-May-2020 | Registered | Cl. 8:  Scissors; wrenches; hex drivers; socket drivers; reamers; flywheel remover tools; Cl. 25:  Clothing; shirts; t-shirts; caps; baseball caps; Cl. 28:  Remote-controlled toy vehicles; radio-controlled toy vehicles; parts and accessories for remote-controlled vehicles and radio-controlled vehicles |
| AXIAL | Korea, Republic of | 40-2010-51160 05-Oct-2010 | 40-0946148 27-Dec-2012 | 27-Dec-2022 | Registered | Cl. 28:  Remote-controlled toy vehicles; radio-controlled toy vehicles; chassis for remote-controlled toy vehicles; chassis for radio-controlled toy vehicles; engines for remote-controlled toy vehicles; engines for radio-controlled toy vehicles; wheels for remote-controlled toy vehicles; wheels for radio-controlled toy vehicles; tires for remote-controlled toy vehicles; tires for radio-controlled toy vehicles |
| AXIAL | United States of America | 78/866137 20-Apr-2006 | 3302091 02-Oct-2007 | 02-Oct-2027 | Registered | Cl. 28:  Remote-control cars, radio-control cars, remote-control car parts and accessories; radio-control car parts and accessories |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| AXIAL (in Chinese characters) 艾克希尔 | China (People's Republic) | 8763062 21-Oct-2010 | 8763062 28-Dec-2011 | 27-Dec-2021 | Registered | Cl. 28:  Remote-controlled toy vehicles; Radio-controlled toy vehicles; Toys; Toy vehicles; wheels for remote-controlled toy vehicles; Tires for remote-controlled toy vehicles; Lights for remote-controlled toy vehicles; Exhaust pipes for remote-controlled toy vehicles;  Chassis for remote-controlled toy vehicles, Scale model vehicles; Bodies for remote-controlled toy vehicles |
| BARGAIN SHOPPER | United States of America | 74/238851 21-Jan-1992 | 1741264 22-Dec-1992 | 22-Dec-2022 | Registered | Cl. 16:  Mail order sales catalog featuring radio controlled models and accessories therefor |
| C-ME | China (People's Republic) | 21-Mar-2017 | | | Pending | Cl. 12:  Camera drone |
| C-ME | European Union | 015917495 13-Oct-2016 | 015917495 07-Feb-2017 | 13-Oct-2026 | Registered | Cl. 12:  Camera drone |
| C-ME | United States of America | 87/186156 28-Sep-2016 | | | Allowed | Cl. 12:  Camera drone |
| COX | Argentina | 2676437 06-Jun-2006 | 2137293 16-Jan-2007 | 16-Jan-2027 | Registered | Cl. 28:  All goods in International Class 28, except rubber balls, and rubber toys, body rehabilitation apparatus, inflatable or transportable plastic swimming pools. |
| COX | Australia | 300635 21-Sep-1976 | 300635 07-Nov-1980 | 21-Sep-2027 | Registered | Cl. 28:  Model airplanes and parts and accessories therefor, including engines for use with such models. |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| COX | Australia | 340150 21-Sep-1976 | 340150 21-Sep-1976 | 21-Sep-2027 | Registered | Cl. 28:  Model boats, trains, motor cars, vehicles, space vehicles and the like; engines for use in some models including electric engines; reaction engines, steam engines, internal combustion engines; tracks for model land vehicles, slot racing and electric train sets; parts and accessories for all the aforementioned goods, all being goods in this class; but not including model airplanes and parts and accessories therefor, including engines for use with such models. |
| COX | China (People's Republic) | 21823203 08-Nov-2016 | | | Pending | Cl. 9:  Electronic radio transmitters, receivers, servos and batteries and battery chargers for controlling the operation of engine power toy model vehicles and aircraft. |
| COX | China (People's Republic) | 21823202 08-Nov-2016 | | | Pending | Cl. 28:  Toy model vehicles and aircrafts. |
| COX | European Union | 015883804 30-Sep-2016 | 015883804 06-Mar-2017 | 30-Sep-2026 | Registered | Cl. 9:  Electronic radio transmitters, receivers, servos and batteries and battery chargers for controlling the operation of engine power toy model vehicles and aircraft. Cl. 28:  Toy model vehicles and aircrafts. |
| COX | France | 93/494888 02-Dec-1993 | 93494888 02-Dec-1993 | 02-Dec-2023 | Registered | Cl. 07: Cl. 09: Cl. 12: Cl. 28: |
| COX | Germany | C46139/28Wz 16-Dec-1993 | 2096792 17-May1995 | 16-Dec-2023 | Registered | Cl. 28:  Toys, as far as contained in class 28, particularly model airplanes and model vehicles; model fuel drive engines as components of the aforementioned model airplanes and model vehicles. |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| COX | Italy | R2007/C002065 08-Sep-1987 | 1287327 21-Mar-1989 | 08-Sep-2027 | Registered | Cl. 07:  Motors of any kind for models of vehicles of transport.<br><br>Cl. 09:  Mechanical, electrical control devices, provided with wire or wireless.<br><br>Cl. 12:  Motors of any kind for models of vehicles of transport.<br><br>Cl. 28:  Games, toys, motor operated and/or moved mechanically and/or electrically controlled models of vehicles of transport, provided with wire or wireless, parts and accessories for such products. |
| COX | Mexico | 1722436 07-Mar-2016 | | | Pending | Cl. 9:  Electronic radio transmitters, receivers, and servos for controlling the operation of engine powered toy aircraft models from a remote location; batteries and battery chargers. |
| COX | Mexico | 1722437 07-Mar-2016 | | | Pending | Cl. 28:  Model airplanes and component parts. |
| COX | New Zealand | 121212 03-Oct-1977 | 121212 17-Jun-1985 | 03-Oct-2022 | Registered | Cl. 22:  Engine powered models and model engines. |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| COX | Switzerland | 3182 30-Jun-1976 | 283845 08-Sep-1976 | 30-Jun-2026 | Registered | Cl. 4: and Cl 28:  Games, playthings; reduced scale models such as airplanes, boats, trains, cars, cranes, vehicles, space crafts and the like; motors for reduced scale models, namely, electric motors, pressure gas motors, steam-driven engines and combustion engines; tracks for scale model vehicles, reduced scale racing cars and reduced scale railway installations; accessories for and components of the above mentioned goods; motor spirit. |
| COX | United Kingdom | 981020 28-Sep-1971 | 981020 04-Mar-1974 | 28-Sep-2026 | Registered | Cl. 28:  Games (other than ordinary playing cards) and playthings. |
| COX | United States of America | 87/088200 29-Jun-2016 | 5169909 28-Mar-2017 | 28-Mar-2027 | Registered | Cl. 9:  Toy model vehicles Cl. 28:  Electronic radio transmitters; receivers, servos and batteries and battery chargers for controlling the operation of engine-powered toy model vehicles and aircraft. |
| COX and Design | Australia | 317423 18-Apr-1978 | A317423 26-May-1981 | 18-Apr-2019 | Registered | Cl. 28:  Model airplanes and parts accessories therefor, including engines for use with such models |
| COX and Design | Australia | 1468182 19-Jul-2011 | 1102204 05-Jan-2012 | 19-Jul-2021 | Registered | Cl. 9:  Electronic radio transmitters, receivers, and servos for controlling the operation of engine powered toy aircraft models from a remote location; batteries and battery chargers  Cl. 28:  Model airplanes and component parts |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| COX and Design | Austria | 4473/98 21-Jul-1998 | 178395 09-Oct-1998 | 09-Oct-2018 | Registered | Cl. 9:  Good not listed in English<br><br>Cl. 28:  Goods not listed in English |
| COX and Design | Benelux | 0040126 02-Mar-1978 | 0351554 02-Mar-1978 | 02-Mar-2018 | Registered | Cl. 09:  Parts and accessories included in this class to build models of vehicles, aircraft models and other structures to lift air control systems including radio, transmitter, receiver and servo radio devices to control the operation of toys and models from a remote location and communication purposes.<br><br>Cl. 28:  Model of construction of vehicles, model of planes and other structures with air bearing pressure, parts and accessories included/ understood in this class for those |
| COX and Design | Canada | 777569 10-Mar-1995 | TMA470484 04-Feb-1997 | 04-Feb-2027 | Registered | N/A:  Vehicles and model airplanes of the toy model racing type, including engines and radio controls therefor |
| COX and Design | Canada | 1536258 19-Jul-2011 | TMA842569 07-Feb-2013 | 07-Feb-2028 | Registered | N/A:  Model airplanes and component parts, namely, batteries and battery chargers; electronic radio transmitters, receivers, and servos for controlling the operation of engine powered toy aircraft models from a remote location |
| COX and Design | China (People's Republic) | 19-Jul-2011 | 1102204 05-Jan-2012 | 19-July-2021 | Registered | Cl. 9:  Electronic radio transmitters, receivers, and servos for controlling the operation of engine powered toy aircraft models from a remote location; batteries and battery chargers;<br>Cl. 28:  Model airplanes and component parts |
| COX and Design | China (People's Republic) | 19-May-1998 | 1307913 28-Aug-1999 | 28-Aug-2019 | Registered | Cl. 16:  Printed teaching, technical, instructional and educational material, printed matter, publications; books, newspapers. |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| COX and Design | European Community | 01162650 05-May-1999 | 001162650 26-Mar-2001 | 05-May-2019 | Registered | Class 28:  Toy model vehicles and aircrafts |
| COX and Design | European Community | 19-Jul-2011 | 1102204 05-Jan-2012 | 19-Jul-2021 | Registered | Cl. 9:  Electronic radio transmitters, receivers, and servos for controlling the operation of engine powered toy aircraft models from a remote location; batteries and battery chargers<br><br>Cl. 28:  Model airplanes and component parts |
| COX and Design | Hong Kong | 14-May-1998 | 199907203AA 14-May-1998 | 14-May-2025 | Registered | Cl. 9:  Apparatus for recording, transmitting and reproducing sound and/or images; motion picture films, video tapes, video disks and recorded magnetic tapes with sounds and/or images; sound recordings, phonograph recordings; phonograph records and disks; magnetic data carriers<br><br>Cl. 16:  Printed teaching, technical, instructional and educational materials; printed matter; publications; books and newspapers<br><br>Cl. 28:  Powered and non-powered model rockets, aircraft, helicopters, spacecraft, marine craft, land vehicles, all being toys; kits for making, building and assembling all the aforesaid toy models; toy engines and toy motors for powering the aforesaid models; spare parts and accessories for all the aforesaid goods |
| COX and Design | Japan | 19-Jul-2011 | 1102204 05-Jan-2012 | 19-Jul-2021 | Registered | Cl. 28:  Radio-controlled model aircrafts and component parts |
| COX and Design | Madrid Protocol Int'l Registration | 19-Jul-2011 | 1102204 05-Jan-2012 | 19-Jul-2021 | Registered | Cl. 9:  Electronic radio transmitters, receivers, and servos for controlling the operation of engine powered toy aircraft models from a remote location;  batteries and battery chargers |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| | | | | | | Cl. 28:  Model airplanes and component parts |
| COX and Design | Mexico | 1722438 07-Mar-2016 | | | Pending | Cl. 9:  Electronic radio transmitters, receivers, and servos for controlling the operation of engine powered toy aircraft models from a remote location; batteries and battery chargers. |
| COX and Design | Mexico | 1722439 07-Mar-2016 | | | Pending | Cl. 28:  Model airplanes and component parts. |
| COX and Design | South Africa | 95/05595 02-May-1995 | 95/05595 19-May-1998 | 02-May-2025 | Registered | Class 28:  Games and playthings including vehicles and model airplanes of the toy model racing type and engines therefor |
| COX and Design | Spain | 07-Jun-1993 | 1765897 07-Jun-1993 | 07-Jun-2023 | Registered | Cl. 28:  Construction models of vehicles, model airplanes, and other aerofoil structures |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| COX and Design | Sweden | 781134 01-Mar-1978 | 172847 11-Jul-1980 | 11-Jul-2020 | Registered | Cl. 9:  Radio control systems intended for the operation of toys and hobby models including model airplanes as well as electronic radio transmitters, -receivers and servos for controlling toy and hobby models from a remote location and for communication systems<br><br>Cl. 28:  Construction kits for vehicles, air planes and other air crafts for hobby use and/or intended as models as well as parts and accessories thereto |
| COX and Design | Taiwan | 81042943 25-Aug-1992 | 605641 16-Jul-1993 | 15-Jul-2023 | Registered | Cl. 28:  Taiwan Nat'l Class 78: Model toy vehicles, space rockets, aircraft, space shuttles, airships; model toy vehicles; model toy airplanes; combination model toy vehicles, space rockets, space shuttles, airships, aircraft, vehicles and airplanes; engines for model airplanes, engines for model toys vehicles and aircraft in local Class 78 (corresponding to current Class 28) |
| COX and Design | United States of America | 72/381214 18-Jan-1971 | 944537 10-Oct-1972 | 10-Oct-2022 | Registered | Cl. 28:  Vehicles and model airplanes of the toy model racing type |
| COX and Design | United States of America | 75/936102 06-Mar-2000 | 2435166 13-Mar-2001 | 13-Mar-2021 | Registered | Cl. 9:  Electronic radio transmitters, receivers, and servos for controlling the operation of engine powered toy aircraft models from a remote location |
| COX and Design | United States of America | 85/220742 19-Jan-2011 | 4104253 28-Feb-2012 | 28-Feb-2022 | Registered | Cl. 9:  Batteries and battery chargers<br>Cl. 28:  Model airplanes |
| DBOOTS | United States of America | 85/645823 07-Jun-2012 | 4254108 04-Dec-2012 | 04-Dec-2022 | Registered | Cl. 28:  Radio-controlled model vehicle component parts, namely tires |
| DBOOTS and Design | United States of America | 85/715950 29-Aug-2012 | 4323983 23-Apr-2013 | 23-Apr-2023 | Registered | Cl. 28:  Radio-controlled model vehicle component parts, namely tires |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| DROMIDA | Brazil | 909821682 12-Aug-2015 | | | Published | Cl. 7:  Motors and engines for radio-controlled model vehicles and aircraft. |
| DROMIDA | Brazil | 909821720 12-Aug-2015 | | | Published | Cl. 9:  Batteries and battery chargers; radios and accessories, namely electronic servo motor controllers, electric switches radio receivers and electric speed controllers. |
| DROMIDA | Brazil | 909821763 12-Aug-2015 | | | Published | Cl. 16:  Decals and stickers. |
| DROMIDA | Brazil | 909821810 12-Aug-2015 | | | Published | Cl. 28:  Radio-controlled model vehicles and aircraft. |
| DROMIDA | Brazil | 909821909 12-Aug-2015 | | | Published | Cl. 35:  Distributorship services in the field of radio-controlled model vehicles and aircraft and component parts. |
| DROMIDA | Chile | 1164647 31-Jul-2015 | 1188697 10-Dec-2015 | 10-Dec-2025 | Registered | Cl. 7:  Motors and engines for radio-controlled model vehicles and aircraft. |
| DROMIDA | Chile | 1164645 31-Jul-2015 | 1188696 10-Dec-2015 | 10-Dec-2025 | Registered | Cl. 9:  Batteries and battery chargers; radios and accessories, namely electronic servo motor controllers, electric switches radio receivers and electric speed controllers. |
| DROMIDA | Chile | 1164644 31-Jul-2015 | 1188695 10-Dec-2015 | 10-Dec-2025 | Registered | Cl. 16:  Decals and stickers. |
| DROMIDA | Chile | 1164643 31-Jul-2015 | 1188694 10-Dec-2015 | 10-Dec-2025 | Registered | Cl. 28:  Radio-controlled model vehicles and aircraft. |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| DROMIDA | Chile | 1164642 31-Jul-2015 | 1199119 15-Mar-2016 | 15-Mar-2026 | Registered | Cl. 35:  Distributorship services in the field of radio-controlled model vehicles and aircraft and component parts. |
| DROMIDA | China | 16-Jul-2015 | 1263596 16-Jul-2015 | 16-Jul-2025 | Registered | Cl. 7:  Motors and engines for radio-controlled model vehicles and aircraft. Cl. 9:  Batteries and battery chargers; radios and accessories, namely electronic servo motor controllers, electric switches radio receivers and electric speed controllers. Cl. 16:  Decals and stickers. Cl. 28:  Radio-controlled model vehicles and aircraft. Cl. 42:  Distributorship services in the field of radio-controlled model vehicles and aircraft and component parts. |
| DROMIDA | European Community | 16-Jul-2015 | 1263596 16-Jul-2015 | 16-Jul-2025 | Registered | Cl. 7:  Motors and engines for radio-controlled model vehicles and aircraft. Cl. 9:  Batteries and battery chargers; radios and accessories, namely electronic servo motor controllers, electric switches radio receivers and electric speed controllers. Cl. 16:  Decals and stickers. Cl. 28:  Radio-controlled model vehicles and aircraft. Cl. 42:  Distributorship services in the field of radio-controlled model vehicles and aircraft and component parts. |
| DROMIDA | Internat'l Registration Madrid Protocol | 16-Jul-2015 | 1263596 10-Sep-2015 | 16-Jul-2025 | Registered | Cl. 7:  Motors and engines for radio-controlled model vehicles and aircraft. Cl. 9:  Batteries and battery chargers; radios and accessories, namely electronic servo motor controllers, electric switches radio receivers and electric speed controllers. Cl. 16:  Decals and stickers. Cl. 28:  Radio-controlled model vehicles and aircraft. Cl. 42:  Distributorship services in the field of radio-controlled model vehicles and aircraft and component parts. |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| DROMIDA | Thailand | 1042279 23-May-2016 | | | Pending | Cl. 7:  Motors  for radio-controlled model land vehicles Motors  for radio-controlled model  aircraft Engines for radio-controlled model land vehicles Engines  for radio-controlled model  aircraft |
| DROMIDA | Thailand | 1042280 23-May-2016 | | | Pending | Cl. 9:  Electric batteries Electric battery chargers Radios Electronic servo motor controllers Electric switches Radio receivers Electric speed controllers |
| DROMIDA | Thailand | 1042281 23-May-2016 | | | Pending | Cl. 16:  Decals, stickers |
| DROMIDA | Thailand | 1042282 23-May-2016 | | | Pending | Cl. 28:  Radio-controlled model vehicles Radio-controlled model  aircrafts |
| DROMIDA | Thailand | 1042283 23-May-2016 | | | Pending | Cl. 35:  Management of distributorship in the field of radio-controlled model vehicles Management of distributorship in the field of radio-controlled model aircrafts Management of distributorship in the field of component parts of radio-controlled model vehicles Management of distributorship in the field of component parts of radio-controlled model  aircraft |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| DROMIDA | United States of America | 86/532652 12-Feb-2015 | 4854348 17-Nov-2015 | 17-Nov-2025 | Registered | Cl. 7:  Motors and engines for radio-controlled model vehicles and aircraft; Cl. 9:  Batteries and battery chargers; radios and accessories, namely electronic servo motor controllers, electric switches, radio receivers and electric speed controllers; Cl. 16:  Decals and stickers; Cl. 28:  Radio-controlled model vehicles and aircraft; Cl. 35:  Distributorship services in the field of radio-controlled model vehicles and aircraft and component parts. |
| DURATRAX | Albania | 11-Aug-2010 | 1050732 14-Oct-2010 | 11-Aug-2020 | Registered | Cl. 3:  Cleaning preparations for electric motors<br><br>Cl. 4:  Fuel for scale model radio-controlled vehicles<br><br>Cl. 7:  Electric motors for scale model radio-controlled vehicles, starter boxes for scale model radio-controlled vehicle and soldering jigs<br><br>Cl. 9:  Batteries, radio receivers, receiver battery packs, adapters and connectors, all for scaled model radio-controlled vehicles<br><br>Cl. 28:  Radio-controlled model car kits comprising plastic, metal and fiberglass parts including but not limited to chassis, bodies, ball-bearings, gear assemblies, joint installations, wheel base and tire assemblies, pinion installations, suspension assemblies, shocks, servo saver assemblies, steering rod assemblies, speed control assemblies, battery connector installations and trim for construction of a radio-controlled vehicles used for recreation or in sports competitions; glue, field bags, wrench sets, fuel bottles and electrical wire, all for scale model radio-controlled vehicle assembly and sold as a unit; replacement parts used on scale model radio-controlled cars |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| DURATRAX | Croatia | 11-Aug-2010 | 1050732 14-Oct-2010 | 11-Aug-2020 | Registered | Cl. 3:  Cleaning preparations for electric motors<br><br>Cl. 4:  Fuel for scale model radio-controlled vehicles<br><br>Cl. 7:  Electric motors for scale model radio-controlled vehicles, starter boxes for scale model radio-controlled vehicle and soldering jigs<br><br>Cl. 9:  Batteries, radio receivers, receiver battery packs, adapters and connectors, all for scaled model radio-controlled vehicles<br><br>Cl. 28:  Radio-controlled model car kits comprising plastic, metal and fiberglass parts including but not limited to chassis, bodies, ball-bearings, gear assemblies, joint installations, wheel base and tire assemblies, pinion installations, suspension assemblies, shocks, servo saver assemblies, steering rod assemblies, speed control assemblies, battery connector installations and trim for construction of a radio-controlled vehicles used for recreation or in sports competitions; glue, field bags, wrench sets, fuel bottles and electrical wire, all for scale model radio-controlled vehicle assembly and sold as a unit; replacement parts used on scale model radio-controlled cars |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| DURATRAX | European Community | 002965481 10-Dec-2002 | 002965481 03-Sep-2004 | 10-Dec-2022 | Registered | Cl. 3:  Cleaning preparations for electric motors<br><br>Cl. 4:  Fuel for scale model radio-controlled vehicles<br><br>Cl. 7:  Electric motors for scale model radio-controlled vehicles, starter boxes for scale model radio-controlled vehicle and soldering jigs<br><br>Cl. 9:  Batteries, radio receivers, receiver battery packs, adapters and connectors, all for scaled model radio-controlled vehicles<br><br>Cl. 28:  Radio-controlled model car kits comprising plastic, metal and fiberglass parts including but not limited to chassis, bodies, ball-bearings, gear assemblies, joint installations, wheel base and tire assemblies, pinion installations, suspension assemblies, shocks, servo saver assemblies, steering rod assemblies, speed control assemblies, battery connector installations and trim for construction of a radio-controlled vehicles used for recreation or in sports competitions; glue, field bags, wrench sets, fuel bottles and electrical wire, all for scale model radio-controlled vehicle assembly and sold as a unit |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| DURATRAX | Internat'l Registration Madrid Protocol | 11-Aug-2010 | 1050732 14-Oct-2010 | 11-Aug-2020 | Registered | Cl. 3:  Cleaning preparations for electric motors<br><br>Cl. 4:  Fuel for scale model radio-controlled vehicles<br><br>Cl. 7:  Electric motors for scale model radio-controlled vehicles, starter boxes for scale model radio-controlled vehicle and soldering jigs<br><br>Cl. 9:  Batteries, radio receivers, receiver battery packs, adapters and connectors, all for scaled model radio-controlled vehicles<br><br>Cl. 28:  Radio-controlled model car kits comprising plastic, metal and fiberglass parts including but not limited to chassis, bodies, ball-bearings, gear assemblies, joint installations, wheel base and tire assemblies, pinion installations, suspension assemblies, shocks, servo saver assemblies, steering rod assemblies, speed control assemblies, battery connector installations and trim for construction of a radio-controlled vehicles used for recreation or in sports competitions; glue, field bags, wrench sets, fuel bottles and electrical wire, all for scale model radio-controlled vehicle assembly and sold as a unit; replacement parts used on scale model radio-controlled cars |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| DURATRAX | Japan | 2003-000421 07-Jan-2003 | 4826694 17-Dec-2004 | 17-Dec-2024 | Registered | Cl. 3:  Soaps and detergents for electric motors for radio-controlled vehicles<br><br>Cl. 4:  Liquid fuel for scale model radio-controlled vehicles<br><br>Cl. 7:  Motors, other than for land vehicles, metalworking machines and tools<br><br>Cl. 9:  Batteries and cells for scaled model-radio-controlled vehicles<br><br>Cl. 28:  Radio-controlled toy vehicles, starters for motors and engines for model-controlled vehicles; radio receivers for scaled model radio-controlled vehicles; electrical distribution or control machines/instruments for scaled model radio-controlled vehicles; rotary converters for scaled model radio-controlled vehicles |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| DURATRAX | Montenegro | 11-Aug-2010 | 1050732 14-Oct-2010 | 11-Aug-2020 | Registered | Cl. 3: Cleaning preparations for electric motors<br><br>Cl. 4: Fuel for scale model radio-controlled vehicles<br><br>Cl. 7: Electric motors for scale model radio-controlled vehicles, starter boxes for scale model radio-controlled vehicle and soldering jigs<br><br>Cl. 9: Batteries, radio receivers, receiver battery packs, adapters and connectors, all for scaled model radio-controlled vehicles<br><br>Cl. 28: Radio-controlled model car kits comprising plastic, metal and fiberglass parts including but not limited to chassis, bodies, ball-bearings, gear assemblies, joint installations, wheel base and tire assemblies, pinion installations, suspension assemblies, shocks, servo saver assemblies, steering rod assemblies, speed control assemblies, battery connector installations and trim for construction of a radio-controlled vehicles used for recreation or in sports competitions; glue, field bags, wrench sets, fuel bottles and electrical wire, all for scale model radio-controlled vehicle assembly and sold as a unit; replacement parts used on scale model radio-controlled cars |
| DURATRAX | Paraguay | 08/24.611 09-Jul-2008 | 333975 21-Jun-2010 | 21-Jun-2020 | Registered | Cl. 28: Radio-controlled toy vehicles, starters for motors and engines for model-controlled vehicles; radio receivers for scaled model radio-controlled vehicles; electrical distribution or control machines/instruments for scaled model radio-controlled vehicles; rotary converters for scaled model radio-controlled vehicles |
| DURATRAX | Paraguay | 08/24.607 09-Jul-2008 | 328060 15-Feb-2010 | 15-Feb-2020 | Registered | Cl. 3: Cleaning preparations for electric motors |
| DURATRAX | Paraguay | 08/24.608 09-Jul-2008 | 328061 15-Feb-2010 | 15-Feb-2020 | Registered | Cl. 4: Fuels for scale model radio-controlled vehicles |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| DURATRAX | Paraguay | 08/24.609 09-Jul-2008 | 327894 19-Jan-2010 | 19-Jan-2020 | Registered | Cl. 7:  Electric motors for radio-controlled model vehicles, starter boxes for radio-controlled motor vehicles and soldering tools |
| DURATRAX | Paraguay | 08/24.610 09-Jul-2008 | 333974 21-Jun-2010 | 21-Jun-2020 | Registered | Cl. 9:  Batteries and cells for scaled model-radio-controlled vehicles |
| DURATRAX | Russian Federation | 11-Aug-2010 | 1050732 14-Oct-2010 | 11-Aug-2020 | Registered | Cl. 3:  Cleaning preparations for electric motors<br><br>Cl. 4:  Fuel for scale model radio-controlled vehicles<br><br>Cl. 7:  Electric motors for scale model radio-controlled vehicles, starter boxes for scale model radio-controlled vehicle and soldering jigs<br><br>Cl. 9:  Batteries, radio receivers, receiver battery packs, adapters and connectors, all for scaled model radio-controlled vehicles<br><br>Cl. 28:  Radio-controlled model car kits comprising plastic, metal and fiberglass parts including but not limited to chassis, bodies, ball-bearings, gear assemblies, joint installations, wheel base and tire assemblies, pinion installations, suspension assemblies, shocks, servo saver assemblies, steering rod assemblies, speed control assemblies, battery connector installations and trim for construction of a radio-controlled vehicles used for recreation or in sports competitions; glue, field bags, wrench sets, fuel bottles and electrical wire, all for scale model radio-controlled vehicle assembly and sold as a unit; replacement parts used on scale model radio-controlled cars |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| DURATRAX | Serbia | 11-Aug-2010 | 1050732 14-Oct-2010 | 11-Aug-2020 | Registered | Cl. 3:  Cleaning preparations for electric motors<br><br>Cl. 4:  Fuel for scale model radio-controlled vehicles<br><br>Cl. 7:  Electric motors for scale model radio-controlled vehicles, starter boxes for scale model radio-controlled vehicle and soldering jigs<br><br>Cl. 9:  Batteries, radio receivers, receiver battery packs, adapters and connectors, all for scaled model radio-controlled vehicles<br><br>Cl. 28:  Radio-controlled model car kits comprising plastic, metal and fiberglass parts including but not limited to chassis, bodies, ball-bearings, gear assemblies, joint installations, wheel base and tire assemblies, pinion installations, suspension assemblies, shocks, servo saver assemblies, steering rod assemblies, speed control assemblies, battery connector installations and trim for construction of a radio-controlled vehicles used for recreation or in sports competitions; glue, field bags, wrench sets, fuel bottles and electrical wire, all for scale model radio-controlled vehicle assembly and sold as a unit; replacement parts used on scale model radio-controlled cars |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| DURATRAX | Turkey | 2014/11462 11-Feb-2014 | 2014 11462 30-Jul-2015 | 11-Feb-2024 | Registered | Cl. 3:  Cleaning preparations for electric motors<br><br>Cl. 4:  Fuel for scale model radio-controlled vehicles<br><br>Cl. 7:  Electric motors for scale model radio-controlled vehicles, starter boxes for scale model radio-controlled vehicle and soldering jigs<br><br>Cl. 9:  Batteries, radio receivers, receiver battery packs, adapters and connectors, all for scaled model radio-controlled vehicles<br><br>Cl. 28:  Radio-controlled model car kits comprising plastic, metal and fiberglass parts including but not limited to chassis, bodies, ball-bearings, gear assemblies, joint installations, wheel base and tire assemblies, pinion installations, suspension assemblies, shocks, servo saver assemblies, steering rod assemblies, speed control assemblies, battery connector installations and trim for construction of a radio-controlled vehicles used for recreation or in sports competitions; glue, field bags, wrench sets, fuel bottles and electrical wire, all for scale model radio-controlled vehicle assembly and sold as a unit |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| DURATRAX | Ukraine | 11-Aug-2010 | 1050732 14-Oct-2010 | 11-Aug-2020 | Registered | Cl. 3:  Cleaning preparations for electric motors<br><br>Cl. 4:  Fuel for scale model radio-controlled vehicles<br><br>Cl. 7:  Electric motors for scale model radio-controlled vehicles, starter boxes for scale model radio-controlled vehicle and soldering jigs<br><br>Cl. 9:  Batteries, radio receivers, receiver battery packs, adapters and connectors, all for scaled model radio-controlled vehicles<br><br>Cl. 28:  Radio-controlled model car kits comprising plastic, metal and fiberglass parts including but not limited to chassis, bodies, ball-bearings, gear assemblies, joint installations, wheel base and tire assemblies, pinion installations, suspension assemblies, shocks, servo saver assemblies, steering rod assemblies, speed control assemblies, battery connector installations and trim for construction of a radio-controlled vehicles used for recreation or in sports competitions; glue, field bags, wrench sets, fuel bottles and electrical wire, all for scale model radio-controlled vehicle assembly and sold as a unit; replacement parts used on scale model radio-controlled cars |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| DURATRAX | United States of America | 74/454914 08-Nov-1993 | 1932538 07-Nov-1995 | 07-Nov-2025 | Registered | Cl. 3:  Cleaning preparations for electric motors<br><br>Cl. 4:  Fuel for scale model radio-controlled vehicles<br><br>Cl. 7:  Electric motors for scale model radio-controlled vehicles, starter boxes for scale model radio-controlled vehicle and soldering jigs<br><br>Cl. 9:  Batteries, radio receivers, receiver battery packs, adapters and connectors, all for scaled model radio-controlled vehicles<br><br>Cl. 28:  Radio-controlled model car kits comprising plastic, metal and fiberglass parts including but not limited to chassis, bodies, ball-bearings, gear assemblies, joint installations, wheel base and tire assemblies, pinion installations, suspension assemblies, shocks, servo saver assemblies, steering rod assemblies, speed control assemblies, battery connector installations and trim for construction of a radio-controlled vehicles used for recreation or in sports competitions; glue, field bags, wrench sets, fuel bottles and electrical wire, all for scale model radio-controlled vehicle assembly and sold as a unit. |
| DURATRAX | United States of America | 73/717775 21-Mar-1988 | 1516525 13-Dec-1988 | 13-Dec-2018 | Registered | Cl. 28:  Replacement parts used on scale model radio-controlled cars |
| ECONOKOTE | United States of America | 73/115492 11-Feb-1977 | 1086441 28-Feb-1978 | 28-Feb-2018 | Registered | Cl. 22:  Plastic covering for model airplanes |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| ELECTRIFLY | United States of America | 77/414585 06-Mar-2008 | 3526983 04-Nov-2008 | 04-Nov-2018 | Registered | Cl. 7: Motors for radio-controlled model airplanes<br><br>Cl. 9: Batteries, chargers for electric batteries, electronic speed controls for motors, radio receivers, flight packs, namely, aeronautical radio communication machines and apparatus, adapters and electric connectors, all for radio-controlled model airplanes<br><br>Cl. 28: Radio-controlled model airplanes |
| FAUX STITCH | Canada | 1212133 29-Mar-2004 | TMA655598 21-Dec-2005 | 21-Dec-2020 | Registered | Cl. N/A:  Puzzles |
| FLIGHTPOWER | United States of America | 77/816330 31-Aug-2009 | 3774659 13-Apr-2010 | 13-Apr-2020 | Registered | Cl. 9: Batteries for radio-controlled model aircraft, water and land vehicles |
| FLIGHTPOWER LITHIUM POLYMER and Design | European Community | 008165301 19-Mar-2009 | 008165301 28-Sep-2010 | 19-Mar-2019 | Registered | Cl 9:  Batteries; battery packs; battery chargers; parts and fittings for the aforementioned goods<br><br>Cl. 28:  Retail services in respect of batteries, battery packs, battery chargers, and parts and fittings for the aforementioned goods; all of the foregoing available through retail outlets, by mail order or by means of a web site on the Internet |
| FLYZONE | China (People's Republic) | 14-Feb-2013 | 1167729 25-Jul-2013 | 14-Feb-2023 | Registered | Cl. 7:  Engines and motors for toy model airplanes; electronic servo motor controllers<br>Cl. 9:  Batteries and battery chargers; radios and accessories thereof, namely, electric switches, receivers and electric speed controllers<br>Cl. 28:  Radio-controlled model airplanes and component parts, namely, replacement wings, propellers and landing gear |
| FLYZONE | European Community | 010879393 14-May-2012 | 010879393 11-Oct-2012 | 14-May-2022 | Registered | Cl. 7:  Engines and motors for toy model airplanes<br>Cl. 9:  Batteries and battery chargers; radios and accessories thereof, namely, servos, switches, receivers and electronic speed controls<br>Cl. 28:  Radio-controlled model airplanes and component parts, namely, replacement wings, |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| | | | | | | propellers and landing gear |
| FLYZONE | Internat'l Registration Madrid Protocol | 14-Feb-2013 | 1167729 25-Jul-2013 | 14-Feb-2023 | Registered | Cl. 7:  Engines and motors for toy model airplanes Cl. 9:  Batteries and battery chargers; radios and accessories thereof, namely, servos, switches, receivers and electronic speed controls Cl. 28:  Radio-controlled model airplanes and component parts, namely, replacement wings, propellers and landing gear |
| FLYZONE | Japan | 14-Feb-2013 | 1167729 25-Jul-2013 | 14-Feb-2023 | Registered | Cl. 7:  Engines and motors for toy model airplanes; electronic servo motor controllers Cl. 9:  Batteries and battery chargers; radios and accessories thereof, namely, electric switches, receivers and electric speed controllers Cl. 28:  Radio-controlled model airplanes and component parts, namely, replacement wings, propellers and landing gear |
| FLYZONE | Norway | 14-Feb-2013 | 1167729 25-Jul-2013 | 14-Feb-2023 | Registered | Cl. 7:  Engines and motors for toy model airplanes; electronic servo motor controllers Cl. 9:  Batteries and battery chargers; radios and accessories thereof, namely, electric switches, receivers and electric speed controllers Cl. 28:  Radio-controlled model airplanes and component parts, namely, replacement wings, propellers and landing gear |
| FLYZONE | Russian Federation | 14-Feb-2013 | 1167729 25-Jul-2013 | 14-Feb-2023 | Registered | Cl. 7:  Engines and motors for toy model airplanes Cl. 9:  Batteries and battery chargers; radios and accessories thereof, namely, servos, switches, receivers and electronic speed controls Cl. 28:  Radio-controlled model airplanes and component parts, namely, replacement wings, propellers and landing gear |
| FLYZONE | Switzerland | 14-Feb-2013 | 1167729 25-Jul-2013 | 14-Feb-2023 | Registered | Cl. 7:  Engines and motors for toy model airplanes Cl. 9:  Batteries and battery chargers; radios and accessories thereof, namely, servos, switches, receivers and electronic speed controls |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| | | | | | | Cl. 28:  Radio-controlled model airplanes and component parts, namely, replacement wings, propellers and landing gear |
| FLYZONE | Ukraine | 14-Feb-2013 | 1167729 25-Jul-2013 | 14-Feb-2023 | Registered | Cl. 7:  Engines and motors for toy model airplanes Cl. 9:  Batteries and battery chargers; radios and accessories thereof, namely, servos, switches, receivers and electronic speed controls Cl. 28:  Radio-controlled model airplanes and component parts, namely, replacement wings, propellers and landing gear |
| FLYZONE | United States of America | 85/600858 18-Apr-2012 | 4330668 07-May-2013 | 07-May-2023 | Registered | Cl. 7:  Engines and motors for toy model airplanes Cl. 9:  Batteries and battery chargers; radios and accessories thereof, namely, electronic servo motor controllers, electric switches, radio receivers and electric speed controls Cl. 28:  Radio-controlled model airplanes and component parts, namely, replacement wings, propellers and landing gear |
| FLYZONE and Design  Flyzone | European Community | 010879492 14-May-2012 | 010879492 11-Oct-2012 | 14-May-2022 | Registered | Cl. 7:  Engines and motors for toy model airplanes Cl. 9:  Batteries and battery chargers; radios and accessories thereof, namely, servos, switches, receivers and electronic speed controls Cl. 28:  Radio-controlled model airplanes and component parts, namely, replacement wings, propellers and landing gear |
| FLYZONE and Design  Flyzone | United States of America | 85/600864 18-Apr-2012 | 4337404 21-May-2013 | 21-May-2023 | Registered | Cl. 7:  Engines and motors for toy model airplanes Cl. 9:  Batteries and battery chargers; radios and accessories thereof, namely, servos, switches, receivers and electronic speed controls Cl. 28:  Radio-controlled model airplanes and component parts, namely, replacement wings, propellers and landing gear |
| GMS | United States of America | 78/258519 05-Jun-2003 | 3039918 10-Jan-2016 | 10-Jan-2026 | Registered | Cl. 28:  Parts and accessories for use with model toy airplanes, boats, and cars, namely miniature internal combustion engines and parts thereof |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| GMS and Design  GMS | Canada | 1085276 07-Dec-2000 | TMA589202 09-Sep-2003 | 09-Sep-2018 | Registered in the name of GMS Technology, Ltd. | Cl. N/A:  Model engines and components for model engines, namely, crank shafts, pistons, connecting rods, wrist pins, cylinder liners, cylinder heads, carburetors, gow-plugs, mufflers and bearings |
| GREAT NEWS | United States of America | 74/238698 21-Jan-1992 | 1721910 06-Oct-1992 | 06-Oct-2022 | Registered | Cl. 16:  Wholesale sales catalog featuring radio controlled models and accessories therefor |
| GREAT PLANE | Paraguay | 96/18491 06-Sep-1996 | 297607 18-Apr-2007 | 18-Jun-2027 | Registered | Cl. 7: All goods in this class |
| GREAT PLANES | Chile | 838331 24-Sep-2008 | 847545 23-Apr-2009 | 23-Apr-2019 | Registered | Class 39: Distribution services relating to radio-controlled scale models and accessories for same, switch disc of goods/services only |
| GREAT PLANES | Chile | 838319 24-Sep-2008 | 847546 23-Apr-2009 | 23-Apr-2019 | Registered | Class 16: Catalogs containing radio-controlled scale models and accessories for same, switch disc of goods/services only |
| GREAT PLANES | Czech Republic | 117336 27-Nov-1996 | 221170 27-Nov-1996 | 27-Nov-2026 | Registered | Cl. 24:  Toys, dolls, game machines, sporting & gymnastic implements, fishing tackle, musical instruments, gramophone (excluding electric gramophone), records, and their parts/fittings |
| GREAT PLANES | Mexico | 504858 31-Aug-2001 | 814806 26-Nov-2003 | 31-Aug-2021 | Registered | Cl. 28:  Games, toys, sporting and gymnastic articles not included in other classes; Christmas tree ornaments |
| GREAT PLANES | Russian Federation | 2012706619 07-Mar-2012 | 48151 25-Feb-2013 | 07-Mar-2022 | Registered | Cl. 9:  Flight simulation software for radio-controlled model airplanes Cl. 28:  Radio controlled model automobiles, airplanes and boats, and parts therefor |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| GREAT PLANES and Design | Brazil | 817825630 24-May-1994 | 817825630 07-Jul-1998 | 07-Jul-2018 | Registered | Cl. 28.10: Radio controlled model vehicles, airplanes, and boats, and parts therefor |
| GREAT PLANES and Design | European Community | 000480764 07-Mar-1997 | 00480764 01-Dec-1998 | 07-Mar-2027 | Registered | Cl. 28: Radio controlled model vehicles, airplanes and boats, and parts therefore |
| GREAT PLANES and Design | Japan | 11-May-1988 | 2332082 30-Aug-1991 | 30-Aug-2021 | Registered | Cl. 28: Radio controlled airplane models and parts, and other toys; dolls; Japanese board game; Japanese chess; uta-garuta (Japanese playing cards); dice; Japanese percheesi, dice cups; diamond games; chess games; checkers; conjuring apparatus; dominos; playing cards; Hanafud (Japanese playing cards); Mahjong equipment; game machines; billiard equipment; sporting and gymnastic apparatus; fishing tackles |
| GREAT PLANES and Design | Russian Federation | 2012706618 07-Mar-2012 | 482478 14-Mar-2013 | 07-Mar-2022 | Registered | Cl. 9: Flight simulation software for radio-controlled model airplanes Cl. 28: Radio controlled model automobiles, airplanes and boats, and parts therefor |
| GREAT PLANES MODEL DISTRIBUTORS | Turkey | 2014/04244 17-Jan-2014 | 2014/04244 26-Oct-2015 | 17-Jan-2024 | Registered | Cl. 35: Wholesale distributorship services in the field of radio-controlled models and accessories therefor |
| GREAT PLANES MODEL DISTRIBUTORS | United States of America | 74/238853 21-Jan-1992 | 1768963 04-May-1993 | 04-May-2023 | Registered | Cl. 42: Wholesale distributorship services in the field of radio controlled models and accessories therefor |
| GREAT PLANES MODEL DISTRIBUTORS COMPANY and Design | Argentina | 2183842 29-Oct-1998 | 2457432 27-Apr-2000 | 15-Aug-2021 | Registered | Cl. 16: Catalogs in the field of radio controlled models and accessories therefor |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| GREAT PLANES MODEL DISTRIBUTORS COMPANY and Design | Argentina | 2183843 29-Oct-1998 | 2457433 27-Apr-2000 | 15-Aug-2021 | Registered | Cl. 42:  Wholesale distributorship services in the field of radio controlled models and accessories therefor |
| GREAT PLANES MODEL DISTRIBUTORS COMPANY and Design | Australia | 776996 28-Oct-1998 | 776996 03-Nov-2000 | 28-Oct-2018 | Registered | Cl. 16:  Catalogs in the field of radio controlled models and accessories therefor<br><br>Cl. 35:  Wholesale distributorship services in the field of radio controlled models and accessories therefor |
| GREAT PLANES MODEL DISTRIBUTORS COMPANY and Design | Bolivia | 16481 10-Dec-1998 | 78346-A 20-Jul-2000 | 20-Jul-2020 | Registered | Cl. 16:  Catalogs in the field of radio controlled models and accessories therefor |
| GREAT PLANES MODEL DISTRIBUTORS COMPANY and Design | Bolivia | 16482 08-Dec-1998 | 78323-A 13-Jul-2000 | 13-Jul-2020 | Registered | Cl. 42:  Wholesale distributorship services in the field of radio controlled models and accessories therefore |
| GREAT PLANES MODEL DISTRIBUTORS COMPANY and Design | Brazil | 823589560 22-Feb-2001 | 823589560 13-Mar-2007 | 13-Mar-2027 | Registered | Cl. 40: Wholesale distributorship services and mail order services in the field of radio-controlled models and parts therefore |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| GREAT PLANES MODEL DISTRIBUTORS COMPANY and Design | Chile | 477.144 24-Feb-2000 | 904.702 01-Aug-2000 | 01-Aug-2020 | Registered | Cl. 16:  Catalogs in the field of radio-controlled models and accessories for such |
| GREAT PLANES MODEL DISTRIBUTORS COMPANY and Design | Chile | 477.145 24-Feb-2000 | 904.703 01-Aug-2000 | 01-Aug-2020 | Registered | Cl. 39:  Services of distribution in the field of radio-controlled models and accessories for such |
| GREAT PLANES MODEL DISTRIBUTORS COMPANY and Design | Japan | 2000-2286 19-Jan-2000 | 4413817 01-Sep-2000 | 01-Sep-2020 | Registered | Cl. 16:  Printed matter<br><br>Cl. 28:  Radio controlled models and other toys |
| GREAT PLANES MODEL DISTRIBUTORS COMPANY and Design | Mexico | 359163 05-Jan-1999 | 604293 29-Mar-1999 | 05-Jan-2019 | Registered | Cl. 16:  Catalogs in the field of radio controlled models and accessories therefore |
| GREAT PLANES MODEL DISTRIBUTORS COMPANY and Design | Mexico | 359160 05-Jan-1999 | 611145 27-May-1999 | 05-Jan-2019 | Registered | Cl. 42:  Wholesale distributorship services in the field of radio controlled models and accessories therefor |
| GREAT PLANES MODEL DISTRIBUTORS COMPANY and Design | Venezuela | 23.78898 29-Dec-1998 | P-223177 17-Aug-2000 | 17-Aug-2020 | Registered | Cl. 16:  Catalogs in the field of radio controlled models and accessories therefor |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| | | | | | | |
| GREAT PLANES MODEL DISTRIBUTORS COMPANY and Design | Venezuela | 23.78798 29-Dec-1998 | S-013701 17-Aug-2000 | 17-Aug-2020 | Registered | Cl. 42:  Wholesale distributorship services in the field of radio controlled models and accessories therefor |
| GREAT PLANES MODEL DISTRIBUTORS and Design | Peru | 580554-2014 27-Jun-2014 | 85421 09-Dec-2014 | 09-Dec-2024 | Registered | Cl. 42:  Wholesale distributorship services in the field of radio-controlled scale models, such as planes, vehicles and boats and accessories therefor |
| GREAT PLANES MODEL DISTRIBUTORS and Design | Turkey | 2014/04256 17-Jan-2014 | 2014/04256 15-Oct-2015 | 17-Jan-2024 | Registered | Cl. 35:  Wholesale distributorship services in the field of radio controlled models and accessories therefor |
| GREAT PLANES MODEL DISTRIBUTORS and Design | United States of America | 74/238855 21-Jan-1992 | 1768605 04-May-1993 | 04-May-2023 | Registered | Cl. 16:  Catalogs in the field of radio controlled models and accessories therefor<br><br>Cl. 42:  Wholesale distributorship services in the field of radio controlled models and accessories therefor |
| GREAT PLANES MODEL MANUFACTURING COMPANY and Design | Brazil | 819017582 17-Jan-1996 | 819017582 29-Sep-1998 | 29-Sep-2018 | Registered | Cl. 28.10:  Radio controlled model vehicles, airplanes and boats, and parts therefor |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| GREAT PLANES MODEL MANUFACTURING COMPANY and Design | Taiwan | 82037818 03-Aug-1993 | 657561 01-Oct-1994 | 30-Sep-2024 | Registered | Cl. 28:  Radio controlled airplane models |
| GREAT PLANES MODEL MANUFACTURING COMPANY and Design | United States of America | 74/238856 21-Jan-1992 | 1777975 22-Jun-1993 | 22-Jun-2023 | Registered | Cl. 28:  Radio controlled airplane models and parts therefor |
| GRETPLANES | Chile | 251362 | 695648 18-Jun-2004 | 18-Jun-2024 | Registered in the name of Hobbico, Inc. d/b/a Great Planes Model Distributors Company | Cl. 28: All goods in this class |
| HELI-MAX | European Community | 011199429 19-Sep-2012 | 011199429 18-Feb-2013 | 19-Sep-2022 | Registered | Cl. 28:  Radio-controlled model helicopters and component parts therefor, replacement model helicopter blades |
| HELI-MAX | United States of America | 77/816319 31-Aug-2009 | 3789790 18-May-2010 | 18-May-2020 | Registered | Cl. 28: Radio-controlled model helicopters and component parts, namely, replacement model helicopter blades |
| HERO MAKER | United States of America | 86/003914 08-Jul-2013 | 4481077 11-Feb-2014 | 11-Feb-2024 | Registered | Cl. 28:  Toy action figures |
| HOBBICO | Chile | 584.087 07-Oct-2002 | 1012311 13-Jan-2003 | 13-Jan-2023 | Registered | Cl. 28:  Radio controlled model vehicles, airplanes and boats, and parts therefor |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| HOBBICO | China (People's Republic) | 6394139 22-Nov-2007 | 6394139 28-Mar-2010 | 27-Mar-2020 | Registered | Cl. 1: Epoxy white glues |
| HOBBICO | China (People's Republic) | 6394138 22-Nov-2007 | 6394138 07-Mar-2010 | 06-Mar-2020 | Registered | Cl. 7: Fuel pumps for miniature internal combustion engines |
| HOBBICO | China (People's Republic) | 6394137 22-Nov-2007 | 6394137 28-Mar-2010 | 27-Mar-2020 | Registered | Cl. 8: Hobby razor blades |
| HOBBICO | China (People's Republic) | 6394149 22-Nov-2007 | 6394149 28-Mar-2010 | 27-Mar-2020 | Registered | Cl. 9: Voltmeters, tachometers, batteries, electric contacts; plugs, sockets and other contacts [electrical connections]; electric couplings; starters; electric switches for miniature internal combustion engines, electric battery chargers or rechargers |
| HOBBICO | China (People's Republic) | 6394136 22-Nov-2007 | 6394136 28-Mar-2010 | 27-Mar-2020 | Registered | Cl. 11: Heating apparatus, hot air apparatus |
| HOBBICO | China (People's Republic) | 6394135 22-Nov-2007 | 6394135 07-May-2010 | 06-May-2020 | Registered | Cl. 28: Scale model vehicles, radio-controlled toy vehicles, mini-cars, toy vehicles |
| HOBBICO | European Community | 000480715 07-Mar-1997 | 000480715 01-Dec-1998 | 07-Mar-2027 | Registered | Cl. 28: Radio controlled model vehicles, airplanes and boats, and parts therefore |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| HOBBICO | Internat'l Registration Madrid Protocol | 16-Mar-2010 | 1034160 22-Apr-2010 | 16-Mar-2020 | Registered | Cl. 8: Hand tools for radio controlled vehicles, namely, pliers, wire cutters, and scissors<br><br>Cl. 9: Battery chargers and heating tools for radio controlled model vehicles<br><br>Cl. 28: Radio controlled model vehicles<br><br>Cl. 35: Distributorship services in the field of radio controlled model vehicles |
| HOBBICO | Japan | 16-Mar-2010 | 1034160 22-Apr-2010 | 16-Mar-2020 | Registered | Cl. 8: Hand tools for radio controlled vehicles, namely, pliers, wire cutters, and scissors<br><br>Cl. 9: Battery chargers and heating tools for radio controlled model vehicles<br><br>Cl. 28: Radio controlled model vehicles<br><br>Cl. 35: Distributorship services in the field of radio controlled model vehicles |
| HOBBICO | Japan | 2011-090246 15-Dec-2011 | 5549956 18-Jan-2013 | 18-Jan-2023 | Registered | Cl. 8: Cutters knives; Tube cutters [hand tools]<br><br>Cl. 9: Electric soldering irons and their parts for use in assembling and manufacturing of radio-controlled vehicles; Electric welding and cutting torches and their parts for use in assembling and manufacturing of radio-controlled vehicles |
| HOBBICO | Mexico | 504857 31-Aug-2001 | 810792 24-Oct-2003 | 31-Aug-2021 | Registered | Cl. 28:  Radio controlled model vehicles, airplanes and boats, and parts therefor |
| HOBBICO | Paraguay | 96/18490 06-Sep-1996 | 330432 13-Apr-2010 | 01-Mar-2020 | Registered | Cl. 7:  All articles protected under the mentioned class |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| HOBBICO | Paraguay | 96/18487 06-Sep-1996 | 297606 18-Apr-2007 | 18-Jun-2027 | Registered | Cl. 12:  All articles protected under the mentioned class |
| HOBBICO | Turkey | 2014/11491 11-Feb-2014 | 2014/11491 08-Dec-2015 | 11-Feb-2024 | Registered | Cl. 8:  Hand tools for radio-controlled vehicles, namely, pliers, wire cutters and scissors.<br><br>Cl. 9:  Battery chargers and heating tools for radio-controlled vehicles, namely, electric soldering irons and torches.<br><br>Cl. 28:  Radio-controlled model vehicles.<br><br>Cl. 35:  Wholesale distributorship services. |
| HOBBICO | United States | 77/943728 24-Feb-2010 | 3879021 23-Nov-2010 | 23-Nov-2020 | Registered | Cl. 8: Hand tools for radio-controlled vehicles, namely, pliers, wire cutters, and scissors.<br><br>Cl. 9: Battery chargers and heating tools for radio-controlled vehicles, namely electric soldering irons and torches.<br><br>Cl. 28: Radio controlled model vehicles.<br><br>Cl. 35: Distributorship services in the field of radio controlled model vehicles. |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| HOBBICO (stylized) HOBBICO | European Union | 016027658 10-Nov-2016 | 016027658 13-Mar-2017 | 10-Nov-2016 | Registered | Cl. 7:  Heating tools for radio-controlled vehicles, namely, electric soldering irons; Motors and engines for radio-controlled model vehicles and aircraft; parts and fittings for all the aforesaid goods.<br><br>Cl. 8:  Hand tools for radio-controlled vehicles; hand tools for radio-controlled vehicles, namely, pliers, wire cutters and scissors; parts and fittings for all the aforesaid goods.<br><br>Cl. 9:  Batteries and battery chargers; radios and accessories, namely, electronic servo motor controllers, electric switches, radio receivers and electric speed controllers; parts and fittings for all the aforesaid goods.<br><br>Cl. 16:  Decals and stickers.<br><br>Cl. 28:  Radio-controlled model vehicles and aircraft; parts and fittings for all the aforesaid goods.<br><br>Cl. 35:  Distributorship services in the field of radio-controlled model vehicles and aircraft and component parts; consultancy, advisory and information services relating to all the aforesaid services. |
| HOBBICO (stylized) HOBBICO | Indonesia | D002016064688 28-Dec-2016 | | | Published | Cl. 7:  Heating tools for radio-controlled vehicles, namely, electric soldering irons; motors and engines for radio-controlled model vehicles and aircraft. |
| HOBBICO (stylized) HOBBICO | Indonesia | D002016064686 28-Dec-2016 | | | Published | Cl. 8:  Hand tools for radio-controlled vehicles, namely, pliers, wire cutters and scissors. |
| HOBBICO (stylized) HOBBICO | Indonesia | D002016064684 28-Dec-2016 | | | Published | Cl. 9:  Batteries and battery chargers; radios and accessories, namely electronic servo motor controllers, electric switches, radio receivers and electric speed controllers. |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| HOBBICO (stylized) HOBBICO | Indonesia | D002016064683 28-Dec-2016 | | | Published | Cl. 28: Radio-controlled model vehicle and aircraft. |
| HOBBICO (stylized) HOBBICO | Indonesia | J002016064682 28-Dec-2016 | | | Published | Cl. 35: Distributorship services in the field of radio-controlled model vehicles and aircraft and component parts. |
| HOBBICO (stylized) HOBBICO | Indonesia | D002016064694 28-Dec-2016 | | | Published | Cl. 16: Decals and stickers. |
| HOBBICO (stylized) HOBBICO | United States of America | 87/122548 01-Aug-2016 | | | Allowed | Cl. 7: Heating tools for radio-controlled vehicles, namely, electric soldering irons; Motors and engines for radio-controlled model vehicles and aircraft.<br><br>Cl. 8: Hand tools for radio-controlled vehicles, namely, pliers, wire cutters and scissors.<br><br>Cl. 9: Batteries and battery chargers; radios and accessories, namely electronic servo motor controllers, electric switches, radio receivers and electric speed controllers.<br><br>Cl. 16: Decals and stickers.<br><br>Cl. 28: Radio-controlled model vehicles and aircraft.<br><br>Cl. 35: Distributorship services in the field of radio-controlled model vehicles and aircraft and component parts. |
| HOBBICO and Design HOBBICO | Brazil | 818742895 22-Aug-1995 | 818742895 16-Nov-1999 | 16-Nov-2019 | Registered | Cl. 28.10: Radio-controlled model vehicles, airplanes and boats, and parts therefor |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| HOBBICO and Design | Brazil | 818742887 22-Aug-1995 | 818742887 06-Jan-1998 | 06-Jan-2018 | Registered | Cl. 40.15:  Wholesale distributorship services and mail order services in the field of radio-controlled models and parts therefor |
| HOBBICO and Design | Taiwan | 78/49145 01-Nov-1989 | 498659 16-Sep-1990 | 15-Sep-2020 | Registered | Cl. 71:  Voltameters, speeders (mini size), meters for weights and measures |
| HOBBICO and Design | Taiwan | 78/49147 01-Nov-1989 | 495335 16-Aug-1990 | 15-Aug-2020 | Registered | Cl. 87:  Power suppliers, starters, chargers |
| HOBBICO and Design | Taiwan | 78/49149 01-Nov-1989 | 516488 16-Aug-1990 | 15-Aug-2020 | Registered | Cl. 84:  Thermoplastic guns, spark plug clamps, light clamps, compressors, hand operated pumps |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| HOBBICO and Design | United States of America | 73/653698 30-Mar-1987 | 1525029 21-Feb-1989 | 21-Feb-2019 | Registered | Cl. 1:  Epoxy white glues<br><br>Cl. 7:  Fuel pumps for miniature internal combustion engines<br><br>Cl. 8:  Hobby razor blades<br><br>Cl. 9:  Voltmeters, tachometers, batteries, glow plug clips for miniature internal combustion engines, electrical starts for miniature internal combustion engines, electric battery chargers or rechargers<br><br>Cl. 11:  Heat guns to seal shrinking plastic covering sealing irons used to spot-seal plastic covering<br><br>Cl. 28:  Carrying cases for model vehicles and accessories therefor (previously referred to as "field boxes") |
| Hobbico and New Design Logo | Brazil | 840544570 12-Jun-2013 | 840544570 15-Mar-2016 | 15-Mar-2026 | Registered | Cl. 7:  Heating tools for radio-controlled vehicles, namely, electric soldering irons and torches |
| Hobbico and New Design Logo | Brazil | 840544618 12-Jun-2013 | 840544618 15-Mar-2016 | 15-Mar-2026 | Registered | Cl. 8:  Hand tools for radio-controlled vehicles, namely, pliers, wire cutters and scissors |
| Hobbico and New Design Logo | Brazil | 840544642 12-Jun-2013 | 840544642 22-Mar-2016 | 22-Mar-2026 | Registered | Cl. 9:  Battery chargers |
| Hobbico and New Design Logo | Brazil | 840544677 12-Jun-2013 | 840544677 05-Apr-2016 | 05-Apr-2026 | Registered | Cl. 28:  Radio-controlled model vehicles |
| Hobbico and New Design Logo | Brazil | 840544707 12-Jun-2013 | 840544677 05-Apr-2016 | 05-Apr-2026 | Registered | Cl. 35:  Distributorship services in the field of radio-controlled model vehicles |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| Hobbico and New Design Logo HOBBICO | China (People's Republic) | 12741393 13-Jun-2013 | 12741393 21-Feb-2016 | 20-Feb-2026 | Registered | Cl. 7:  Electric soldering irons and torches |
| Hobbico and New Design Logo HOBBICO | China (People's Republic) | 12741392 13-Jun-2013 | 12741392 21-Dec-2014 | 20-Dec-2024 | Registered | Cl. 8:  Hand tools, hand-operated, namely, pliers, wire cutting tools and scissors |
| Hobbico and New Design Logo HOBBICO | China (People's Republic) | 12741391 13-Jun-2013 | 12471319 28-Oct-2014 | 27-Oct-2024 | Registered | Cl. 9:  Battery chargers |
| Hobbico and New Design Logo HOBBICO | China (People's Republic) | 12741390 13-Jun-2013 | 12741390 28-Oct-2014 | 27-Oct-2024 | Registered | Cl. 28:  Radio-controlled toy vehicles; toy vehicles; toy cars |
| Hobbico and New Design Logo HOBBICO | China (People's Republic) | 12741389 13-Jun-2013 | 12741389 07-Dec-2014 | 06-Dec-2024 | Registered | Cl. 35:  Sales promotion for others in the field of radio-controlled model vehicles |
| Hobbico and New Design Logo HOBBICO | European Community | 011438512 19-Dec-2012 | 011438512 24-Jul-2013 | 19-Dec-2022 | Registered | Cl. 7:  Heating tools for radio-controlled vehicles, namely, electric soldering irons and torches Cl. 8:  Hand tools for radio-controlled vehicles, namely, pliers, wire cutters and scissors Cl. 9:  Battery chargers Cl. 28:  Radio-controlled model vehicles Cl. 35:  Distributorship services in the field of radio-controlled model vehicles |
| Hobbico and New Design Logo HOBBICO | Taiwan | 102031192 10-Jun-2013 | 1644640 16-May-2014 | 15-May-2024 | Registered | Cl. 7:  Heating tools for radio-controlled vehicles, namely, electric soldering irons and torches Cl. 8:  Hand tools for radio-controlled vehicles, namely, pliers, wire cutters and scissors Cl. 9:  Battery chargers Cl. 28:  Radio-controlled model vehicles Cl. 35:  Distributorship services in the field of radio-controlled model vehicles |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| Hobbico and New Design Logo  HOBBICO | United States of America | 85/800796 12-Dec-2012 | 4495960 11-Mar-2014 | 11-Mar-2024 | Registered | Cl. 7:  Heating tools for radio-controlled vehicles, namely, electric soldering irons Cl. 8:  Hand tools for radio-controlled vehicles, namely, pliers, wire cutters and scissors Cl. 9:  Battery chargers Cl. 28:  Radio-controlled model vehicles Cl. 35:  Distributorship services in the field of radio-controlled model vehicles |
| HOBBICO (in Chinese Characters) | China (People's Republic) | 6394134 22-Nov-2007 | 6394134 28-Mar-2010 | 27-Mar-2020 | Registered | Cl. 1:  Epoxy white glues |
| HOBBICO (in Chinese Characters) | China (People's Republic) | 6394133 22-Nov-2007 | 6394133 07-Mar-2010 | 06-Mar-2020 | Registered | Cl. 7:  Fuel pumps for miniature internal combustion engines |
| HOBBICO (in Chinese Characters) | China (People's Republic) | 6394132 22-Nov-2007 | 6394132 28-Mar-2010 | 27-Mar-2020 | Registered | Cl. 8:  Hobby razor blades |
| HOBBICO (in Chinese Characters) | China (People's Republic) | 6394131 22-Nov-2007 | 6394131 28-Mar-2010 | 27-Mar-2020 | Registered | Cl. 9:  Voltmeters; tachometers, electric contacts; plugs, sockets and other contacts [electrical connections]; electric couplings; starters; electric switches for miniature internal combustion engines, electric battery chargers or rechargers. |
| HOBBICO (in Chinese Characters) | China (People's Republic) | 6394150 22-Nov-2007 | 6394150 28-Mar-2010 | 27-Mar-2020 | Registered | Cl. 11:  Heating apparatus, hot air apparatus |
| HOBBICO (in Chinese Characters) | China (People's Republic) | 6394140 22-Nov-2007 | 6394140 07-May-2010 | 06-May-2020 | Registered | Cl. 28:  Scale model vehicles, radio-controlled toy vehicles, mini-cars, toy vehicles |
| HOBBICO LOVE YOUR HOBBY and Design  HOBBICO LOVE YOUR HOBBY | European Union | 016027666 10-Nov-2016 | 016027666 13-Mar-2017 | 10-Nov-2026 | Registered | Cl. 7:  Heating tools for radio-controlled vehicles, namely, electric soldering irons; Motors and engines for radio-controlled model vehicles and aircraft; parts and fittings for all the aforesaid goods. |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| | | | | | | Cl. 8:  Hand tools for radio-controlled vehicles; hand tools for radio-controlled vehicles, namely, pliers, wire cutters and scissors; parts and fittings for all the aforesaid goods.<br><br>Cl. 9:  Batteries and battery chargers; radios and accessories, namely, electronic servo motor controllers, electric switches, radio receivers and electric speed controllers; parts and fittings for all the aforesaid goods.<br><br>Cl. 16:  Decals and stickers.<br><br>Cl. 28:  Radio-controlled model vehicles and aircraft; parts and fittings for all the aforesaid goods.<br><br>Cl. 35:  Distributorship services in the field of radio-controlled model vehicles and aircraft and component parts; consultancy, advisory and information services relating to all the aforesaid services. |
| HOBBICO LOVE YOUR HOBBY and Design<br><br>HOBBICO<br>LOVE YOUR HOBBY | United States of America | 87/122556 01-Aug-2016 | | | Allowed | Cl. 7:  Heating tools for radio-controlled vehicles, namely, electric soldering irons; Motors and engines for radio-controlled model vehicles and aircraft.<br><br>Cl. 8:  Hand tools for radio-controlled vehicles, namely, pliers, wire cutters and scissors.<br><br>Cl. 9:  Batteries and battery chargers; radios and accessories, namely electronic servo motor controllers, electric switches, radio receivers and electric speed controllers.<br><br>Cl. 16:  Decals and stickers.<br><br>Cl. 28:  Radio-controlled model vehicles and aircraft.<br><br>Cl. 35:  Distributorship services in the field of radio-controlled model vehicles and aircraft and component parts. |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| INTERLINK | United States of America | 77/160466 19-Apr-2007 | 3362003 01-Jan-2008 | 01-Jan-2018 | Registered | Cl. 9:  Radio-controlled model aircraft flight simulation software. |
| LUSTREKOTE | United States of America | 74/666703 28-Apr-1995 | 1956610 13-Feb-1996 | 13-Feb-2026 | Registered | Cl. 2:  Spray paint used on scale model airplanes |
| Logo (AXIAL) | China (People's Republic) | 8763061 21-Oct-2010 | 8763061 28-Dec-2011 | 27-Dec-2021 | Registered | Cl. 28:  Remote-controlled toy vehicles; radio-controlled toy vehicles; engines for remote-controlled toy vehicles; parts of engines for remote-controlled toy vehicles; wheels for remote-controlled toy vehicles; tires for remote-controlled toy vehicles; lights for remote-controlled toy vehicles; exhaust pipes for remote-controlled toy vehicles; chassis for remote-controlled toy vehicles; electronics for remote-controlled toy vehicles; plastic parts for remote-controlled toy vehicles; bodies for remote-controlled toy vehicles |
| Logo (AXIAL) | European Community | 009093014 10-May-2010 | 009093014 26-Oct-2010 | 10-May-2020 | Registered | Cl. 8:  Scissors; wrenches; hex drivers; socket drivers; reamers; flywheel remover tools Cl. 25:  Clothing; shirts; t-shirts; caps; baseball caps Cl. 28:  Remote-controlled vehicles; radio-controlled vehicles; parts and accessories for remote-controlled vehicles and radio-controlled vehicles |
| Logo (AXIAL) | Korea, Republic of | 40-2010-51161 05-Oct-2010 | 40-0946149 27-Dec-2012 | 27-Dec-2022 | Registered | Cl. 28: Remote-controlled toy vehicles; radio-controlled toy vehicles; chassis for remote-controlled toy vehicles; chassis for radio-controlled toy vehicles; engines for remote-controlled toy vehicles; engines for radio-controlled toy vehicles; wheels for remote-controlled toy vehicles; wheels for radio-controlled toy vehicles; tires for remote-controlled toy vehicles; tires for radio-controlled toy vehicles |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| Logo (AXIAL) | United States of America | 78/866150 20-Apr-2006 | 3302092 02-Oct-2007 | 02-Oct-2017 | Registered | Cl. 28: Remote control cars, radio control cars, remote control car parts and accessories, radio control car parts and accessories |
| MICROSIZERS | Brazil | 824556224 03-May-2002 | 824556224 24-Apr-2007 | 24-Apr-2017 | Registered | Cl. 28:  Radio controlled cars |
| MICROSIZERS | Canada | 1133237 06-Mar-2002 | TMA631545 31-Jan-2005 | 31-Jan-2020 | Registered | Cl. N/A:  Radio controlled cars |
| MICROSIZERS | European Community | 002605293 06-Mar-2002 | 002605293 25-Jul-2003 | 06-Mar-2022 | Registered | Cl. 28:  Radio controlled cars and parts and fittings therefor |
| MICROSIZERS | Mexico | 540102 20-Mar-2002 | 746003 30-Apr-2002 | 20-Mar-2022 | Registered | Cl. 28:  Radio controlled cars |
| MICROSIZERS | United States of America | 76/389792 02-Apr-2002 | 2772460 07-Oct-2003 | 07-Oct-2023 | Registered | Cl. 28:  Radio controlled cars |
| MONOKOTE | Japan | 5831/1977 01-Feb-1977 | 1628663 27-Oct-1983 | 27-Oct-2023 | Registered | Cl. 17:  Adhesive coated plastic film coverings for model airplanes |
| MONOKOTE | Taiwan | 83026126 06-Apr-1994 | 678301 16-Apr-1995 | 16-Apr-2025 | Registered | Cl. 63:  Plastic film and adhesive coated plastic film |
| MONOKOTE | United States of America | 72/242686 04-Apr-1966 | 829408 30-May-1967 | 30-May-2027 | Registered | Cl. 22:  Adhesive coated plastic film coverings for model airplanes |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| O Design | United States of America | 85/761992 24-Oct-2012 | 4409998 01-Oct-2013 | 01-Oct-2023 | Registered | Cl. 4:  Racing fuel for model internal combustion engines |
| O.S. | United States of America | 73/800700 12-May-1989 | 1599703 05-Jun-1990 | 05-Jun-2020 | Registered in the name of Ogawa Seiki | Cl. 28:  Model engines |
| O'DONNELL RACING FUEL | European Community | 011199288 19-Sep-2012 | 011199288 18-Feb-2013 | 19-Sep-2022 | Registered | Cl. 4:  Racing fuel for model engines |
| O'DONNELL RACING FUEL | United States of America | 74/646015 13-Mar-1995 | 1937617 21-Nov-1995 | 21-Nov-2025 | Registered | Cl. 4:  Racing fuel for model engines |
| O'DONNELL RACING FUEL and Design (Circle Design) | United States of America | 76/302021 20-Aug-2001 | 2648942 12-Nov-2002 | 12-Nov-2022 | Registered | Cl. 4:  Racing fuel for model engines |
| OMNIMODELS | United States of America | 74/328578 05-Nov-1992 | 1775615 08-Jun-1993 | 08-Jun-2023 | Registered | Cl. 42:  Mail order services in the field of radio-controlled models and accessories therefor |
| ONYX | European Community | 014487771 19-Aug-2015 | 014487771 17-Dec-2015 | 19-Aug-2025 | Registered | Cl. 7:  Motors and engines for radio-controlled model vehicles. Cl. 9:  Batteries and battery chargers; electronic speed and servo motor controllers; electric switches; all of the aforementioned goods not in relation to shading systems, blinds, sun and weather protection systems, illumination systems. |
| ONYX | United States of America | 86/629318 14-May-2015 | 5029713 30-Aug-2016 | 30-Aug-2026 | Registered | Cl. 7:  Motors and engines for radio-controlled model vehicles. Cl. 9:  Electronic speed and servo motor controllers; electric switches. |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| POWER POINT | United States of America | 74/244090 07-Feb-1992 | 1722179 06-Oct-1992 | 06-Oct-2022 | Registered | Cl. 28: Propellers for radio controlled model airplanes |
| RAIDER | United Kingdom | 3181540 22-Aug-2016 | 3181540 25-Nov-2016 | 22-Aug-2026 | Registered | Cl. 28:  Accessories for radio controlled model vehicles. |
| REAL FLIGHT | European Community | 000841817 04-Jun-1998 | 000841817 20-Mar-2000 | 04-Jun-2018 | Registered | Cl. 9: Flight simulation software for radio-controlled model aircraft |
| REALFLIGHT | Argentina | 2530476 23-Jul-2004 | 2070199 03-Mar-2006 | 03-Mar-2026 | Registered | Cl. N/A: Radio-controlled model aircraft flight simulation software |
| REALFLIGHT | Russian Federation | 2004716890 28-Jul-2004 | 293560 03-Aug-2005 | 28-Jul-2024 | Registered | Cl. N/A:  Radio-controlled model aircraft flight simulation software |
| REALFLIGHT | United States of America | 75/400773 05-Dec-1997 | 2342181 18-Apr-2000 | 18-Apr-2020 | Registered | Cl. 9: Radio-controlled model aircraft flight simulation software |
| RISE | United States of America | 86/950939 23-Mar-2016 | | | Pending | Cl. 25:  Backpacks and articles of clothing<br>Cl. 28:  Radio-controlled model vehicles and aircraft |
| SERV-U | United States of America | 78/722368 06-Oct-2005 | 3157595 17-Oct-2006 | 17-Oct-2026 | Registered in the name of Servco Equipment & Supply Co. | Cl. 35: Retail store, mail-order, and online retail store services featuring restaurant equipment and supplies |
| SPEEDMART | United States of America | 74/238699 21-Jan-1992 | 1720256 29-Sep-1992 | 29-Sep-2022 | Registered | Cl. 16:  Mail order catalog featuring radio controlled model car parts and car accessories |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| STAR | European Community | 014487789 19-Aug-2015 | 014487789 15-Dec-2015 | 19-Aug-2025 | Registered | Cl. 9:  Electrical connectors; electrical couplings; electrical connections; electrical plug device enabling connection and disconnection between two or more devices. |
| STAR | United States of America | 86/629325 14-May-2015 | 4873909 22-Dec-2015 | 22-Dec-2025 | Registered | Cl. 9:  Electrical plug device enabling connection and disconnection between two or more devices. |
| SUPER POWER FUEL | United States of America | 85/363869 06-Jul-2011 | 4321580 16-Apr-2013 | 16-Apr-2023 | Registered | Cl. 4:  Model airplane engine fuel |
| SUPER TIGRE | Canada | 361599 20-Feb-1973 | TMA197644 22-Feb-1974 | 22-Feb-2019 | Registered | Cl. 4:  Fuel engines for model boats, model ships, model cars, model airplanes |
| SUPER TIGRE | China | 27-Oct-2010 | 1057625 09-Dec-2010 | 27-Oct-2020 | Registered | Cl. 7:  Electric motors for radio-controlled model aircraft, water and land vehicles.<br><br>Cl. 9:  Batteries and electric speed controls for radio-controlled model aircraft, water and land vehicles. |
| SUPERTIGRE | Canada | 1076954 29-Sep-2000 | TMA575726 14-Feb-2003 | 14-Feb-2018 | Registered | Cl. N/A:  Model fuel engines, model fuel engine parts and accessories |
| SUPERTIGRE | Italy | 251398MI 13-Mar-1998 | 1314399 10-Jan-2001 | 19-May-2018 | Registered | Cl. 7:  Machinery |
| SUPERTIGRE | Italy | 103296BO 14-Nov-1996 | 1212852 24-Feb-1999 | 11-Dec-2026 | Registered | Cl. 28:  Games, toys, model cars. |
| SUPER TIGRE | Paraguay | 08/32352 29-Aug-2008 | 365466 24-Jul-2012 | 24-Jul-2022 | Registered | Cl. 28:  Internal combustion engines for use with motorized model vehicles |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| SUPER TIGRE | United States of America | 74/454915 08-Nov-1993 | 1856850 04-Oct-1994 | 04-Oct-2024 | Registered | Cl. 28:  Internal combustion engines for use with motorized model vehicles |
| SUPER TIGRE | United States of America | 77/816350 31-Aug-2009 | 3777416 20-Apr-2010 | 20-Apr-2020 | Registered | Cl. 7:  Electric motors for radio-controlled model aircraft, water and land vehicles<br><br>Cl. 9:  Batteries and electric speed controls for radio-controlled model aircraft, water and land vehicles |
| SUPER TIGRE (Stylized)<br><br>**Super TIGRE** | Austria | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized)<br><br>**Super TIGRE** | Benelux | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:   Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized)<br><br>**Super TIGRE** | Bosnia and Herzegovina | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:   Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized)<br><br>**Super TIGRE** | China | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| SUPER TIGRE (Stylized) **Super TIGRE** | Croatia | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized) **Super TIGRE** | Czech Republic | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized) **Super TIGRE** | Egypt | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized) **Super TIGRE** | France | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized) **Super TIGRE** | Germany | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| SUPER TIGRE (Stylized) **Super TIGRE** | Hungary | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized) **Super TIGRE** | Internat'l Registration Madrid Protocol | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized) **Super TIGRE** | Liechtetnstein | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized) **Super TIGRE** | Macedonia | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized) **Super TIGRE** | Monaco | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7 Small internal combustion engines for applications on models |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| SUPER TIGRE (Stylized) | Morocco | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized) | Romania | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized) | San Marino | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized) | Serbia | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized) | Slovakia | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| SUPER TIGRE (Stylized) | Slovenia | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE (Stylized) | Switzerland | 3621/55 02-Aug-1955 | 344540A 05-May-1956 | 06-May-2018 | Registered | Cl. 7:  Small internal combustion engines for applications on models |
| SUPER TIGRE and Design | China | 8809743 04-Nov-2010 | 8809743 21-Oct-2012 | 21-Oct-2022 | Registered | Cl. 28:  Toy accessories and parts thereof |
| SUPER TIGRE and Design | Italy | 1899BO 25-Feb-1999 | 1318143 09-Nov-2001 | 28-Feb-2019 | Registered | Cl. 9:  Apparatus and scientific instruments, nautical, electrical, photographic, weight, apparatus operated by a token 28 games and toys, articles of sport<br><br>Cl. 28:  Games, toys, patterns vehicles |
| SUPER TIGRE and Design | Italy | 83796BO 17-Sep-1996 | 1212019 24-Feb-1999 | 18-Sep-2026 | Registered | Cl. 28:  Games, toys, patterns vehicles |
| SUPER TIGRE and Design | Italy | 366386 11-Oct-1996 | 1212851 24-Feb-1999 | 13-Oct-2026 | Registered | Cl. 28: Games, toys and model cars. |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| | | | | | | |
| TACTIC | European Community | 011199502 19-Sep-2012 | 011199502 30-Jan-2013 | 19-Sep-2022 | Registered | Cl. 9: Radios and accessories thereof; electronic servo motor controllers, battery boxes, electric switches, radio receivers, antennas and electronic speed controllers |
| TACTIC | United States of America | 85/436398 30-Sep-2011 | 4220716 09-Oct-2012 | 09-Oct-2022 | Registered | Cl. 9: Radios and accessories thereof, namely, electronic servo motor controllers, battery boxes, electric switches, radio receivers, antennas, crystals and electronic speed controllers |
| TEAM DURANGO | European Community | 011199627 19-Sep-2012 | 011199627 30-Jan-2013 | 19-Sep-2022 | Registered | Cl. 28: Radio controlled model vehicles |
| TEAM DURANGO | United States of America | 85/645815 07-Jun-2012 | 4254107 04-Dec-2012 | 04-Dec-2022 | Registered | Cl. 28: Radio controlled model vehicles |
| TEAM DURANGO and Design | United States | 85/715951 29-Aug-2012 | 4323984 23-Apr-2013 | 23-Apr-2023 | Registered | Cl. 28: Radio controlled model vehicles |
| TF TOP FLITE and Design | Brazil | 827207336 28-Feb-2005 | 827207336 06-Nov-2007 | 06-Nov-2027 | Registered | Cl. 28.10: Model airplane kits and accessories therefor, namely, coverings and propellers |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| TF TOP FLITE and Design | Taiwan | 82056385 17-Nov-1993 | 652161 16-Aug-1994 | 15-Aug-2024 | Registered | Cl. 11:  Glue for assembling model airplane |
| TF TOP FLITE and Design | Taiwan | 82056387 17-Nov-1993 | 657772 01-Oct-1994 | 30-Sep-2024 | Registered | Cl. 9:  Heating tools for sealing model airplane coverings, namely, sealing irons, trim seal irons, electric hand held heat gun |
| TF TOP FLITE and Design | United States of America | 73/463207 30-Jan-1984 | 1348981 16-Jul-1985 | 16-Jul-2025 | Registered | Cl. 9:  Heating tools for sealing model airplane coverings, namely, sealing irons and trim seal irons<br><br>Cl. 11:  Electric hand held heat guns<br><br>Cl. 16:  Accessories for model airplanes, namely, trim sheets and decals<br><br>Cl. 28:  Model airplane kits and accessories therefor, namely, covering and propellers |
| THE BLACK BARON and Design | United States of America | 73/119386 17-Mar-1977 | 1082618 17-Jan-1978 | 17-Jan-2018 | Registered | Cl. 24:  Coated fabric for covering model airplanes |
| TOP FLITE | Chile | 838330 24-Sep-2008 | 857705 14-Aug-2009 | 14-Aug-2019 | Registered | Cl. 9: Heating tools for sealing model airplane coverings, namely, sealing irons and trim seal irons. |
| TOP FLITE | Chile | 838328 24-Sep-2008 | 847573 23-Apr-2009 | 23-Apr-2019 | Registered | Class 11: Electric handheld heat guns |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| TOP FLITE | Chile | 910950 25-Jun-2010 | 902836 16-Nov-2010 | 16-Nov-2020 | Registered | Class 16: Accessories for model airplanes, namely, trim sheets and decals |
| TOP FLITE | Chile | 838329 24-Sep-2008 | 857704 14-Aug-2009 | 14-Aug-2019 | Registered | Class 28: Model airplane kits and accessories therefor, namely, covering and propellers |
| TOP FLITE | European Community | 011199262 19-Sep-2012 | 011199262 10-May-2013 | 19-Sep-2022 | Registered | Cl. 7:  Heating tools for sealing model airplane coverings; sealing irons and trim seal irons for sealing model airplane coverings; electric hand held heat guns Cl. 16:  Accessories for model airplanes, namely, trim sheets and decals Cl. 28:  Model airplane kits and accessories therefor; coverings and propellers for model airplanes |
| TOP FLITE | Turkey | 2014/11473 11-Feb-2014 | 2014/11473 29-Jul-2015 | 11-Feb-2024 | Registered | Cl. 9:  Heating tools for sealing model airplane coverings, namely, sealing irons and trim seal irons<br><br>Cl. 11:  Electric hand held heat guns<br><br>Cl. 16:  Accessories for model airplanes, namely, trim sheets and decals<br><br>Cl. 28:  Model airplane kits and accessories therefor, namely, covering and propellers |
| TOP FLITE | United States of America | 73/463022 30-Jan-1984 | 1348979 16-Jul-1985 | 16-Jul-2025 | Registered | Cl. 9:  Heating tools for sealing model airplane coverings, namely, sealing irons and trim seal irons<br><br>Cl. 11:  Electric hand held heat guns<br><br>Cl. 16:  Accessories for model airplanes, namely, trim sheets and decals<br><br>Cl. 28:  Model airplane kits and accessories therefor, namely, covering and propellers |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| TOP FLITE MONOKOTE | Germany | T11599 29-Nov-1966 | 845096 08-May-1968 | 30-Nov-2026 | Registered | Cl. 17:  Plastic and thermoplastic film layer for model airplanes and parts therefor |
| TOWER | China | 6335159 22-Oct-2007 | 6335159 14-Apr-2010 | 13-Apr-2020 | Registered | Cl. 28:  Scale model vehicles, radio-controlled toy vehicles, minicars, prototype aircraft materials |
| TOWER | United States of America | 78/916858 26-Jun-2006 | 3239410 08-May-2007 | 08-May-2027 | Registered | Cl. 28:  Radio-controlled scale model vehicles, airplanes and boats and parts therefor<br><br>Cl 35:  Mail order services in the field of radio controlled models |
| TOWER HOBBIES | Argentina | 2183837 29-Oct-1998 | 2457431 27-Apr-2000 | 15-Aug-2021 | Registered | Cl 42:  Mail order services in the field of radio controlled models |
| TOWER HOBBIES | Australia | 654691 02-Mar-1995 | 654691 02-Mar-1995 | 02-Mar-2025 | Registered | Cl. 28:  Radio controlled model aircraft, water and land vehicles in this class, together with accessories in this class for such models |
| TOWER HOBBIES | Australia | 654692 02-Mar-1995 | 654692 02-Mar-1995 | 02-Mar-2025 | Registered | Cl. 42:  Retail and mail order services in the field of radio controlled model aircraft, water and land vehicles and accessories for such goods |
| TOWER HOBBIES | Brazil | 821280996 15-Dec-1998 | 821280996 23-Apr-2002 | 23-Apr-2022 | Registered | Cl. 40:  Mail order services in the field of radio controlled models |
| TOWER HOBBIES | Canada | 719193 18-Dec-1992 | TMA421622 24-Dec-1993 | 24-Dec-2023 | Registered | Cl. N/A:  Mail order services in the field of radio controlled models |
| TOWER HOBBIES | Chile | 502.882 29-Sep-2000 | 915.672 06-Mar-2001 | 06-Mar-2021 | Registered | Cl. 28:  Radio controlled model aircraft, water and land vehicles in this class, together with accessories in this class for such models |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| TOWER HOBBIES | Chile | 502.883 29-Sep-2000 | 915.670 08-Mar-2001 | 08-Mar-2021 | Registered | Cl. 42:  Retail and mail order services in the field of radio controlled model aircraft, water and land vehicles and accessories for such goods |
| TOWER HOBBIES | China | 6553433 13-Feb-2008 | 6553433 28-Sep-2010 | 27-Sep-2020 | Registered | Cl. 42:  Advertising by mail order, sales promotion [for others] |
| TOWER HOBBIES | Czech Republic | 149265 26-Nov-1999 | 235501 27-Aug-2001 | 26-Nov-2019 | Registered | Cl. 42:  Mail order services in the field of radio controlled models |
| TOWER HOBBIES | European Community | 000318139 24-Jul-1996 | 000318139 01-Mar-2000 | 24-Jul-2026 | Registered | Cl. 9:  Electric and electronic devices for operating toy vehicles<br><br>Cl. 28: Games, playthings, toy vehicles<br><br>Cl. 39:  Distribution services for toys |
| TOWER HOBBIES | Japan | 10-93438 02-Nov-1998 | 4325726 15-Oct-1999 | 15-Oct-2019 | Registered | Cl. 28:  Radio controlled models and other toys |
| TOWER HOBBIES | Korea, Republic of | 98-1348 17-Oct-1998 | 0000969 25-Feb-2000 | 25-Feb-2020 | Registered in the name of Hobbico, Inc. d/b/a Tower Hobbies | Cl. 28:  Retail hobby model sales<br><br>Cl. 35:  Mail order services in the field of radio controlled models |
| TOWER HOBBIES | Mexico | 374993 12-May-1999 | 655705 29-May-2000 | 12-May-2019 | Registered | Cl. 42:  Mail order services in the field of radio controlled models |
| TOWER HOBBIES | Russian Federation | 2011727528 24-Aug-2011 | 472110 02-Oct-2012 | 24-Aug-2021 | Registered | Cl. 28:  Radio-controlled model vehicles, airplanes, boats, and parts and accessories therefor<br><br>Cl. 35:  Retail and mail order services in the field of radio-controlled model vehicles, airplanes, boats, and parts and accessories therefor |

# HOBBICO, INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|
| TOWER HOBBIES | Spain | 2041386M 24-Jul-1996 | 2041386 21-Jun-2002 | 24-Jul-2026 | Registered | Cl. 28:  Games, toys, toy vehicles |
| TOWER HOBBIES | United States of America | 74/238700 21-Jan-1992 | 1722832 06-Oct-1992 | 06-Oct-2022 | Registered | Cl. 42:  Mail order services in the field of radio controlled models |
| TOWER HOBBIES and Design | Spain | 2115011 22-Sep-1997 | 2115011 20-Jun-2000 | 22-Sep-2027 | Registered | Cl. 28:  Radio controlled model, land, air and water vehicles |
| TOWER HOBBIES and Design | Taiwan | 78/49150 01-Nov-1989 | 516359 01-Mar-1991 | 28-Feb-2021 | Registered | Cl. 84:  Thermoplastic guns, spark plug clamps, light clamps, compressors, hand operated pumps |
| TOWER HOBBIES, S.L. | Spain | 23-Jan-1996 | 2007919M 20-Jun-1996 | 23-Jan-2026 | Registered | Cl. 39:  Distribution services of toys |
| TOWER TALK | Canada | 719194 18-Dec-1992 | TMA421623 24-Dec-1993 | 24-Dec-2023 | Registered | Cl. N/A:  Sales catalogues featuring radio controlled models and accessories therefor |
| TOWER TALK | United States of America | 74/238697 21-Jan-1992 | 1720255 29-Sep-1992 | 29-Sep-2022 | Registered | Cl. 16:  Sales catalog featuring radio controlled models and accessories therefor |
| VISUAL ECHO | Canada | 1212134 29-Mar-2004 | TMA655085 14-Dec-2005 | 14-Dec-2020 | Registered | Cl. N/A:  Puzzles |

# HOBBICO, INC.

# SCHEDULE AB61: INTERNET DOMAIN NAMES AND WEBSITES

| Internet Domain Names and Websites | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| AQUACRAFTMODELS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| BESTRC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| BESTRC.NET | $0.00 | NET BOOK VALUE | $0.00 |
| CMECAMERA.COM | $0.00 | NET BOOK VALUE | $0.00 |
| C-MECAMERA.COM | $0.00 | NET BOOK VALUE | $0.00 |
| COVERITE.COM | $0.00 | NET BOOK VALUE | $0.00 |
| COXMODELS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| DIE-CAST-MODELS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| DLE-ENGINES.COM | $0.00 | NET BOOK VALUE | $0.00 |
| DROMIDA.COM | $0.00 | NET BOOK VALUE | $0.00 |
| DURATRAX.COM | $0.00 | NET BOOK VALUE | $0.00 |
| DYNAFLITE.COM | $0.00 | NET BOOK VALUE | $0.00 |
| EASYRC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| ELECTRIFLY.COM | $0.00 | NET BOOK VALUE | $0.00 |
| EXPLORE-RISE.COM | $0.00 | NET BOOK VALUE | $0.00 |
| EZRC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| FLIGHTPOWERBATTERIES.COM | $0.00 | NET BOOK VALUE | $0.00 |
| FLIGHTPOWERUSA.COM | $0.00 | NET BOOK VALUE | $0.00 |
| FLITTCAMERA.COM | $0.00 | NET BOOK VALUE | $0.00 |
| FLYZONEPLANES.COM | $0.00 | NET BOOK VALUE | $0.00 |
| FUTABANITROCHALLENGE.COM | $0.00 | NET BOOK VALUE | $0.00 |
| FUTABARC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| FUTABA-RC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| GOBERZERK.COM | $0.00 | NET BOOK VALUE | $0.00 |
| GPDEALER.COM | $0.00 | NET BOOK VALUE | $0.00 |
| GPDEALERA.COM | $0.00 | NET BOOK VALUE | $0.00 |
| GPMD.COM | $0.00 | NET BOOK VALUE | $0.00 |
| GPSOFTWARE.COM | $0.00 | NET BOOK VALUE | $0.00 |
| GPVENDOR.COM | $0.00 | NET BOOK VALUE | $0.00 |
| GREATPLANES.COM | $0.00 | NET BOOK VALUE | $0.00 |
| HASEGAWAUSA.COM | $0.00 | NET BOOK VALUE | $0.00 |
| HELIMAXRC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| HOBBICO.CO.UK | $0.00 | NET BOOK VALUE | $0.00 |
| HOBBICO.COM | $0.00 | NET BOOK VALUE | $0.00 |
| HOBBICO.NET | $0.00 | NET BOOK VALUE | $0.00 |
| HOBBICO-EFEST.COM | $0.00 | NET BOOK VALUE | $0.00 |
| HOBBICOENTERPRISE.COM | $0.00 | NET BOOK VALUE | $0.00 |
| HOBBICOVENDOR.COM | $0.00 | NET BOOK VALUE | $0.00 |

# HOBBICO, INC.

# SCHEDULE AB61: INTERNET DOMAIN NAMES AND WEBSITES

| Internet Domain Names and Websites | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| HOBBIES.NET | $0.00 | NET BOOK VALUE | $0.00 |
| HOBBYDISCOUNTWAREHOUSE.COM | $0.00 | NET BOOK VALUE | $0.00 |
| HOBBYSERVICES.COM | $0.00 | NET BOOK VALUE | $0.00 |
| HOBBYSHIPPER.COM | $0.00 | NET BOOK VALUE | $0.00 |
| ITALERIUSA.COM | $0.00 | NET BOOK VALUE | $0.00 |
| KEEPITRC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| LIFESOURCEBATTERIES.COM | $0.00 | NET BOOK VALUE | $0.00 |
| MICROSIZERS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| MISSIONSOFCA.COM | $0.00 | NET BOOK VALUE | $0.00 |
| MODEL-SHIPS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| MONOKOTE.COM | $0.00 | NET BOOK VALUE | $0.00 |
| MUCHMOREUSA.COM | $0.00 | NET BOOK VALUE | $0.00 |
| ODONNELLFUEL.COM | $0.00 | NET BOOK VALUE | $0.00 |
| ODONNELLRACING.COM | $0.00 | NET BOOK VALUE | $0.00 |
| OMNIMODELS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| OMNIMODELS.INFO | $0.00 | NET BOOK VALUE | $0.00 |
| ONYXBATTERIES.COM | $0.00 | NET BOOK VALUE | $0.00 |
| ONYX-RC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| OSENGINES.COM | $0.00 | NET BOOK VALUE | $0.00 |
| PLASTIC-MODELS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| PROTOQUAD.COM | $0.00 | NET BOOK VALUE | $0.00 |
| PUZZLEWONDER.COM | $0.00 | NET BOOK VALUE | $0.00 |
| RADIO-CONTROL.COM | $0.00 | NET BOOK VALUE | $0.00 |
| RCBRAIN.COM | $0.00 | NET BOOK VALUE | $0.00 |
| RCGEARGARAGE.COM | $0.00 | NET BOOK VALUE | $0.00 |
| RCGEARSHOP.COM | $0.00 | NET BOOK VALUE | $0.00 |
| RCHELIMART.COM | $0.00 | NET BOOK VALUE | $0.00 |
| RCMICROSIZERS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| RCPARTSSUPERSTORE.COM | $0.00 | NET BOOK VALUE | $0.00 |
| RCSTARPLUG.COM | $0.00 | NET BOOK VALUE | $0.00 |
| RCWISHLIST.COM | $0.00 | NET BOOK VALUE | $0.00 |
| REALFLIGHT.COM | $0.00 | NET BOOK VALUE | $0.00 |
| REALRACE.COM | $0.00 | NET BOOK VALUE | $0.00 |
| ROCKETFUN.COM | $0.00 | NET BOOK VALUE | $0.00 |
| SCIENCEHOBBY.COM | $0.00 | NET BOOK VALUE | $0.00 |
| SPEEDMART.COM | $0.00 | NET BOOK VALUE | $0.00 |
| STYLESTUDIO.COM | $0.00 | NET BOOK VALUE | $0.00 |
| SUPERTIGRE.COM | $0.00 | NET BOOK VALUE | $0.00 |

# HOBBICO, INC.

# SCHEDULE AB61: INTERNET DOMAIN NAMES AND WEBSITES

| Internet Domain Names and Websites | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| TACTICRC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| TOP-FLITE.COM | $0.00 | NET BOOK VALUE | $0.00 |
| TOWERHELI.COM | $0.00 | NET BOOK VALUE | $0.00 |
| TOWERHELIS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| TOWERHOBBIES.BIZ | $0.00 | NET BOOK VALUE | $0.00 |
| TOWERHOBBIES.COM | $0.00 | NET BOOK VALUE | $0.00 |
| TOWERHOBBIES.INFO | $0.00 | NET BOOK VALUE | $0.00 |
| TOWERHOBBIES.MOBI | $0.00 | NET BOOK VALUE | $0.00 |
| TOWERHOBBIES.ORG | $0.00 | NET BOOK VALUE | $0.00 |
| TOWERHOBBY.COM | $0.00 | NET BOOK VALUE | $0.00 |
| TOWERTALK.COM | $0.00 | NET BOOK VALUE | $0.00 |
| TRAINMODELS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| TRAIN-MODELS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| TRAKPOWERUSA.COM | $0.00 | NET BOOK VALUE | $0.00 |
| ULTIMATECOMBO.COM | $0.00 | NET BOOK VALUE | $0.00 |
| ULTIMATECOMBOS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| UNITEDMODEL.COM | $0.00 | NET BOOK VALUE | $0.00 |
| UNITEDMODEL.NET | $0.00 | NET BOOK VALUE | $0.00 |
| UNITEDMODEL.ORG | $0.00 | NET BOOK VALUE | $0.00 |
| VSTANKUSA.COM | $0.00 | NET BOOK VALUE | $0.00 |
| WORLDOFHOBBIES.COM | $0.00 | NET BOOK VALUE | $0.00 |
| XFC-RC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| | | TOTAL: | $0.00 |

# HOBBICO, INC.

# SCHEDULE AB62: LICENSES, FRANCHISES, AND ROYALTIES

| Licenses, Franchises, And Royalties | Description | Net Book Value Of Debtor's Interest | Valuation Method Used For Current Value | Current Value Of Debtor's Interest |
|---|---|---|---|---|
| BOY SCOUTS OF AMERICA | VARIOUS | UNKNOWN | N/A | UNKNOWN |
| ITCANFLY, LLC | PATENTS RELATED TO MODULARIZED AIRPLANES STRUCTURES AND METHODS | UNKNOWN | N/A | UNKNOWN |
| JOHNSON RESEARCH & DEVELOPMENT CO., INC. | PATENTS RELATED TO COMPRESSED AIR ROCKET TOY TECHNOLOGY | UNKNOWN | N/A | UNKNOWN |
| KNIFE EDGE SOFTWARE, LLC | VARIOUS SOFTWARE RELATED TO HOBBY AIRCRAFT MODEL SIMULATION | UNKNOWN | N/A | UNKNOWN |
| LOCKHEED MARTIN CORPORATION | VARIOUS | UNKNOWN | N/A | UNKNOWN |
| NO COAST DESIGN LLC | LOGO AND COLOR SCHEME FOR AIRPLANES | UNKNOWN | N/A | UNKNOWN |
| NORTHROP GRUMMAN SYSTEMS CORPORATION | TRADEMARKS RELATED TO FLYING AND STATIC MODELS AND MODEL KITS AND ACCESSORIES | UNKNOWN | N/A | UNKNOWN |
| RON ROMAN | MOTLEY CREW TRIM SCHEME | UNKNOWN | N/A | UNKNOWN |
| TEXTRON INNOVATIONS INC. | VARIOUS | UNKNOWN | N/A | UNKNOWN |
| WARNER BROS. CONSUMER PRODUCTS INC. | VARIOUS | UNKNOWN | N/A | UNKNOWN |
| | | | TOTAL: | $0.00 |

# HOBBICO, INC.

# SCHEDULE AB71: NOTES RECEIVABLE

| Notes Receivable | Face Value | Doubtful or Uncollectible Amount | Current Value of Debtor's Interest |
|---|---|---|---|
| ARRMA DURANGO, LTD. | $264,141.00 | | $264,141.00 |
| GREAT BANC AS TRUSTEE OF HOBBICO EMPLOYEE STOCK OPTION PLAN | $2,233,545.00 | $2,233,545.00 | $0.00 |
| HOBBICO DEUTSCHLAND HOLDING GMBH | $26,660,000.00 | | $26,660,000.00 |
| REVELL GMBH | $14,913,641.20 | | $14,913,641.20 |
| | | TOTAL: | $41,837,782.20 |

**Fill in this information to identify the case:**

Debtor name    HOBBICO, INC.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (If known):    18-10055

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| BMO HARRIS BANK, NA | ALL ASSETS | $  75,700,103.97 | $  UNKNOWN |

**Creditor's mailing address**
115 S LASALLE ST
4W
CHICAGO, IL 60603

**Describe the lien**
PRE-PETITION SECURED CREDIT FACILITY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 7/11/2014

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
BMO HARRIS BANK, NA, WELLS FARGO, NA, PNC BANK, NA, U.S. BANK NA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| CYPRIUM INVESTORS IV AIV I LP | ALL ASSETS | $  42,007,758.73 | $  UNKNOWN |

**Creditor's mailing address**
200 PUBLIC SQUARE
SUITE 2020
CLEVELAND, OH 44114

**Describe the lien**
SUBORDINATED NOTE

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 7/11/2014

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $  117,707,862.70

Schedule D: Creditors Who Have Claims Secured by Property

Debtor   HOBBICO, INC.
         Name                                                                          Case number (*if known*)  18-10055

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

2.3___

**Creditor's name**

PNC BANK, NA

**Creditor's mailing address**
101 W WASHINGTON ST
INDIANAPOLIS, IN 46255

**Describe debtor's property that is subject to a lien**

ALL ASSETS                                        $_____75,700,103.97    $_____UNKNOWN

**Describe the lien**
PRE-PETITION SECURED CREDIT FACILITY

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**
_____

**Date debt was incurred**  7/11/2014

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

☒ Yes. The relative priority of creditors is specified on lines 2.1

---

2.4___

**Creditor's name**

U.S. BANK NA

**Creditor's mailing address**
ONE US BANK PLAZA
ST LOUIS, MO 63101

**Describe debtor's property that is subject to a lien**

ALL ASSETS                                        $_____75,700,103.97    $_____UNKNOWN

**Describe the lien**
PRE-PETITION SECURED CREDIT FACILITY

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**
_____

**Date debt was incurred**  7/11/2014

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

☒ Yes. The relative priority of creditors is specified on lines 2.1

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    HOBBICO, INC._____    Case number *(if known)*___18-10055_____
          <sub>Name</sub>

| Part 1: | Additional Page | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

2.5____

**Creditor's name**

WELLS FARGO, NA

**Creditor's mailing address**

ONE WELLS FARGO CENTER
MAC: D10530399
301 SOUTH COLLEGE STREET
CHARLOTTE, NC 28202
ATTENTION OF: JOEL BRIGHTON

**Creditor's email address, if known**

_____

**Date debt was incurred**    7/11/2014_____
**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
❑ No
☒ Yes. Have you already specified the relative priority?

   ❑ No. Specify each creditor, including this creditor, and its relative priority.

   ☒ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

ALL ASSETS

_____

**Describe the lien**
PRE-PETITION SECURED CREDIT FACILITY_____

**Is the creditor an insider or related party?**
☒ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$____75,700,103.97    $____UNKNOWN

---

2._____

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____
**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?

   ❑ No. Specify each creditor, including this creditor, and its relative priority.

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____    $_____

---

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor      HOBBICO, INC.
            Name
Case number (*if known*)    18-10055

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION<br>ATTN: CASEY KELLEY<br>90 SOUTH 7TH STREET<br>16TH FLOOR<br>MINNEAPOLIS, MN 55402 | Line 2. 5 | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |

Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**

**Fill in this information to identify the case:**

Debtor      HOBBICO, INC.

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number    18-10055(KG)
(If known)

❑ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ❑ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
ACEBU, PAQUITO AGRA
9535 RUSTY NAIL DRIVE
RENO, NV 89521

As of the petition filing date, the claim is:  $ 294.58   $ 294.58
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.2** **Priority creditor's name and mailing address**
ADAMEK, THOMAS M
2404 WATERBURY
CHAMPAIGN, IL 61822

As of the petition filing date, the claim is:  $ 29,824.27   $ 9,398.10
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.3** **Priority creditor's name and mailing address**
ADAMS, WILLIAM JAMES
2604 APRIL CT.
CHAMPAIGN, IL 61822

As of the petition filing date, the claim is:  $ 9,120.62   $ 5,750.65
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

Debtor    HOBBICO, INC.
          Name                                                    Case number (if known) 18-10055(KG)

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4**    **Priority creditor's name and mailing address**

ADOMAITIS, DANIEL JAMES
444 S. CHARTER ST.
MONTICELLO, IL 61856

$   330.59    $   330.59

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.5**    **Priority creditor's name and mailing address**

AGUILERA, LUTGARDO CARLOS
975 S RAWSON BRIDGE RD
CARY, IL 60013

$   17,858.40    $   12,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.6**    **Priority creditor's name and mailing address**

AKINS, LISA MIEKO
1216 W. CHURCH ST
CHAMPAIGN, IL 61821

$   4,778.18    $   4,778.18

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.7**    **Priority creditor's name and mailing address**

ALAGNA, DONNA M
212 W. MEADE
WHITE HEATH, IL 61884

$   3,278.38    $   2,361.64

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          _____    Case number (*if known*) 18-10055(KG) _____
          Name

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8** __ **Priority creditor's name and mailing address**

ALEJO, VERONICA
2055 MATTEONI DRIVE
SPARKS, NV 89434

$ 1,075.56     $ 1,075.56

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.9** __ **Priority creditor's name and mailing address**

ALIRE, FREDERICK JAMES
988 APPLE LANE
CANON CITY, CO 81212

$ 14,464.64     $ 4,997.02

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.10** __ **Priority creditor's name and mailing address**

ALLEN, CHRISTINE ELIZABET
507 S POPLAR ST
URBANA, IL 61802

$ 86.71     $ 86.71

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.11** __ **Priority creditor's name and mailing address**

ALLEN, JR., GEORGE ROBERT
1130 N CR 1600E
VILLA GROVE, IL 61956

$ 8,694.76     $ 3,141.76

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.
         _____
         Name
                                              Case number *(if known)* 18-10055(KG)

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12** **Priority creditor's name and mailing address**

ALTHAUS, DEANNA L
100 N. PLUM
PAXTON, IL 60957

$ 727.38   $ 727.38

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.13** **Priority creditor's name and mailing address**

ANDERSON, CAROL A
4202 PRAIRIEWEST DRIVE
CHAMPAIGN, IL 61822

$ 7,074.65   $ 6,423.67

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.14** **Priority creditor's name and mailing address**

ANDERSON, TIFFANY A
1956 JEFFERSON DRIVE
URBANA, IL 61802

$ 971.82   $ 971.82

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.15** **Priority creditor's name and mailing address**

ANDRES, BEVERLY IRIS
1707 E. AIRPORT RD.
URBANA, IL 61802

$ 4,911.06   $ 2,594.31

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   HOBBICO, INC.
         Name

Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2.16 **Priority creditor's name and mailing address**

APPERSON, STEPHANIE MICHE

1970 CR 2700 N.
RANTOUL, IL 61866

$ 2,589.40    $ 2,589.40

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.17 **Priority creditor's name and mailing address**

ARMEZA, ENRICO S

2170 BELCREST CIRCLE
RENO, NV 89512

$ 648.61    $ 648.61

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.18 **Priority creditor's name and mailing address**

ARMSTRONG, WALLACE LLOYD

3410 KATIE LYNN DRIVE
CHAMPAIGN, IL 61822

$ 10,827.16    $ 5,354.25

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.19 **Priority creditor's name and mailing address**

ATHEY, BRANDON ROBERT
806 S. RANDOLPH
CHAMPAIGN, IL 61820

$ 5,817.79    $ 2,264.34

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.                                    Case number (*if known*) 18-10055(KG)
Name

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.20** **Priority creditor's name and mailing address**

ATKINS, STEPHEN ALLEN
3135 GRANDVIEW AVE
CANON CITY, CO 81212

$ 2,246.44     $ 1,353.89

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.21** **Priority creditor's name and mailing address**

BACK, JODY L
210 HAWKINS ST
PENROSE, CO 81240

$ 1,628.75     $ 1,429.45

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.22** **Priority creditor's name and mailing address**

BANKE, NEIL ROBERT
1802 BENODOT STREET
CHAMPAIGN, IL 61822

$ 10,947.04     $ 10,947.04

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.23** **Priority creditor's name and mailing address**

BARBER, TRAVIS JAY
1506 PAULA DRIVE
CHAMPAIGN, IL 61821

$ 7,057.91     $ 2,804.17

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  HOBBICO, INC.
 Name                                                                    Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2.24___  **Priority creditor's name and mailing address**                       $_____1,781.30    $_____1,682.31

BARTON, BRETT M

516 S. CENTENNIAL
MONTICELLO, IL 61856

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A___)

---

2.25___  **Priority creditor's name and mailing address**                       $_____1,923.24    $_____1,919.98

BENJAMIN, ANDREW G

27248 E 1100 N RD
ELLSWORTH, IL 61737

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A___)

---

2.26___  **Priority creditor's name and mailing address**                       $_____8,796.28    $_____5,351.40

BERLATSKY, CHRISTY SUE

1863B CR2500N
THOMASBORO, IL 61878

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A___)

---

2.27___  **Priority creditor's name and mailing address**                       $_____4,214.85    $_____1,711.36

BICKERS, CODY RAY
1805 COUNTY ROAD 2200E
ST JOSEPH, IL 61873

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A___)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                                      Case number (*if known*) 18-10055(KG)
          Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.28** **Priority creditor's name and mailing address**

BILGER, GREGORY CHARLES

312 E HEMLOCK
PUEBLO WEST, CO 81007

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 2,659.26        $ 2,364.14

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.29** **Priority creditor's name and mailing address**

BLAKLEY, JAIME C

216 MARCO DRIVE
RANTOUL, IL 61866

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 72.84        $ 72.84

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.30** **Priority creditor's name and mailing address**

BOND, SHANA D

508 N. GARFIELD AVE.
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 1,150.56        $ 1,150.56

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.31** **Priority creditor's name and mailing address**

BOONE, ANTHONY DEVIN
908 POMONA DRIVE
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 1,296.50        $ 1,296.50

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
_____    Case number (*if known*) 18-10055(KG)
          Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.32** __ **Priority creditor's name and mailing address**

    BOREN, JOHN GABRIEL

    103 S GLENROSE DR
    PUEBLO WEST, CO 81007

$ _____ 4,345.38    $ _____ 3,923.20

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.33** __ **Priority creditor's name and mailing address**

    BORRIS, CHRISTOPHER WILLI

    5447 MCKENZIE DR
    LAKE IN THE HILLS, IL 60102

$ _____ 8,185.32    $ _____ 3,232.06

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.34** __ **Priority creditor's name and mailing address**

    BORUFF, BRITTANY KAY

    700 S SCARBOROUGH PO BOX 554
    SIDNEY, IL 61877

$ _____ 418.61    $ _____ 418.61

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.35** __ **Priority creditor's name and mailing address**

    BOWERS, MICHAEL WILSON
    PO BOX 292
    PHILO, IL 61864

$ _____ 6,947.01    $ _____ 2,908.83

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                    Case number (if known) 18-10055(KG)
          Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2.36 __ **Priority creditor's name and mailing address**

$ 4,067.65        $ 2,036.18

BOWMAN, RYAN JOEL
70 DOUGLAS LANE APT. #323
PUEBLO, CO 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A__)

---

2.37 __ **Priority creditor's name and mailing address**

$ 6,055.41        $ 4,008.56

BOYD, CYNTHIA LYNN
PO BOX 113
BONDVILLE, IL 61815

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A__)

---

2.38 __ **Priority creditor's name and mailing address**

$ 1,053.39        $ 1,053.39

BRADFORD, TYSON
206B E. OAK STREET
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A__)

---

2.39 __ **Priority creditor's name and mailing address**

$ 5,882.12        $ 5,789.15

BRANT, SUSAN C
2315 CLOVER LN
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A__)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC. _____   Case number (*if known*) 18-10055(KG) _____
         Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.40**     **Priority creditor's name and mailing address**

BRIDGEWATER, ROBIN LEA
945 E. ORLEANS STREET
PAXTON, IL 60957

$ 1,189.31    $ 1,189.31

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.41**     **Priority creditor's name and mailing address**

BRIGGS, KAREN ANN
403 TAMULA LANE
MAHOMET, IL 61853

$ 11,760.47    $ 3,705.91

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.42**     **Priority creditor's name and mailing address**

BRINKOETTER, JILL SUZANNE
2605 CHERRY HILLS DRIVE
CHAMPAIGN, IL 61822

$ 9,870.75    $ 4,527.23

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.43**     **Priority creditor's name and mailing address**

BROOKS, TIMOTHY JOE
205 S. WALNUT
BONDVILLE, IL 61815

$ 12,006.13    $ 4,335.51

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

Debtor    HOBBICO, INC.
_____    Case number *(if known)* 18-10055(KG)
Name

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.44** | **Priority creditor's name and mailing address** | | $ 3,020.80 | $ 2,307.10

BROWN, DENISE DIANE
1611 SHEFFIELD RD
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2.45** | **Priority creditor's name and mailing address** | | $ 656.25 | $ 656.25

BROWN, THOMAS JULIAN
512 W GREEN ST APT #2
CHAMPAIGN, IL 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2.46** | **Priority creditor's name and mailing address** | | $ 2,859.75 | $ 2,859.75

BRUCKER, BRAD E
218 S. WOOD STREET
GIBSON CITY, IL 60936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2.47** | **Priority creditor's name and mailing address** | | $ 2,809.69 | $ 2,650.74

BRYANT, KELLY JO
1604 W PARK AVE
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

Debtor    HOBBICO, INC.
Name
Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
| --- | --- |

| | Total claim | Priority amount |
| --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.48    Priority creditor's name and mailing address**

BUCHANAN, ANITA A
209 W. ADAMS ST.
PESOTUM, IL 61863

$ 3,425.20     $ 2,852.83

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.49    Priority creditor's name and mailing address**

BURLING, TIM ALLEN
2752 HUNTERS POND RUN APT 31
CHAMPAIGN, IL 61820

$ 1,715.72     $ 1,377.96

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.50    Priority creditor's name and mailing address**

BURNER, KEVIN ROBERT
2101 STRAND DR
CHAMPAIGN, IL 61822

$ 19,701.15     $ 6,767.61

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.51    Priority creditor's name and mailing address**

BURRIS II, RICK ALAN
206 STATE
FAIRMOUNT, IL 61841

$ 943.88     $ 943.88

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.   Case number (*if known*) 18-10055(KG)
_____Name_____

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.52   Priority creditor's name and mailing address**

BURWELL, MICHAEL LEE
2623 NATALIE DR
CHAMPAIGN, IL 61822

$ 4,114.12   $ 2,860.43

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.53   Priority creditor's name and mailing address**

CADMAN, BRANDON ROBERT
108 N MAIN ST
FITHIAN, IL 61844

$ 5,854.32   $ 2,056.01

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.54   Priority creditor's name and mailing address**

CALVER, SUSAN MARIE
2150 MONROE DR
URBANA, IL 61802

$ 1,852.15   $ 1,505.98

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.55   Priority creditor's name and mailing address**

CAMPBELL, KIMBERLY RAE
297 ILLINOIS DRIVE
RANTOUL, IL 61866

$ 9,862.56   $ 5,456.91

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor      HOBBICO, INC.                                                    Case number (*if known*) 18-10055(KG)
            Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2.56____    **Priority creditor's name and mailing address**                                          $_____2,607.59    $_____2,607.59

CARTER, HEIDI E

2604 ALTON DRIVE
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A___)

---

2.57____    **Priority creditor's name and mailing address**                                          $_____1,079.54    $_____1,079.54

CARTER, OTIS WILLIAMS

4085 BRISTLECONE COURT
RENO, NV 89502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A___)

---

2.58____    **Priority creditor's name and mailing address**                                          $_____1,033.10    $_____1,033.10

CASEY, TINA L

307 N PRAIREVIEW RD #404-15
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A___)

---

2.59____    **Priority creditor's name and mailing address**                                          $_____39.91    $_____39.91

CASTOR, MARLA KAYE
411 POTOMAC AVENUE
SAVOY, IL 61874

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A___)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.
Name
Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.60** Priority creditor's name and mailing address

CHACON, CHRISTINA
177 HILLSIDE DR
BOLINGBROOK, IL 60440

$ 7,105.62    $ 5,323.97

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.61** Priority creditor's name and mailing address

CHAMPAIGN COUNTY TREASURER
PO BOX 9
URBANA, IL 61801

$ 290,359.00    $ 290,359.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.62** Priority creditor's name and mailing address

CHANEY, JR., RICHARD LEON
1918 CRESCENT DRIVE
CHAMPAIGN, IL 61821

$ 758.13    $ 758.13

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.63** Priority creditor's name and mailing address

CHILDS, SHAD AUSTIN
1407 COBBLESTONE WAY
CHAMPAIGN, IL 61822

$ 1,530.75    $ 1,237.93

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor      HOBBICO, INC.                                                    Case number (*if known*) 18-10055(KG)
            Name

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2.64    **Priority creditor's name and mailing address**                                $_____4,708.44    $_____3,175.22

CHOCHOLA, CRAIG MARTIN
1006 PETERS DR
ST JOSEPH, IL 61873

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**
_____              WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**                 **Is the claim subject to offset?**
**number** _____                   ☒ No
                                             ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.65    **Priority creditor's name and mailing address**                                $_____2,490.42    $_____2,490.42

CHONG, JAEWON
20208 PINTADO
IRVINE, CA 92618

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**
_____              WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**                 **Is the claim subject to offset?**
**number** _____                   ☒ No
                                             ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.66    **Priority creditor's name and mailing address**                                $_____603.77    $_____603.77

CILEA, ANNUZIATA ANNA
409 E. ROUTE 10
DELAND, IL 61839

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**
_____              WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**                 **Is the claim subject to offset?**
**number** _____                   ☒ No
                                             ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.67    **Priority creditor's name and mailing address**                                $_____3,028.46    $_____1,561.69

CLINE, CHRISTOPHER CHARLE
207 N MAIN BOX 281
FITHIAN, IL 61844

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**
_____              WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**                 **Is the claim subject to offset?**
**number** _____                   ☒ No
                                             ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor      HOBBICO, INC.
            Name                                                        Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.68** **Priority creditor's name and mailing address**    $ 10,322.74    $ 4,924.02

CLINTON, RODNEY EDWARD
602 E. ROOSEVELT RD.
PHILO, IL 61864

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.69** **Priority creditor's name and mailing address**    $ 20,489.20    $ 6,456.47

CLOUD, NEAL ETHAN
508 E. BENHAM
TOLONO, IL 61880

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.70** **Priority creditor's name and mailing address**    $ 695.47    $ 695.47

COBB, TURANCE DONTE
911 DOGWOOD DRIVE
CHAMPAIGN, IL 61821

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.71** **Priority creditor's name and mailing address**    $ 3,830.73    $ 3,830.73

COCKBURN, BRENDA JO
18 MERIDIAN TERRACE
PAXTON, IL 60957

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.
      Name

Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.72**     **Priority creditor's name and mailing address**

COCKBURN, III, GEORGE GOR
18 MERIDIAN TERR.
PAXTON, IL 60957

$ 25,833.22    $ 8,140.46

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.73**     **Priority creditor's name and mailing address**

COLLIER, COLLIN RAYE
302 EDGEBROOK DRIVE
CHAMPAIGN, IL 61820

$ 2,585.33    $ 1,927.11

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.74**     **Priority creditor's name and mailing address**

CONNER, ZOE ANN
68 9TH ST
PENROSE, CO 81240

$ 1,539.54    $ 1,392.29

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.75**     **Priority creditor's name and mailing address**

CONTRERAS QUINONEZ, ALFRE
3562 MASHIE CT
SPARKS, NV 89431

$ 910.42    $ 910.42

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          Name
                                                          Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.76**     **Priority creditor's name and mailing address**

COOKSON, MATTHEW GEORGE

2410 ROBIN ROAD
MAHOMET, IL 61853

$ 2,952.72     $ 2,952.72

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.77**     **Priority creditor's name and mailing address**

COOPER, DESTINI LEEANN

822 ARENDS BLVD
RANTOUL, IL 61866

$ 525.00     $ 525.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.78**     **Priority creditor's name and mailing address**

CORTES, FETRIMONA

1023 HARBOR TOWN CIRCLE
SPARKS, NV 89436

$ 666.68     $ 666.68

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.79**     **Priority creditor's name and mailing address**

CORTES, PEDRO
1809 SUMMIT DRIVE
URBANA, IL 61802

$ 4,970.86     $ 2,506.11

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  HOBBICO, INC.
        Name                                              Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.80**    **Priority creditor's name and mailing address**        $ 2,783.90    $ 2,275.73

COSTANZO, JAMES PAUL
534 S. VERMILION ST.
PAXTON, IL 60957

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.81**    **Priority creditor's name and mailing address**        $ 2,060.71    $ 2,060.71

COX, DEBRA LOUISE
4809 W WINDSOR RD E1
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.82**    **Priority creditor's name and mailing address**        $ 10,127.03    $ 3,540.18

CROOK, MARK ALAN
202 SALEM RD
MONTICELLO, IL 61856

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.83**    **Priority creditor's name and mailing address**        $ 1,320.58    $ 1,320.58

CROUCH, WILLIAM VAN
705-1 N. PRAIRIEVIEW ROAD
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          Name                                                   Case number *(if known)* 18-10055(KG)

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.84** **Priority creditor's name and mailing address**

CUELLAR, MARIA VICTORIA

3300 SKYLINE BLVD., APT. 117
RENO, NV 89509

$_____639.90    $_____639.90

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__4A__)

---

**2.85** **Priority creditor's name and mailing address**

CUNNINGHAM, DEBORAH JO

1107 COBBLEFIELD ROAD
CHAMPAIGN, IL 61822

$_____618.26    $_____618.26

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__4A__)

---

**2.86** **Priority creditor's name and mailing address**

CURTIS, JULIE ANN

2914 SOUTHWOOD DR.
CHAMPAIGN, IL 61821

$_____9,976.19    $_____3,171.20

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__4A__)

---

**2.87** **Priority creditor's name and mailing address**

CUTLER, KENNETH ROBERT
1805 BENTBROOK
CHAMPAIGN, IL 61822

$_____59,302.29    $_____12,850.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__4A__)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.
Name                                                         Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2.88  **Priority creditor's name and mailing address**

DABROWSKI, MARY LOU LOUIS
1172 EAST 3300 NORTH RD
MANSFIELD, IL 61854

$ 2,039.03      $ 2,039.03

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.89  **Priority creditor's name and mailing address**

DAILEY, RUSSELL ALAN
PO BOX 503
SHELDON, IL 60966

$ 952.19      $ 952.19

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.90  **Priority creditor's name and mailing address**

DANG, MINH QUANG
1958 JEFFERSON DRIVE
URBANA, IL 61802

$ 2,128.91      $ 1,721.93

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.91  **Priority creditor's name and mailing address**

DANG, VU QUANG
2507 S. ANDERSON ST.
URBANA, IL 61801

$ 7,007.98      $ 2,582.14

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                          Case number (*if known*) 18-10055(KG)
          Name

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

2.92      **Priority creditor's name and mailing address**                                $              294.81    $              294.81

DARIA, EUGENE FRILLES

704 LAUTERBUR LN
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.93      **Priority creditor's name and mailing address**                                $              482.25    $              482.25

DARIA, JOYCELYN H

704 LAUTERBUR LANE
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.94      **Priority creditor's name and mailing address**                                $            2,678.81    $            2,678.81

DAVIDSON, JODIE ANN

80 PIATT ST.
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.95      **Priority creditor's name and mailing address**                                $            4,013.76    $            4,013.76

DAVIS, RANDALL O
22501 CHASE #3116
ALISO VIEJO, CA 92656

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

Debtor  HOBBICO, INC.
Name
Case number *(if known)* 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.96** **Priority creditor's name and mailing address**

DAVIS, SCOTT A
4921 HIGH PASS DRIVE
SPARKS, NV 89436

$ 9,217.73    $ 7,909.16

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.97** **Priority creditor's name and mailing address**

DE DIOS, GLORIA R
1999  W HELEN DR
ROMEOVILLE, IL 60446

$ 4,061.41    $ 2,747.90

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.98** **Priority creditor's name and mailing address**

DECKER, KELLY DENISE
497 COUNTY ROAD 2500N
MAHOMET, IL 61853

$ 1,945.76    $ 1,945.76

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.99** **Priority creditor's name and mailing address**

DELVECCHIO, DAVID CHARLES
22 EAGLE CREST DR
CANON CITY, CO 81212

$ 13,960.49    $ 6,928.30

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.    Case number (*if known*) 18-10055(KG)
          Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.100    Priority creditor's name and mailing address**

DIEP, HUNG Q
3213 KATIE LYNN DR.
CHAMPAIGN, IL 61822

$ 7,747.21    $ 3,153.93

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.101    Priority creditor's name and mailing address**

DINKELMANN, JAMES M
604 W. ALABAMA AVE.
CHAMPAIGN, IL 61820

$ 4,269.94    $ 1,749.66

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.102    Priority creditor's name and mailing address**

DOMBROWSKI, JULIE G
113 RIDGE STREET
WAUCONDA, IL 60084

$ 4,274.56    $ 4,274.56

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.103    Priority creditor's name and mailing address**

DORSETT, MELISSA JEAN
345 SOUTH SPRING ST APT 20
PAXTON, IL 60957

$ 0.00    $ 0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

Debtor   HOBBICO, INC.                                          Case number (*if known*) 18-10055(KG)
_____Name_____

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

2. 104      **Priority creditor's name and mailing address**                           $              3,721.59    $              3,087.02

DORSETT, PATRICIA J

3042 STILLWATER LANDING #103
URBANA, IL 61802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2. 105      **Priority creditor's name and mailing address**                           $              2,095.01    $              1,332.03

DORSEY, MARKUS LEE

2752 HUNTRS POD RUN #11
CHAMPAIGN, IL 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2. 106      **Priority creditor's name and mailing address**                           $              11,164.16    $              4,992.45

DUITSMAN, GREGORY PAUL

1203 HIGHLAND DRIVE
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2. 107      **Priority creditor's name and mailing address**                           $              9,034.89    $              5,451.21

DUITSMAN, THERESA ANN
2388 CR 1700N
ST. JOSEPH, IL 61873

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          Name

Case number (*if known*) 18-10055(KG)

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.108** Priority creditor's name and mailing address

DUSZYNSKI, MARTHA ANN
2606 LANDIS FARM ROAD
URBANA, IL 61802

Total claim: $ 2,543.34     Priority amount: $ 1,830.85

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.109** Priority creditor's name and mailing address

EDWARDS, ELIZABETH KENT
9500 E 2600 NORTH ROAD
POTOMAC, IL 61865

Total claim: $ 1,314.60     Priority amount: $ 1,314.60

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.110** Priority creditor's name and mailing address

ENNIS, PHILLIP ANDREW
2410 GRANGE
URBANA, IL 61801

Total claim: $ 8,678.82     Priority amount: $ 2,849.63

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.111** Priority creditor's name and mailing address

ESSLINGER, ISAAC NEAL
1019 W. WHITE
CHAMPAIGN, IL 61821

Total claim: $ 2,333.63     Priority amount: $ 2,333.63

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          Name
                                                          Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.112    Priority creditor's name and mailing address**         $              6,159.80      $              3,467.63

EVERHART, ANGELA C
149 EAGLE CREST LOOP
CANON CITY, CO 81212

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2.113    Priority creditor's name and mailing address**         $               744.24      $               744.24

EWING, VINCENT MATTHEW
4608 NEIL ROAD UNIT 222
RENO, NV 89502

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2.114    Priority creditor's name and mailing address**         $              4,242.84      $              2,048.80

FINKE, CHRISTINA MARIE
1622 WILLIAMSBURG DRIVE
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2.115    Priority creditor's name and mailing address**         $              4,544.52      $              2,499.43

FINNERAN, CATHERINE A
22466 CAMINITO PACIFICO
LAGUNA HILLS, CA 92653

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.
_____   Case number (*if known*) 18-10055(KG)
Name

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 116**   **Priority creditor's name and mailing address**   $ 6,337.04   $ 2,649.05

FONNER, JEFF HAROLD
402 N. CHICAGO ST.
SIDELL, IL 61876

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 117**   **Priority creditor's name and mailing address**   $ 7,767.00   $ 2,842.18

FORD, RICHARD OWEN
1437 PINE AVE.
RANTOUL, IL 61866

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 118**   **Priority creditor's name and mailing address**   $ 536.08   $ 536.08

FRANKLIN, DEBRA LYNN
105 N. PEREGRINE WAY
LEROY, IL 61752

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 119**   **Priority creditor's name and mailing address**   $ 986.51   $ 986.51

FRIEND, VICTOR MARC
1103 FRANK DR
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
      Name

Case number *(if known)* 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.120    Priority creditor's name and mailing address**

FRITCHEY, ROBYN ANN

1852B CR 1600 N.
URBANA, IL 61802

$ 4,383.78    $ 3,196.86

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.121    Priority creditor's name and mailing address**

FRITZ, MICHAEL ROBERT

2535 AMBERWOOD LN
COLORADO SPRINGS, CO 80920

$ 10,125.17    $ 7,224.45

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.122    Priority creditor's name and mailing address**

FUNK JR, KENNETH L

141 E FOREST LN
PALATINE, IL 60067

$ 5,019.86    $ 5,019.86

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.123    Priority creditor's name and mailing address**

GALLIVAN, JANET SCOTT
2801 OAKMONT COURT
CHAMPAIGN, IL 61821

$ 5,294.59    $ 4,932.50

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.
Name

Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.124** **Priority creditor's name and mailing address**

GARION, JOHN EDWIN
208 N. GRANT STREET
BROADLANDS, IL 61816

$ 2,232.62   $ 2,223.46

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.125** **Priority creditor's name and mailing address**

GARRETT, WALTER EARL
1600 W. BRADLEY APT 14
CHAMPAIGN, IL 61821

$ 2,931.52   $ 2,247.49

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.126** **Priority creditor's name and mailing address**

GAUMER, DAVID EVERT
2316 TAMARACK DR.
CHAMPAIGN, IL 61821

$ 3,485.02   $ 2,814.32

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.127** **Priority creditor's name and mailing address**

GENERAL, ELEAZAR MESINA
11927 KERNITE ST
RENO, NV 9506

$ 820.49   $ 820.49

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          _____    Case number (*if known*) 18-10055(KG)
          Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 128**    **Priority creditor's name and mailing address**                                    $_____3,410.08    $_____2,625.08

GEORGE, WAYNE LAROY
29 HOWARD DR.
CHAMPAIGN, IL 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_ )

---

**2. 129**    **Priority creditor's name and mailing address**                                    $_____9,096.08    $_____8,491.36

GIGER, MICHAEL ALAN
7 CLOVERLEAF CT.
SAVOY, IL 61874

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_ )

---

**2. 130**    **Priority creditor's name and mailing address**                                    $_____1,909.60    $_____1,909.60

GILLESPIE, ZACHARY E
2547 W. SPRINGFIELD AVENUE
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_ )

---

**2. 131**    **Priority creditor's name and mailing address**                                    $_____0.00    $_____0.00

GILLILAND, CONNIE E
125 RANDOLPH AVENUE
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_ )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.
_____
Name                                                                Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 132    Priority creditor's name and mailing address**      $ 3,261.77      $ 3,179.82

GOLDEN, JOHN ALEXANDER
214 E. NORTH ST
FORREST, IL 61741

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2. 133    Priority creditor's name and mailing address**      $ 3,533.58      $ 3,533.58

GOLUB, HOWARD STEVEN
506 S. CHICAGO AVENUE
CHAMPAIGN, IL 61821

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2. 134    Priority creditor's name and mailing address**      $ 3,057.32      $ 3,057.32

GONZALEZ, KINA E
342 BEACH AVE UNIT 3A
LAGRANGE PARK, IL 60526

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2. 135    Priority creditor's name and mailing address**      $ 1,033.43      $ 1,033.43

GOODE, ERNEST DALE
513 N CENTRAL PO BOX 961
TOLONO, IL 61880

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

Debtor   HOBBICO, INC. 
         Name

Case number *(if known)* 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.136   Priority creditor's name and mailing address**

GOODMAN, NATHAN QUIN
1207 E FLORIDA AVE A23
URBANA, IL 61801

$ 722.00   $ 722.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A )

---

**2.137   Priority creditor's name and mailing address**

GORDON, ALISHA JOELLEN
2168 CR 1800 EAST
URBANA, IL 61802

$ 761.35   $ 761.35

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A )

---

**2.138   Priority creditor's name and mailing address**

GORDON, CHARLES C
1206 W. SPRINGFIELD AVE
CHAMPAIGN, IL 61821

$ 8,753.28   $ 2,950.15

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A )

---

**2.139   Priority creditor's name and mailing address**

GRAHAM, RICHARD DALE
690 HOLCOMB #3
RENO, NV 90502

$ 651.85   $ 651.85

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A )

---

. **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                    Case number (*if known*) 18-10055(KG)
            Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.140** **Priority creditor's name and mailing address**

$ 6,165.15    $ 2,274.31

GRANT, VALERIE KAY
335 E NORTH ST/PO BOX 143
CISCO, IL 61830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.141** **Priority creditor's name and mailing address**

$ 5,744.56    $ 2,807.21

GREENE, JACALYN S
1 SOUTHVIEW DRIVE
SIDNEY, IL 61877

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.142** **Priority creditor's name and mailing address**

$ 5,882.26    $ 4,863.74

GREER, DONALD L
502 W. STRONG ST
TOLONO, IL 61880

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.143** **Priority creditor's name and mailing address**

$ 492.11    $ 492.11

GREGORY, MICHAEL BRIAN
417 S PRAIRIE
BEMENT, IL 61813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                          Case number (*if known*) 18-10055(KG)
          _____
          Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.144**    **Priority creditor's name and mailing address**          $ 3,912.25    $ 2,881.74

GRIFFET, DAWN MELISSA
602 BLUESTEM DRIVE
ST. JOSEPH, IL 61873

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.145**    **Priority creditor's name and mailing address**          $ 7,608.80    $ 4,700.48

GRIFFETH, JOSHUA JAMES
PO BOX 19404
RENO, NV 89511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.146**    **Priority creditor's name and mailing address**          $ 3,267.02    $ 2,431.56

GRILO, DEBRA JOY
3302 E UNIVERSITY
URBANA, IL 61802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.147**    **Priority creditor's name and mailing address**          $ 926.22    $ 926.22

GUERRERO, TEODORICO ESPIR
9865 BRIGHTRIDGE DRIVE
RENO, NV 89506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                    Case number (*if known*) 18-10055(KG)
          Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 148    Priority creditor's name and mailing address**

GUMBEL, HEATHER MARIE
12 JAMES COURT
SIDNEY, IL 61877

$ 3,696.00    $ 1,337.95

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 149    Priority creditor's name and mailing address**

GUY, DARLENE ANN
8200 OFFENHAUSER DR APT 123G
RENO, NV 89511

$ 1,011.18    $ 1,011.18

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 150    Priority creditor's name and mailing address**

HAMPE, DEBBIE ELAINE
2126 COUNTY ROAD 1400N
ST. JOSEPH, IL 61873

$ 4,507.17    $ 2,770.52

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 151    Priority creditor's name and mailing address**

HAMPE, MARK STEVEN
2126 COUNTY RD 1400N
ST. JOSEPH, IL 61873

$ 8,670.99    $ 4,615.32

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                      Case number (*if known*) 18-10055(KG)
          _____
          Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.152** **Priority creditor's name and mailing address**

HANKE, REBECCA DAWN
303 E. VAN ALLEN ST
TUSCOLA, IL 61953

$ 6,568.46    $ 3,122.72

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.153** **Priority creditor's name and mailing address**

HARDY, MARK LAWERENCE
809 W. WILLIAM ST
MONTICELLO, IL 61856

$ 2,258.34    $ 2,258.34

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.154** **Priority creditor's name and mailing address**

HARRISON, JENIFER LYNN
2185 E. 2350 N
FITHIAN, IL 61844

$ 2,567.77    $ 2,567.77

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.155** **Priority creditor's name and mailing address**

HARRISON, MATTHEW WESLEY
2185 E. 2350 N
FITHIAN, IL 61844

$ 1,786.72    $ 1,786.72

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

Debtor    HOBBICO, INC.    Case number *(if known)* 18-10055(KG)
Name

---

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 156**    **Priority creditor's name and mailing address**    $ 1,455.88    $ 1,455.88

HARTMAN, FRIDIE LYNN
507 E. SCOTT ST.
TUSCOLA, IL 61953

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 157**    **Priority creditor's name and mailing address**    $ 1,765.41    $ 1,765.41

HARTMAN, PAMELA G
LOT 49 THE OAKS
TOLONO, IL 61880

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 158**    **Priority creditor's name and mailing address**    $ 687.77    $ 687.77

HAUSMAN, CATHY JO
#5 SURREY LANE PO BOX 135
PESOTUM, IL 61863

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 159**    **Priority creditor's name and mailing address**    $ 3,263.88    $ 2,111.98

HAYNES, ANGELA LEIGH
340 S. ILLINOIS
DELAND, IL 61839

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                          Case number (*if known*) 18-10055(KG)
          Name

---

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.160** **Priority creditor's name and mailing address**

HECKMAN, KELSEY S
2001 N MORELAND BLVD
CHAMPAIGN, IL 61822

$ 1,853.03    $ 1,804.24

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2.161** **Priority creditor's name and mailing address**

HEINZ, LUCY S
1015 W HAVEN
ARLINGTON HTS, IL 60005

$ 2,623.45    $ 2,191.17

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2.162** **Priority creditor's name and mailing address**

HENDERSON, DEREK ARTHUR
508 W. AUSTIN ST.
TOLONO, IL 61880

$ 5,770.94    $ 2,744.86

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2.163** **Priority creditor's name and mailing address**

HENDERSON, JESSICA MARIE
1511 S. ABERCORN ST.
URBANA, IL 61802

$ 1,577.09    $ 1,398.13

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.       Case number *(if known)* 18-10055(KG)
Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.164**    **Priority creditor's name and mailing address**    $ 787.50    $ 787.50

HENDRICKS, CARMAN J
1214 W TREMONT ST
URBANA, IL 61801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.165**    **Priority creditor's name and mailing address**    $ 2,800.11    $ 2,800.11

HENSON, TERESA ANN
P O BOX 148
SADORUS, IL 61872

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.166**    **Priority creditor's name and mailing address**    $ 9,484.37    $ 4,109.44

HERRING, JEAN ANNE
211 EAST OVERTON
TUSCOLA, IL 61953

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.167**    **Priority creditor's name and mailing address**    $ 2,166.67    $ 2,166.67

HEWERDINE, JASON TROY
107 S. SHERMAN STREET
CLINTON, IL 61727

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.
         Name                                                    Case number (*if known*) 18-10055(KG)

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2. 168      Priority creditor's name and mailing address**

HOFFMAN, INGA RACHELLE
1703 W. CHURCH ST
CHAMPAIGN, IL 61821

$ 1,670.80      $ 1,670.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 169      Priority creditor's name and mailing address**

HOGAN, KERRY B
3918 DAFFADIL LANE
CHAMPAIGN, IL 61822

$ 4,098.42      $ 4,098.42

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 170      Priority creditor's name and mailing address**

HOWELL, CHRISTINA HELENE
PO BOX 1014
MAHOMET, IL 61853

$ 2,613.95      $ 1,781.35

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 171      Priority creditor's name and mailing address**

HUBER, NANCY JEAN
105 CHOLLA CIRCLE
FLORENCE, CO 81226

$ 21,039.17      $ 8,426.19

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                    Case number *(if known)* 18-10055(KG)
          Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.172**    **Priority creditor's name and mailing address**          $    1,386.61    $    1,386.61

HUNT, KRYSTA KAY
709 S. SYCAMORE ST.
VILLA GROVE, IL 61956

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.173**    **Priority creditor's name and mailing address**          $    3,892.02    $    2,829.23

HUPPERT, MEGAN SHAE
205 MEDINAH CT
FISHER, IL 61843

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.174**    **Priority creditor's name and mailing address**          $    459.12    $    459.12

HUTCHISON, DEBORAH JEAN
805 OAKLAND APT 106
URBANA, IL 61802

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.175**    **Priority creditor's name and mailing address**          $    1,148.77    $    1,148.77

HUYNH, DIEM TIEN
1214 JULIE
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          _____    Case number (*if known*) 18-10055(KG) _____
          Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 176    Priority creditor's name and mailing address**

$ 8,442.24        $ 2,717.76

HYLLA, KATHLEEN MAY
412 DENTON DRIVE
SAVOY, IL 61874

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 177    Priority creditor's name and mailing address**

$ 1,545.00        $ 1,545.00

ILLINOIS DEPARTMENT OF REVENUE
RETAILERS OCCUPATION TAX
SPRINGFIELD, IL 62796-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2. 178    Priority creditor's name and mailing address**

$ 5,000.00        $ 5,000.00

JESSE WHITE IL SECRETARY OF STATE
501 S SECOND ST ROOM 350
SPRINGFIELD, IL 62740

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2. 179    Priority creditor's name and mailing address**

$ 2,297.71        $ 2,297.71

JILEK, DAVID JAMES
614 WEDGEWOOD TRAIL
MCHENRY, IL 60050

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          Name
Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

2.180    **Priority creditor's name and mailing address**    $ 42,388.43    $ 12,850.00

JOHNS, JEFF R
26531 SOTELO
MISSION VIEJO, CA 92692

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.181    **Priority creditor's name and mailing address**    $ 1,679.02    $ 1,679.02

JOHNSON, JUSTIN MICHAEL
2302 W JOHN ST APT 201
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.182    **Priority creditor's name and mailing address**    $ 1,758.94    $ 1,758.94

JOHNSON, KIMBERLY DAWN
113 LAKEWOOD DR.
CAMARGO, IL 61919

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.183    **Priority creditor's name and mailing address**    $ 10,204.68    $ 3,322.20

JOHNSON, MICHAEL LEE
1206 W. DANIEL
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.    Case number (*if known*) 18-10055(KG)
_____Name_____

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 184**    **Priority creditor's name and mailing address**    $ 2,486.57    $ 2,285.71

JONES, DIANE ELAINE
932 FLORIDA ST
CANON CITY, CO 81212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 185**    **Priority creditor's name and mailing address**    $ 2,234.89    $ 2,208.71

JONES, JACQUELINE KAY
1384 N RAYNOLDS
CANON CITY, CO 81212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 186**    **Priority creditor's name and mailing address**    $ 8,943.72    $ 8,217.40

KEARNEY, MATHEW
4526 E. BLUE JAY AVENUE
ORANGE, CA 92869

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 187**    **Priority creditor's name and mailing address**    $ 808.76    $ 808.76

KELLY, KRISTINA J
1902 GOLF DRIVE
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          Name                                                    Case number (*if known*) 18-10055(KG)

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

2. 188    **Priority creditor's name and mailing address**      $ 6,692.47    $ 5,705.02

KERBER, TRACY RENE
1204 SHARON COURT
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

2. 189    **Priority creditor's name and mailing address**      $ 7,284.50    $ 3,065.51

KERKES, SCOTT A
30 PASEO ESTRELLAS
RANCHO SANTA MARGARI, CA 92688

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

2. 190    **Priority creditor's name and mailing address**      $ 636.80    $ 636.80

KHACHATURIAN, JANET LYNN
4413 TROSTSHIRE CIRCLE
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

2. 191    **Priority creditor's name and mailing address**      $ 1,185.25    $ 1,185.25

KILIAN, CARLA F
2304 E. ROBIN RD.
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.                                                          Case number (*if known*) 18-10055(KG)
         Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2.192      **Priority creditor's name and mailing address**                                          $              4,281.19   $              2,580.62

KILIAN, CHELSEA ANN

813 OLD RT 47
MONTICELLO, IL 61856

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.193      **Priority creditor's name and mailing address**                                          $              4,600.51   $              2,737.72

KIMBLE, CHARLENE ANN

571 HAZELCREST
RANTOUL, IL 61866

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.194      **Priority creditor's name and mailing address**                                          $              7,282.17   $              6,946.98

KINCHELOE, RITA ANN

617 CREVE COEUR DR.
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.195      **Priority creditor's name and mailing address**                                          $              1,258.56   $              1,258.56

KING, SHANNARY N.
1465 HONEYSUCKLE LANE
FARMER CITY, IL 61842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  HOBBICO, INC.                                    Case number (*if known*) 18-10055(KG)
        Name

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 196**   **Priority creditor's name and mailing address**   $ 13,177.01   $ 8,223.01

KLECKA, ROBERT MITCHELL
8690 JAFFA CT WEST DR UNIT18
INDIANAPOLIS, IN 46260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2. 197**   **Priority creditor's name and mailing address**   $ 7,333.14   $ 3,633.19

KLEIBOEKER, STEVE GREG
415 S. JUNIPER DR.
ATWOOD, IL 61913

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2. 198**   **Priority creditor's name and mailing address**   $ 709.05   $ 709.05

KLEIN-KOCHVAR, JESSICA LY
524 MARKET STREET
PAXTON, IL 60957

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2. 199**   **Priority creditor's name and mailing address**   $ 2,978.49   $ 2,535.36

KLIMEK, KATHLEEN A
34W614 ILLINOIS ST
ST CHARLES, IL 60174

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                                        Case number (*if known*) 18-10055(KG)
Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2.200    **Priority creditor's name and mailing address**                    $              889.11    $              889.11

KNIGHTON, ZACHARY D
1835 W JOHN ST
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A__)

---

2.201    **Priority creditor's name and mailing address**                    $            13,932.47    $            4,390.34

KONG, ALEX FU KEUNG
1301 BROADMOOR DRIVE
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A__)

---

2.202    **Priority creditor's name and mailing address**                    $            2,170.21    $            2,073.09

KRUG, GREGORY STEPHEN
923 GIDDINGS
DANVILLE, IL 61832

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A__)

---

2.203    **Priority creditor's name and mailing address**                    $            11,134.36    $            5,383.27

KRYWKO, TERESA ZOFIA
4122 B COVE LN
GLENVIEW, IL 60025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A__)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
Name
Case number *(if known)* 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.204** **Priority creditor's name and mailing address**

LABOYTEAUX, ABIGAIL SUZAN

1605 MITCHELL DRIVE
MAHOMET, IL 61853

$ 0.00    $ 0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.205** **Priority creditor's name and mailing address**

LANDIS, DANIEL ROBERT

2168 CR 1800 EAST
URBANA, IL 61802

$ 4,609.04    $ 4,207.86

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.206** **Priority creditor's name and mailing address**

LANE, DANIEL CHRISTOPHER

664 BRIARCLIFF DR
RANTOUL, IL 61866

$ 14,801.76    $ 4,936.19

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.207** **Priority creditor's name and mailing address**

LANE, DEAN M
178 REGENCY BLVD
PUEBLO, CO 81005

$ 23,922.35    $ 9,624.51

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  HOBBICO, INC.
        Name

Case number (*if known*) 18-10055(KG)

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

---

**2. 208**    **Priority creditor's name and mailing address**

LARKIN, BONNIE MAE

1404 MITTENDORF
CHAMPAIGN, IL  61820, IL 61820

$              900.98    $              900.98

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 209**    **Priority creditor's name and mailing address**

LE, JACKIE BANG KHANH

2309 WELLAND DR
CHAMPAIGN, IL 61821

$            6,115.86    $            2,378.37

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 210**    **Priority creditor's name and mailing address**

LE, LONG NGOC

510 KREBS DRIVE
CHAMPAIGN, IL 61822

$            2,787.39    $            1,790.59

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 211**    **Priority creditor's name and mailing address**

LE, THIEN HUONG
510 KREBS DRIVE
CHAMPAIGN, IL 61822

$            2,728.07    $            1,745.70

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                Case number (*if known*) 18-10055(KG)
          Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.212    Priority creditor's name and mailing address**        $ 6,201.51        $ 3,141.76

LE, THUC DINH
806 W. VENTURA DR.
CHAMPAIGN, IL 60820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.213    Priority creditor's name and mailing address**        $ 3,563.58        $ 1,420.54

LEATHERS, JUSTIN DRAKE
210 CLAYTON
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.214    Priority creditor's name and mailing address**        $ 831.15        $ 831.15

LEE, DONALD WALTER
541 GLENMYRA CIRCLE
SUN VALLEY, NV 89433

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.215    Priority creditor's name and mailing address**        $ 4,434.24        $ 1,938.49

LEE, VICTORIA LEE
209 W. HIGHLAND AVENUE
FLORENCE, CO 81226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
Name                                                          Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.216**    **Priority creditor's name and mailing address**

LEWIS, KAREN LYNNE
900 M STREET
PENROSE, CO 81240

$ 2,027.84    $ 1,353.89

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.217**    **Priority creditor's name and mailing address**

LIMBERIS, KATHLEEN DENISE
P.O. BOX 154
WETMORE, CO 81253

$ 1,763.25    $ 1,763.25

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.218**    **Priority creditor's name and mailing address**

LOFTUS, DEBORAH KAYE
224 COUNTY ROAD 0 EAST
IVESDALE, IL 61851

$ 8,302.74    $ 4,716.87

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.219**    **Priority creditor's name and mailing address**

LOPEZ, AMADOR LOPEZ
1855 EL RANCHO DR
SPARKS, NV 89431

$ 584.95    $ 584.95

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

.

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.    Case number *(if known)* 18-10055(KG)
Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.220  Priority creditor's name and mailing address**

LOPEZ, MARCELA
9695 MEADOWSTAR DRIVE
RENO, NV 89506

$ 962.03    $ 962.03

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.221  Priority creditor's name and mailing address**

LOWARY, SUSAN MARIE
907 ERIN DR.
CHAMPAIGN, IL 61822

$ 2,159.09    $ 2,159.09

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.222  Priority creditor's name and mailing address**

LOWERY, MARK H
806 PEACH TREE ST
URBANA, IL 61802

$ 6,823.53    $ 2,427.03

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.223  Priority creditor's name and mailing address**

LOY, ELIZABETH ANN
P.O. BOX 137
MAHOMET, IL 61853

$ 5,672.82    $ 2,873.18

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

Debtor  HOBBICO, INC.  
Name  

Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 224    Priority creditor's name and mailing address**

LUSSIER, MARY F

2001 MORELAND BLVD. 211
CHAMPAIGN, IL 61822

$ 720.34        $ 720.34

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 225    Priority creditor's name and mailing address**

LUSTER, DENITRA RENEE

904 N. LINVIEW AVE.
URBANA, IL 61801

$ 13,937.68        $ 7,607.17

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 226    Priority creditor's name and mailing address**

MADDOCK, TERESA SUZANNE

1708 JUNIPER CT.
ST. JOSEPH, IL  61873, IL 61873

$ 6,527.90        $ 6,306.75

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 227    Priority creditor's name and mailing address**

MALINOWSKI, RICHARD ALAN
704 NORTHRIDGE DRIVE
MAHOMET, IL 61853

$ 6,917.07        $ 5,823.37

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          _____    Case number (*if known*) 18-10055(KG)
          Name

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 228    Priority creditor's name and mailing address**                         $ 969.09    $ 969.09

MANIPUD, DOMINGO A
1225 SHARON WAY
RENO, NV 89509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____          **Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 229    Priority creditor's name and mailing address**                         $ 656.25    $ 656.25

MARKS, GERSHWIN BERRY
1315 GARDEN LAN
CHAMPAIGN, IL  61820, IL 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____          **Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 230    Priority creditor's name and mailing address**                         $ 3,905.88    $ 3,905.88

MARTIN, KIM MARIE
PO BOX 861/203 E. UNION ST
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____          **Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 231    Priority creditor's name and mailing address**                         $ 33,506.07    $ 12,124.42

MARTIN, RANDAL JOSEPH
2706 ROBESON PARK DR.
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____          **Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  HOBBICO, INC.
        Name

Case number (*if known*) 18-10055(KG)

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 232**   Priority creditor's name and mailing address

MARTIN, TARA AZALIE
207 BARBARA DRIVE
MAHOMET, IL 61853

$ 1,330.85   $ 1,330.85

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 233**   Priority creditor's name and mailing address

MARTY, TERI LYNN
2807 MAPLEWOOD DR
CHAMPAIGN, IL 61821

$ 66.56   $ 66.56

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 234**   Priority creditor's name and mailing address

MAUSS, JAMES ANTHONY
434 W. FAIRWAY DRIVE
PUEBLO WEST, CO 81007

$ 31,554.11   $ 12,850.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 235**   Priority creditor's name and mailing address

MCCALL, RONNIE WAYMON
5950 AMARGOSA DR.
SUN VALLEY, NV 89433

$ 931.37   $ 931.37

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          Name
                                                        Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 236    Priority creditor's name and mailing address**    $ 2,856.20    $ 2,635.95

MCCARTHY, JEREMIAH MICHAE
103 SUNSET COURT
FISHER, IL 61843

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 237    Priority creditor's name and mailing address**    $ 2,599.98    $ 2,599.98

MCCOY, MICHAEL DAVID
101 N. CHESTNUT STREET
PESOTUM, IL 61863

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 238    Priority creditor's name and mailing address**    $ 4,668.30    $ 2,579.45

MCCULLEY, WAYNE ALAN
410 W CHARLES
CHAMPAIGN, IL 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 239    Priority creditor's name and mailing address**    $ 2,102.92    $ 2,102.92

MCDONALD, LAVERNE THERESE
3634 SALEM WALK
NORTHBROOK, IL 60062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                            Case number (*if known*) 18-10055(KG)
          Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2. 240    **Priority creditor's name and mailing address**                                           $           9,905.86    $           3,588.85

MCKEIGHEN, MICHAEL EUGENE
509 YALOW DRIVE                          **As of the petition filing date, the claim is:**
CHAMPAIGN, IL 61822                      *Check all that apply.*
                                         ☐ Contingent
                                         ☐ Unliquidated
                                         ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**
_____          WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**             **Is the claim subject to offset?**
**number** _____               ☒ No
                                         ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) ( 4A   )

2. 241    **Priority creditor's name and mailing address**                                           $           1,277.49    $           1,243.53

MCNEELY JR., ANDREW J
2312 BRANCH RD.                          **As of the petition filing date, the claim is:**
CHAMPAIGN, IL 61821                      *Check all that apply.*
                                         ☐ Contingent
                                         ☐ Unliquidated
                                         ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**
_____          WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**             **Is the claim subject to offset?**
**number** _____               ☒ No
                                         ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) ( 4A   )

2. 242    **Priority creditor's name and mailing address**                                           $           1,121.62    $           1,121.62

MEDINA, ANGEL A
800 S MATTIS APT C1                      **As of the petition filing date, the claim is:**
CHAMPAIGN, IL 61821                      *Check all that apply.*
                                         ☐ Contingent
                                         ☐ Unliquidated
                                         ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**
_____          WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**             **Is the claim subject to offset?**
**number** _____               ☒ No
                                         ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) ( 4A   )

2. 243    **Priority creditor's name and mailing address**                                           $           3,142.63    $           2,252.67

MEHARRY, AMY L                           **As of the petition filing date, the claim is:**
813 COUNTY RD. 1500 E                    *Check all that apply.*
TOLONO,, IL 61880                        ☐ Contingent
                                         ☐ Unliquidated
                                         ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**
_____          WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**             **Is the claim subject to offset?**
**number** _____               ☒ No
                                         ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) ( 4A   )

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.
              Name                                                     Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 244**   **Priority creditor's name and mailing address**

$\qquad$ $8,773.93$   $\qquad$ $4,862.31$

MEYER, GREGORY STEWART

4510 CROSSGATE DR.
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 245**   **Priority creditor's name and mailing address**

$\qquad$ $1,658.65$   $\qquad$ $1,424.07$

MEYER, JESSE ALLEN

1004 STRATFORD DRIVE
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 246**   **Priority creditor's name and mailing address**

$\qquad$ $1,486.90$   $\qquad$ $1,249.73$

MEYER, JESSICA MARIE

2752 HUNTERS POND RUN APT31
CHAMPAIGN, IL 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 247**   **Priority creditor's name and mailing address**

$\qquad$ $29,240.55$   $\qquad$ $9,214.16$

MEYER, SALLY JO
4510 CROSSGATE DR
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  HOBBICO, INC.                                          Case number (*if known*) 18-10055(KG)
         Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 248    Priority creditor's name and mailing address**

MILLER, JOHN EDWARD
406 HAWKINS AVE
PENROSE, CO 81240

$                4,460.91    $                3,262.45

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2. 249    Priority creditor's name and mailing address**

MILLER, JUSTIN ROBERT
600 S. PIATT ST.
MONTICELLO, IL 61856

$                3,803.97    $                1,645.72

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2. 250    Priority creditor's name and mailing address**

MILLER, LESLIE ANN
1712 CLOVER LANE
CHAMPAIGN, IL 61821

$                3,881.04    $                3,680.24

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2. 251    Priority creditor's name and mailing address**

MINTZ, MELANIE ANN
220 APPLE TREE DR.
URBANA, IL 61802

$                1,492.62    $                1,492.62

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  HOBBICO, INC.
Name

Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|

**2. 252    Priority creditor's name and mailing address**

$ 5,283.89   $ 5,283.89

MITCHELL, MARY ELIZABETH
221 S. 2ND. STREET
CHESTERTON, IN 46304

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 253    Priority creditor's name and mailing address**

$ 1,980.10   $ 1,980.10

MOHR, TRISHA A
214 EAST HOLDEN
TOLONO, IL 61880

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 254    Priority creditor's name and mailing address**

$ 1,029.62   $ 1,029.62

MOLI, ALEKI MALEKO
8825 SILVERKIST DRIVE
RENO, NV 89506

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 255    Priority creditor's name and mailing address**

$ 1,505.39   $ 1,505.39

MONDISA, JOSE ANTONIO
2744 HUNTERS POND RUN #21
CHAMPAIGN, IL 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

Debtor  HOBBICO, INC.
_____
Name

Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

2.256 **Priority creditor's name and mailing address**

MONTGOMERY, TRAVIS EARL
209 E. BROADWAY
TOLONO, IL 61880

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

$ 3,582.95     $ 2,452.88

---

2.257 **Priority creditor's name and mailing address**

MORA, ALMA ALEJANDRA
2120 WINDSOR WAY
RENO, NV 89503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

$ 1,084.20     $ 1,084.20

---

2.258 **Priority creditor's name and mailing address**

MORENZ, MARK ALAN
1804 BROADMOOR DR
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

$ 2,101.99     $ 2,101.99

---

2.259 **Priority creditor's name and mailing address**

MORGAN, LENNIE G
1399 GLEASON DRIVE
RANTOUL, IL 61866

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

$ 1,509.76     $ 1,509.76

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.
         Name
                                                        Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 260    Priority creditor's name and mailing address**

$ 919.58    $ 919.58

MORRIS, YUKO

1830 KIRMAN AVE G3
RENO, NV 89502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 261    Priority creditor's name and mailing address**

$ 4,916.32    $ 4,113.72

MOTLEY, JEREMY MATTHEW

701 OAKCREST DRIVE
RANTOUL, IL 61866, IL 61866

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 262    Priority creditor's name and mailing address**

$ 7,316.31    $ 6,760.19

MOTT, MARTIN A.

3911 DAFFODIL LANE
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 263    Priority creditor's name and mailing address**

$ 5,461.43    $ 4,259.16

MOTT, SHERRI ANN
3911 DAFFODIL LANE
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    HOBBICO, INC.
Name
Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.264**    **Priority creditor's name and mailing address**

$ 2,767.10    $ 1,321.95

MUKOKA TSHEBWE, ELIE
3721 HARBOR ESTATES LANE
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.265**    **Priority creditor's name and mailing address**

$ 705.22    $ 705.22

NASH, ASHTON B
204 E. CENTER STREET, APT. 7
MONTICELLO, IL 61856

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.266**    **Priority creditor's name and mailing address**

$ 2,062.90    $ 1,524.83

NEISH, EDSON P
115 W STANLEY AVE
CANON CITY, CO 81212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.267**    **Priority creditor's name and mailing address**

$ 4,253.31    $ 4,253.31

NEVADA DEPARTMENT OF EMPLOYMENT, TRAINING
500 E. THIRD STREET
CARSON CITY, NV 89713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_8_)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          Name

Case number (*if known*) 18-10055(KG)

---

**Part 1.    Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2.268    **Priority creditor's name and mailing address**

NEVADA DEPARTMENT OF REVENUE

4600 KIETZKE LANE
BUILDING L, SUITE 235
RENO, NV 89502

$ 575.00    $ 575.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

2.269    **Priority creditor's name and mailing address**

NEVADA DEPARTMENT OF REVENUE

4600 KIETZKE LANE
BUILDING L, SUITE 235
RENO, NV 89502

$ 10,828.10    $ 10,828.10

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

2.270    **Priority creditor's name and mailing address**

NEVADA DEPARTMENT OF REVENUE

4600 KIETZKE LANE
BUILDING L, SUITE 235
RENO, NV 89502

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

2.271    **Priority creditor's name and mailing address**

NGINAMAU, PIERRE NSIMBA
1004 W. EADS ST.
URBANA, IL 61801

$ 2,463.65    $ 1,314.11

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                    Case number (*if known*) 18-10055(KG)
          Name

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.272      Priority creditor's name and mailing address**          $            6,392.48     $            2,617.12

NGUYEN, HUNG VAN

604 BRITTANY DRIVE
CHAMPAIGN, IL 61822

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**          **Is the claim subject to offset?**
**number**  _____          ☒ No
                                      ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) (__4A__)

**2.273      Priority creditor's name and mailing address**          $            4,994.64     $            2,527.40

NGUYEN, THAO THANH

3303 NOBEL DRIVE
CHAMPAIGN, IL 61822

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**          **Is the claim subject to offset?**
**number**  _____          ☒ No
                                      ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) (__4A__)

**2.274      Priority creditor's name and mailing address**          $            3,821.97     $            2,725.09

NGUYEN, THAO THU

206 BRIAR LANE
CHAMPAIGN, IL 61820-2104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**          **Is the claim subject to offset?**
**number**  _____          ☒ No
                                      ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) (__4A__)

**2.275      Priority creditor's name and mailing address**          $            1,468.58     $            1,468.58

NGUYEN, THU CUC
3113 VALERIE DRIVE
CHAMPAIGN, IL 61822

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**          **Is the claim subject to offset?**
**number**  _____          ☒ No
                                      ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) (__4A__)

Debtor  HOBBICO, INC.                                    Case number (*if known*) 18-10055(KG)
        Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2.276   **Priority creditor's name and mailing address**                                    $            7,748.88    $          2,823.93

NIBLING, KRISTINE L
91 COUNTY RD 1675N
SEYMOUR, IL  61875, IL 61875

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.277   **Priority creditor's name and mailing address**                                    $            2,626.14    $          1,305.14

OGDEN, ERIK JEFFREY
500 E OVERTON
TUSCOLA, IL  61953, IL 61953

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.278   **Priority creditor's name and mailing address**                                    $           20,000.00    $         20,000.00

OHIO DEPARTMENT OF TAXATION
PO BOX 16678
COLUMBUS, OH 43216-6678

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

2.279   **Priority creditor's name and mailing address**                                    $            4,098.34    $          4,022.46

OLSON, LORA LEIGH
503 E PARK ST
CHAMPAIGN, IL 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.    Case number (*if known*) 18-10055(KG)
_____    _____
Name

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.280**  **Priority creditor's name and mailing address**

ONTIVEROS, BONIFACIO MART
621 CANDLEWOOD DRIVE
CANON CITY, CO 81212

$ 1,780.10    $ 1,780.10

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

**2.281**  **Priority creditor's name and mailing address**

OSTERBUR, STACY A
307 KRISTI
ROYAL, IL 61871

$ 993.99    $ 993.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

**2.282**  **Priority creditor's name and mailing address**

OTA, CLAYTON C
885 ST. ANDREWS CIRCLE
RANTOUL, IL 61866

$ 11,375.85    $ 3,584.71

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

**2.283**  **Priority creditor's name and mailing address**

PALUMBO, TAWNY ANN
1137 BRIARCLIFF DR
RANTOUL, IL 61866

$ 923.51    $ 923.51

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  HOBBICO, INC.
_____
Name

Case number (*if known*) 18-10055(KG)

---

**Part 1.    Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2. 284    Priority creditor's name and mailing address**

$ 2,422.88     $ 2,422.88

PATEL, SHAILESH S
408 INDEPENDENCE DR
SAVOY, IL 61874

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 285    Priority creditor's name and mailing address**

$ 1,754.37     $ 1,754.37

PATRICK, J. DEAN
306 E. PEMBROKE
TUSCOLA, IL 61953

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 286    Priority creditor's name and mailing address**

$ 4,104.01     $ 1,530.45

PAYNE, MITCHELL CHRISTOPH
208 S HICKORY
PESOTUM, IL 61863

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 287    Priority creditor's name and mailing address**

$ 4,427.07     $ 2,372.69

PAYNE, STEPHANIE ANN
300 W. CHURCH STREET
SADORUS, IL 61872

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  HOBBICO, INC. _____   Case number *(if known)* 18-10055(KG) _____
Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.288** Priority creditor's name and mailing address

PENSEYRES, MARK W.
1640 MEADOWVALE WAY
SPARKS, NV 89431

$ 931.68   $ 931.68

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.289** Priority creditor's name and mailing address

PERRI, MELINDA ANN
600 S. PIATT ST.
MONTICELLO, IL 61856

$ 4,099.20   $ 2,979.05

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.290** Priority creditor's name and mailing address

PERRY, PEGGY ELLEN
2014 PARKDALE
CHAMPAIGN, IL 61821

$ 1,132.10   $ 1,132.10

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.291** Priority creditor's name and mailing address

PHAM, DIEN CHANH
1606 N. MATTIS AVENUE
CHAMPAIGN, IL 61821

$ 4,745.54   $ 2,872.60

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.
 Name
Case number *(if known)* 18-10055(KG)

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.292    Priority creditor's name and mailing address**

PHILLIPS, MARILYN JEAN
1202 N. NORTHWOOD
CHAMPAIGN, IL 61821

$ 2,401.98      $ 2,401.98

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.293    Priority creditor's name and mailing address**

PHUNG, TOAN VAN
1711 GEORGETOWN DR.
CHAMPAIGN, IL 61821

$ 4,489.44      $ 1,576.67

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.294    Priority creditor's name and mailing address**

PIESTER, RICHARD ALAN
163 COUNTY RD. 100 EAST
IVESDALE, IL 61851

$ 35,477.51      $ 12,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**2.295    Priority creditor's name and mailing address**

PINEDA, DILMA C
5333 SLOPE DR
SUN VALLEY33, NV 89433

$ 295.90      $ 295.90

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

Debtor    HOBBICO, INC.                                    Case number *(if known)* 18-10055(KG)
Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2. 296    **Priority creditor's name and mailing address**                $ 7,108.10    $ 2,538.04

PLETCHER, JESSE EDWARD

101 S 4TH ST/ PO BOX 963
ST JOSEPH, IL 61873

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2. 297    **Priority creditor's name and mailing address**                $ 7,182.87    $ 3,687.37

PLOTT, FRANKLIN WILLIAM

146 W. FRANKLIN ST.
PAXTON, IL 60957

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2. 298    **Priority creditor's name and mailing address**                $ 8,240.06    $ 6,029.99

POUILLIARD, LESLIE DEAN

9200 E. 2100N RD
OAKWOOD, IL 61858

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2. 299    **Priority creditor's name and mailing address**                $ 892.05    $ 892.05

PRATHER, SHARON ANN
PO BOX 225
CHILCOOT, CA 96105

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

.                          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                         Case number (*if known*) 18-10055(KG)
_____          _____
Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.300** Priority creditor's name and mailing address

PRIEST, HEATHER HOPE
928 WATERVIEW WAY APT H
CHAMPAIGN, IL 61822

$ 5,599.36    $ 2,544.13

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.301** Priority creditor's name and mailing address

PRUITT, JANICE LYN
280 W MORRIS
BEMENT, IL 61813

$ 2,634.83    $ 1,300.14

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.302** Priority creditor's name and mailing address

QUINLAN, JENNIFER JOAN
407 NORTH WILLIS AVE
CHAMPAIGN, IL 61821

$ 5,501.96    $ 5,501.96

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.303** Priority creditor's name and mailing address

RAWLEY, KATHRYN KAY
2232 CHURCHILL DR
ST JOSEPH, IL 61873

$ 1,175.64    $ 1,173.07

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

Debtor   HOBBICO, INC.  
Name

Case number *(if known)* 18-10055(KG)

---

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.304   Priority creditor's name and mailing address**

RAY, SALLY A  
504 CHESTNUT DR  
ST JOSEPH, IL 61873

$ 4,613.12     $ 2,746.27

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.305   Priority creditor's name and mailing address**

REED, SERLENA LYNN  
506 E COLUMBIA  
CHAMPAIGN, IL 61820

$ 577.50     $ 577.50

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.306   Priority creditor's name and mailing address**

REICHERT, MARLA  
PO BOX 7721  
PUEBLO WEST, CO 81007

$ 3,257.48     $ 3,257.48

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.307   Priority creditor's name and mailing address**

REICHERT, STEPHEN CHARLES  
PO BOX 7721  
PUEBLO WEST, CO 81007

$ 302.21     $ 302.21

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

Debtor    HOBBICO, INC.                                              Case number (*if known*) 18-10055(KG)
          Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.308**     **Priority creditor's name and mailing address**

REKAR, JOSEPHINE
816 N. WOODSPRING DRIVE
MAHOMET, IL 61853

$ 4,855.86     $ 4,855.86

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.309**     **Priority creditor's name and mailing address**

REVEAL, SHAUN PATRICK
215 WASHINGTON CT
ARCOLA, IL 61910

$ 1,874.99     $ 1,254.73

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.310**     **Priority creditor's name and mailing address**

RICE, BRENDA J
608 E OAKS RD
URBANA, IL 61802

$ 2,436.76     $ 1,881.95

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.311**     **Priority creditor's name and mailing address**

ROBERTS, JOSHUA LOUIS
17243 DESERT LAKE DRIVE
RENO, NV 89508

$ 1,031.57     $ 1,031.57

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                              Case number (*if known*) 18-10055(KG)
          Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.312      Priority creditor's name and mailing address**                                    $               13,065.67      $          6,546.61

ROBERTS, MARY IRENE

1686 11TH ST
PENROSE, CO 81240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**
_____             WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**                         **Is the claim subject to offset?**
**number** _____                           ☒ No
                                                     ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.313      Priority creditor's name and mailing address**                                    $                5,149.13      $          5,149.13

ROBERTS, SCOTT E
39252 WINCHESTER RD
MURRIETA, CA 92563

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**
_____             WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**                         **Is the claim subject to offset?**
**number** _____                           ☒ No
                                                     ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.314      Priority creditor's name and mailing address**                                    $                1,836.91      $          1,836.91

ROBINSON, TERRI L
591 E. TOWNSHIP ROAD 50
THAWVILLE, IL 60968

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**
_____             WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**                         **Is the claim subject to offset?**
**number** _____                           ☒ No
                                                     ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.315      Priority creditor's name and mailing address**                                    $                  901.78      $            901.78

ROSALES, CLAUDIA
2857 WATERFIELD DRIVE
SPARKS, NV 89434

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**
_____             WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**                         **Is the claim subject to offset?**
**number** _____                           ☒ No
                                                     ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                    Case number (*if known*) 18-10055(KG)
_____                 _____
          Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.316**    **Priority creditor's name and mailing address**

ROSS, GENTRE ALEXANDER
601 S. SUNNY LANE
URBANA, IL 61802

$ 963.37    $ 963.37

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.317**    **Priority creditor's name and mailing address**

ROWLETT, RONALD R
1781 TAFT AVE
ROLLING MEADOWS, IL 6000

$ 10,042.96    $ 7,133.60

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.318**    **Priority creditor's name and mailing address**

RUEDI, ABBY ELIZABETH
2804 WOODRIDGE ROAD
CHAMPAIGN, IL 61822

$ 1,702.24    $ 1,702.24

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.319**    **Priority creditor's name and mailing address**

RUSSELL, RICK LEE
1909 COLUMBIA BLVD
URBANA, IL 61802

$ 590.80    $ 590.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor HOBBICO, INC.
Name

Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.320** Priority creditor's name and mailing address

SALAZAR, HOWARD ANDREW
604 E. COUNTRY RIDGE DR.
MAHOMET, IL 61853

$ 5,854.01      $ 5,854.01

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.321** Priority creditor's name and mailing address

SALIMIAN, CECILIA L
2820 ACANTILADO
SAN CLEMETE, CA 92673

$ 9,283.83      $ 4,928.04

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.322** Priority creditor's name and mailing address

SALVANERA, ROBERTO T
207 HILLCREST DRIVE
RENO, NV 89509

$ 780.55      $ 780.55

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.323** Priority creditor's name and mailing address

SANABRAIS, ALEXANDER THOM
1345 FAIRLAWN DR.
RANTOUL, IL 61866

$ 5,612.34      $ 3,041.44

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

Debtor    HOBBICO, INC.
_____    Case number (*if known*) 18-10055(KG) _____
Name

| Part 1. | Additional Page | |
|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 324**   **Priority creditor's name and mailing address**

$ 12,131.52    $ 3,822.83

SANDERSON, JERRY ALAN
717 EAST CHESTNUT
MONTICELLO, IL 61856

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 325**   **Priority creditor's name and mailing address**

$ 1,097.26    $ 1,097.26

SARRO, MICHAEL DAVID
2005 S MATTIS AVE APT B
CHAMPAIGN, IL 61821

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 326**   **Priority creditor's name and mailing address**

$ 37.73    $ 37.73

SCHIARETTI, JENNIFER MARY
1112 OLEN DR
MAHOMET,, IL 61853

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 327**   **Priority creditor's name and mailing address**

$ 1,187.78    $ 1,187.78

SCHLATTER, CANDICE LEA
2911 SANGAMON DR.
CHAMPAIGN, IL 61821

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          Name                                                    Case number *(if known)* 18-10055(KG)

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 328    Priority creditor's name and mailing address**

$ 8,709.76    $ 3,202.57

SCHLUETER, BRYAN DOUGLAS
420 BROADMEADOW RD
RANTOUL, IL 61866

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2. 329    Priority creditor's name and mailing address**

$ 4,622.91    $ 2,959.28

SCHULTZ, MARY SUE
3103 W. DANIEL ST.
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2. 330    Priority creditor's name and mailing address**

$ 855.51    $ 855.51

SCOPEL, JR., GEORGE W
707 S. GROVE
URBANA, IL 61801

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**2. 331    Priority creditor's name and mailing address**

$ 7,519.94    $ 4,529.44

SCOTT, GEORGE F
PO BOX 1211 /15195 HWY 76
PAUMA VALLEY, CA 92061

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4A)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  HOBBICO, INC.
        Name
        Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.332  Priority creditor's name and mailing address**

SCRIBANO, FRANK PAUL
400 SOUTH WINDHAVEN TRAIL
MCHENRY, IL 50

$ 4,564.90     $ 3,814.92

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.333  Priority creditor's name and mailing address**

SEBENS, JOHN MICHAEL
847 N 1400E
BEMENT, IL 61813

$ 18,899.84     $ 7,095.27

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.334  Priority creditor's name and mailing address**

SEBENS, PATRICIA MARIE
847 N. 1400 E RD
BEMENT, IL 61813

$ 5,270.69     $ 5,270.69

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.335  Priority creditor's name and mailing address**

SEEBER, FREDERICK NICHOLA
606 W. HEALEY ST.
CHAMPAIGN, IL 61820

$ 1,348.05     $ 1,348.05

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          Name                                                    Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2. 336    **Priority creditor's name and mailing address**        $                3,439.93    $                3,439.93

SETEN-BAKER, BRENDA GAIL
11 LAKEVIEW DR.
MANSFIELD, IL 61854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2. 337    **Priority creditor's name and mailing address**        $                16,688.15    $                7,122.95

SEXTON, EDWARD F
3240 OLD MILL ROAD
NORTHBROOK, IL 60062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2. 338    **Priority creditor's name and mailing address**        $                13,882.05    $                12,850.00

SHANAHAN, TIMOTHY
220 KEITH LANE
LAKE FOREST, IL 60045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2. 339    **Priority creditor's name and mailing address**        $                10,570.16    $                4,000.59

SHAW, LINDA FAY
1602 N BILLY THE KID LANE
PUEBLO WEST, CO 81007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  HOBBICO, INC.
Name
Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.340**  **Priority creditor's name and mailing address**

SHELKSOHN, STEPHANIE ELIZ
1403 QUEENS WAY
CHAMPAIGN, IL 61821

$ 3,880.57     $ 3,543.36

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.341**  **Priority creditor's name and mailing address**

SHERWOOD, SCOTT EDWARD
9687 CANYON MEADOWS DRIVE
RENO, NV 89506

$ 1,039.68     $ 1,039.68

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.342**  **Priority creditor's name and mailing address**

SHIPMAN, CHRISTINA LYNN
PO BOX 484
ATWOOD, IL 61913

$ 1,233.80     $ 1,233.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.343**  **Priority creditor's name and mailing address**

SKORSKI, ANNE O
145 W BRYANT AVE
PALATINE, IL 60067

$ 2,961.28     $ 2,961.28

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

Debtor    HOBBICO, INC.
          Name

Case number (*if known*) 18-10055(KG)

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 344    Priority creditor's name and mailing address**

SLIFE, DIANNE E
909 E. PENNSYLVANIA
URBANA, IL 61801

$ 4,611.94          $ 2,176.39

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 345    Priority creditor's name and mailing address**

SMALLEY, HEATHER LOUISE
739 WILLOW POND ROAD
RANTOUL, IL 61866

$ 938.47          $ 938.47

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 346    Priority creditor's name and mailing address**

SMITH, ELIZABETH ANN
1106 WEST COLUMBIA AVE
CHAMPAIGN, IL 61821

$ 8,914.69          $ 3,785.76

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 347    Priority creditor's name and mailing address**

SMITH, LAURA ANN
340 EAST WILSON
MONTICELLO, IL 61856

$ 4,948.61          $ 3,540.50

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          _____
          Name                                                              Case number (*if known*) 18-10055(KG) _____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

2.348    **Priority creditor's name and mailing address**                                    $                43,046.32    $            12,850.00

SMITH, TIMOTHY DOUGLAS
505 ARABIAN CIRCLE
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.349    **Priority creditor's name and mailing address**                                    $                 3,244.92    $             2,155.33

SNODGRASS, DANIEL LANE
3214 W JOHN ST
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.350    **Priority creditor's name and mailing address**                                    $                 2,491.77    $             2,332.47

SPENCER, MARIE A
2608 ARDEN DRIVE
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.351    **Priority creditor's name and mailing address**                                    $                 3,085.45    $             3,085.45

SPROUL, DAVID JAMES
408 S. BRYARFIELD COURT
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          Name                                              Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2. 352     **Priority creditor's name and mailing address**

$ 785.98     $ 785.98

STARK, JAMES TODD
16150 TANEA DR
RENO, NV 89511

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2. 353     **Priority creditor's name and mailing address**

$ 1,485.06     $ 1,241.33

STATES, GARY LEE
660 M STREET
PENROSE, CO 81240

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2. 354     **Priority creditor's name and mailing address**

$ 5,188.78     $ 2,558.06

STAUFFER, TRENT JADE
220 S. THOMAS ST
GILMAN, IL 60938

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2. 355     **Priority creditor's name and mailing address**

$ 3,533.13     $ 3,248.26

STEARNS, SUSAN CATHERINE
PO BOX 33
PENFIELD, IL 61862-0033

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor __HOBBICO, INC.__     Case number *(if known)* 18-10055(KG)
Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.356  Priority creditor's name and mailing address**
STILL, JEFF ALLEN
141 S. WINTER STREET
PAXTON, IL 60957

$ 6,032.44    $ 2,617.12

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.357  Priority creditor's name and mailing address**
STIVERS, JOHN JAMES
881 COUNTY ROAD 800 E.
CHAMPAIGN, IL 61822

$ 5,376.36    $ 2,516.71

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.358  Priority creditor's name and mailing address**
STOKES, JOHN ERIC
2113 ROBIN ROAD
MAHOMET, IL 61853

$ 8,668.88    $ 4,490.15

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.359  Priority creditor's name and mailing address**
SUMNER, ELIZABETH ANN
401 GIANT CITY ROAD
MONTICELLO, IL 61856

$ 9,007.63    $ 4,100.88

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

Debtor   HOBBICO, INC.                               Case number (*if known*) 18-10055(KG)
         Name

---

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

---

2.360 __ **Priority creditor's name and mailing address**     $ 4,000.52   $ 2,063.27

SWARTZ, CHRISTINE ELIZABE
1137 S ST
PENROSE, CO 81240

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.361 __ **Priority creditor's name and mailing address**     $ 1,347.66   $ 1,347.66

SWINFORD, TAYLOR EUGENE
1816 GREENDALE DR
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.362 __ **Priority creditor's name and mailing address**     $ 1,072.84   $ 1,072.84

TABUA, ANTHONY L
9095 ANDRASTE WAY
RENO, NV 89506

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.363 __ **Priority creditor's name and mailing address**     $ 2,986.51   $ 2,459.56

TANZILLO, SARA ROSETTE
325 W LINCOLN AVE
OGDEN, IL 61859

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.
         _____
         Name

Case number (*if known*) 18-10055(KG) _____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.364   Priority creditor's name and mailing address**

$ 5,918.00     $ 2,869.56

TATE, JANET MARIE
108 N MAIN PO BOX 621
MANSFIELD, IL 61854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.365   Priority creditor's name and mailing address**

$ 17,764.96     $ 6,383.02

TAULMAN, TRACY LYNN
1008 BREWER RD
DANVILLE, IL 61834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.366   Priority creditor's name and mailing address**

$ 3,369.55     $ 1,756.26

TERRELL, DONALD E
6 WOODLAWN AVE.
DANVILLE, IL 61834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.367   Priority creditor's name and mailing address**

$ 1,400.00     $ 1,400.00

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
P.O. BOX 149348
AUSTIN, TX 78714-9348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Debtor    HOBBICO, INC. _____    Case number (*if known*) 18-10055(KG) _____
          Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 368    Priority creditor's name and mailing address**    $ 5,473.95    $ 2,381.41

THOMAS, DIANA ELAINE
310 E. NORTH STREET
WELDON, IL 61882

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 369    Priority creditor's name and mailing address**    $ 3,814.15    $ 3,154.09

THOMPSON, BARBARA ANITA
201 S. MORGAN
BEMENT, IL 61813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 370    Priority creditor's name and mailing address**    $ 3,826.41    $ 3,826.41

THURMON, JUDITH M
807 AYRSHIRE CIRCLE
CHAMPAIGN, IL 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 371    Priority creditor's name and mailing address**    $ 3,692.15    $ 2,067.90

TON, DIEP ANH NU
806 W. VENTURA RD
CHAMPAIGN, IL 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  HOBBICO, INC.
Name

Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.372    Priority creditor's name and mailing address**

TRAN, HUONG
903 RAINBOW VIEW
URBANA, IL 61802

$ 6,240.39        $ 2,276.48

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.373    Priority creditor's name and mailing address**

TRAN, LIEN HOANG
1206 THOMAS DRIVE
CHAMPAIGN, IL 61821

$ 3,268.17        $ 2,696.20

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.374    Priority creditor's name and mailing address**

TRAN, LOC VAN
1612 JEANNE ST.
CHAMPAIGN, IL 61821

$ 550.56        $ 550.56

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.375    Priority creditor's name and mailing address**

TREVINO, JONATHAN
343 WEST MAIN
ARCOLA, IL 61910

$ 232.80        $ 232.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.    Case number (*if known*) 18-10055(KG)
Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.376    Priority creditor's name and mailing address**

$ 6,705.11    $ 4,005.52

TRINH, KIM
3807 BROOKFIELD DRIVE
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.377    Priority creditor's name and mailing address**

$ 2,617.69    $ 2,034.89

TRINH, MUOI
3915 WILD FLOWER DR
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.378    Priority creditor's name and mailing address**

$ 2,428.20    $ 2,247.59

TRUONG, CUC KT
1014 HOLLYCREST DRIVE
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.379    Priority creditor's name and mailing address**

$ 4,437.76    $ 2,425.51

TRUONG, NGAN KIEU NGUYEN
206 BRIAR LANE
CHAMPAIGN, IL 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
      Name

Case number (*if known*) 18-10055(KG)

---

**Part 1.    Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 380    Priority creditor's name and mailing address**

TURNER, JOSEPH ANTONIO
1211 MIMOSA DR
CHAMPAIGN, IL 61821

$ 858.01    $ 858.01

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 381    Priority creditor's name and mailing address**

TUTHILL, JACQUELINE JO AN
501 D C.R. 2500 N.
MAHOMET, IL 61853

$ 1,242.60    $ 1,242.60

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 382    Priority creditor's name and mailing address**

UHLOTT, JEFFREY W
1624 CAROLINA DR.
RANTOUL, IL 61866

$ 2,820.25    $ 2,021.55

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 383    Priority creditor's name and mailing address**

US CUSTOMS AND BORDER PROTECTION
1300 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20229

$ 15,171.99    $ 15,171.99

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
          Name                                            Case number (*if known*) 18-10055(KG)

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2. 384    **Priority creditor's name and mailing address**                          $_____602.58    $_____602.58

VARGAS, ADAN ALVARADO                   **As of the petition filing date, the claim is:**
439 STEFFANIE WAY                       *Check all that apply.*
SPARKS, NV 89431                        ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
_____                 WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**               **Is the claim subject to offset?**
**number** _____              ☒ No
                                        ☐ Yes
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_4A_)

---

2. 385    **Priority creditor's name and mailing address**                          $_____752.20    $_____752.20

VAUGHAN, HOPE ELIZABETH                 **As of the petition filing date, the claim is:**
1076 BRIARCLIFF DR                      *Check all that apply.*
RANTOUL, IL 61866                       ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
_____                 WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**               **Is the claim subject to offset?**
**number** _____              ☒ No
                                        ☐ Yes
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_4A_)

---

2. 386    **Priority creditor's name and mailing address**                          $_____3,717.83    $_____2,181.26

VESSELL, RICHARD ARLIN                  **As of the petition filing date, the claim is:**
2208 E. MICHIGAN AVENUE                 *Check all that apply.*
URBANA, IL 61802                        ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
_____                 WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**               **Is the claim subject to offset?**
**number** _____              ☒ No
                                        ☐ Yes
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_4A_)

---

2. 387    **Priority creditor's name and mailing address**                          $_____1,784.06    $_____1,420.92

VOEGEL, DEREK WILLIAM                   **As of the petition filing date, the claim is:**
2104 BARBERRY DR                        *Check all that apply.*
CHAMPAIGN, IL 61821                     ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
_____                 WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**               **Is the claim subject to offset?**
**number** _____              ☒ No
                                        ☐ Yes
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_4A_)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC. _____   Case number (*if known*) 18-10055(KG) _____
Name

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.388** **Priority creditor's name and mailing address**   $ 9,149.67   $ 4,502.99

VOWELS, WILLIAM E
1409 BRUNSWICK COURT
ST. JOSEPH, IL 61873

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.389** **Priority creditor's name and mailing address**   $ 1,452.53   $ 1,452.53

VUONG, LIEN THI
2036 CONSTITUTION AVE.
URBANA, IL 61802

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.390** **Priority creditor's name and mailing address**   $ 1,274.66   $ 1,274.66

WAGNER, BARBARA L
204 W DILLER/PO BOX 35
BROADLANDS, IL 61866

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.391** **Priority creditor's name and mailing address**   $ 2,556.57   $ 2,153.96

WALDMIRE, KRISTINE MARIE
1204 W HEALEY ST
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

Debtor    HOBBICO, INC.
       Name

Case number *(if known)* 18-10055(KG)

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2. 392**     **Priority creditor's name and mailing address**

WALKER, KENDRA K
2604 DALE DRIVE
CHAMPAIGN, IL 61821

$ 1,407.71     $ 1,407.71

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 393**     **Priority creditor's name and mailing address**

WALKER, MARY ANN
1201 CARROLL AVE
URBANA, IL 61802

$ 1,819.59     $ 1,819.59

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 394**     **Priority creditor's name and mailing address**

WALL, ANNE KRISTINE
425 W. HARRISON AVENUE
WHEATON, IL 60187

$ 2,464.99     $ 2,464.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 395**     **Priority creditor's name and mailing address**

WARD, GREG ALAN
203 S. GRANT
BROADLANDS, IL 61816

$ 4,143.64     $ 2,503.07

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

Debtor  HOBBICO, INC.   Case number (*if known*) 18-10055(KG)
Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 396   Priority creditor's name and mailing address**                           $ 3,936.75   $ 2,484.32

WARD, MARY ANN
2566 COUNTY RD. 900E
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 397   Priority creditor's name and mailing address**                           $ 1,917.12   $ 1,917.12

WARE, SEANA DIONE
1717 LYNWOOD DRIVE
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 398   Priority creditor's name and mailing address**                           $ 6,342.82   $ 6,342.82

WARNICK, PATRICIA JEAN
4 WOODLAND DRIVE
WHITE HEATH, IL 61884

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2. 399   Priority creditor's name and mailing address**                           $ 538.56   $ 538.56

WARNICK, SALLY JO
1316 COBBLESTONE WAY
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

Debtor    HOBBICO, INC.
          Name

Case number *(if known)* 18-10055(KG)

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.400    Priority creditor's name and mailing address**

WASHOE COUNTY TREASURY
1001 E. NINTH ST BLDG D RM 140
RENO, NV 89512

$ 2,060.00        $ 2,060.00

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.401    Priority creditor's name and mailing address**

WATTANASUPACHOKE, IRMA NO
8516 N GREENWOOD AVE
NILES, IL 60714

$ 5,430.24        $ 2,515.23

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.402    Priority creditor's name and mailing address**

WATTS, DAVID ALLEN
509 W. OLIVER ST.
MANSFIELD, IL 61854

$ 4,731.15        $ 2,402.70

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.403    Priority creditor's name and mailing address**

WEBB, C. RENEE
304 W. BRIARCLIFF
ST. JOSEPH, IL 61873

$ 2,055.77        $ 2,055.77

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor HOBBICO, INC. _____     Case number (*if known*) 18-10055(KG) _____
         Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.404**    **Priority creditor's name and mailing address**                                          $ 3,684.84    $ 3,461.11

WEBB, MICHAEL CRAIG
457 S. INDEPENDENCE
MONTICELLO, IL 61856

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.405**    **Priority creditor's name and mailing address**                                          $ 1,648.95    $ 1,648.95

WEBB, RONALD LYNN
304 W. BRIARCLIFF
ST. JOSEPH, IL 61873

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.406**    **Priority creditor's name and mailing address**                                          $ 1,561.35    $ 1,561.35

WEISIGER RODRIGUES, NATAL
3201 DOUGLAS WOODS DR APT A
URBANA, IL 61802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.407**    **Priority creditor's name and mailing address**                                          $ 1,245.44    $ 1,245.44

WELLS, JR., EDWARD EUGENE
403-1 E FRANKLIN ST
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  HOBBICO, INC.
_____
Name                                                              Case number (*if known*) 18-10055(KG)

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2.408      **Priority creditor's name and mailing address**                     $        21,444.02    $        7,487.92

WEST, RANDALL T

393 W. FRANKLIN
PAXTON, IL 60957

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.409      **Priority creditor's name and mailing address**                     $        3,234.34    $        2,599.86

WHALEY, DAVID CHARLES

55 E. HEALEY STREET #302
CHAMPAIGN, IL 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.410      **Priority creditor's name and mailing address**                     $        688.53    $        688.53

WHITE, MELISSA MARIE

219 NORTH LINCOLN ST
FARMER CITY, IL 61842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.411      **Priority creditor's name and mailing address**                     $        2,211.22    $        1,231.88

WILLIAMS, DEXTER CHARLES
1702 GARDEN HILLS DR
CHAMPAIGN, IL 61821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

Debtor   HOBBICO, INC.
         _____   Case number (*if known*) 18-10055(KG)
         Name

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

2.412 **Priority creditor's name and mailing address**          $ 16,636.91          $ 6,949.83

WILLIAMS, MARK DONALD
803 N BOURNE ST
TOLONO, IL 61880

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.413 **Priority creditor's name and mailing address**          $ 2,155.83          $ 2,155.83

WILLIAMS, SUSAN DIANE
1708 W HICKORY
MAHOMET, IL 61853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.414 **Priority creditor's name and mailing address**          $ 3,530.54          $ 3,530.54

WILLIAMSON, RUSSELL BURLA
7727 KIRBY ROAD
OREANA, IL 62554

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2.415 **Priority creditor's name and mailing address**          $ 14,122.35          $ 6,381.20

WILLS, RODNEY
104 EUCALYPTUS LANE
COSTA MESA, CA 92627

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.
_____
Name

Case number *(if known)* 18-10055(KG) _____

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.416**   **Priority creditor's name and mailing address**

WILSON JR, GAVIN FORREST
6905 FORSYTHIA WAY
RENO, NV 89506

$_____864.49   $_____864.49

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.417**   **Priority creditor's name and mailing address**

WINGATE, MATTHEW JAMES
405 W WHITE ST APT #2S
CHAMPAIGN, IL 61820

$_____1,781.14   $_____1,577.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.418**   **Priority creditor's name and mailing address**

WINGO, DEBRA R
309 W. LINCOLN AVENUE
OGDEN, IL 61859

$_____5,367.94   $_____2,189.38

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.419**   **Priority creditor's name and mailing address**

WINGO, KEVIN CLARK
303 BARDEEN LANE
CHAMPAIGN, IL 61822

$_____8,136.36   $_____3,540.18

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    HOBBICO, INC.
          _____
          Name                                                    Case number *(if known)* 18-10055(KG)

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.420** **Priority creditor's name and mailing address**

$ 3,109.04      $ 2,676.43

WINGO, UYEN TRAN
303 BARDEEN LANE
CHAMPAIGN, IL 61822

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.421** **Priority creditor's name and mailing address**

$ 2,616.02      $ 1,270.74

WITTE, SARA MARIE
2405 HEATHROW DRIVE
CHAMPAIGN, IL 61820

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.422** **Priority creditor's name and mailing address**

$ 8,413.87      $ 3,911.24

WOOD, KAREN LYNNE
610 TEAL COVE COURT
CHAMPAIGN, IL 61821

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.423** **Priority creditor's name and mailing address**

$ 5,832.38      $ 2,448.32

WOODCOCK, RODNEY LEE
1230 CYPRESS LANE
RANTOUL, IL 61866

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   HOBBICO, INC.                                                    Case number (*if known*) 18-10055(KG)
_____Name_____

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.424**   **Priority creditor's name and mailing address**                                              $ 4,255.40   $ 3,361.69

WRIGHT, GARY WAYNE
3903 DAFFODIL LANE
CHAMPAIGN, IL 61822

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.425**   **Priority creditor's name and mailing address**                                              $ 1,645.00   $ 1,400.37

YOKLEY, JARED LEE
2406 HAMPSHIRE DR APT 11
CHAMPAIGN, IL 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.426**   **Priority creditor's name and mailing address**                                              $ 1,902.32   $ 1,338.75

YOUNG, ELIZABETH ANN
401 W. CURTIS ROAD
SAVOY, IL 61874

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.427**   **Priority creditor's name and mailing address**                                              $ 4,144.44   $ 3,841.37

ZADROZNY, RAY ALAN
605 RIDGE ROAD
PHILO, IL 61864

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.
_____
Name

Case number *(if known)* 18-10055(KG)
_____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

2.428    **Priority creditor's name and mailing address**

ZADROZNY, TRUDY JEAN

605 RIDGE ROAD
PHILO, IL 61864

$ 2,515.56        $ 2,515.56

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

2._____    **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2._____    **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2._____    **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    HOBBICO, INC.                                        Case number (*if known*) 18-10055(KG)
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

<table>
<tr><td></td><td></td><td>Amount of claim</td></tr>
<tr>
<td><b>3.1</b></td>
<td>

**Nonpriority creditor's name and mailing address**

4D CITYSCAPE INC

TOTAL BIZ FULFILLMENT D/C
120 RESOURCE AVE
MTN LAKE PARK, MD 21550

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td>$ 841.40</td>
</tr>
<tr>
<td><b>3.2</b></td>
<td>

**Nonpriority creditor's name and mailing address**

ABF FREIGHT SYSTEMS, INC.

ATTN: LEGAL DEPT.
3801 OLD GREENWOOD ROAD
FORT SMITH, AR 72903

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td>$ 134.62</td>
</tr>
<tr>
<td><b>3.3</b></td>
<td>

**Nonpriority creditor's name and mailing address**

ABSOPURE WATER CO.

8845 GENERAL DR
P.O. BOX 701760
PLYMOUTH, MI 48170

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td>$ 429.52</td>
</tr>
<tr>
<td><b>3.4</b></td>
<td>

**Nonpriority creditor's name and mailing address**

ACCURATE METAL FABRICATING

1657 N. KOSTNER AVE
CHICAGO, IL 60639

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td>$ 4,540.90</td>
</tr>
<tr>
<td><b>3.5</b></td>
<td>

**Nonpriority creditor's name and mailing address**

ACER RACING

P.O. BOX 491401
LOS ANGELES, CA 90049

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td>$ 6,428.68</td>
</tr>
<tr>
<td><b>3.6</b></td>
<td>

**Nonpriority creditor's name and mailing address**

ADVANCED AVIONICS

6TH FLOOR, BLOCK B, SUNVIEW INDUSTRIAL BUILDING
3 ON YIP STREET
CHAI WAN,
CHINA

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td>$ 15,528.96</td>
</tr>
</table>

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  HOBBICO, INC.  
Name

Case number (*if known*) 18-10055(KG)

| Part 2: | Additional Page |
|---|---|

7 cdmi\ ]g·dU[ Y·cb·m]Za cfY·gdUW`"]g·bYYXYX"·7 cbh]bi Y·bi a VYf]b[ ·h Y·`]bYg·gYei Ybh]U`mzfca ·h Y  
dfYj ]ci g·dU[ Y"·Zbc·UXX]h]cbU`·BCBDF=CF+HMWY]Xchcfg·Yl ]ghzXc`bchiZ``ci hcf·gi Va ]hih\ ]g·dU[ Y"

5a ci bhcfZW`U]a

---

**3.7**  Bcbdf]cf]hmWYX]hcfgbua Y·UbX·a U]`]b[ ·UXXfYgg·  
AEROMAX, INC.

28W079 INDUSTRIAL AVE.  
LAKE BARRINGTON, IL 60010

5 g·cf·h Y·dYh]h]cb·Z]]b[ ·XUhYzh Y·W`U]a ·]g.  
*Check all that apply.*  
❑ Contingent  
❑ Unliquidated  
❑ Disputed

$ 797.28

6 Ug]g·Zcf·h Y·W`U]a .  ACCOUNTS PAYABLE

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX· _____

@Ugh(·X][ ]hg·cZUWWci bh·bi a VYf· _____

=g·h Y·W`U]a ·gi V^YWh·hc·cZZgYh8  
☒ No  
❑ Yes·

---

**3.8**  Bcbdf]cf]hmWYX]hcfgbua Y·UbX·a U]`]b[ ·UXXfYgg·  
AEROTECH

2113 W. 850 N.  
CEDAR CITY, UT 84721

5 g·cf·h Y·dYh]h]cb·Z]]b[ ·XUhYzh Y·W`U]a ·]g.  
*Check all that apply.*  
❑ Contingent  
❑ Unliquidated  
❑ Disputed·

$ 7,373.24

6 Ug]g·Zcf·h Y·W`U]a .  ACCOUNTS PAYABLE

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX· _____

@Ugh(·X][ ]hg·cZUWWci bh·bi a VYf· _____

=g·h Y·W`U]a ·gi V^YWh·hc·cZZgYh8  
☒ No  
❑ Yes·

---

**3.9**  Bcbdf]cf]hmWYX]hcfgbua Y·UbX·a U]`]b[ ·UXXfYgg·  
AIR AGE MEDIA

88 DANBURY ROAD, RTE. 7  
WILTON, CT 6897

5 g·cf·h Y·dYh]h]cb·Z]]b[ ·XUhYzh Y·W`U]a ·]g.  
*Check all that apply.*  
❑ Contingent  
❑ Unliquidated  
❑ Disputed·

$ 62,832.14

6 Ug]g·Zcf·h Y·W`U]a .  ACCOUNTS PAYABLE

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX· _____

@Ugh(·X][ ]hg·cZUWWci bh·bi a VYf· _____

=g·h Y·W`U]a ·gi V^YWh·hc·cZZgYh8  
☒ No  
❑ Yes·

---

**3.10**  Bcbdf]cf]hmWYX]hcfgbua Y·UbX·a U]`]b[ ·UXXfYgg·  
AIR AND CARGO SERVICES USA INC.

510 PLAZA DR. SUITE 1225  
ATLANTA, GA 30349

5 g·cf·h Y·dYh]h]cb·Z]]b[ ·XUhYzh Y·W`U]a ·]g.  
*Check all that apply.*  
❑ Contingent  
❑ Unliquidated  
❑ Disputed·

$ 40,787.60

6 Ug]g·Zcf·h Y·W`U]a .  ACCOUNTS PAYABLE

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX· _____

@Ugh(·X][ ]hg·cZUWWci bh·bi a VYf· ___ ___ ___ ___

=g·h Y·W`U]a ·gi V^YWh·hc·cZZgYh8  
☒ No  
❑ Yes·

---

**3.11**  Bcbdf]cf]hmWYX]hcfgbua Y·UbX·a U]`]b[ ·UXXfYgg·  
AKA PRODUCTS

25703 JEFFERSON AVE STE 27  
MURRIETA, CA 92562

5 g·cf·h Y·dYh]h]cb·Z]]b[ ·XUhYzh Y·W`U]a ·]g.  
*Check all that apply.*  
❑ Contingent  
❑ Unliquidated  
❑ Disputed·

$ 6,062.71

6 Ug]g·Zcf·h Y·W`U]a .  ACCOUNTS PAYABLE

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX· _____

@Ugh(·X][ ]hg·cZUWWci bh·bi a VYf· _____

=g·h Y·W`U]a ·gi V^YWh·hc·cZZgYh8  
☒ No  
❑ Yes·

---

Debtor    HOBBICO, INC.                                              Case number (*if known*) 18-10055(KG)
          Name

---

## Part 2:    Additional Page

| 7cdmiÄ]g dUÄ Y cbÄmjZa cfYÄgdUW]g bYYXYXÄ7cbÄjbiÄY bi aÄVYf]bÄ Y ]bYg gYeiÄbhÄUÄmjZca ÄY dfYj]ci g dUÄ YÄ=Zbc UXXÄ]hcbUÄBCBDFÄCFÄHMÄWYXÄcfg Yl ghÄXcÄbcÄiÄÄoiÄficÄgiÄVaÄh]Ä ]gÄdUÄYÄ | 5aÄciÄbhÄocÄZWWUÄa |
|---|---|

**3.12** _____    Bcbdf]cf]hmWYX]hcfBg bUaÄ YÄUbXÄmUÄ]]bÄ UXXfYgg·       **5g cZÄ Y dYf]h]cbÄZ]]bÄ XUhYÄžhÄ YÄWWUÄa ]g.**       $                                          533.61
AKERS PACKAGING SOLUTIONS, INC.                              *Check all that apply.*
DECATUR LOCATION                                             ❏ Contingent
DEPT 771836                                                  ❏ Unliquidated
P.O. BOX 77000                                               ❏ Disputed
DETROIT, MI 48277

                                                            **6Ug]g z f h Y WWUÄa .** ___ACCOUNTS PAYABLE___·

**8UhYÄcfÄXUhYg XYVhÄkUg]bWifffYX**   _____·   **=g hY WWUÄa ]g gi VÄYWhÄhc cÄZZgYh8**
                                                            ☒ No
**@Ugh (Ä X][ ]hg cZ UWWWÄciÄbhibi aÄVYf·**  _____·    ❏ Yes·

---

**3.13** _____    Bcbdf]cf]hmWYX]hcfBg bUaÄ YÄUbXÄmUÄ]]bÄ UXXfYgg·       **5g cZÄ Y dYf]h]cbÄZ]]bÄ XUhYÄžhÄ YÄWWUÄa ]g.**       $                                          119.46
ALLIANCE COMMUNICATIONS                                      *Check all that apply.*
P.O. BOX 285                                                 ❏ Contingent
BONDVILLE, IL 61815                                          ❏ Unliquidated
                                                            ❏ Disputed·

                                                            **6Ug]g z f h Y WWUÄa .** ___ACCOUNTS PAYABLE___·

**8UhYÄcfÄXUhYg XYVhÄkUg]bWifffYX**   _____·   **=g hY WWUÄa ]g gi VÄYWhÄhc cÄZZgYh8**
                                                            ☒ No
**@Ugh (Ä X][ ]hg cZ UWWWÄciÄbhibi aÄVYf·**  _____·    ❏ Yes·

---

**3.14** _____    Bcbdf]cf]hmWYX]hcfBg bUaÄ YÄUbXÄmUÄ]]bÄ UXXfYgg·       **5g cZÄ Y dYf]h]cbÄZ]]bÄ XUhYÄžhÄ YÄWWUÄa ]g.**       $
ALLSTATE INSURANCE COMPANY A/S/O JAMES DANIELS               *Check all that apply.*
                                                            ☒ Contingent
                                                            ☒ Unliquidated
                                                            ☒ Disputed·

                                                            **6Ug]g z f h Y WWUÄa .** ___LITIGATION___·

**8UhYÄcfÄXUhYg XYVhÄkUg]bWifffYX**   _____·   **=g hY WWUÄa ]g gi VÄYWhÄhc cÄZZgYh8**
                                                            ☒ No
**@Ugh (Ä X][ ]hg cZ UWWWÄciÄbhibi aÄVYf·**  _____·    ❏ Yes·

---

**3.15** _____    Bcbdf]cf]hmWYX]hcfBg bUaÄ YÄUbXÄmUÄ]]bÄ UXXfYgg·       **5g cZÄ Y dYf]h]cbÄZ]]bÄ XUhYÄžhÄ YÄWWUÄa ]g.**       $                                        2,550.36
AMENCO ENTERPRISES                                           *Check all that apply.*
62 WHITE STREET                                             ❏ Contingent
RED BANK, NJ 7701                                           ❏ Unliquidated
                                                            ❏ Disputed·

                                                            **6Ug]g z f h Y WWUÄa .** ___ACCOUNTS PAYABLE___·

**8UhYÄcfÄXUhYg XYVhÄkUg]bWifffYX**   _____·   **=g hY WWUÄa ]g gi VÄYWhÄhc cÄZZgYh8**
                                                            ☒ No
**@Ugh (Ä X][ ]hg cZ UWWWÄciÄbhibi aÄVYf·**  ___ ___ ___ ___·  ❏ Yes·

---

**3.16** _____    Bcbdf]cf]hmWYX]hcfBg bUaÄ YÄUbXÄmUÄ]]bÄ UXXfYgg·       **5g cZÄ Y dYf]h]cbÄZ]]bÄ XUhYÄžhÄ YÄWWUÄa ]g.**       $                                        6,034.83
AMEREN IP                                                    *Check all that apply.*
ATTN: LEGAL DEPT. OR COUNSEL                                 ❏ Contingent
300 LIBERTY ST.                                             ❏ Unliquidated
PEORIA, IL 61602                                            ❏ Disputed·

                                                            **6Ug]g z f h Y WWUÄa .** ___ACCOUNTS PAYABLE___·

**8UhYÄcfÄXUhYg XYVhÄkUg]bWifffYX**   _____·   **=g hY WWUÄa ]g gi VÄYWhÄhc cÄZZgYh8**
                                                            ☒ No
**@Ugh (Ä X][ ]hg cZ UWWWÄciÄbhibi aÄVYf·**  _____·    ❏ Yes·

---

Debtor    HOBBICO, INC.                                                                Case number (*if known*)  18-10055(KG)
                Name

| **Part 2:** | **Additional Page** |

7 cdmiʰ ]gˈdU[ Yˈcbˈmì]Za cfYˈgdUWˈ]gˈbYYXYX"7 cbiˈjbi Yˈbi a VYf]b[ ˈʰ Yˈ]bYgˈgYei YbʰiˈUˈmìZca ˈʰ Y dfYˈ]ci gˈdUˈ[ Yˈ=Zbcˈ UXX]ʰ]cbUˈ BCBDF ˑCF ˑHМWˈYXjhcfgˈYˈ]gʰïXcˈbchìЎ]ˈˈˈcuˈìcfˈgi Vaˈiʰiˈ]gˈdU[ Yˈ                | 5a ci bʰicZ ˈWUˈja |

---

**3.17** ___  Bcbdf]cf]ʰmiˈW YX]ʰcfBĝˈbUa Yˈ UbXˈa U]ˈ]bˈ UXX fYggˈ

AMERICAN WELDING & GAS

3605 N. CUNNINGHAM AVE.
URBANA, IL 61820

5ˈgˈcZʰ YˈdˈYH]ʰˈcbˈˈ]ˈbˈ XUhˈYˈziˈ YˈWUˈjaˈ]gˈ  
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____ 682.35

6ˈUgˈ]gˈicˈfˈʰ YˈWˈUˈja .  ACCOUNTS PAYABLE _____ .

8ˈUhYˈcfˈXUhYgˈXYVhhk Ugˈ]bWˈ ffYXˈ  _____ .

@UghˈˈXˈ][ˈ]hgˈcˈZUWWˈtˈi bʰi bi a VYfˈ  _____ .

=gˈʰ YˈWˈUˈja ˈgi Vˈ^ YWˈih cˈcˈZˈZˈgˈYʰ8
☒ No
❑ Yes·

---

**3.18** ___  Bcbdf]cf]ʰmiˈW YX]ʰcfBĝˈbUa Yˈ UbXˈa U]ˈ]bˈ UXX fYggˈ

AMERICANA SOUVENIRS & GIFTS

150 NORTH 3RD STREET
GETTYSBURG, PA 17325

5ˈgˈcZʰ YˈdˈYH]ʰˈcbˈˈ]ˈbˈ XUhˈYˈziˈ YˈWUˈjaˈ]gˈ  
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 581.99

6ˈUgˈ]gˈicˈfˈʰ YˈWˈUˈja .  ACCOUNTS PAYABLE _____ .

8ˈUhYˈcfˈXUhYgˈXYVhhk Ugˈ]bWˈ ffYXˈ  _____ .

@UghˈˈXˈ][ˈ]hgˈcˈZUWWˈtˈi bʰi bi a VYfˈ  _____ .

=gˈʰ YˈWˈUˈja ˈgi Vˈ^ YWˈih cˈcˈZˈZˈgˈYʰ8
☒ No
❑ Yes·

---

**3.19** ___  Bcbdf]cf]ʰmiˈW YX]ʰcfBĝˈbUa Yˈ UbXˈa U]ˈ]bˈ UXX fYggˈ

ANDERSON MODEL CO. LTD.

5F., NO. 373-4, JIANXING RD.,
NORTH DISTRICT
TAICHUNG CITY, 40459
TAIWAN

5ˈgˈcZʰ YˈdˈYH]ʰˈcbˈˈ]ˈbˈ XUhˈYˈziˈ YˈWUˈjaˈ]gˈ  
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 14,745.25

6ˈUgˈ]gˈicˈfˈʰ YˈWˈUˈja .  ACCOUNTS PAYABLE _____ .

8ˈUhYˈcfˈXUhYgˈXYVhhk Ugˈ]bWˈ ffYXˈ  _____ .

@UghˈˈXˈ][ˈ]hgˈcˈZUWWˈtˈi bʰi bi a VYfˈ  _____ .

=gˈʰ YˈWˈUˈja ˈgi V^ YWˈih cˈcˈZˈZˈgˈYʰ8
☒ No
❑ Yes·

---

**3.20** ___  Bcbdf]cf]ʰmiˈW YX]ʰcfBĝˈbUa Yˈ UbXˈa U]ˈ]bˈ UXX fYggˈ

ARTESANIA LATINA, S.A.

BARRIO LAS ARENAS, 25
39593 LAMADRID (VALDALIGA)
CANTABRIA
SPAIN

5ˈgˈcZʰ YˈdˈYH]ʰˈcbˈˈ]ˈbˈ XUhˈYˈziˈ YˈWUˈjaˈ]gˈ  
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 61,865.64

6ˈUgˈ]gˈicˈfˈʰ YˈWˈUˈja .  ACCOUNTS PAYABLE _____ .

8ˈUhYˈcfˈXUhYgˈXYVhhk Ugˈ]bWˈ ffYXˈ  _____ .

@UghˈˈXˈ][ˈ]hgˈcˈZUWWˈtˈi bʰi bi a VYfˈ  ___ ___ ___ ___ .

=gˈʰ YˈWˈUˈja ˈgi V^ YWˈih cˈcˈZˈZˈgˈYʰ8
☒ No
❑ Yes·

---

**3.21** ___  Bcbdf]cf]ʰmiˈW YX]ʰcfBĝˈbUa Yˈ UbXˈa U]ˈ]bˈ UXX fYggˈ

ARTIGRAFICHE PAGANI SRL

VIA DEGLI ARTIGIANI, 8/10
LAZZATE (MI) 20020
ITALY

5ˈgˈcZʰ YˈdˈYH]ʰˈcbˈˈ]ˈbˈ XUhˈYˈziˈ YˈWUˈjaˈ]gˈ  
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 9,511.50

6ˈUgˈ]gˈicˈfˈʰ YˈWˈUˈja .  ACCOUNTS PAYABLE _____ .

8ˈUhYˈcfˈXUhYgˈXYVhhk Ugˈ]bWˈ ffYXˈ  _____ .

@UghˈˈXˈ][ˈ]hgˈcˈZUWWˈtˈi bʰi bi a VYfˈ  _____ .

=gˈʰ YˈWˈUˈja ˈgi V^ YWˈih cˈcˈZˈZˈgˈYʰ8
☒ No
❑ Yes·

---

Debtor    HOBBICO, INC.    Case number (*if known*) 18-10055(KG)
Name

## Part 2:    Additional Page

| | | 5a ci bhic ZWUja |
|---|---|---|

**3.22**    Bcbdf]cf]hmWYX]hcfBg`bUa YUbX a U]`b[ `UXXfYgg

ARTISTIC CARTON COMPANY

1975 BIG TIMBER ROAD
ELGIN, IL 60123

5g cZh YdYh]h]cb Z] b[ XUhYZh YWUja ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,471.15

6Ug]g zcf h YWUja . ACCOUNTS PAYABLE

8UhYcf XUhYg XYVhk Ug ]bWi ffYX    _____

=g h YWUja gi V YWihc cZgYh8
☒ No
☐ Yes

@Ugh( X][ hg cZUWWci bhibi a VYf    _____

---

**3.23**    Bcbdf]cf]hmWYX]hcfBg`bUa YUbX a U]`b[ `UXXfYgg

ASSOCIATED
INTEGRATED SUPPLY CHAIN SOLUTIONS
DEPT. CH 17469
PALATINE, IL 60055

5g cZh YdYh]h]cb Z] b[ XUhYZh YWUja ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 856.75

6Ug]g zcf h YWUja . ACCOUNTS PAYABLE

8UhYcf XUhYg XYVhk Ug ]bWi ffYX    _____

=g h YWUja gi V YWihc cZgYh8
☒ No
☐ Yes

@Ugh( X][ hg cZUWWci bhibi a VYf    _____

---

**3.24**    Bcbdf]cf]hmWYX]hcfBg`bUa YUbX a U]`b[ `UXXfYgg

ASSOCIATED ELECTRICS
ATTN: LEGAL DEPT.
26021 COMMERCENTRE DR
LAKE FOREST, CA 92630

5g cZh YdYh]h]cb Z] b[ XUhYZh YWUja ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 449,355.11

6Ug]g zcf h YWUja . ACCOUNTS PAYABLE

8UhYcf XUhYg XYVhk Ug ]bWi ffYX    _____

=g h YWUja gi V YWihc cZgYh8
☒ No
☐ Yes

@Ugh( X][ hg cZUWWci bhibi a VYf    _____

---

**3.25**    Bcbdf]cf]hmWYX]hcfBg`bUa YUbX a U]`b[ `UXXfYgg

ASTRO-FLIGHT, INC.

3 WATSON
IRVINE, CA 92618

5g cZh YdYh]h]cb Z] b[ XUhYZh YWUja ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,243.66

6Ug]g zcf h YWUja . ACCOUNTS PAYABLE

8UhYcf XUhYg XYVhk Ug ]bWi ffYX    _____

=g h YWUja gi V YWihc cZgYh8
☒ No
☐ Yes

@Ugh( X][ hg cZUWWci bhibi a VYf    ___ ___ ___ ___

---

**3.26**    Bcbdf]cf]hmWYX]hcfBg`bUa YUbX a U]`b[ `UXXfYgg

AT & T
ATTN: LEGAL DEPT. OR COUNSEL
4331 COMMUNICATIONS DR
DALLAS, TX 75211

5g cZh YdYh]h]cb Z] b[ XUhYZh YWUja ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 166.11

6Ug]g zcf h YWUja . ACCOUNTS PAYABLE

8UhYcf XUhYg XYVhk Ug ]bWi ffYX    _____

=g h YWUja gi V YWihc cZgYh8
☒ No
☐ Yes

@Ugh( X][ hg cZUWWci bhibi a VYf    _____

Debtor  HOBBICO, INC.
        Name

Case number (*if known*) 18-10055 (KG)

| **Part 2:** | **Additional Page** |
|---|---|

7 cdmiἠ ]g·dU[ Y·cb·mἰΖa cfΥ·gdUW·]g·bΥΥXΥX"7 cbi]i bi Υ·bi a VYf]·bἠΥ·]·bΥg·gΥei Ybi]U·mἰΖca ·iἠ Υ dfΥ·]ci g·dU[ Υ"=Ζbc·UXX]hcbU·BCBDF=CF=HMWΥX]hcfg·Yἰ]g·ἠ·iX·bc·hiἂ]``ci·h·cf·gi·Va ]h·iἠ·]g·dU[ Υ"

5a ci bh·c·ZWUa

**3.27**_____ Bcbdf]cf]hm·WΥX]hcfₘ·bUa Y·UbX·a U]'b[·UXXfYgg·

AT &T
ATTN: LEGAL DEPT. OR COUNSEL
4331 COMMUNICATIONS DR
DALLAS, TX 75211

5 g·cZἠ Y·dΥₕ]hcb·Z]'b[·XUₕYₓἠ Y·WΥUa ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,561.23

6 Ug]g·Ζ·f·ἠ Y·WΥUm ₐ . ACCOUNTS PAYABLE

8 UhΥ·cf·XUhΥg·XΥVhik Ug·]bWifffΥX·  _____.

@Ugh[·X][·]hg·cZ·UWWₒ·i bₕbi a VYf·  _____.

=g·ἠ Y·WΥUₐa ·gi V·ΥWh·hc·cZZgΥh8
☒ No
☐ Yes·

**3.28**_____ Bcbdf]cf]hm·WΥX]hcfₘ·bUa Y·UbX·a U]'b[·UXXfYgg·

AT&T
ATTN: LEGAL DEPT. OR COUNSEL
4331 COMMUNICATIONS DR
DALLAS, TX 75211

5 g·cZἠ Y·dΥₕ]hcb·Z]'b[·XUₕYₓἠ Y·WΥUm ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

$ 13,693.27

6 Ug]g·Ζ·f·ἠ Y·WΥUm ₐ . ACCOUNTS PAYABLE

8 UhΥ·cf·XUhΥg·XΥVhik Ug·]bWifffΥX·  _____.

@Ugh[·X][·]hg·cZ·UWWₒ·i bₕbi a VYf·  _____.

=g·ἠ Y·WΥUₐa ·gi V·ΥWh·hc·cZZgΥh8
☒ No
☐ Yes·

**3.29**_____ Bcbdf]cf]hm·WΥX]hcfₘ·bUa Y·UbX·a U]'b[·UXXfYgg·

ATLANTIS TOY AND HOBBY INC.
9 CONNOR LANE UNIT G
DEER PARK, NY 11729

5 g·cZἠ Y·dΥₕ]hcb·Z]'b[·XUₕYₓἠ Y·WΥUm ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

$ 2,370.45

6 Ug]g·Ζ·f·ἠ Y·WΥUm ₐ . ACCOUNTS PAYABLE

8 UhΥ·cf·XUhΥg·XΥVhik Ug·]bWifffΥX·  _____.

@Ugh[·X][·]hg·cZ·UWWₒ·i bₕbi a VYf·  _____.

=g·ἠ Y·WΥUₐa ·gi V·ΥWh·hc·cZZgΥh8
☒ No
☐ Yes·

**3.30**_____ Bcbdf]cf]hm·WΥX]hcfₘ·bUa Y·UbX·a U]'b[·UXXfYgg·

ATLAS BRUSH CO.
480 S. GREEN ROAD UNIT B
SOUTH EUCLID, OH 44121

5 g·cZἠ Y·dΥₕ]hcb·Z]'b[·XUₕYₓἠ Y·WΥUm ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

$ 2,172.60

6 Ug]g·Ζ·f·ἠ Y·WΥUm ₐ . ACCOUNTS PAYABLE

8 UhΥ·cf·XUhΥg·XΥVhik Ug·]bWifffΥX·  _____.

@Ugh[·X][·]hg·cZ·UWWₒ·i bₕbi a VYf·  ___ ___ ___ ___.

=g·ἠ Y·WΥUₐa ·gi V·ΥWh·hc·cZZgΥh8
☒ No
☐ Yes·

**3.31**_____ Bcbdf]cf]hm·WΥX]hcfₘ·bUa Y·UbX·a U]'b[·UXXfYgg·

ATLAS PUTTY PRODUCTS COMPANY
8351 185TH STREET
TINLEY PARK, IL 60487

5 g·cZἠ Y·dΥₕ]hcb·Z]'b[·XUₕYₓἠ Y·WΥUm ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

$ 3,367.84

6 Ug]g·Ζ·f·ἠ Y·WΥUm ₐ . ACCOUNTS PAYABLE

8 UhΥ·cf·XUhΥg·XΥVhik Ug·]bWifffΥX·  _____.

@Ugh[·X][·]hg·cZ·UWWₒ·i bₕbi a VYf·  _____.

=g·ἠ Y·WΥUₐa ·gi V·ΥWh·hc·cZZgΥh8
☒ No
☐ Yes·

GWἰ YXi·`Y·9#.·7fYX]hcfg·K\·c·<Uj·YI bgWΥ·ifYX·7·U]a g

Debtor    HOBBICO, INC.    Case number (*if known*) 18-10055(KG)
          Name

## Part 2:    Additional Page

| 7 cdmih ]g˙dU[˙Y˙cb`mj]Za cfY˙gdUW˙]g˙bYYXYX"7 cbh]bi Y˙bi a VYf]b[˙h Y˙`]bYg˙gYei Ybh]U˙mJfca˙h Y˙dfYj ]ci g˙dU[˙Y"=Zbc˙UXX]h]cbU`BCBDF=CF+HM˙WYX]hcfg˙Yl ]ghXc`bch]Z``˙ci hcf˙gi Va ]hih˙]g˙dU[˙Y" | 5a ci bhic ZWU]a |
|---|---|

### 3.32    Bcbdf]cf]hmiWYX]hcfBg˙bUa Y˙UbX˙a U]`]b[˙UXXfYgg

BACHMANN INDUSTRIES, INC.
P.O. BOX 844533
PHILADELPHIA, PA 19124

5 g˙cZh Y˙dYh]h]cb˙Z]`]b[˙XUhYžh Y˙WUa ]g˙.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g˙Zcf˙h Y˙WUja . ACCOUNTS PAYABLE

$                147,379.35

8 Uh Y˙cf˙XUh Yg˙XYVh˙ik Ug˙]bWifffYX

=g˙h Y˙WUja ˙gi V^YWh˙tc ˙ZgYh8
☒ No
☐ Yes˙

@Ugh( `X][ ]hg˙cZUWWci bhibi a VYf˙

### 3.33    Bcbdf]cf]hmiWYX]hcfBg˙bUa Y˙UbX˙a U]`]b[˙UXXfYgg

BADGER AIRBRUSH CO.
9128 WEST BELMONT AVE
FRANKLIN PARK, IL 60131

5 g˙cZh Y˙dYh]h]cb˙Z]`]b[˙XUhYžh Y˙WUja ˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed˙

6 Ug]g˙Zcf˙h Y˙WUja . ACCOUNTS PAYABLE

$                13,311.95

8 Uh Y˙cf˙XUh Yg˙XYVh˙ik Ug˙]bWifffYX

=g˙h Y˙WUja ˙gi V^YWh˙tc ˙ZgYh8
☒ No
☐ Yes˙

@Ugh( `X][ ]hg˙cZUWWci bhibi a VYf˙

### 3.34    Bcbdf]cf]hmiWYX]hcfBg˙bUa Y˙UbX˙a U]`]b[˙UXXfYgg

BANDAI GUNDAM
3321 EAST LA PALMA AVE
ANAHEIM, CA 92806

5 g˙cZh Y˙dYh]h]cb˙Z]`]b[˙XUhYžh Y˙WUja ˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed˙

6 Ug]g˙Zcf˙h Y˙WUja . ACCOUNTS PAYABLE

$                39,717.65

8 Uh Y˙cf˙XUh Yg˙XYVh˙ik Ug˙]bWifffYX

=g˙h Y˙WUja ˙gi V^YWh˙tc ˙ZgYh8
☒ No
☐ Yes˙

@Ugh( `X][ ]hg˙cZUWWci bhibi a VYf˙

### 3.35    Bcbdf]cf]hmiWYX]hcfBg˙bUa Y˙UbX˙a U]`]b[˙UXXfYgg

BE AMAZING TOYS
120 RESOURCE AVENUE
MT. LAKE PARK, MD 21536

5 g˙cZh Y˙dYh]h]cb˙Z]`]b[˙XUhYžh Y˙WUja ˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed˙

6 Ug]g˙Zcf˙h Y˙WUja . ACCOUNTS PAYABLE

$                4,286.14

8 Uh Y˙cf˙XUh Yg˙XYVh˙ik Ug˙]bWifffYX

=g˙h Y˙WUja ˙gi V^YWh˙tc ˙ZgYh8
☒ No
☐ Yes˙

@Ugh( `X][ ]hg˙cZUWWci bhibi a VYf˙

### 3.36    Bcbdf]cf]hmiWYX]hcfBg˙bUa Y˙UbX˙a U]`]b[˙UXXfYgg

BIG SQUID RC INC.
P.O. BOX 5394
WOODRIDGE, IL 60517

5 g˙cZh Y˙dYh]h]cb˙Z]`]b[˙XUhYžh Y˙WUja ˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed˙

6 Ug]g˙Zcf˙h Y˙WUja . ACCOUNTS PAYABLE

$                1,500.00

8 Uh Y˙cf˙XUh Yg˙XYVh˙ik Ug˙]bWifffYX

=g˙h Y˙WUja ˙gi V^YWh˙tc ˙ZgYh8
☒ No
☐ Yes˙

@Ugh( `X][ ]hg˙cZUWWci bhibi a VYf˙

GW YXi `Y 9#. 7 fYX]hcfg K \ c <Uj Y I bgYWi fYX 7 `U]a g

Debtor _____HOBBICO, INC._____  Case number (*if known*)___18-10055(KG)_____
                    Name

| **Part 2:** | **Additional Page** |

| 7 cdmih ]g dU[ Y cb m]Za cfY gdUW ]g bYYXYX "7 cbh]bi Y bi a VYf]b[ h Y ]bYg gYei Ybh]U mzca h Y dfYj]ci g dU[ Y" =bc UXX]h]cbU BCBDF CF HM WYX hcfg Yl ]gh Xc bchz ``i hcf gi Va ]h h ]g dU[ Y" | 5a ci bhcfWUja |

3.37 _____  Bcbdf]cf]hmWYX]hcfQbUa YUbX a U]`]b[ UXXfYgg                5 g cZ h Y dYh]h]cb z ]b[ XUhYz h Y W`U]a ]g.                                           $ 5,431.85
BISSON CUSTOM MUFFLERS                                                            *Check all that apply.*
9 MOFFAT RD                                                                       ❑ Contingent
MCKELLAR P2A 0B4                                                                  ❑ Unliquidated
CANADA                                                                            ❑ Disputed

                                                                                 6 Ug]g z cf h Y W`U]a . ___ACCOUNTS PAYABLE___
8 Uh Y cf XUh Yg XYVhi Ug ]bW ffYX _____      =g h Y W`U]a gi V^YWh hc cZZgYh8
@Ugh( X][ ]hg cZ UWWci bhi a VYf _____          ☒ No
                                                      ❑ Yes

3.38 _____  Bcbdf]cf]hmWYX]hcfQbUa YUbX a U]`]b[ UXXfYgg                5 g cZ h Y dYh]h]cb z ]b[ XUhYz h Y W`U]a ]g.                                           $ 682.13
BLACKHAWK, INC.                                                                   *Check all that apply.*
930 BLUE GENTIAN ROAD                                                             ❑ Contingent
SUITE #400                                                                        ❑ Unliquidated
EAGAN, MN 55121                                                                   ❑ Disputed

                                                                                 6 Ug]g z cf h Y W`U]a . ___ACCOUNTS PAYABLE___
8 Uh Y cf XUh Yg XYVhi Ug ]bW ffYX _____      =g h Y W`U]a gi V^YWh hc cZZgYh8
@Ugh( X][ ]hg cZ UWWci bhi a VYf _____          ☒ No
                                                      ❑ Yes

3.39 _____  Bcbdf]cf]hmWYX]hcfQbUa YUbX a U]`]b[ UXXfYgg                5 g cZ h Y dYh]h]cb z ]b[ XUhYz h Y W`U]a ]g.                                           $ 21,055.26
BOB DIVELY MODELS                                                                 *Check all that apply.*
WILLIAM STEVICK                                                                   ❑ Contingent
540 HUDSON STREET #102                                                            ❑ Unliquidated
HACKENSACK, NJ 760                                                                ❑ Disputed

                                                                                 6 Ug]g z cf h Y W`U]a . ___ACCOUNTS PAYABLE___
8 Uh Y cf XUh Yg XYVhi Ug ]bW ffYX _____      =g h Y W`U]a gi V^YWh hc cZZgYh8
@Ugh( X][ ]hg cZ UWWci bhi a VYf _____          ☒ No
                                                      ❑ Yes

3.40 _____  Bcbdf]cf]hmWYX]hcfQbUa YUbX a U]`]b[ UXXfYgg                5 g cZ h Y dYh]h]cb z ]b[ XUhYz h Y W`U]a ]g.                                           $ 3,791.50
BONDHUS CORPORATION                                                               *Check all that apply.*
1400 E. BROADWAY                                                                  ❑ Contingent
P.O. BOX 660                                                                      ❑ Unliquidated
MONTICELLO, MN 55362                                                              ❑ Disputed

                                                                                 6 Ug]g z cf h Y W`U]a . ___ACCOUNTS PAYABLE___
8 Uh Y cf XUh Yg XYVhi Ug ]bW ffYX _____      =g h Y W`U]a gi V^YWh hc cZZgYh8
@Ugh( X][ ]hg cZ UWWci bhi a VYf ___ ___ ___ ___      ☒ No
                                                      ❑ Yes

3.41 _____  Bcbdf]cf]hmWYX]hcfQbUa YUbX a U]`]b[ UXXfYgg                5 g cZ h Y dYh]h]cb z ]b[ XUhYz h Y W`U]a ]g.                                           $ 521.00
BOUNTY HUNTER METAL DETECTORS                                                     *Check all that apply.*
FIRST TEXAS PRODUCTS                                                              ❑ Contingent
1465-H HENRY BRENNAN DRIVE                                                        ❑ Unliquidated
EL PASO, TX 79936                                                                 ❑ Disputed

                                                                                 6 Ug]g z cf h Y W`U]a . ___ACCOUNTS PAYABLE___
8 Uh Y cf XUh Yg XYVhi Ug ]bW ffYX _____      =g h Y W`U]a gi V^YWh hc cZZgYh8
@Ugh( X][ ]hg cZ UWWci bhi a VYf _____          ☒ No
                                                      ❑ Yes

GW YXi `Y 9#.  7 fYX]hcfg K c <Uj Y I bgYWi fYX 7 `U]a g

Debtor    HOBBICO, INC.
          Name
Case number (*if known*) 18-10055(KG)

## Part 2:   Additional Page

| Copy this page only as necessary. Continue numbering the lines sequentially from the previous page. (Identify creditors on lines 3.1–3.___ of your list of creditors.) | | Amount of claim |
|---|---|---|

**3.42** Nonpriority creditor's name and mailing address

BRICTEK BUILDING BLOCKS
HANSER FULFILLMENT
3015 KUSTOM DRIVE
HEBRON, KY 41048

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 547.39

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

BUCKEYE BUSINESS PRODUCTS, INC.
BOX 92340
CLEVELAND, OH 44114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 1,501.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

BUFFALO GAMES, INC.
220 JAMES E. CASEY DRIVE
BUFFALO, NY 14206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 1,110.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

BUREAU VERITAS CONSUMER PRODUCTS
SERVICES, INC.
14624 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 892.50

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

BYRON ORIGINALS, INC.
P.O. BOX 279
IDA GROVE, IA 51445

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 21,102.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Debtor HOBBICO, INC. _____   Case number (*if known*) 18-10055(KG)
_____
Name

| Part 2: | Additional Page |
|---|---|

7 cdmi� ]g˙dUॢ Y˙cb˙mˌ]Za cfY˙gdUW˙ॢ]g˙bYYXYX˙"7 cbॢ]bi Y˙bi a ˙bYf˙b[ ˙ॱ Y˙`]bYg˙gYei YbॢU˙mˌ˙ca ˙ॱ Y˙dfYj˙]ci g˙dUॢ Y˙"=bc˙UXX�)॒]cbU˙BCBDF॒CF॒HI˙WॱYX˙cfg˙YI ˙]gॱ˙]Xc˙bcॱ॒ॱ`˙i ॱcf˙gi Va ˌॱॱ ˙]g˙dUॢ Y˙"

5a ci bॱॱicˌZWॢUॢa

---

**3.47** _____   Bcbdf]cf]ॱmiWॢYXॢॱhcfॢॿg˙bUa Y˙UbX˙a Uॢ]b˙ UXXfYgg˙

C.H. ROBINSON
16500 103RD ST
LEMONT, IL 60439

5 g˙cZॱ Y˙dYॱॱ]ॱॱ]cb˙Zॢ]ॢॱb[ ˙XUॱॱॿॻॱ Y˙WUॢa ॢ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

6 Ug]g˙ॱ॒cfॱॱ Y˙WॱUॢa ˙. ACCOUNTS PAYABLE _____ ˙

8 Uॱॱ Y˙cf˙XUॱॱYg˙XYॱॱbॱॱॱik Ug˙]bWॱi ffYX˙ _____ ˙

@Ughॢॱॱ˙X]ॢ[ ॢ]hg˙cZॢॱ॒WWॱ॒ॱॱi bॱॱbi a VYf˙ _____ ˙

˙g˙ॱॱ Y˙WॱUॢa ˙gi VॢॻYWॢॱॱॱॱ˙c˙ZॢॱZgYॢ8
☒ No
❑ Yes˙

$21,782.15

---

**3.48** _____   Bcbdf]cf]ॱmiWॢॱhcfॱॿॱg˙bUa Y˙UbX˙a Uॢ]b˙ UXXfYgg˙

CAIMAN DISTRIBUTION LLC
625 N. 12TH STREET
ST. CHARLES, IL 60174

5 g˙cZॱ Y˙dॱॱ]ॱॱ]cb˙Zॢ]ॢॱb[ ˙XUॱॱॿॻॱ Y˙WUॢa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

6 Ug]g˙ॱ॒cfॱॱ Y˙WॱUॢa ˙. ACCOUNTS PAYABLE _____ ˙

8 Uॱॱ Y˙cf˙XUॱॱYg˙XYॱॱbॱॱॱik Ug˙]bWॱi ffYX˙ _____ ˙

@Ughॢॱॱ˙X]ॢ[ ॢ]hg˙cZॢॱ॒WWॱ॒ॱॱi bॱॱbi a VYf˙ _____ ˙

˙g˙ॱॱ Y˙WॱUॢa ˙gi VॢॻYWॢॱॱॱॱ˙c˙ZॢॱZgYॢ8
☒ No
❑ Yes˙

$11,061.71

---

**3.49** _____   Bcbdf]cf]ॱmiWॢॱhcfॱॿॱg˙bUa Y˙UbX˙a Uॢ]b˙ UXXfYgg˙

CALL ONE, INC.
8810 ASTRONAUT BLVD.
CAPE CANAVERAL, FL 32920

5 g˙cZॱ Y˙dYॱॱ]ॱॱ]cb˙Zॢ]ॢॱb[ ˙XUॱॱॿॻॱ Y˙WUॢa ॢ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

6 Ug]g˙ॱ॒cfॱॱ Y˙WॱUॢa ˙. ACCOUNTS PAYABLE _____ ˙

8 Uॱॱ Y˙cf˙XUॱॱYg˙XYॱॱbॱॱॱik Ug˙]bWॱi ffYX˙ _____ ˙

@Ughॢॱॱ˙X]ॢ[ ॢ]hg˙cZॢॱ॒WWॱ॒ॱॱi bॱॱbi a VYf˙ _____ ˙

˙g˙ॱ॒Y˙WॱUॢa ˙gi VॢॻYWॢॱॱॱॱ˙c˙ZॢॱZgYॢ8
☒ No
❑ Yes˙

$226.26

---

**3.50** _____   Bcbdf]cf]ॱmiWॢॱhcfॱॿॱg˙bUa Y˙UbX˙a Uॢ]b˙ UXXfYgg˙

CAPITAL ONE COMMERCIAL

5 g˙cZॱ Y˙dYॱॱ]ॱॱ]cb˙Zॢ]ॢॱb[ ˙XUॱॱॿॻॱ Y˙WUॢa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

6 Ug]g˙ॱ॒cfॱॱ Y˙WॱUॢa ˙. ACCOUNTS PAYABLE _____ ˙

8 Uॱॱ Y˙cf˙XUॱॱYg˙XYॱॱbॱॱॱik Ug˙]bWॱi ffYX˙ _____ ˙

@Ughॢॱॱ˙X]ॢ[ ॢ]hg˙cZॢॱ॒WWॱ॒ॱॱi bॱॱbi a VYf˙ ___ ___ ___ ___ ˙

˙g˙ॱ॒Y˙WॱUॢa ˙gi VॢॻYWॢॱॱॱॱ˙c˙ZॢॱZgYॢ8
☒ No
❑ Yes˙

$670.58

---

**3.51** _____   Bcbdf]cf]ॱmiWॢॱhcfॱॿॱg˙bUa Y˙UbX˙a Uॢ]b˙ UXXfYgg˙

CASTLE CREATIONS INC.
540 N. ROGERS RD.
OLATHE, KS 66062

5 g˙cZॱ Y˙dYॱॱ]ॱॱ]cb˙Zॢ]ॢॱb[ ˙XUॱॱॿॻॱ Y˙WUॢa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

6 Ug]g˙ॱ॒cfॱॱ Y˙WॱUॢa ˙. ACCOUNTS PAYABLE _____ ˙

8 Uॱॱ Y˙cf˙XUॱॱYg˙XYॱॱbॱॱॱik Ug˙]bWॱi ffYX˙ _____ ˙

@Ughॢॱॱ˙X]ॢ[ ॢ]hg˙cZॢॱ॒WWॱ॒ॱॱi bॱॱbi a VYf˙ _____ ˙

˙g˙ॱ॒Y˙WॱUॢa ˙gi VॢॻYWॢॱॱॱॱ˙c˙ZॢॱZgYॢ8
☒ No
❑ Yes˙

$114,902.83

---

Debtor  HOBBICO, INC. _____  Case number (*if known*) 18-10055(KG)
_____
Name

| **Part 2:** | **Additional Page** |
|---|---|

7 cdmi\ ]g·dU[ Y·cb·m]Za cfY·gdUW·]g·bYYXYX. 7 cbh]bi Y·bi a·VYf]b[ ·h Y·]bYg·gYei Ybh]U`m` Zca ·h Y dfYj]ci g·dU[ Y. =Zbc ·UXX]h]cbU` BCBDF=CF+HM W]YXhcfg·YI ]g h Xc bchZ]`` ci h cf·gi Va ]h h ]g·dU[ Y.

5a ci bhcfZWUa

---

3.52 ____ Bcbdf]cf]hmWYX]hcfg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

CDW DIRECT, LLC

P.O. BOX 75723
CHICAGO, IL 60606

5g·cZh Y·dYh]h]cb·Z]`]b[ ·XUhYzh Y·W`U]a ·]g.
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6Ug]g·Zcf·h Y·W`U]a . ACCOUNTS PAYABLE

8Uh Y·cf·XUhYg·XYVh h Ug·]bWi ffYX  _____

@Ugh( ·X][ ]hg·cZ·UWWci bh·bi a VYf·  _____

=g·h Y·W`U]a ·gi VhYWh·hc·cZZgYh8
☒ No
☐ Yes

$ 43.85

---

3.53 ____ Bcbdf]cf]hmWYX]hcfg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

CENTRAL IL TRANSPORTATION INC.
1151-1499 E BROOKMONT BLVD
KANKAKEE, IL 60901

5g·cZh Y·dYh]h]cb·Z]`]b[ ·XUhYzh Y·W`U]a ·]g.
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6Ug]g·Zcf·h Y·W`U]a . ACCOUNTS PAYABLE

8Uh Y·cf·XUhYg·XYVh h Ug·]bWi ffYX  _____

@Ugh( ·X][ ]hg·cZ·UWWci bh·bi a VYf·  _____

=g·h Y·W`U]a ·gi VhYWh·hc·cZZgYh8
☒ No
☐ Yes

$ 4,615.19

---

3.54 ____ Bcbdf]cf]hmWYX]hcfg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

CGM ENTERPRISES (JET GLUE)
P.O. BOX 633
DEERFIELD, IL 60015

5g·cZh Y·dYh]h]cb·Z]`]b[ ·XUhYzh Y·W`U]a ·]g.
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6Ug]g·Zcf·h Y·W`U]a . ACCOUNTS PAYABLE

8Uh Y·cf·XUhYg·XYVh h Ug·]bWi ffYX  _____

@Ugh( ·X][ ]hg·cZ·UWWci bh·bi a VYf·  _____

=g·h Y·W`U]a ·gi VhYWh·hc·cZZgYh8
☒ No
☐ Yes

$ 2,596.21

---

3.55 ____ Bcbdf]cf]hmWYX]hcfg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

CHRYSTAL BEAURONE AND DANIEL BEAURONE

5g·cZh Y·dYh]h]cb·Z]`]b[ ·XUhYzh Y·W`U]a ·]g.
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

6Ug]g·Zcf·h Y·W`U]a . LITIGATION

8Uh Y·cf·XUhYg·XYVh h Ug·]bWi ffYX  _____

@Ugh( ·X][ ]hg·cZ·UWWci bh·bi a VYf·  ___ ___ ___ ___

=g·h Y·W`U]a ·gi VhYWh·hc·cZZgYh8
☒ No
☐ Yes

$ _____

---

3.56 ____ Bcbdf]cf]hmWYX]hcfg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

CONLEY PRECISION
1961 LOU ANN DRIVE
NEW BRAUNFELS, TX 78130

5g·cZh Y·dYh]h]cb·Z]`]b[ ·XUhYzh Y·W`U]a ·]g.
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6Ug]g·Zcf·h Y·W`U]a . ACCOUNTS PAYABLE

8Uh Y·cf·XUhYg·XYVh h Ug·]bWi ffYX  _____

@Ugh( ·X][ ]hg·cZ·UWWci bh·bi a VYf·  _____

=g·h Y·W`U]a ·gi VhYWh·hc·cZZgYh8
☒ No
☐ Yes

$ 954.97

Debtor   HOBBICO, INC._____   Case number (*if known*)___18-10055(KG)_____
         Name

---

| **Part 2:** | **Additional Page** |

| 7 cdmi\ ]g˙dU[ Y˙cb˙mjZa cfY˙gdUW˙]g˙bYYXYX" 7 cbh]bi Y˙bi a VYf]b[ ˙\ Y˙]bYg˙gYei Ybh]U˙m˙zca ˙\ Y˙ dfYj ]ci g˙dU[ Y" Zbc˙UXX]h]cbU˙BCBDF÷CF÷HM˙WYX]hcfg˙Yl ]ghXc˙bch]Z˙``ci \cf˙gi Va ]h\ ]g˙dU[ Y" | **5a ci bhicZWUa** |

**3.57____  Bcbdf]cf]hmWYX]hcfˀg˙bUa Y˙UbX˙a U]˙]b[ ˙UXXfYgg**

CONSTELLATION NEWENERGY
ATTN: LEGAL DEPT. OR COUNSEL
550 W. WASHINGTON ST
SUITE 300
CHICAGO, IL 60661

**5 g˙cZ\ Y˙dYh]h]cb˙zj]b[ ˙XUh�ㆃY˙WUa ˙]g.**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**6 Ug]g˙z˙f˙\ Y˙WUa ]a . **___ACCOUNTS PAYABLE_____

$_____ 19,132.75

**8 UhˀY˙cf˙XUhˀYg˙XYVh˙k Ug˙]bWi ffYX**  _____ .

**@Ugh( ˀX][ ]hg˙cZUWWci bh˙bi a VYf˙**  _____ .

**=g˙h\ Y˙WUa ˙g˙gi V˖YWh˙c˙zZgYh8**
☒ No
❑ Yes˙

---

**3.58____  Bcbdf]cf]hmWYX]hcfˀg˙bUa Y˙UbX˙a U]˙]b[ ˙UXXfYgg**

CON-WAY CENTRAL EXPRESS
135 S. LASALLE
DEPT. 2493
CHICAGO, IL 60674

**5 g˙cZ\ Y˙dYh]h]cb˙zj]b[ ˙XUhㆃY˙WUa ˙]g.**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

**6 Ug]g˙z˙f˙\ Y˙WUa ]a . **___ACCOUNTS PAYABLE_____

$_____ 172.75

**8 UhˀY˙cf˙XUhˀYg˙XYVh˙k Ug˙]bWi ffYX**  _____ .

**@Ugh( ˀX][ ]hg˙cZUWWci bh˙bi a VYf˙**  _____ .

**=g˙h\ Y˙WUa ˙gi V˖YWh˙c˙zZgYh8**
☒ No
❑ Yes˙

---

**3.59____  Bcbdf]cf]hmWYX]hcfˀg˙bUa Y˙UbX˙a U]˙]b[ ˙UXXfYgg**

COOLER STUFF CO. LIMITED
GANGKOU INDUSTRIAL ZONE
3RD FLOOR YANPING BUILDING MID LAIMEI ROAD
CHENGHAI DISTRICT
SHANTOU CITY
CHINA

**5 g˙cZ\ Y˙dYh]h]cb˙zj]b[ ˙XUhㆃY˙WUa ˙]g.**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

**6 Ug]g˙z˙f˙\ Y˙WUa ]a . **___ACCOUNTS PAYABLE_____

$_____ 36,090.36

**8 UhˀY˙cf˙XUhˀYg˙XYVh˙k Ug˙]bWi ffYX**  _____ .

**@Ugh( ˀX][ ]hg˙cZUWWci bh˙bi a VYf˙**  _____ .

**=g˙h\ Y˙WUa ˙gi V˖YWh˙c˙zZgYh8**
☒ No
❑ Yes˙

---

**3.60____  Bcbdf]cf]hmWYX]hcfˀg˙bUa Y˙UbX˙a U]˙]b[ ˙UXXfYgg**

COX ELECTRIC MOTOR SERVICE, INC.
1409 TRIUMPH DR
URBANA, IL 61802

**5 g˙cZ\ Y˙dYh]h]cb˙zj]b[ ˙XUhㆃY˙WUa ˙]g.**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

**6 Ug]g˙z˙f˙\ Y˙WUa ]a . **___ACCOUNTS PAYABLE_____

$_____ 108.58

**8 UhˀY˙cf˙XUhˀYg˙XYVh˙k Ug˙]bWi ffYX**  _____ .

**@Ugh( ˀX][ ]hg˙cZUWWci bh˙bi a VYf˙**  ___ ___ ___ ___ .

**=g˙h\ Y˙WUa ˙gi V˖YWh˙c˙zZgYh8**
☒ No
❑ Yes˙

---

**3.61____  Bcbdf]cf]hmWYX]hcfˀg˙bUa Y˙UbX˙a U]˙]b[ ˙UXXfYgg**

CREATIVE TOY COMPANY
4600 CROSSROADS PARK DR.
LIVERPOOL, NY 13088

**5 g˙cZ\ Y˙dYh]h]cb˙zj]b[ ˙XUhㆃY˙WUa ˙]g.**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

**6 Ug]g˙z˙f˙\ Y˙WUa ]a . **___ACCOUNTS PAYABLE_____

$_____ 2,404.76

**8 UhˀY˙cf˙XUhˀYg˙XYVh˙k Ug˙]bWi ffYX**  _____ .

**@Ugh( ˀX][ ]hg˙cZUWWci bh˙bi a VYf˙**  _____ .

**=g˙h\ Y˙WUa ˙gi V˖YWh˙c˙zZgYh8**
☒ No
❑ Yes˙

---

Debtor    HOBBICO, INC. _____    Case number (*if known*) 18-10055(KG) _____
          Name

| **Part 2:** | **Additional Page** |
|---|---|

7 cdmiħ ]g·dU[ Y·cb`m]Za cfY·gdUW` ]g·bYYXYX"7 cbħ]bi Y·bi a VYf]b[ ·ħ Y`]bYg·gYei Ybħ]U`mZca ·ħ Y dfYj ]ci g·dU[ Y"=Zbc·UXX]ħ]cbU`BCBDF=CF+HMWYX]hcfg·Yl ]ghXc`bchi[`·i hcf·gi Va ]ħħ ]g·dU[ Y"

**5a ci bhcZWUJa**

| | |
|---|---|
| 3.62 ____  Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg· | 5 g·cZħ Y·dYħ]ħcb·Z]`]b[ ·XUħYžħ Y·WUJa ·]g. *Check all that apply.* |
| CREATIVITY FOR KIDS | ☐ Contingent |
| C/O FABER-CASTELL | ☐ Unliquidated |
| 9450 ALLEN DRIVE | ☐ Disputed |
| CLEVELAND, OH 44125 | |
| | **$ 473.60** |
| | 6 Ug]g·zcf·ħ Y·WUJa . ACCOUNTS PAYABLE |
| 8 UħY·cf·XUħYg·XYVħ·k Ug·]bWi ffYX· _____ | =g·ħ Y·WUJa ·]g ·gi V^YWħ·hc·c ZZgYħ8 |
| @Ugħ( `X][ ]hg·cZUWW ci bħ·bi a VYf· _____ | ☒ No ☐ Yes· |

| 3.63 ____  Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg· | 5 g·cZħ Y·dYħ]ħcb·Z]`]b[ ·XUħYžħ Y·WUJa ·]g. *Check all that apply.* |
|---|---|
| CUSTOM WORKS RC ***DISC** | ☐ Contingent |
| 760-B CROSSPOINT DRIVE | ☐ Unliquidated |
| DENVER, NC 28037 | ☐ Disputed· |
| | **$ 3,415.81** |
| | 6 Ug]g·zcf·ħ Y·WUJa . ACCOUNTS PAYABLE |
| 8 UħY·cf·XUħYg·XYVħ·k Ug·]bWi ffYX· _____ | =g·ħ Y·WUJa ·]g ·gi V^YWħ·hc·c ZZgYħ8 |
| @Ugħ( `X][ ]hg·cZUWW ci bħ·bi a VYf· _____ | ☒ No ☐ Yes· |

| 3.64 ____  Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg· | 5 g·cZħ Y·dYħ]ħcb·Z]`]b[ ·XUħYžħ Y·WUJa ·]g. *Check all that apply.* |
|---|---|
| CYS MODEL TECHNOLOGY CO. LTD. | ☐ Contingent |
| NO. 3, XIAKENG GONGYE 1ST. | ☐ Unliquidated |
| CHANGPING TOWN, DONGGUAN CITY 523575 | ☐ Disputed· |
| CHINA | |
| | **$ 10,883.75** |
| | 6 Ug]g·zcf·ħ Y·WUJa . ACCOUNTS PAYABLE |
| 8 UħY·cf·XUħYg·XYVħ·k Ug·]bWi ffYX· _____ | =g·ħ Y·WUJa ·]g ·gi V^YWħ·hc·c ZZgYħ8 |
| @Ugħ( `X][ ]hg·cZUWW ci bħ·bi a VYf· _____ | ☒ No ☐ Yes· |

| 3.65 ____  Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg· | 5 g·cZħ Y·dYħ]ħcb·Z]`]b[ ·XUħYžħ Y·WUJa ·]g. *Check all that apply.* |
|---|---|
| DARON WORLDWIDE TRADING INC. | ☐ Contingent |
| 24 STEWART PLACE UNIT 4 | ☐ Unliquidated |
| FAIRFIELD, NJ 7004 | ☐ Disputed· |
| | **$ 6,550.80** |
| | 6 Ug]g·zcf·ħ Y·WUJa . ACCOUNTS PAYABLE |
| 8 UħY·cf·XUħYg·XYVħ·k Ug·]bWi ffYX· _____ | =g·ħ Y·WUJa ·]g ·gi V^YWħ·hc·c ZZgYħ8 |
| @Ugħ( `X][ ]hg·cZUWW ci bħ·bi a VYf· ___ ___ ___ ___ | ☒ No ☐ Yes· |

| 3.66 ____  Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg· | 5 g·cZħ Y·dYħ]ħcb·Z]`]b[ ·XUħYžħ Y·WUJa ·]g. *Check all that apply.* |
|---|---|
| DAVE BROWN PRODUCTS | ☐ Contingent |
| 4560 LAYHIGH ROAD | ☐ Unliquidated |
| HAMILTON, OH 45013 | ☐ Disputed· |
| | **$ 3,623.44** |
| | 6 Ug]g·zcf·ħ Y·WUJa . ACCOUNTS PAYABLE |
| 8 UħY·cf·XUħYg·XYVħ·k Ug·]bWi ffYX· _____ | =g·ħ Y·WUJa ·]g ·gi V^YWħ·hc·c ZZgYħ8 |
| @Ugħ( `X][ ]hg·cZUWW ci bħ·bi a VYf· _____ | ☒ No ☐ Yes· |

Debtor ___HOBBICO, INC._____  Case number (*if known*)___18-10055(KG)_____
Name

| Part 2: | Additional Page |

7 cdmiA `]g`dU[ Y`cb`m]Za cfY`gdUW`Y`]g`bYYXYX"7 cbl]bi Y`bi a VYf]b[ `lA Y`]bYg`gYei Ybl]U`mZ`ca `l Y` dfY[]ci g`dU[ Y"=Zbc`UXX]l]cbU`BCBDF=CFㅋMWYX]cfg`Yl `ghㅋXc`bchㅋ``ci hcf`gi Va ]hiA `]g`dU[ Y"

5a ci bhcZ`WUa

3.67_____ Bcbdf]cf]hm`WYX]hcfRg`bUa Y`UbX`a U]`]b[ `UXXfYgg

DAVIS ELECTRIC, INC.

P.O. BOX 17231
URBANA, IL 61803

5 g`cZ`l Y`dYl]l]cb`Z]`]b[ `XUhYㅋl Y`WUa `]g. *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 186.00

6 Ug]g`ㅋf`l Y`WUa . __ACCOUNTS PAYABLE__

8 UhY`cf`XUhYg`XYVhik Ug`]bW`ffYX _____.  =g`l Y`WUa `gi V^YWh`ic`Z`gYl8
❌ No
❑ Yes

@Ugh(`X][ ]hg`cZ`UWW`i blhbi a VYf _____.

---

3.68_____ Bcbdf]cf]hm`WYX]hcfRg`bUa Y`UbX`a U]`]b[ `UXXfYgg

DAVIS MODEL PRODUCTS
929 SEQUOIA STREET
MICCO, FL 32976

5 g`cZ`l Y`dYl]l]cb`Z]`]b[ `XUhYㅋl Y`WUa `]g. *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 26.88

6 Ug]g`ㅋf`l Y`WUa . __ACCOUNTS PAYABLE__

8 UhY`cf`XUhYg`XYVhik Ug`]bW`ffYX _____.  =g`l Y`WUa `gi V^YWh`ic`Z`gYl8
❌ No
❑ Yes

@Ugh(`X][ ]hg`cZ`UWW`i blhbi a VYf _____.

---

3.69_____ Bcbdf]cf]hm`WYX]hcfRg`bUa Y`UbX`a U]`]b[ `UXXfYgg

DAYTON FREIGHT LINES
P.O. BOX 340
VANDALIA, OH 45377

5 g`cZ`l Y`dYl]l]cb`Z]`]b[ `XUhYㅋl Y`WUa `]g. *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 133.91

6 Ug]g`ㅋf`l Y`WUa . __ACCOUNTS PAYABLE__

8 UhY`cf`XUhYg`XYVhik Ug`]bW`ffYX _____.  =g`l Y`WUa `gi V^YWh`ic`Z`gYl8
❌ No
❑ Yes

@Ugh(`X][ ]hg`cZ`UWW`i blhbi a VYf _____.

---

3.70_____ Bcbdf]cf]hm`WYX]hcfRg`bUa Y`UbX`a U]`]b[ `UXXfYgg

DE RACING
235 TRADE STREET
SAN MARCOS, CA 92078

5 g`cZ`l Y`dYl]l]cb`Z]`]b[ `XUhYㅋl Y`WUa `]g. *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 23,192.53

6 Ug]g`ㅋf`l Y`WUa . __ACCOUNTS PAYABLE__

8 UhY`cf`XUhYg`XYVhik Ug`]bW`ffYX _____.  =g`l Y`WUa `gi V^YWh`ic`Z`gYl8
❌ No
❑ Yes

@Ugh(`X][ ]hg`cZ`UWW`i blhbi a VYf ___ ___ ___ ___.

---

3.71_____ Bcbdf]cf]hm`WYX]hcfRg`bUa Y`UbX`a U]`]b[ `UXXfYgg

DEANS CORPORATION
10875 PORTAL DRIVE
LOS ALAMITOS, CA 90720

5 g`cZ`l Y`dYl]l]cb`Z]`]b[ `XUhYㅋl Y`WUa `]g. *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 6,692.16

6 Ug]g`ㅋf`l Y`WUa . __ACCOUNTS PAYABLE__

8 UhY`cf`XUhYg`XYVhik Ug`]bW`ffYX _____.  =g`l Y`WUa `gi V^YWh`ic`Z`gYl8
❌ No
❑ Yes

@Ugh(`X][ ]hg`cZ`UWW`i blhbi a VYf _____.

Debtor  HOBBICO, INC.                                        Case number (*if known*)  18-10055(KG)
        Name

| Part 2: | Additional Page |

7 cdmiʌ ]gˊdUʃ Yˋcbˊmˋ]Za cfˊgdUY˔]gˋbYYXYX"7 cbhˋjbi Yˊbi a VYˊ]bˋˋʌ Yˋʃ]bYgˊgYei YbhˋUˊmˋˊca ˊiʌ Yˊ dfY˖]ci gˊdUˊ Yˊ=ZbcˊUXXˊHˊjcbUˊBCBDFˊCFˊHMˋWˊYXˊhcfgˊYˌˊgʌˊXcˊbchiZ̄ˋˋˊciˊhcfˊgiˊVaˊ]hiʌ ]gˊdUˊ Y"

5a ci bhcZˊWˊUˊja

---

**3.72**   Bcbdf]cf]hmiWˊYX]hcfRg˖bUa YˊUbXˊaʃ]bˋˊUXXfYgg

DEAN'S SUPERIOR BLUEPRINT, INC.
404 EAST UNIVERSITY AVE.
CHAMPAIGN, IL 61820

5ˊgˊcZʌ YˊdYˊh]jˊcbˊ̄ʃ]bˊˊXUˊhYẕˊʌ YˊWˊUˊja ˊ]gˊ.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$                                                23.00

6ˊUg]g˖zˊcfˊʌ YˊWˊUˊja . ___ACCOUNTS PAYABLE___ .

8ˊUhYˊcfˊXUhYˊgˊXYVhˊik Ugˊ]bˊWˊffYXˊ  _____ .

@ˊUghˊˋˊX]ʃˊˋˊ]hgˊcZˊUWˊWˊcˊi bhˋbi a VYfˊ  _____ .

=gˊh\ YˊWˊUˊja ˊgi VˊˊYWˊh\hcˊcˊZˊgYhˊ8
☒ No
❑ Yes˙

---

**3.73**   Bcbdf]cf]hmiWˊYX]hcfRg˖bUa YˊUbXˊaʃ]bˋˊUXXfYgg

DEPKE
P.O. BOX 967
DANVILLE, IL 61834-0967

5ˊgˊcZʌ YˊdYˊh]jˊcbˊ̄ʃ]bˊˊXUˊhYẕˊʌ YˊWˊUˊja ˊ]gˊ.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$                                                16.51

6ˊUg]g˖zˊcfˊʌ YˊWˊUˊja . ___ACCOUNTS PAYABLE___ .

8ˊUhYˊcfˊXUhYˊgˊXYVhˊik Ugˊ]bˊWˊffYXˊ  _____ .

@ˊUghˊˋˊX]ʃˊˋˊ]hgˊcZˊUWˊWˊcˊi bhˋbi a VYfˊ  _____ .

=gˊh\ YˊWˊUˊja ˊgi VˊˊYWˊhˋhcˊcˊZˊgYhˊ8
☒ No
❑ Yes˙

---

**3.74**   Bcbdf]cf]hmiWˊYX]hcfRg˖bUa YˊUbXˊaʃ]bˋˊUXXfYgg

DHL AIRWAYS INC
P.O. BOX 78016
PHOENIX, AZ 85062

5ˊgˊcZʌ YˊdYˊh]jˊcbˊ̄ʃ]bˊˊXUˊhYẕˊʌ YˊWˊUˊja ˊ]gˊ.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$                                                96.19

6ˊUg]g˖zˊcfˊʌ YˊWˊUˊja . ___ACCOUNTS PAYABLE___ .

8ˊUhYˊcfˊXUhYˊgˊXYVhˊik Ugˊ]bˊWˊffYXˊ  _____ .

@ˊUghˊˋˊX]ʃˊˋˊ]hgˊcZˊUWˊWˊcˊi bhˋbi a VYfˊ  _____ .

=gˊhˋYˊWˊWˊUˊja ˊgi VˊˊYWˊhˋhcˊcˊZˊgYhˊ8
☒ No
❑ Yes˙

---

**3.75**   Bcbdf]cf]hmiWˊYX]hcfRg˖bUa YˊUbXˊaʃ]bˋˊUXXfYgg

DIGI-KEY CORPORATION
701 BROOKS AVENUE SOUTH
P.O. BOX 677
THIEF RIVER FALS, MN 56701

5ˊgˊcZʌ YˊdYˊh]jˊcbˊ̄ʃ]bˊˊXUˊhYẕˊʌ YˊWˊUˊja ˊ]gˊ.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$                                                83.35

6ˊUg]g˖zˊcfˊʌ YˊWˊUˊja . ___ACCOUNTS PAYABLE___ .

8ˊUhYˊcfˊXUhYˊgˊXYVhˊik Ugˊ]bˊWˊffYXˊ  _____ .

@ˊUghˊˋˊX]ʃˊˋˊ]hgˊcZˊUWˊWˊcˊi bhˋbi a VYfˊ  ___ ___ ___ ___ .

=gˊhˋYˊWˊUˊja ˊgi VˊˊYWˊhˋhcˊcˊZˊgYhˊ8
☒ No
❑ Yes˙

---

**3.76**   Bcbdf]cf]hmiWˊYX]hcfRg˖bUa YˊUbXˊaʃ]bˋˊUXXfYgg

DIGITAL COPY SYSTEMS
1619 W ALTORFER DR
PEORIA, IL 61615

5ˊgˊcZʌ YˊdYˊh]jˊcbˊ̄ʃ]bˊˊXUˊhYẕˊʌ YˊWˊUˊja ˊ]gˊ.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$                                               353.97

6ˊUg]g˖zˊcfˊʌ YˊWˊUˊja . ___ACCOUNTS PAYABLE___ .

8ˊUhYˊcfˊXUhYˊgˊXYVhˊik Ugˊ]bˊWˊffYXˊ  _____ .

@ˊUghˊˋˊX]ʃˊˋˊ]hgˊcZˊUWˊWˊcˊi bhˋbi a VYfˊ  _____ .

=gˊhˋYˊWˊUˊja ˊgi VˊˊYWˊhˋhcˊcˊZˊgYhˊ8
☒ No
❑ Yes˙

---

Debtor    HOBBICO, INC.    Case number (*if known*) 18-10055(KG)

Name

---

| **Part 2:** | **Additional Page** |

7 cdmiↀ ]g˙dUↀ Y˙cb˙mↄZa cfY˙gdUↀW˙]g˙bYYXYX"7 cbↀj]bi Y˙bi a VYↄ]bↀ ˙ↀ Y˙`]bYg˙gYei YbↀↀU˙mↄca ˙ↀ Y˙ dfYↄ]ci g˙dUↀ Y"ↄZbc˙UXX]ↀↀcbU˙BCBDFↄCF↕HM˙WↄYX]ↀcfg˙YↀↄghↄXc˙bchↄↄ``ci ↀcf˙gi Va ]ↀↀ ]g˙dUↀ Y"

5a ci bↀcↄZↀWↀUↀa

---

**3.77**    Bcbdf]cf]ↀmↀWↀYX]ↀcfↀ Rg˙bUa Y˙UbX˙a Uↀ]ↀb˙ ˙UXXfYgg˙

DIMENSIONS DIV. OF EK SUCCESS
24485 NETWORK PLACE
CHICAGO, IL 60673

5 g˙cZↀ Y˙dↀYↀ]ↀ]cb˙Zↄ]ↀb˙ ˙XUↀↀYↄↀ Y˙WↀU]a ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 2,417.18

6 Ug]g˙Zↄcf˙ↀ Y˙WↀU]a . ACCOUNTS PAYABLE

8 Uↀↀ˙cf˙XUↀↀYg˙XYVↀↀik Ug˙]bↀ ffↀX˙    _____ .

@Ugh(˙X][ ]hg˙cZↀUↀↀ t˙i bↀbi a VYↄ˙    _____ .

=g˙ↀ Y˙WↀU]a ˙gi V˙YↀWↀih c˙cↄↀZↄgYↀↀ8
☒ No
❑ Yes˙

---

**3.78**    Bcbdf]cf]ↀmↀWↀYX]ↀcfↀ Rg˙bUa Y˙UbX˙a Uↀ]ↀb˙ ˙UXXfYgg˙

DONEGAN OPTICAL COMPANY
15549 WEST 108TH STREET
P.O. BOX 14308
LENEXA, KS 66285

5 g˙cZↀ Y˙dↀYↀ]ↀ]cb˙Zↄ]ↀb˙ ˙XUↀↀYↄↀ Y˙WↀU]a ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$ 4,407.19

6 Ug]g˙Zↄcf˙ↀ Y˙WↀU]a . ACCOUNTS PAYABLE

8 Uↀↀ˙cf˙XUↀↀYg˙XYVↀↀik Ug˙]bↀ ffↀX˙    _____ .

@Ugh(˙X][ ]hg˙cZↀUↀↀ t˙i bↀbi a VYↄ˙    _____ .

=g˙ↀ Y˙WↀU]a ˙gi V˙YↀWↀih c˙cↄↀZↄgYↀↀ8
☒ No
❑ Yes˙

---

**3.79**    Bcbdf]cf]ↀmↀWↀYX]ↀcfↀ Rg˙bUa Y˙UbX˙a Uↀ]ↀb˙ ˙UXXfYgg˙

DONGGUAN KOSTA MODELS CO. LTD.
ROOM A1, HUAIBEI ROAD, 6TH FLOOR, SHIDE APARTMENT HOUSE
BESIDE HUAIFENG COMMERCIAL STREET
DAHE HUMEN, DONGGUAN
CHINA

5 g˙cZↀ Y˙dↀYↀ]ↀ]cb˙Zↄ]ↀb˙ ˙XUↀↀYↄↀ Y˙WↀU]a ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$ 3,405.17

6 Ug]g˙Zↄcf˙ↀ Y˙WↀU]a . ACCOUNTS PAYABLE

8 Uↀↀ˙cf˙XUↀↀYg˙XYVↀↀik Ug˙]bↀ ffↀX˙    _____ .

@Ugh(˙X][ ]hg˙cZↀUↀↀ t˙i bↀbi a VYↄ˙    _____ .

=g˙ↀ Y˙WↀU]a ˙gi V˙YↀWↀih c˙cↄↀZↄgYↀↀ8
☒ No
❑ Yes˙

---

**3.80**    Bcbdf]cf]ↀmↀWↀYX]ↀcfↀ Rg˙bUa Y˙UbX˙a Uↀ]ↀb˙ ˙UXXfYgg˙

DONWEI MACHINERY IND. CO., LTD.
NO. 35, DA-WEI RD.
DA-LI CITY 41259
TAIWAN

5 g˙cZↀ Y˙dↀYↀ]ↀ]cb˙Zↄ]ↀb˙ ˙XUↀↀYↄↀ Y˙WↀU]a ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$ 5,909.22

6 Ug]g˙Zↄcf˙ↀ Y˙WↀU]a . ACCOUNTS PAYABLE

8 Uↀↀ˙cf˙XUↀↀYg˙XYVↀↀik Ug˙]bↀ ffↀX˙    _____ .

@Ugh(˙X][ ]hg˙cZↀUↀↀ t˙i bↀbi a VYↄ˙    ___ ___ ___ ___ .

=g˙ↀ Y˙WↀU]a ˙gi V˙YↀWↀih c˙cↄↀZↄgYↀↀ8
☒ No
❑ Yes˙

---

**3.81**    Bcbdf]cf]ↀmↀWↀYX]ↀcfↀ Rg˙bUa Y˙UbX˙a Uↀ]ↀb˙ ˙UXXfYgg˙

DOOHAN INDUSTRIAL LTD.
ROOM 404, BUILDING B, NO. 6 YAN HE ROAD
XIANG JIAO TANG, BAN TIAN TOWN
LONG GANG DISTRICT
SHENZHEN 51829
CHINA

5 g˙cZↀ Y˙dↀYↀ]ↀ]cb˙Zↄ]ↀb˙ ˙XUↀↀYↄↀ Y˙WↀU]a ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$ 5,234.00

6 Ug]g˙Zↄcf˙ↀ Y˙WↀU]a . ACCOUNTS PAYABLE

8 Uↀↀ˙cf˙XUↀↀYg˙XYVↀↀik Ug˙]bↀ ffↀX˙    _____ .

@Ugh(˙X][ ]hg˙cZↀUↀↀ t˙i bↀbi a VYↄ˙    _____ .

=g˙ↀ Y˙WↀU]a ˙gi V˙YↀWↀih c˙cↄↀZↄgYↀↀ8
☒ No
❑ Yes˙

---

Debtor  HOBBICO, INC.
Name

Case number (*if known*) 18-10055(KG)

| Part 2: | Additional Page |
| --- | --- |

7 cdmiÀ ]g·dU[ Y·cb·mjZa cfY·gdUW·]g·bYYXYX"7 cbh]bi Y·bi a ·VYf]bh [ ·h Y·`]bY·g·Yei Ybh]U·mÍca h Y dfYj]ci g·dU[ Y"=Zbc·UXX]h]cbU·BCBDF=CF÷HMWYXhcfg·YÌ ghÍXc·bch]Z]``i hcf·gi Vb ]h¡h ]·g·dU[ Y"

5a ci bhcZW]U]a

**3.82** Bcbdf]cf]hmWYX]hcf'Bg·bUa Y·UbX·a U]]b[ ·UXXfYgg·

DOUBLE D EXPRESS
ATTN: SANDY GERARD & CATHY BERNABEI
LEGAL DEPARTMENT
P.O. BOX 606
PERU, IL 61354

5g·cZh Y·dYh]h]cb·Z]]b[ ·XUhYŻh Y·W]U]a ·]g·
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g·Zcf·h Y·W]U]a . ACCOUNTS PAYABLE

$ 844.74

8UhY·cf·XUhYg·XYVhk Ug·]bWi ffYX· _____ .

@Ugh( ·X][ ]hg·cZ·UWW ci bh·bi a VYf· _____ .

=g·h Y·W]U]a ·gi VÆWh·ic·cZ gYh8
☒ No
☐ Yes·

---

**3.83** Bcbdf]cf]hmWYX]hcfg·bUa Y·UbX·a U]]b[ ·UXXfYgg·

DRAGON MODELS USA, INC
224 MERCURY CIRCLE
POMONA, CA 91768

5g·cZh Y·dYh]h]cb·Z]]b[ ·XUhYŻh Y·W]U]a ·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

6Ug]g·Zcf·h Y·W]U]a . ACCOUNTS PAYABLE

$ 9,370.88

8UhY·cf·XUhYg·XYVhk Ug·]bWi ffYX· _____ .

@Ugh( ·X][ ]hg·cZ·UWW ci bh·bi a VYf· _____ .

=g·h Y·W]U]a ·gi VÆWh·ic·cZ gYh8
☒ No
☐ Yes·

---

**3.84** Bcbdf]cf]hmWYX]hcfg·bUa Y·UbX·a U]]b[ ·UXXfYgg·

DREMEL
1800 W. CENTRAL ROAD
MOUNT PROSPECT, IL 60056

5g·cZh Y·dYh]h]cb·Z]]b[ ·XUhYŻh Y·W]U]a ·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

6Ug]g·Zcf·h Y·W]U]a . ACCOUNTS PAYABLE

$ 13,387.69

8UhY·cf·XUhYg·XYVhk Ug·]bWi ffYX· _____ .

@Ugh( ·X][ ]hg·cZ·UWW ci bh·bi a VYf· _____ .

=g·h Y·W]U]a ·gi VÆWh·ic·cZ gYh8
☒ No
☐ Yes·

---

**3.85** Bcbdf]cf]hmWYX]hcfg·bUa Y·UbX·a U]]b[ ·UXXfYgg·

DRINKER BIDDLE & REATH LLP
ATTN: EDWIN GETZ
18TH & CHERRY STREETS
PHILADELPHIA, PA 19103

5g·cZh Y·dYh]h]cb·Z]]b[ ·XUhYŻh Y·W]U]a ·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

6Ug]g·Zcf·h Y·W]U]a . ACCOUNTS PAYABLE

$ 1,271,606.19

8UhY·cf·XUhYg·XYVhk Ug·]bWi ffYX· _____ .

@Ugh( ·X][ ]hg·cZ·UWW ci bh·bi a VYf· ___ ___ ___ ___ .

=g·h Y·W]U]a ·gi VÆWh·ic·cZ gYh8
☒ No
☐ Yes·

---

**3.86** Bcbdf]cf]hmWYX]hcfg·bUa Y·UbX·a U]]b[ ·UXXfYgg·

DSL HANDCRAFT LIMITED
ROOM 20, 12 FLOOR, SING WIN FACTORY BUILDING
15-17 SHING YIP STREET
KWUN TONG, KOWLOON
CHINA

5g·cZh Y·dYh]h]cb·Z]]b[ ·XUhYŻh Y·W]U]a ·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

6Ug]g·Zcf·h Y·W]U]a . ACCOUNTS PAYABLE

$ 13,175.70

8UhY·cf·XUhYg·XYVhk Ug·]bWi ffYX· _____ .

@Ugh( ·X][ ]hg·cZ·UWW ci bh·bi a VYf· _____ .

=g·h Y·W]U]a ·gi VÆWh·ic·cZ gYh8
☒ No
☐ Yes·

Debtor  HOBBICO, INC. _____  Case number (*if known*) 18-10055(KG) _____
         Name

| Part 2: | Additional Page |

7 cdmiA ]g·dU[ Y·cb·mj]Za cfY·gdUWY·]g·bYYXYX"7 cbh]bi Y·bi a VYf]b[ ·h Y··]bYg·gYei Ybh]U`mZca ·h Y dfY`]ci g·dU[ Y"=Zbc·UXX]h]cbU`BCBDF=CF#HMWYX]hcfg·Yl ]ghXc·bch]Z``·ci h·cf·gi Va ]hih ]g·dU[ Y"

**5a ci bhcZWU]a**

---

3.87 **Bcbdf]cf]hmiWfYX]hcfBg]bUa YUbX a U]]b UXXfYgg**

DU-BRO PRODUCTS, INCORPORATED

480 BONNER ROAD
WAUCONDA, IL 60084

**5g·cZh Y·dYh]h]cb·Z]`]b[ ·XUhYŽh Y·WU]a ·]g.**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**6Ug]g·Zcf·h Y·WU]a .** ACCOUNTS PAYABLE

$ 78,211.51

8 UhY·cf·XUhYg·XYVhik Ug·]bWi ffYX  _____
@Ugh( ·X][ ]hg·cZ UWWci bhibi a VYf·  _____

=g·h Y·W`U]a ·gi V^YWhi·c·c`ZgYh8
☒ No
❏ Yes·

---

3.88 **Bcbdf]cf]hmiWfYX]hcfBg]bUa YUbX a U]]b UXXfYgg**

DUMAS PRODUCTS, INCORPORATED
909 EAST 17TH STREET
TUCSON, AZ 85719

**5g·cZh Y·dYh]h]cb·Z]`]b[ ·XUhYŽh Y·WU]a ·]g.**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed·

**6Ug]g·Zcf·h Y·WU]a .** ACCOUNTS PAYABLE

$ 18,732.80

8 UhY·cf·XUhYg·XYVhik Ug·]bWi ffYX  _____
@Ugh( ·X][ ]hg·cZ UWWci bhibi a VYf·  _____

=g·h Y·W`U]a ·gi V^YWhi·c·c`ZgYh8
☒ No
❏ Yes·

---

3.89 **Bcbdf]cf]hmiWfYX]hcfBg]bUa YUbX a U]]b UXXfYgg**

DUNCAN TOYS
15981 VALPLAST RD
MIDDLEFIELD, OH 44062

**5g·cZh Y·dYh]h]cb·Z]`]b[ ·XUhYŽh Y·WU]a ·]g.**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed·

**6Ug]g·Zcf·h Y·WU]a .** ACCOUNTS PAYABLE

$ 4,143.84

8 UhY·cf·XUhYg·XYVhik Ug·]bWi ffYX  _____
@Ugh( ·X][ ]hg·cZ UWWci bhibi a VYf·  _____

=g·h Y·W`U]a ·gi V^YWhi·c·c`ZgYh8
☒ No
❏ Yes·

---

3.90 **Bcbdf]cf]hmiWfYX]hcfBg]bUa YUbX a U]]b UXXfYgg**

DUNECRAFT INC.
P.O. BOX 808
CHAGRIN FALLS, OH 44022

**5g·cZh Y·dYh]h]cb·Z]`]b[ ·XUhYŽh Y·WU]a ·]g.**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed·

**6Ug]g·Zcf·h Y·WU]a .** ACCOUNTS PAYABLE

$ 1,004.01

8 UhY·cf·XUhYg·XYVhik Ug·]bWi ffYX  _____
@Ugh( ·X][ ]hg·cZ UWWci bhibi a VYf·  ___ ___ ___ ___

=g·h Y·W`U]a ·gi V^YWhi·c·c`ZgYh8
☒ No
❏ Yes·

---

3.91 **Bcbdf]cf]hmiWfYX]hcfBg]bUa YUbX a U]]b UXXfYgg**

EAGLE TREE SYSTEMS
SUITE C-4 PMB 235
4957 LAKEMONT BLVD SE
BELLEVUE, WA 98006

**5g·cZh Y·dYh]h]cb·Z]`]b[ ·XUhYŽh Y·WU]a ·]g.**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed·

**6Ug]g·Zcf·h Y·WU]a .** ACCOUNTS PAYABLE

$ 6,141.87

8 UhY·cf·XUhYg·XYVhik Ug·]bWi ffYX  _____
@Ugh( ·X][ ]hg·cZ UWWci bhibi a VYf·  _____

=g·h Y·W`U]a ·gi V^YWhi·c·c`ZgYh8
☒ No
❏ Yes·

Debtor   HOBBICO, INC.
Name

Case number (*if known*) 18-10055(KG)

| **Part 2:** | **Additional Page** |
|---|---|

7 cdm\ ]g·dU[ Y·cb·m]Za cfY·gdUWY·]g·bYYXYX"7 cbh]bi Y·bi a VYf]b[ ·h Y·]bYg·gYei Ybh]U·m]Zca ·h Y·dfYj]ci g·dU[ Y·=Zbc·UXX]h]cbU·BCBDF=CF=HMWYX]cfg·Yl ]gh·Xc·bch]Z`·`i hcf·gi Va ]h\h]·]g·dU[ Y"

5a ci bhcZWU]a

3.92 ___ Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]]b[ ·UXXfYgg·

5g·cZh\ Y·dYh]h]cb·Z]]b[ ·XUhY·h\ Y·WUa ]g. *Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

6 Ug]g·Zcf·h\ Y·WUa ]. ___ACCOUNTS PAYABLE___ ·

$ _____ 2,125.00

EQUITY MANAGEMENT INC.
ATTN: ASSOCIATE GENERAL COUNSEL
SAN DIEGO, CA 92121

8 UhY·cf·XUhYg·XYVh·ik Ug·]bWi ffYX· _____ ·

@Ugh( ·X][ ]hg·cZUWWci bhibi a VYf· _____ ·

=g·h\ Y·WUa ]a ·gi V^YWh·hc·cZZgYh8
☒ No
❏ Yes·

3.93 ___ Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]]b[ ·UXXfYgg·

5g·cZh\ Y·dYh]h]cb·Z]]b[ ·XUhY·h\ Y·WUa ]g. *Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed·

6 Ug]g·Zcf·h\ Y·WUa ]. ___ACCOUNTS PAYABLE___ ·

$ _____ 2,713.11

ERNST
37570 RUBEN LANE, SUITE B
SANDY, OR 97055

8 UhY·cf·XUhYg·XYVh·ik Ug·]bWi ffYX· _____ ·

@Ugh( ·X][ ]hg·cZUWWci bhibi a VYf· _____ ·

=g·h\ Y·WUa ]a ·gi V^YWh·hc·cZZgYh8
☒ No
❏ Yes·

3.94 ___ Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]]b[ ·UXXfYgg·

5g·cZh\ Y·dYh]h]cb·Z]]b[ ·XUhY·h\ Y·WUa ]g. *Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed·

6 Ug]g·Zcf·h\ Y·WUa ]. ___ACCOUNTS PAYABLE___ ·

$ _____ 19,630.50

ESS CLEAN, INC.
P.O. BOX 17067
URBANA, IL 61803

8 UhY·cf·XUhYg·XYVh·ik Ug·]bWi ffYX· _____ ·

@Ugh( ·X][ ]hg·cZUWWci bhibi a VYf· _____ ·

=g·h\ Y·WUa ]a ·gi V^YWh·hc·cZZgYh8
☒ No
❏ Yes·

3.95 ___ Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]]b[ ·UXXfYgg·

5g·cZh\ Y·dYh]h]cb·Z]]b[ ·XUhY·h\ Y·WUa ]g. *Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed·

6 Ug]g·Zcf·h\ Y·WUa ]. ___ACCOUNTS PAYABLE___ ·

$ _____ 962.25

EUROGRAPHICS
9105 SALLEY
MONTREAL H8R 2C8
CANADA

8 UhY·cf·XUhYg·XYVh·ik Ug·]bWi ffYX· _____ ·

@Ugh( ·X][ ]hg·cZUWWci bhibi a VYf· ___ ___ ___ ___ ·

=g·h\ Y·WUa ]a ·gi V^YWh·hc·cZZgYh8
☒ No
❏ Yes·

3.96 ___ Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]]b[ ·UXXfYgg·

5g·cZh\ Y·dYh]h]cb·Z]]b[ ·XUhY·h\ Y·WUa ]g. *Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed·

6 Ug]g·Zcf·h\ Y·WUa ]. ___ACCOUNTS PAYABLE___ ·

$ _____ 7,979.74

EXCEL HOBBY BLADES CORP.
481 GETTY AVENUE
PATERSON, NJ 7503

8 UhY·cf·XUhYg·XYVh·ik Ug·]bWi ffYX· _____ ·

@Ugh( ·X][ ]hg·cZUWWci bhibi a VYf· _____ ·

=g·h\ Y·WUa ]a ·gi V^YWh·hc·cZZgYh8
☒ No
❏ Yes·

Debtor    HOBBICO, INC.    Case number (*if known*) 18-10055(KG)
_____
Name

## Part 2:    Additional Page

| 7 cdmiɥ ]g·dU[ Y·cb·mȝ]Za cfY·gdUW·]g·bYYXYX"7 cbiɥbi Y·bi a VYf·]b[ ·ɥ Y·`]bYg·gYei Ybɥ]U·mȝca ·ɥ Y· dfYj]ci g·dU[ Y"=Zbc·UXX]ɥcbU·BCBDF=CF+HM·WYX]hcfg·Yɥ]ghȝXc·bchⱫ]··ci ɥcf·gi Va ]hiɥ ]g·dU[ Y" | 5a ci bhc·ZWUja |
|---|---|

3.97 _____  Bcbdf]cf]hmiWYX]hcfRg·bUa Y·UbX·a U]]b[ ·UXXfYgg    5 g·cZɥ Y·dYɥ]ɥcb·ȝ]b[ ·XUɥYȝɥ Y·YWUja ·]g.
*Check all that apply.*                                              $ 7,038.44
EXCEL HOBBY BLADES CORPORATION
481 GETTY AVENUE                ❑ Contingent
PATERSON, NJ 7503               ❑ Unliquidated
                                ❑ Disputed

6 Ug]g·ȝ·f·ɥ Y·YWUja . __ACCOUNTS PAYABLE__

8 Uɥ Y·cf·XUɥYg·XYVhik Ug·]bWi ffYX    _____    =g·ɥ Y·YWUja · gi V·Ý·YWɥihc·cZ·ɥgYɥ8
                                                         ☒ No
@Ughi( ·X][ ]hg·cZ·UWW1·ɥci bhibi a VYf·    _____    ❑ Yes

---

3.98 _____  Bcbdf]cf]hmiWYX]hcfRg·bUa Y·UbX·a U]]b[ ·UXXfYgg    5 g·cZɥ Y·dYɥ]ɥcb·ȝ]b[ ·XUɥYȝɥ Y·YWUja ·]g.
*Check all that apply.*                                              $ 1,671.63
EXPRESS SERVICES, INC.
P.O. BOX 203901                ❑ Contingent
DALLAS, TX 75320-3901          ❑ Unliquidated
                               ❑ Disputed

6 Ug]g·ȝ·f·ɥ Y·YWUja . __ACCOUNTS PAYABLE__

8 Uɥ Y·cf·XUɥYg·XYVhik Ug·]bWi ffYX    _____    =g·ɥ Y·YWUja · gi V·Ý·YWɥihc·cZ·ɥgYɥ8
                                                         ☒ No
@Ughi( ·X][ ]hg·cZ·UWW1·ɥci bhibi a VYf·    _____    ❑ Yes

---

3.99 _____  Bcbdf]cf]hmiWYX]hcfRg·bUa Y·UbX·a U]]b[ ·UXXfYgg    5 g·cZɥ Y·dYɥ]ɥcb·ȝ]b[ ·XUɥYȝɥ Y·YWUja ·]g.
*Check all that apply.*                                              $ 394.71
FANTASMA TOYS
421 7TH AVE                    ❑ Contingent
SECOND FLOOR                   ❑ Unliquidated
NEW YORK, NY 10001             ❑ Disputed

6 Ug]g·ȝ·f·ɥ Y·YWUja . __ACCOUNTS PAYABLE__

8 Uɥ Y·cf·XUɥg·XYVhik Ug·]bWi ffYX    _____    =g·ɥ Y·YWUja · gi V·Ý·YWɥihc·cZ·ɥgYɥ8
                                                         ☒ No
@Ughi( ·X][ ]hg·cZ·UWW1·ɥci bhibi a VYf·    _____    ❑ Yes

---

3.100 _____  Bcbdf]cf]hmiWYX]hcfRg·bUa Y·UbX·a U]]b[ ·UXXfYgg    5 g·cZɥ Y·dYɥ]ɥcb·ȝ]b[ ·XUɥYȝɥ Y·YWUja ·]g.
*Check all that apply.*                                              $ 580.18
FEDEX
PO BOX 119                     ❑ Contingent
COVENTRY CV1 4QD               ❑ Unliquidated
GREAT BRITAIN AND NORTHERN IRELAND    ❑ Disputed

6 Ug]g·ȝ·f·ɥ Y·YWUja . __ACCOUNTS PAYABLE__

8 Uɥ Y·cf·XUɥYg·XYVhik Ug·]bWi ffYX    _____    =g·ɥ Y·YWUja · gi V·Ý·YWɥihc·cZ·ɥgYɥ8
                                                         ☒ No
@Ughi( ·X][ ]hg·cZ·UWW1·ɥci bhibi a VYf·    ___ ___ ___ ___    ❑ Yes

---

3.101 _____  Bcbdf]cf]hmiWYX]hcfRg·bUa Y·UbX·a U]]b[ ·UXXfYgg    5 g·cZɥ Y·dYɥ]ɥcb·ȝ]b[ ·XUɥYȝɥ Y·YWUja ·]g.
*Check all that apply.*                                              $ 17,522.92
FEDEX FREIGHT
ATTN: LEGAL DEPT.              ❑ Contingent
2200 FORWARD DRIVE             ❑ Unliquidated
HARRISON, AR 72602-0840        ❑ Disputed

6 Ug]g·ȝ·f·ɥ Y·YWUja . __ACCOUNTS PAYABLE__

8 Uɥ Y·cf·XUɥYg·XYVhik Ug·]bWi ffYX    _____    =g·ɥ Y·YWUja · gi V·Ý·YWɥihc·cZ·ɥgYɥ8
                                                         ☒ No
@Ughi( ·X][ ]hg·cZ·UWW1·ɥci bhibi a VYf·    _____    ❑ Yes

Debtor  HOBBICO, INC.
_____
Name

Case number (*if known*) 18-10055(KG)

| Part 2: | Additional Page |
|---|---|

5a ci bhicZWUja

3.102 ____  Bcbdf]cf]hmiWYX]hcfPg]bUa YUbX'a U]`b[`UXXfYgg'

FIREFOX TOYS LLC

553 CAPTIAL CIR SW UNIT 3
TALLAHASSEE, FL 32304

5g'cZhi Y'dYh]h]cb'Z]`b['XUhYzhi Y'WUja']g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,118.15

6Ug]g'Zcf'hi Y'WUja _ACCOUNTS PAYABLE_ .

8UhY'cf'XUhYg'XYVhik Ug']bWiffYX' _____ .

@Ugh'("X][ ]hg'cZ"UWWci bhib a VYf' _____ .

=g'hi Y'WUja' gi V^YWh'hc'cZZgYh8
☒ No
☐ Yes'

3.103 ____  Bcbdf]cf]hmiWYX]hcfPg]bUa YUbX'a U]`b[`UXXfYgg'

FLORIDA PENINSULA INSURANCE COMPANY AS SUBROGEE OF DA

5g'cZhi Y'dYh]h]cb'Z]`b['XUhYzhi Y'WUja']g.
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed'

$ 

6Ug]g'Zcf'hi Y'WUja _LITIGATION_ .

8UhY'cf'XUhYg'XYVhik Ug']bWiffYX' _____ .

@Ugh'("X][ ]hg'cZ"UWWci bhib a VYf' _____ .

=g'hi Y'WUja' gi V^YWh'hc'cZZgYh8
☒ No
☐ Yes'

3.104 ____  Bcbdf]cf]hmiWYX]hcfPg]bUa YUbX'a U]`b[`UXXfYgg'

FLYON ELECTRONIC CO. LTD.

6/F, YEJIN BUILDING
NO. 6, JINGYUAN ROAD,
JIDA ZHUHAI 519015
CHINA

5g'cZhi Y'dYh]h]cb'Z]`b['XUhYzhi Y'WUja']g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed'

$ 130,110.37

6Ug]g'Zcf'hi Y'WUja _ACCOUNTS PAYABLE_ .

8UhY'cf'XUhYg'XYVhik Ug']bWiffYX' _____ .

@Ugh'("X][ ]hg'cZ"UWWci bhib a VYf' _____ .

=g'hi Y'WUja' gi V^YWh'hc'cZZgYh8
☒ No
☐ Yes'

3.105 ____  Bcbdf]cf]hmiWYX]hcfPg]bUa YUbX'a U]`b[`UXXfYgg'

FOURMOST PRODUCTS

4040 24TH AVENUE
FOREST GROVE, OR 97116

5g'cZhi Y'dYh]h]cb'Z]`b['XUhYzhi Y'WUja']g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed'

$ 643.18

6Ug]g'Zcf'hi Y'WUja _ACCOUNTS PAYABLE_ .

8UhY'cf'XUhYg'XYVhik Ug']bWiffYX' _____ .

@Ugh'("X][ ]hg'cZ"UWWci bhib a VYf' ___ ___ ___ ___

=g'hi Y'WUja' gi V^YWh'hc'cZZgYh8
☒ No
☐ Yes'

3.106 ____  Bcbdf]cf]hmiWYX]hcfPg]bUa YUbX'a U]`b[`UXXfYgg'

FRANKLIN INTERNATIONAL, INC.

2020 BRUCK STREET
COLUMBUS, OH 43207

5g'cZhi Y'dYh]h]cb'Z]`b['XUhYzhi Y'WUja']g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed'

$ 2,434.09

6Ug]g'Zcf'hi Y'WUja _ACCOUNTS PAYABLE_ .

8UhY'cf'XUhYg'XYVhik Ug']bWiffYX' _____ .

@Ugh'("X][ ]hg'cZ"UWWci bhib a VYf' _____ .

=g'hi Y'WUja' gi V^YWh'hc'cZZgYh8
☒ No
☐ Yes'

GW YXi `Y9#.'7fYX]hcfg'K \ c'<Uj Y'bgYWifYX'7`Uja g

Debtor  HOBBICO, INC.                                      Case number (*if known*) 18-10055(KG)
        Name

---

| **Part 2:** | **Additional Page** |

7 cdmiÀ ]g·dU[ Y·cb·mÌ]Za cfY·gdUW¨"]g·bYYXYX"7 cb¨]bi Y·bi a VYf]b[ ·À Y·`]bYg·gYei Yb¨U·mÌ zca ·À Y dfYj ]ci g·dU[ Y"=Zbc·UXX]¨]cbU `BCBDF=CF=HM W<YX]¨cfg·YÌ ]ghÀXc·bch¨zÝ``ci À cf·gi Va ]h¨À ]g·dU[ Y"

5a ci bh·cZW`U]a

**3.107** Bcbdf]cf]hmWYX]hcfÊ g·bUa Y·UbX·a U]`]b[ ·UXXfYgg
FUJI BATTERY
BROADWAY ELECTRONICS/FUJI
300 CORPORATE DR.
MAHWAH, NJ 7430

5 g·cZÀ Y·dYÀ]¨]cb·Ê]]b[ ·XUhÝzÀ Y·WU]a ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$                          8,237.82

6 Ug]g·Ê cf·À Y·WU]a . ___ACCOUNTS PAYABLE___

8 UhÝ cf·XUhÝg·XYVh·kUg]bWi ffYX        _____.
@Ugh**`**X][ **`**hg·cZ·UWWci bh·bi a VYf        _____.

=g·À Y·WU]a ·gi VÊ YWh¨c·cZZgYh8
☒ No
❑ Yes·

---

**3.108** Bcbdf]cf]hmWYX]hcfÊ g·bUa Y·UbX·a U]`]b[ ·UXXfYgg
FUTABA CORPORATION
1080 YABUTSUKA, CHOSEI-MURA
CHOSEI-GUN,
JAPAN

5 g·cZÀ Y·dYÀ]¨]cb·Ê]]b[ ·XUhÝzÀ Y·WU]a ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$                          2,310,765.19

6 Ug]g·Ê cf·À Y·WU]a . ___ACCOUNTS PAYABLE___

8 UhÝ cf·XUhÝg·XYVh·kUg]bWi ffYX        _____.
@Ugh**`**X][ **`**hg·cZ·UWWci bh·bi a VYf        _____.

=g·À Y·WU]a ·gi VÊ YWh¨c·cZZgYh8
☒ No
❑ Yes·

---

**3.109** Bcbdf]cf]hmWYX]hcfÊ g·bUa Y·UbX·a U]`]b[ ·UXXfYgg
FUTABA CORPORATION OF AMERICA
ATTN:CRAIG HENRY
711 E. STATE PARKWAY
SCHAUMBURG, IL 60173

5 g·cZÀ Y·dYÀ]¨]cb·Ê]]b[ ·XUhÝzÀ Y·WU]a ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$                          2,332.00

6 Ug]g·Ê cf·À Y·WU]a . ___ACCOUNTS PAYABLE___

8 UhÝ cf·XUhÝg·XYVh·kUg]bWi ffYX        _____.
@Ugh¨`X][ `hg·cZ·UWWci bh·bi a VYf        _____.

=g·À Y·WU]a ·gi VÊ YWh¨c·cZZgYh8
☒ No
❑ Yes·

---

**3.110** Bcbdf]cf]hmWYX]hcfÊ g·bUa Y·UbX·a U]`]b[ ·UXXfYgg
GAYLA
P.O. BOX 920800
HOUSTON, IL 77292

5 g·cZÀ Y·dYÀ]¨]cb·Ê]]b[ ·XUhÝzÀ Y·WU]a ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$                          1,586.62

6 Ug]g·Ê cf·À Y·WU]a . ___ACCOUNTS PAYABLE___

8 UhÝ cf·XUhÝg·XYVh·kUg]bWi ffYX        _____.
@Ugh¨`X][ `hg·cZ·UWWci bh·bi a VYf        ___ ___ ___ ___.

=g·À Y·WU]a ·gi VÊ YWh¨c·cZZgYh8
☒ No
❑ Yes·

---

**3.111** Bcbdf]cf]hmWYX]hcfÊ g·bUa Y·UbX·a U]`]b[ ·UXXfYgg
GEMINI IND. LTD.
BUILDING B, NO. 2 YANHE ROAD
XIANGJIAOTANG 3RD INDUSTRIAL ZONE
BANTIAN STREET, LONGGANG DISTRICT
CHINA

5 g·cZÀ Y·dYÀ]¨]cb·Ê]]b[ ·XUhÝzÀ Y·WU]a ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$                          241.00

6 Ug]g·Ê cf·À Y·WU]a . ___ACCOUNTS PAYABLE___

8 UhÝ cf·XUhÝg·XYVh·kUg]bWi ffYX        _____.
@Ugh¨`X][ `hg·cZ·UWWci bh·bi a VYf        _____.

=g·À Y·WU]a ·gi VÊ YWh¨c·cZZgYh8
☒ No
❑ Yes·

---

Debtor    HOBBICO, INC.                                                                 Case number (*if known*) 18-10055(KG)
          Name

| Part 2: | Additional Page |

7 cdmiA ]g·dU[ Y·cb·mì]Za cfY·gdUW·]g·bYYXYX"7 cbh]bi Y·bi a VYf]b[ ·h Y·]bYg·gYei Ybh]U·mìzca ·h Y·dfYj]ci g·dU[ Y"=Zbc·UXX]h]cbU·BCBDF=CF+HMWYXhcfg·Yl]ghXc·bch]Zj`·ci h·cf·gi Va ]h·h]g·dU[ Y"   5a ci bhicZWUa

---

3.112____    Bcbdf]cf]hmiWYXhcfBg·bUa Y·UbX·a U]·b[ ·UXXfYgg·     5 g·cZh Y·dYh]h]cb·f]]b[ ·XUhYžh Y·WUa ]g.    $ _____100,000.00
GENERAL RESERVE - HOBBICO WARRANTIES                                *Check all that apply.*
2904 RESEARCH ROAD                                                 ❑ Contingent
CHAMPAIGN, IL 61820                                                 ❑ Unliquidated
                                                                    ❑ Disputed

                                                                   6 Ug]g·z·f·h Y·WUa ]a . __GENERAL RESERVE - WARRANTIES__ ·

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX· _____·    =g·h Y·WUa ]a ·gi V^YWh·hc·cZZgYh8
@Ugh(·X][ ]hg·cZ·UWWci bh·bi a VYf· _____·    ☒ No
                                                 ❑ Yes·

---

3.113____    Bcbdf]cf]hmiWYXhcfBg·bUa Y·UbX·a U]·b[ ·UXXfYgg·     5 g·cZh Y·dYh]h]cb·f]]b[ ·XUhYžh Y·WUa ]g.    $ _____14,256.64
GEWISE INDUSTRIAL INC.                                              *Check all that apply.*
TRUSTNET CHAMBERS LOTEMAN CENTER                                    ❑ Contingent
P.O. BOX 1225 APIN                                                  ❑ Unliquidated
SAMOA,                                                              ❑ Disputed·

                                                                   6 Ug]g·z·f·h Y·WUa ]a . __ACCOUNTS PAYABLE__ ·

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX· _____·    =g·h Y·WUa ]a ·gi V^YWh·hc·cZZgYh8
@Ugh(·X][ ]hg·cZ·UWWci bh·bi a VYf· _____·    ☒ No
                                                 ❑ Yes·

---

3.114____    Bcbdf]cf]hmiWYXhcfBg·bUa Y·UbX·a U]·b[ ·UXXfYgg·     5 g·cZh Y·dYh]h]cb·f]]b[ ·XUhYžh Y·WUa ]g.    $ _____156.96
GFI DIGITAL                                                         *Check all that apply.*
12163 PRICHARD FARM ROAD                                            ❑ Contingent
MARYLAND HEIGHTS, MO 63043                                          ❑ Unliquidated
                                                                    ❑ Disputed·

                                                                   6 Ug]g·z·f·h Y·WUa ]a . __ACCOUNTS PAYABLE__ ·

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX· _____·    =g·h Y·WUa ]a ·gi V^YWh·hc·cZZgYh8
@Ugh(·X][ ]hg·cZ·UWWci bh·bi a VYf· _____·    ☒ No
                                                 ❑ Yes·

---

3.115____    Bcbdf]cf]hmiWYXhcfBg·bUa Y·UbX·a U]·b[ ·UXXfYgg·     5 g·cZh Y·dYh]h]cb·f]]b[ ·XUhYžh Y·WUa ]g.    $ _____4,232.37
GO2 PARTNERS                                                        *Check all that apply.*
701 LEE STREET                                                      ❑ Contingent
SUITE 1050                                                          ❑ Unliquidated
DES PLAINES, IL 60016                                               ❑ Disputed·

                                                                   6 Ug]g·z·f·h Y·WUa ]a . __ACCOUNTS PAYABLE__ ·

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX· _____·    =g·h Y·WUa ]a ·gi V^YWh·hc·cZZgYh8
@Ugh(·X][ ]hg·cZ·UWWci bh·bi a VYf· ___ ___ ___ ___·    ☒ No
                                                         ❑ Yes·

---

3.116____    Bcbdf]cf]hmiWYXhcfBg·bUa Y·UbX·a U]·b[ ·UXXfYgg·     5 g·cZh Y·dYh]h]cb·f]]b[ ·XUhYžh Y·WUa ]g.    $ _____111,687.80
GOLDBERG KOHN, LTD                                                  *Check all that apply.*
55 EAST MONROE STREET                                               ❑ Contingent
SUITE 3700                                                          ❑ Unliquidated
CHICAGO, IL 60603                                                   ❑ Disputed·

                                                                   6 Ug]g·z·f·h Y·WUa ]a . __ACCOUNTS PAYABLE__ ·

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX· _____·    =g·h Y·WUa ]a ·gi V^YWh·hc·cZZgYh8
@Ugh(·X][ ]hg·cZ·UWWci bh·bi a VYf· _____·    ☒ No
                                                 ❑ Yes·

---

Debtor    HOBBICO, INC.
Name                                             Case number (*if known*) 18-10055(KG)

| **Part 2:** | **Additional Page** |

7 cdmiÀ ]g'dU[ Y'cb'mî]Za cfY'gdUW'Y''g'bYYXYX''7 cbHjbi Y'bi a VYf]bh' `Ä Y`]bYg'gYei YbhjU`mîca 'Ä Y' dfY']cig'dU[ Y''=Zbc'UXX]h]cbU`BCBDF=CF=HM'WYX]hcfg'YÌ ]ghÌ Xc'bchÏ] ``cihicf'gi Va ]hì ]g'dU[ Y''    5a ci bhicZWU]a

**3.117**    Bcbdf]cf]hmìWYX]hcfBg]bUa Y'UbX'a U]']b['UXXfYgg'    5 g'cZì Y'dYh]h]cb'Z]]b['XUhìZì Y`WU]a ]g.    $    65,197.20
GOOGLE INC    *Check all that apply.*
1600 AMPHITHEATRE PKWY    ❑ Contingent
MOUNTAIN VIEW, CA 94043    ❑ Unliquidated
    ❑ Disputed

    6 Ug]g]z:f'Ä Y'WU]a . __ACCOUNTS PAYABLE__

8 UhY'cf'XUhYg'XYVhiX Ug']bWifffYX'    _____    =g'Ä Y'WU]a 'gi V^YWhihc'cZZgYh8
@Ugh'`X][ ]hg'cZUWWi bhibi a VYf'    _____    ☒ No   ❑ Yes'

**3.118**    Bcbdf]cf]hmìWYX]hcfBg]bUa Y'UbX'a U]']b['UXXfYgg'    5 g'cZì Y'dYh]h]cb'Z]]b['XUhìZì Y`WU]a ]g.    $    3,014,995.00
GREAT BANC AS TRUSTEE OF HOBBICO EMPLOYEE STOCK OPTIO    *Check all that apply.*
2430 WEST INDIAN TRAIL    ❑ Contingent
AURORA, IL 60506    ❑ Unliquidated
    ❑ Disputed'

    6 Ug]g]z:f'Ä Y'WU]a . __ESOP LIABILITY @ 2015 SHARE VALUE OF $__

8 UhY'cf'XUhYg'XYVhiX Ug']bWifffYX'    _____    =g'Ä Y'WU]a 'gi V^YWhihc'cZZgYh8
@Ugh'`X][ ]hg'cZUWWi bhibi a VYf'    _____    ☒ No   ❑ Yes'

**3.119**    Bcbdf]cf]hmìWYX]hcfBg]bUa Y'UbX'a U]']b['UXXfYgg'    5 g'cZì Y'dYh]h]cb'Z]]b['XUhìZì Y`WU]a ]g.    $    190.92
GRIMCO    *Check all that apply.*
1585 FENCORP DRIVE    ❑ Contingent
FENTON, MO 63026    ❑ Unliquidated
    ❑ Disputed'

    6 Ug]g]z:f'Ä Y'WU]a . __ACCOUNTS PAYABLE__

8 UhY'cf'XUhYg'XYVhiX Ug']bWifffYX'    _____    =g'Ä Y'WU]a 'gi V^YWhihc'cZZgYh8
@Ugh'`X][ ]hg'cZUWWi bhibi a VYf'    _____    ☒ No   ❑ Yes'

**3.120**    Bcbdf]cf]hmìWYX]hcfBg]bUa Y'UbX'a U]']b['UXXfYgg'    5 g'cZì Y'dYh]h]cb'Z]]b['XUhìZì Y`WU]a ]g.    $    3,675.88
GUANGZHOU WALKERA TECHNOLOGY CO. LTD.    *Check all that apply.*
TAISHI INDUSTRIAL PARK    ❑ Contingent
DONGCHONG TOWN    ❑ Unliquidated
NANSHA DISTRICT    ❑ Disputed'
GUANGZHOU 511475
CHINA    6 Ug]g]z:f'Ä Y'WU]a . __ACCOUNTS PAYABLE__

8 UhY'cf'XUhYg'XYVhiX Ug']bWifffYX'    _____    =g'Ä Y'WU]a 'gi V^YWhihc'cZZgYh8
@Ugh'`X][ ]hg'cZUWWi bhibi a VYf'    ___ ___ ___ ___    ☒ No   ❑ Yes'

**3.121**    Bcbdf]cf]hmìWYX]hcfBg]bUa Y'UbX'a U]']b['UXXfYgg'    5 g'cZì Y'dYh]h]cb'Z]]b['XUhìZì Y`WU]a ]g.    $    639,524.18
GUANGZHOU YOULI PLASTIC MANUFACTURER CO. LTD.    *Check all that apply.*
7 THE KEER ROAD,    ❑ Contingent
TAISHI INDUSTRIAL ZONE    ❑ Unliquidated
DONGCHONG TOWN, PANYU    ❑ Disputed'
CHINA
    6 Ug]g]z:f'Ä Y'WU]a . __ACCOUNTS PAYABLE__

8 UhY'cf'XUhYg'XYVhiX Ug']bWifffYX'    _____    =g'Ä Y'WU]a 'gi V^YWhihc'cZZgYh8
@Ugh'`X][ ]hg'cZUWWi bhibi a VYf'    _____    ☒ No   ❑ Yes'

GW'YXi `Y'9#. '7 fYX]hcfg'K \ c'<Uj Y'I bgYW fYX'7 `U]a g

Debtor   HOBBICO, INC.
_____   Case number (*if known*) 18-10055(KG)
Name

| **Part 2:** | **Additional Page** |

| 7cdmiﾟ]gﾟdU[ﾟYﾟcbﾟmﾟ]Za cfﾟgdUﾟWﾟ]gﾟbYYXYX"7cbﾟ]bﾟiﾟbﾟa VYf]bﾟﾟﾟﾟYﾟﾟ]bYﾟgﾟYeiﾟYbﾟﾟﾟﾟﾟ cﾟ ﾟﾟ Yﾟ dfYﾟ]cﾟiﾟgﾟdU[ﾟYﾟ=ZbcﾟﾟUXXﾟ]ﾟcbﾟUﾟBCBDFﾟ=CFﾟﾟHﾟﾟWﾟYX]ﾟcfgﾟYﾟ]ﾟgﾟﾟXcﾟbcﾟﾟ=]ﾟﾟﾟﾟiﾟﾟcfﾟﾟgﾟiﾟVﾟ]ﾟﾟﾟﾟ]gﾟdUﾟﾟY" | 5a ci bﾟ]cﾟZﾟWﾟUﾟﾟa |

---

**3.122** ___  Bcbdf]cf]hm̄WﾟYX]hcfﾟRﾟﾟbﾟUﾟﾟYﾟUﾟbﾟXﾟﾟaﾟUﾟﾟ]ﾟﾟbﾟﾟﾟUXXﾟYﾟgﾟﾟ

HASEGAWA CORPORATION

3-1-2 YAGUSU YAIZU
SHIZUOKA 425-8711
JAPAN

5ﾟgﾟcZﾟﾟYﾟdﾟYﾟﾟ]ﾟ]cﾟbﾟﾟ]ﾟﾟbﾟﾟﾟXﾟUﾟﾟYﾟẐﾟﾟ YﾟﾟﾟWﾟUﾟﾟﾟaﾟﾟﾟ]ﾟgﾟﾟ.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 38,726.24

6ﾟUﾟgﾟ]gﾟﾟ]cﾟfﾟﾟﾟ]ﾟﾟYﾟWﾟﾟUﾟa].   ACCOUNTS PAYABLE

8ﾟUﾟﾟYﾟﾟcfﾟﾟXUﾟﾟﾟYﾟgﾟﾟXﾟYﾟVﾟﾟﾟhﾟﾟﾟﾟUﾟgﾟﾟﾟ]ﾟbﾟﾟWﾟﾟﾟﾟffYﾟXﾟ   _____

@ﾟUgﾟﾟﾟﾟﾟ(ﾟﾟﾟXﾟ]ﾟﾟ[ﾟﾟ]hﾟﾟgﾟﾟcﾟZﾟUﾟWﾟWﾟﾟﾟti bﾟ]bﾟi a VYf   _____

=gﾟﾟ]hﾟﾟﾟYﾟWﾟﾟUﾟ]a ﾟﾟgﾟﾟiﾟﾟVﾟ^ﾟWﾟﾟﾟtﾟ]hﾟcﾟﾟﾟcﾟﾟ ﾟZﾟﾟgﾟYﾟh8
☒ No
☐ Yes

---

**3.123** ___  Bcbdf]cf]hm̄WﾟYX]hcfﾟRﾟﾟbﾟUﾟﾟYﾟUﾟbﾟXﾟﾟaﾟUﾟﾟ]ﾟﾟbﾟﾟﾟUXXﾟYﾟgﾟgﾟﾟ

HEARTLAND ADHESIVES

7519 BOARDWALK
CROWN POINT, IN 46307

5ﾟgﾟcZﾟﾟYﾟdﾟYﾟﾟ]ﾟﾟ]cﾟbﾟﾟ]ﾟﾟbﾟﾟﾟXﾟUﾟﾟYﾟẐﾟﾟ YﾟﾟﾟWﾟUﾟﾟﾟaﾟﾟ]ﾟgﾟﾟ.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 47,298.65

6ﾟUﾟgﾟ]gﾟﾟ]cﾟfﾟﾟﾟ]ﾟﾟYﾟWﾟﾟUﾟa].   ACCOUNTS PAYABLE

8ﾟUﾟﾟYﾟﾟcfﾟﾟXUﾟﾟﾟYﾟgﾟﾟXﾟYﾟVﾟﾟﾟhﾟﾟﾟﾟUﾟgﾟﾟﾟ]ﾟbﾟﾟWﾟﾟﾟﾟffYﾟXﾟ   _____

@ﾟUgﾟﾟﾟﾟﾟ(ﾟﾟﾟXﾟ]ﾟﾟ[ﾟﾟ]hﾟﾟgﾟﾟcﾟZﾟUﾟWﾟWﾟﾟﾟti bﾟ]bﾟi a VYf   _____

=gﾟﾟ]hﾟﾟﾟYﾟWﾟﾟUﾟ]a ﾟﾟgﾟﾟiﾟﾟVﾟ^ﾟWﾟﾟﾟtﾟ]hﾟcﾟﾟﾟcﾟﾟ ﾟZﾟﾟgﾟYﾟh8
☒ No
☐ Yes

---

**3.124** ___  Bcbdf]cf]hm̄WﾟYX]hcfﾟRﾟﾟbﾟUﾟﾟYﾟUﾟbﾟXﾟﾟaﾟUﾟﾟ]ﾟﾟbﾟﾟﾟUXXﾟYﾟgﾟgﾟﾟ

HITEC RCD USA, INC.
12115 PAINE STREET
POWAY, CA 92064

5ﾟgﾟcZﾟﾟYﾟdﾟYﾟﾟ]ﾟﾟ]cﾟbﾟﾟ]ﾟﾟbﾟﾟﾟXﾟUﾟﾟYﾟẐﾟﾟ YﾟﾟﾟWﾟUﾟﾟﾟaﾟﾟ]ﾟgﾟﾟ.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 357,442.19

6ﾟUﾟgﾟ]gﾟﾟ]cﾟfﾟﾟﾟ]ﾟﾟYﾟWﾟﾟUﾟa].   ACCOUNTS PAYABLE

8ﾟUﾟﾟYﾟﾟcfﾟﾟXUﾟﾟﾟYﾟgﾟﾟXﾟYﾟVﾟﾟﾟhﾟﾟﾟﾟUﾟgﾟﾟﾟ]ﾟbﾟﾟWﾟﾟﾟﾟffYﾟXﾟ   _____

@ﾟUgﾟﾟﾟﾟﾟ(ﾟﾟﾟXﾟ]ﾟﾟ[ﾟﾟ]hﾟﾟgﾟﾟcﾟZﾟUﾟWﾟWﾟﾟﾟti bﾟ]bﾟi a VYf   _____

=gﾟﾟ]hﾟﾟﾟYﾟWﾟﾟUﾟ]a ﾟﾟgﾟﾟiﾟﾟVﾟ^ﾟWﾟﾟﾟtﾟ]hﾟcﾟﾟﾟcﾟﾟ ﾟZﾟﾟgﾟYﾟh8
☒ No
☐ Yes

---

**3.125** ___  Bcbdf]cf]hm̄WﾟYX]hcfﾟRﾟﾟbﾟUﾟﾟYﾟUﾟbﾟXﾟﾟaﾟUﾟﾟ]ﾟﾟbﾟﾟﾟUXXﾟYﾟgﾟgﾟﾟ

HOBAO RACING

TOWER 1, SUITE 900
MCLEAN, VA 22102

5ﾟgﾟcZﾟﾟYﾟdﾟYﾟﾟ]ﾟﾟ]cﾟbﾟﾟ]ﾟﾟbﾟﾟﾟXﾟUﾟﾟYﾟẐﾟﾟ YﾟﾟﾟWﾟUﾟﾟﾟaﾟﾟ]ﾟgﾟﾟ.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 33,695.40

6ﾟUﾟgﾟ]gﾟﾟ]cﾟfﾟﾟﾟ]ﾟﾟYﾟWﾟﾟUﾟa].   ACCOUNTS PAYABLE

8ﾟUﾟﾟYﾟﾟcfﾟﾟXUﾟﾟﾟYﾟgﾟﾟXﾟYﾟVﾟﾟﾟhﾟﾟﾟﾟUﾟgﾟﾟﾟ]ﾟbﾟﾟWﾟﾟﾟﾟffYﾟXﾟ   _____

@ﾟUgﾟﾟﾟﾟﾟ(ﾟﾟﾟXﾟ]ﾟﾟ[ﾟﾟ]hﾟﾟgﾟﾟcﾟZﾟUﾟWﾟWﾟﾟﾟti bﾟ]bﾟi a VYf   ___ ___ ___ ___

=gﾟﾟ]hﾟﾟﾟYﾟWﾟﾟUﾟ]a ﾟﾟgﾟﾟiﾟﾟVﾟ^ﾟWﾟﾟﾟtﾟ]hﾟcﾟﾟﾟcﾟﾟ ﾟZﾟﾟgﾟYﾟh8
☒ No
☐ Yes

---

**3.126** ___  Bcbdf]cf]hm̄WﾟYX]hcfﾟRﾟﾟbﾟUﾟﾟYﾟUﾟbﾟXﾟﾟaﾟUﾟﾟ]ﾟﾟbﾟﾟﾟUXXﾟYﾟgﾟgﾟﾟ

HOBBYWING TECHNOLOGY CO. LTD.

BLDG 4, YASEN HI-TECH INDUSTRIAL PARK
8 CHENGXIN RD., BAOLONG TOWN
LONGGANG DIST.
CHINA

5ﾟgﾟcZﾟﾟYﾟdﾟYﾟﾟ]ﾟﾟ]cﾟbﾟﾟ]ﾟﾟbﾟﾟﾟXﾟUﾟﾟYﾟẐﾟﾟ YﾟﾟﾟWﾟUﾟﾟﾟaﾟﾟ]ﾟgﾟﾟ.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 4,099.00

6ﾟUﾟgﾟ]gﾟﾟ]cﾟfﾟﾟﾟ]ﾟﾟYﾟWﾟﾟUﾟa].   ACCOUNTS PAYABLE

8ﾟUﾟﾟYﾟﾟcfﾟﾟXUﾟﾟﾟYﾟgﾟﾟXﾟYﾟVﾟﾟﾟhﾟﾟﾟﾟUﾟgﾟﾟﾟ]ﾟbﾟﾟWﾟﾟﾟﾟffYﾟXﾟ   _____

@ﾟUgﾟﾟﾟﾟﾟ(ﾟﾟﾟXﾟ]ﾟﾟ[ﾟﾟ]hﾟﾟgﾟﾟcﾟZﾟUﾟWﾟWﾟﾟﾟti bﾟ]bﾟi a VYf   _____

=gﾟﾟ]hﾟﾟﾟYﾟWﾟﾟUﾟ]a ﾟﾟgﾟﾟiﾟﾟVﾟ^ﾟWﾟﾟﾟtﾟ]hﾟcﾟﾟﾟcﾟﾟ ﾟZﾟﾟgﾟYﾟh8
☒ No
☐ Yes

Debtor    HOBBICO, INC.
          Name
          Case number *(if known)* 18-10055(KG)

## Part 2:   Additional Page

| 7 cdmiʌ ]gˇdUʃ YˇcbˋmĵZa cfYˇgdUΜʃ]gˋbYYXYXˎˎ7 cbʌ]bi Yˋbi a VYfˋb[ ˇʌ Yˋ]bYgˇgYei YbʌU`mĩca ˏʌ Y dfYʃ]ci gˇdUʃ YˎˮZbcˇUXXʃ]cbUˋBCBDFˬCFˮHΜWYX]hcfgˇY]ˋgʌˮZˋbciʌŽˋˏˮci hˋcfˇgi Va ]ʌʌʃ ]gˇdUʃ Yˎ | | 5a ci bʌicZΜWUʃa |
| --- | --- | --- |

3.127____   **BcbdfʃcfʃmΜWYX]hcfʧ bUa Yˇ UbXˇa Uʃ]bˋ UXXfYgg**   5 gˇcZΜ YˇdΥʃ]jcbˇ]ˋbˋ XUʌΫˇΜ YˇΜWUʃ ]g.    $  85,862.18
HOT RACING, INC    *Check all that apply.*
ATTN: LEGAL DEPT.    ❏ Contingent
26 CLINTON DR., SUITE 119    ❏ Unliquidated
HOLLIS, NH 3049    ❏ Disputed

6 Ugˌgˌĩcˇfˋʌ YˇΜWUʃa . __ACCOUNTS PAYABLE__

8 UʌYˇcfˇXUʌΥgˇdYXVʌiʌ Ugˋ]bΜˇffYXˋ  _____ .   ˭gˋʌ YˇΜWUʃa ˋgi Vˌ ΥWʃʌhcˇcΖΖgΥʌ8
@Ughˋˋ ˋX][ˋ]hgˇcΖΜΜϊˋi bʌʌbi a VYfˋ  _____ .   ☒ No
 ❏ Yesˋ

3.128____   **BcbdfʃcfʃmΜWYX]hcfʧ bUa Yˇ UbXˇa Uʃ]bˋ UXXfYgg**   5 gˇcZΜ YˇdΥʃ]jcbˇ]ˋbˋ XUʌΫˇΜ YˇΜWUʃ ]g.    $  158.00
HOVER MODEL PRODUCTS CO. LTD.    *Check all that apply.*
BUILDING 8, QIAN SHAN DONG KENG    ❏ Contingent
2ND INDUSTRIAL PARK,    ❏ Unliquidated
ZHUHAI 519070    ❏ Disputedˋ
CHINA

6 Ugˌgˌĩcˇfˋʌ YˇΜWUʃa . __ACCOUNTS PAYABLE__

8 UʌYˇcfˇXUʌΥgˇdYXVʌiʌ Ugˋ]bΜˇffYXˋ  _____ .   ˭gˋʌ YˇΜWUʃa ˋgi Vˌ ΥWʃʌhcˇcΖΖgΥʌ8
@Ughˋˋ ˋX][ˋ]hgˇcΖΜΜϊˋi bʌʌbi a VYfˋ  _____ .   ☒ No
 ❏ Yesˋ

3.129____   **BcbdfʃcfʃmΜWYX]hcfʧ bUa Yˇ UbXˇa Uʃ]bˋ UXXfYgg**   5 gˇcZΜ YˇdΥʃ]jcbˇ]ˋbˋ XUʌΫˇΜ YˇΜWUʃa ]g.    $  _____
HPI RACING LIMITED    *Check all that apply.*
 ☒ Contingent
 ☒ Unliquidated
 ☒ Disputedˋ

6 Ugˌgˌĩcˇfˋʌ YˇΜWUʃa . __LITIGATION__

8 UʌYˇcfˇXUʌΥgˇdYXVʌiʌ Ugˋ]bΜˇffYXˋ  _____ .   ˭gˋʌ YˇΜWUʃa ˋgi Vˌ ΥWʃʌhcˇcΖΖgΥʌ8
@Ughˋˋ ˋX][ˋ]hgˇcΖΜΜϊˋi bʌʌbi a VYfˋ  _____ .   ☒ No
 ❏ Yesˋ

3.130____   **BcbdfʃcfʃmΜWYX]hcfʧ bUa Yˇ UbXˇa Uʃ]bˋ UXXfYgg**   5 gˇcZΜ YˇdΥʃ]jcbˇ]ˋbˋ XUʌΫˇΜ YˇΜWUʃa ]g.    $  2,859.03
HUB GROUP ASSOCIATES, INC.    *Check all that apply.*
33773 TREASURY CENTER    ❏ Contingent
CHICAGO, IL 60694    ❏ Unliquidated
 ❏ Disputedˋ

6 Ugˌgˌĩcˇfˋʌ YˇΜWUʃa . __ACCOUNTS PAYABLE__

8 UʌYˇcfˇXUʌΥgˇdYXVʌiʌ Ugˋ]bΜˇffYXˋ  _____ .   ˭gˋʌ YˇΜWUʃa ˋgi Vˌ ΥWʃʌhcˇcΖΖgΥʌ8
@Ughˋˋ ˋX][ˋ]hgˇcΖΜΜϊˋi bʌʌbi a VYfˋ  ___ ___ ___ ___ .   ☒ No
 ❏ Yesˋ

3.131____   **BcbdfʃcfʃmΜWYX]hcfʧ bUa Yˇ UbXˇa Uʃ]bˋ UXXfYgg**   5 gˇcZΜ YˇdΥʃ]jcbˇ]ˋbˋ XUʌΫˇΜ YˇΜWUʃa ]g.    $  941,836.57
ICON NV HUGHES OWNER POOL 3    *Check all that apply.*
TWO NORTH RIVERSIDE PL; STE 2350    ❏ Contingent
CHICAGO, IL    ❏ Unliquidated
 ❏ Disputedˋ

6 Ugˌgˌĩcˇfˋʌ YˇΜWUʃa . __ACCOUNTS PAYABLE__

8 UʌYˇcfˇXUʌΥgˇdYXVʌiʌ Ugˋ]bΜˇffYXˋ  _____ .   ˭gˋʌ YˇΜWUʃa ˋgi Vˌ ΥWʃʌhcˇcΖΖgΥʌ8
@Ughˋˋ ˋX][ˋ]hgˇcΖΜΜϊˋi bʌʌbi a VYfˋ  _____ .   ☒ No
 ❏ Yesˋ

Debtor HOBBICO, INC.
Name

Case number (*if known*) 18-10055(KG)

| Part 2: | Additional Page |
|---|---|

7 cdmiⁱⱨ ]g·dU[ Y·cb·mͥ]Za cfY·gdUWͥ]g·bYYXYX·'7 cbⁱⱨ]bi Y·bi a VYf]b[ ·ⱨ Y ]bYg·gYei YbⁱⱨU·mͤca ·ⱨ Y dfYⱼ]ci g·dU[ Y·Zbc·UXX]ⱨ]cbU·BCBDF=CF=HIMWͤYX]cfg·Yⁱⱨ]gⱨⱫXc·bchⁱⱫ`·ci ⱨcf·gi Vⱨ]hⱨ]·]g·dU[ Y"      5a ci bⁱ·cZ·WⱦUⱼa

---

3.132 ___ Bcbdf]cf]ⱨmⁱWͥYX]ⱨcfⱤ·bUa Y·UbX·a U]`]b[ ·UXXfYgg·
ILLINOIS-AMERICAN WATER
ATTN: LEGAL DEPT. OR COUNSEL
P.O. BOX 94551
PALATINE, IL 60094

5 g·cZⱨ Y·dYⱨ]ⱨ]cb·Z]`]b[ ·XUⱨYⱬⱨ Y·WⱦUⱼa ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____ 1,788.56

6 Ug]g·ⱥ·f·ⱨ Y·WⱦUⱼa . __ACCOUNTS PAYABLE__ ·

8 UⱨY·cf·XUⱨYg·XYVⱨ·k Ug·]bWi ffYX· _____ ·

@Ugh( ·X][ ]hg·cZ·UWWⱬⱨi bⱨbi a VYf· _____ ·

=g·ⱨ Y·WⱦUⱼa ·gi Vⱼ`WⱨⱫc·cZⱨgYh8
☒ No
❑ Yes·

---

3.133 ___ Bcbdf]cf]ⱨmⁱWͥYX]ⱨcfⱤ·bUa Y·UbX·a U]`]b[ ·UXXfYgg·
INNOVATION FIRST LABS,INC.
439 WORLD TRADE CENTER
P.O. BOX 421268
DALLAS, TX 75342

5 g·cZⱨ Y·dYⱨ]ⱨ]cb·Z]`]b[ ·XUⱨYⱬⱨ Y·WⱦUⱼa ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 140.00

6 Ug]g·ⱥ·f·ⱨ Y·WⱦUⱼa . __ACCOUNTS PAYABLE__ ·

8 UⱨY·cf·XUⱨYg·XYVⱨ·k Ug·]bWi ffYX· _____ ·

@Ugh( ·X][ ]hg·cZ·UWWⱬⱨi bⱨbi a VYf· _____ ·

=g·ⱨ Y·WⱦUⱼa ·gi Vⱼ`WⱨⱫc·cZⱨgYh8
☒ No
❑ Yes·

---

3.134 ___ Bcbdf]cf]ⱨmⁱWͥYX]ⱨcfⱤ·bUa Y·UbX·a U]`]b[ ·UXXfYgg·
INSECT LORE
132 BEECH STREET
P.O. BOX 1535
SCHAFTER, CA 93263

5 g·cZⱨ Y·dYⱨ]ⱨ]cb·Z]`]b[ ·XUⱨYⱬⱨ Y·WⱦUⱼa ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 286.51

6 Ug]g·ⱥ·f·ⱨ Y·WⱦUⱼa . __ACCOUNTS PAYABLE__ ·

8 UⱨY·cf·XUⱨYg·XYVⱨ·k Ug·]bWi ffYX· _____ ·

@Ugh( ·X][ ]hg·cZ·UWWⱬⱨi bⱨbi a VYf· _____ ·

=g·ⱨ Y·WⱦUⱼa ·gi Vⱼ`WⱨⱫc·cZⱨgYh8
☒ No
❑ Yes·

---

3.135 ___ Bcbdf]cf]ⱨmⁱWͥYX]ⱨcfⱤ·bUa Y·UbX·a U]`]b[ ·UXXfYgg·
INTEGRATED PEST MANAGEMENT INC.
3000 N. RESEARCH RD SUITE 6
CHAMPAIGN, IL 61822

5 g·cZⱨ Y·dYⱨ]ⱨ]cb·Z]`]b[ ·XUⱨYⱬⱨ Y·WⱦUⱼa ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 360.00

6 Ug]g·ⱥ·f·ⱨ Y·WⱦUⱼa . __ACCOUNTS PAYABLE__ ·

8 UⱨY·cf·XUⱨYg·XYVⱨ·k Ug·]bWi ffYX· _____ ·

@Ugh( ·X][ ]hg·cZ·UWWⱬⱨi bⱨbi a VYf· ___ ___ ___ ___ ·

=g·ⱨ Y·WⱦUⱼa ·gi Vⱼ`WⱨⱫc·cZⱨgYh8
☒ No
❑ Yes·

---

3.136 ___ Bcbdf]cf]ⱨmⁱWͥYX]ⱨcfⱤ·bUa Y·UbX·a U]`]b[ ·UXXfYgg·
INTEGY INC.
4010 VALLEY BLVD. #110
WALNUT, CA 91789

5 g·cZⱨ Y·dYⱨ]ⱨ]cb·Z]`]b[ ·XUⱨYⱬⱨ Y·WⱦUⱼa ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 18,953.03

6 Ug]g·ⱥ·f·ⱨ Y·WⱦUⱼa . __ACCOUNTS PAYABLE__ ·

8 UⱨY·cf·XUⱨYg·XYVⱨ·k Ug·]bWi ffYX· _____ ·

@Ugh( ·X][ ]hg·cZ·UWWⱬⱨi bⱨbi a VYf· _____ ·

=g·ⱨ Y·WⱦUⱼa ·gi Vⱼ`WⱨⱫc·cZⱨgYh8
☒ No
❑ Yes·

---

Debtor    HOBBICO, INC.                    Case number (*if known*) 18-10055(KG)
        Name

| **Part 2:** | **Additional Page** |
|---|---|

7 cdmiⱨ ]g·dUɄ Y·cb·m]Za cfYɊgdUⱮUɄ]g·bYYⱧYX"7 cbⱨ]bi YɊbi a VYⱨ]bɄ ·ⱨ·Y`]bYɊg·Yei YbⱨɄU`mɌca ·ⱨ·Y dfYɊ]ci g·dUɄ·Y"ɈZbc·UXX]ⱨ]cbU·BCBDFɈCFɈⱧMⱧWⱧYX]hcfg·YⱧ]ghɈXc·bchⱧɊ``ci ⱨcf·gi Va ]hⱧ·]g·dUɄ·Y"          5a ci bⱨcⱦWⱧUɄa

---

3.137    **Bcbdf]cf]hmⱧWⱨYX]hcfⱦⱧb Ua Y·Ubↄ·a Uⱨ]b·`UXXfYgg·**

INTELLECT TELECOMMUNICATION ELECTRONICS LTD.

UNIT 824, 8/F
NAN FUNG COMMERCIAL CENTRE,
NO. 19, LAM LOK STREET
KOWLOON BAY
CHINA

**8 UⱨY·cf·XUⱨYg·XYVhⱨ Ug·]bWⱨffYX·**    _____ ·

**@Uigⱨↄ·`X][·]hg·cZⱧWⱧci bⱨⱦ·i a VYf·**    _____ ·

5 g·cZⱨ Y·dYⱨⱬ]cb·Z `]b[ ·XUⱨYↄⱨ Y·W Uⱨa ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g·ⱬcf·ⱨ Y·WⱧUⱨa .   <u>ACCOUNTS PAYABLE</u>    ·

=g·ⱨ Y·WⱧUⱨa ·gi VↄYWⱨⱨc·cZⱧgYⱨↄ8
☒ No
☐ Yes·

$                12,588.60

---

3.138    **Bcbdf]cf]hmⱧWⱨYX]hcfⱦⱧb Ua Y·Ubↄ·a Uⱨ]b·`UXXfYgg·**

INTERNATIONAL PAPER
1689 SOLUTIONS CENTER
CHICAGO, IL 60677

**8 UⱨY·cf·XUⱨYg·XYVhⱨ Ug·]bWⱨffYX·**    _____ ·

**@Uigⱨↄ·`X][·]hg·cZⱧWⱧci bⱨⱦ·i a VYf·**    _____ ·

5 g·cZⱨ Y·dYⱨⱬ]cb·Z `]b[ ·XUⱨYↄⱨ Y·W Uⱨa ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

6 Ug]g·ⱬcf·ⱨ Y·WⱧUⱨa .   <u>ACCOUNTS PAYABLE</u>    ·

=g·ⱨ Y·WⱧUⱨa ·gi VↄYWⱨⱨc·cZⱧgYⱨↄ8
☒ No
☐ Yes·

$                17,824.86

---

3.139    **Bcbdf]cf]hmⱧWⱨYX]hcfⱦⱧb Ua Y·Ubↄ·a Uⱨ]b·`UXXfYgg·**

IWATA-MEDEA, INC
1336 N. MASON ST.
P.O. BOX 17408
PORTLAND, OR 97217

**8 UⱨY·cf·XUⱨYg·XYVhⱨ Ug·]bWⱨffYX·**    _____ ·

**@Uigⱨↄ·`X][·]hg·cZⱧWⱧci bⱨⱦ·i a VYf·**    _____ ·

5 g·cZⱨ Y·dYⱨⱬ]cb·Z `]b[ ·XUⱨYↄⱨ Y·W Uⱨa ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

6 Ug]g·ⱬcf·ⱨ Y·WⱧUⱨa .   <u>ACCOUNTS PAYABLE</u>    ·

=g·ⱨ Y·WⱧUⱨa ·gi VↄYWⱨⱨc·cZⱧgYⱨↄ8
☒ No
☐ Yes·

$                13,002.79

---

3.140    **Bcbdf]cf]hmⱧWⱨYX]hcfⱦⱧb Ua Y·Ubↄ·a Uⱨ]b·`UXXfYgg·**

J CONCEPTS
15370 CR 565A STE C
GROVELAND, FL 34736

**8 UⱨY·cf·XUⱨYg·XYVhⱨ Ug·]bWⱨffYX·**    _____ ·

**@Uigⱨↄ·`X][·]hg·cZⱧWⱧci bⱨⱦ·i a VYf·**    ___ ___ ___ ___ ·

5 g·cZⱨ Y·dYⱨⱬ]cb·Z `]b[ ·XUⱨYↄⱨ Y·W Uⱨa ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

6 Ug]g·ⱬcf·ⱨ Y·WⱧUⱨa .   <u>ACCOUNTS PAYABLE</u>    ·

=g·ⱨ Y·WⱧUⱨa ·gi VↄYWⱨⱨc·cZⱧgYⱨↄ8
☒ No
☐ Yes·

$                23,871.77

---

3.141    **Bcbdf]cf]hmⱧWⱨYX]hcfⱦⱧb Ua Y·Ubↄ·a Uⱨ]b·`UXXfYgg·**

J.W. HARRIS COMPANY, INCORPORATED
STAY-BRITE
4501 QUALITY PLACE
MASON, OH 45040

**8 UⱨY·cf·XUⱨYg·XYVhⱨ Ug·]bWⱨffYX·**    _____ ·

**@Uigⱨↄ·`X][·]hg·cZⱧWⱧci bⱨⱦ·i a VYf·**    _____ ·

5 g·cZⱨ Y·dYⱨⱬ]cb·Z `]b[ ·XUⱨYↄⱨ Y·W Uⱨa ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

6 Ug]g·ⱬcf·ⱨ Y·WⱧUⱨa .   <u>ACCOUNTS PAYABLE</u>    ·

=g·ⱨ Y·WⱧUⱨa ·gi VↄYWⱨⱨc·cZⱧgYⱨↄ8
☒ No
☐ Yes·

$                4,545.00

---

Debtor HOBBICO, INC. _____   Case number (*if known*) 18-10055(KG)
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only as necessary. Continue numbering the lines sequentially from the previous page. If no additional NonPriority Unsecured Claims exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142** Nonpriority creditor's name and mailing address

JASON SIMPSON

As of the petition filing date, the claim is: $_____
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim: LITIGATION

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.143** Nonpriority creditor's name and mailing address

JENNIFER GRAYSON

As of the petition filing date, the claim is: $_____
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim: LITIGATION

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.144** Nonpriority creditor's name and mailing address

JN TECHNOLOGY CO. LTD.
NO. 248 LONGXIA ROAD
JING'AN TOWN DOUMEN
DISTRICT ZHU HAI 519100
CHINA

As of the petition filing date, the claim is: $12,490.40
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.145** Nonpriority creditor's name and mailing address

JOHN'S BSR RACING
5369 DIXIE HIGHWAY
FAIRFIELD, OH 45014

As of the petition filing date, the claim is: $11,901.14
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.146** Nonpriority creditor's name and mailing address

J'TEC
129 LOC DOC PLACE
UNIT B
MOORESVILLE, NC 28115

As of the petition filing date, the claim is: $937.38
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
[X] No
[ ] Yes

Debtor HOBBICO, INC. _____   Case number (*if known*) 18-10055(KG) _____
          Name

| Part 2: | Additional Page |

7 cdmiʰ ]gˈdUˌ Yˈcbˈmˌ]Za cfYˈgdUU"ˌ]gˈbYYXYX"7 cbʰ]bi Yˈbi a VYfˌ]bˈ ʰ Yˉ]bYgˈgYeiˈ]bʰU`mˉZca ˈʰ Y dfYˈ]ci gˈdUˌ Y"=Zbcˈi UXXˈʰ]cbUˈBCBDF꞊CF꞊HMˈWˉYXˈcfgˈYˌ]ghˉXcˈbchiZˌˉˈi ʰcfˈgi Vaˈʰiʰʰ ]gˈdUˌ Y"          **5a ci bʰicZWˊUˌa**

---

**3.147** ____ Bcbdf]cfˈʰmiWˊYX]ʰcfRgˈbUa YˈUbXˈa UˌˈUˌˈ]bˈ UXXfYgg          **5gˈcZʰ YˈdˈYYʰ]ʰcbˈZ]ˌ]bˈ UXHYˌʰ YˈWˊUˌa ]g.**          $ _____ 250.00
JUDA INDUSTRIAL          *Check all that apply.*
NO. 14, LN. 554, HUACHENG RD.          ❑ Contingent
XINZHUANG DIST.          ❑ Unliquidated
NEW TAIPEI CITY 242-52          ❑ Disputed
TAIWAN

          **6 Ugˌgˈ꞉ˈfˈʰ YˈWˊUˌa .** __ACCOUNTS PAYABLE_____

**8 UʰYˈcfˈXUʰYgˈXYbhˈ Ugˌ]bWˊˈffYXˈ** _____          **꞊gˈʰ YˈWˊUˌa ˈgi VˉYWˊʰ]hcˈcZˌgYʰ8**
**@Ughˌ(ˈX][ˌ]hgˈcZˌUWWci bʰibi a VYfˈ** _____          ☒ No
          ❑ Yes

---

**3.148** ____ Bcbdf]cfˈʰmiWˊYX]ʰcfRgˈbUa YˈUbXˈa UˌˈUˌˈ]bˈ UXXfYgg          **5gˈcZʰ YˈdˈYYʰ]ʰcbˈZ]ˌ]bˈ UXHYˌʰ YˈWˊUˌa ]g.**          $ _____ 53,821.17
K & S          *Check all that apply.*
6917 WEST 59TH STREET          ❑ Contingent
CHICAGO, IL 60638          ❑ Unliquidated
          ❑ Disputed

          **6 Ugˌgˈ꞉ˈfˈʰ YˈWˊUˌa .** __ACCOUNTS PAYABLE_____

**8 UʰYˈcfˈXUʰYgˈXYbhˈ Ugˌ]bWˊˈffYXˈ** _____          **꞊gˈʰ YˈWˊUˌa ˈgi VˉYWˊʰ]hcˈcZˌgYʰ8**
**@Ughˌ(ˈX][ˌ]hgˈcZˌUWWci bʰibi a VYfˈ** _____          ☒ No
          ❑ Yes

---

**3.149** ____ Bcbdf]cfˈʰmiWˊYX]ʰcfRgˈbUa YˈUbXˈa UˌˈUˌˈ]bˈ UXXfYgg          **5gˈcZʰ YˈdˈYYʰ]ʰcbˈZ]ˌ]bˈ UXHYˌʰ YˈWˊUˌa ]g.**          $ _____ 5,313.29
KADEE          *Check all that apply.*
673 AVENUE C          ❑ Contingent
WHITE CITY, OR 97503          ❑ Unliquidated
          ❑ Disputed

          **6 Ugˌgˈ꞉ˈfˈʰ YˈWˊUˌa .** __ACCOUNTS PAYABLE_____

**8 UʰYˈcfˈXUʰYgˈXYbhˈ Ugˌ]bWˊˈffYXˈ** _____          **꞊gˈʰ YˈWˊUˌa ˈgi VˉYWˊʰ]hcˈcZˌgYʰ8**
**@Ughˌ(ˈX][ˌ]hgˈcZˌUWWci bʰibi a VYfˈ** _____          ☒ No
          ❑ Yes

---

**3.150** ____ Bcbdf]cfˈʰmiWˊYX]ʰcfRgˈbUa YˈUbXˈa UˌˈUˌˈ]bˈ UXXfYgg          **5gˈcZʰ YˈdˈYYʰ]ʰcbˈZ]ˌ]bˈ UXHYˌʰ YˈWˊUˌa ]g.**          $ _____ 5,141.10
KALMBACH          *Check all that apply.*
21027 CROSSROADS CIRCLE          ❑ Contingent
WAUKESHA, WI 53187          ❑ Unliquidated
          ❑ Disputed

          **6 Ugˌgˈ꞉ˈfˈʰ YˈWˊUˌa .** __ACCOUNTS PAYABLE_____

**8 UʰYˈcfˈXUʰYgˈXYbhˈ Ugˌ]bWˊˈffYXˈ** _____          **꞊gˈʰ YˈWˊUˌa ˈgi VˉYWˊʰ]hcˈcZˌgYʰ8**
**@Ughˌ(ˈX][ˌ]hgˈcZˌUWWci bʰibi a VYfˈ** __ __ __ __          ☒ No
          ❑ Yes

---

**3.151** ____ Bcbdf]cfˈʰmiWˊYX]ʰcfRgˈbUa YˈUbXˈa UˌˈUˌˈ]bˈ UXXfYgg          **5gˈcZʰ YˈdˈYYʰ]ʰcbˈZ]ˌ]bˈ UXHYˌʰ YˈWˊUˌa ]g.**          $ _____ 100.00
KALMBACH PUBLISHING CO.          *Check all that apply.*
21027 CROSSROADS CIRCLE          ❑ Contingent
WAUKESHA, WI 53187          ❑ Unliquidated
          ❑ Disputed

          **6 Ugˌgˈ꞉ˈfˈʰ YˈWˊUˌa .** __ACCOUNTS PAYABLE_____

**8 UʰYˈcfˈXUʰYgˈXYbhˈ Ugˌ]bWˊˈffYXˈ** _____          **꞊gˈʰ YˈWˊUˌa ˈgi VˉYWˊʰ]hcˈcZˌgYʰ8**
**@Ughˌ(ˈX][ˌ]hgˈcZˌUWWci bʰibi a VYfˈ** _____          ☒ No
          ❑ Yes

Debtor    HOBBICO, INC.
Name

Case number *(if known)* 18-10055(KG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only as necessary. Continue from the main page and number the additional entries consecutively. If additional space is needed for Part 2, copy the next page. | Amount of claim |
|---|---|

3.152    Nonpriority creditor's name and mailing address

KID GALAXY
150 DOW STREET, UNIT 425B
MANCHESTER, NH 3101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,102.35

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

3.153    Nonpriority creditor's name and mailing address

KIMBROUGH PRODUCTS
1322 BELL AVENUE, UNIT 1-C
TUSTIN, CA 92780

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,417.75

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

3.154    Nonpriority creditor's name and mailing address

KLENK TOOLS
DIV. OF EVERHARD PRODUCTS INC.
1016 NINTH STREET S.W.
CANTON, OH 44707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,632.52

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

3.155    Nonpriority creditor's name and mailing address

KLOTZ FORMULA PRODUCTS
7424 FREEDOM WAY
FORT WAYNE, IN 46857

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,152.46

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

3.156    Nonpriority creditor's name and mailing address

KONE INC.
P.O. BOX 3491
CAROL STREAM, IL 60532

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,128.04

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

Debtor   HOBBICO, INC.                                                    Case number (*if known*) 18-10055(KG)
_____
Name

| **Part 2:** | **Additional Page** |
|---|---|

7 cdmiˆ ]g`dU[ Y`cb`mý]Za cfY`gdUcW`ý]g`bYYXYX"7 cbh]bi Yˆbi a VYf]b[ ˆh Y`]bYg`gYei Ybh]U`mýfca ˆh Y dfYj]ci g`dU[ Y"=Zbc`UXX]h]cbU`BCBDF=CF=HMWYX]hcfg`Yˆ ]ghˆXc`bch]Z]``ci hcf`gi Va ]hh]ˆ]g`dU[ Y"    5a ci bhcZWU]a

---

3.157_____ Bcbdf]cf]hmˆWYX]hcf&g`bUa Y`UbX`a U]`]b[ `UXXfYgg·        5g`cZˆ Y`dYh]h]cb`Z]`]b[ `XUhYˆˆ Y`WU]a `]g.
*Check all that apply.*                                            $_____ 20,348.00
KOPEN ELECTRICAL CO. LTD                                          ❑ Contingent
2/F FLAT G-H WINNER FACTORY BLDG.                                 ❑ Unliquidated
55 HUNG TO ROAD                                                  ❑ Disputed
KWUN TONG
CHINA

6 Ug]g`ˆcf`ˆ Y`WU]a . ___ACCOUNTS PAYABLE_____·

8 UhY`cf`XUhYg`XYVh[k Ug]]bWi ffYX·   _____·     =g`ˆ Y`WU]a `gi V^YWh`hc`cZZgYh8
@Ugh(`X][ ]hg`cZˆUWW`bi bhbi a VYf·    _____·     ☒ No
                                                        ❑ Yes·

---

3.158_____ Bcbdf]cf]hmˆWYX]hcf&g`bUa Y`UbX`a U]`]b[ `UXXfYgg·        5g`cZˆ Y`dYh]h]cb`Z]`]b[ `XUhYˆˆ Y`WU]a `]g.
*Check all that apply.*                                            $_____ 9,912.73
K-POWER RC SERVO MODEL TECHNOLOGY CO. LTD                         ❑ Contingent
NO. 16, HEKENG 2ND INDUSTRY DISTRICT                             ❑ Unliquidated
QIAOTOU TOWN                                                    ❑ Disputed·
DONGGUAN
CHINA

6 Ug]g`ˆcf`ˆ Y`WU]a . ___ACCOUNTS PAYABLE_____·

8 UhY`cf`XUhYg`XYVh[k Ug]]bWi ffYX·   _____·     =g`ˆ Y`WU]a `gi V^YWh`hc`cZZgYh8
@Ugh(`X][ ]hg`cZˆUWW`bi bhbi a VYf·    _____·     ☒ No
                                                        ❑ Yes·

---

3.159_____ Bcbdf]cf]hmˆWYX]hcf&g`bUa Y`UbX`a U]`]b[ `UXXfYgg·        5g`cZˆ Y`dYh]h]cb`Z]`]b[ `XUhYˆˆ Y`WU]a `]g.
*Check all that apply.*                                            $_____ 5,505.92
KRAKEN RC INC.                                                   ❑ Contingent
38365 INNOVATION CT. #901                                        ❑ Unliquidated
MURRIETA, CA 92563                                               ❑ Disputed·

6 Ug]g`ˆcf`ˆ Y`WU]a . ___ACCOUNTS PAYABLE_____·

8 UhY`cf`XUhYg`XYVh[k Ug]]bWi ffYX·   _____·     =g`ˆ Y`WU]a `gi V^YWh`hc`cZZgYh8
@Ugh(`X][ ]hg`cZˆUWW`bi bhbi a VYf·    _____·     ☒ No
                                                        ❑ Yes·

---

3.160_____ Bcbdf]cf]hmˆWYX]hcf&g`bUa Y`UbX`a U]`]b[ `UXXfYgg·        5g`cZˆ Y`dYh]h]cb`Z]`]b[ `XUhYˆˆ Y`WU]a `]g.
*Check all that apply.*                                            $_____ 5,107.00
KYOSHO AMERICA                                                   ❑ Contingent
20322 VALENCIA CIRCLE                                            ❑ Unliquidated
LAKE FOREST, CA 92630                                            ❑ Disputed·

6 Ug]g`ˆcf`ˆ Y`WU]a . ___ACCOUNTS PAYABLE_____·

8 UhY`cf`XUhYg`XYVh[k Ug]]bWi ffYX·   _____·     =g`ˆ Y`WU]a `gi V^YWh`hc`cZZgYh8
@Ugh(`X][ ]hg`cZˆUWW`bi bhbi a VYf·    ___ ___ ___ ___·  ☒ No
                                                        ❑ Yes·

---

3.161_____ Bcbdf]cf]hmˆWYX]hcf&g`bUa Y`UbX`a U]`]b[ `UXXfYgg·        5g`cZˆ Y`dYh]h]cb`Z]`]b[ `XUhYˆˆ Y`WU]a `]g.
*Check all that apply.*                                            $_____ 330.00
LABEEG BUILDING SERVICES                                         ❑ Contingent
225 KEYSTONE AVE                                                 ❑ Unliquidated
RENO, NV 89503                                                  ❑ Disputed·

6 Ug]g`ˆcf`ˆ Y`WU]a . ___ACCOUNTS PAYABLE_____·

8 UhY`cf`XUhYg`XYVh[k Ug]]bWi ffYX·   _____·     =g`ˆ Y`WU]a `gi V^YWh`hc`cZZgYh8
@Ugh(`X][ ]hg`cZˆUWW`bi bhbi a VYf·    _____·     ☒ No
                                                        ❑ Yes·

Debtor  HOBBICO, INC. _____  Case number (*if known*) 18-10055(KG) _____

Name

| Part 2: | Additional Page |

7 cdmih ]g dU[ Y cb m]Za cfY gdUW W ]g bYYXYX" 7 cbh]bi Y bi a VYf]b[ h Y ]bYg gYei bh]U mZca h Y dfYj]ci g dU[ Y" Zbc UXX]h]cbU BCBDF=CF HM WYX hcfg Yl ]gh Xc bchZ `` ci h cf gi Vb ]th]g dU[ Y"    **5a ci bhic ZWU]a**

---

**3.162** ___ Bcbdf]cf]hmWYX hcfBg bUa Y UbX a U]`]b[ UXXfYgg

LANDING PRODUCTS
ATTN: LEGAL DEPT.
1222 HARTER AVE
WOODLAND, CA 95776

5g cZh Y dYh]h]cb ]]b[ ]b[ XUhYžh Y W U]a ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____ 102,540.39

6 Ug]g]cf h Y W U]a . ACCOUNTS PAYABLE _____

8 Uh Y cf XUhYg XYVhWh ]k Ug ]bW ffYX    _____

@Ugh( X][ ]hg cZ UWWci bh bi a VYf    _____

=g h Y W U]a ]g gi V^YWh hc cZZgYh8
☒ No
❑ Yes

---

**3.163** ___ Bcbdf]cf]hmWYX hcfBg bUa Y UbX a U]`]b[ UXXfYgg

LEE HANG METAL PRODUCT CO. LTD.
25/F., BLK. M. SHIELD IND. CENTRE.
84-92 CHAI WAN KOK ST.,
TSUEN WAN. N.T.
CHINA

5g cZh Y dYh]h]cb ]]b[ XUhYžh Y W U]a ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____ 5,248.00

6 Ug]g]cf h Y W U]a . ACCOUNTS PAYABLE _____

8 Uh Y cf XUhYg XYVhWh ]k Ug ]bW ffYX    _____

@Ugh( X][ ]hg cZ UWWci bh bi a VYf    _____

=g h Y W U]a ]g gi V^YWh hc cZZgYh8
☒ No
❑ Yes

---

**3.164** ___ Bcbdf]cf]hmWYX hcfBg bUa Y UbX a U]`]b[ UXXfYgg

LEGACY SUPPLY CHAIN SERVICES
1941 CITRONA DR.
FERNANDINA BEACH, FL 32034

5g cZh Y dYh]h]cb ]]b[ XUhYžh Y W U]a ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____ 7,903.18

6 Ug]g]cf h Y W U]a . ACCOUNTS PAYABLE _____

8 Uh Y cf XUhYg XYVhWh ]k Ug ]bW ffYX    _____

@Ugh( X][ ]hg cZ UWWci bh bi a VYf    _____

=g h Y W U]a ]g gi V^YWh hc cZZgYh8
☒ No
❑ Yes

---

**3.165** ___ Bcbdf]cf]hmWYX hcfBg bUa Y UbX a U]`]b[ UXXfYgg

LEVER INTERACTIVE
701 WARRENVILLE ROAD
SUITE 200
LISLE, IL 60532

5g cZh Y dYh]h]cb ]]b[ XUhYžh Y W U]a ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____ 21,854.04

6 Ug]g]cf h Y W U]a . ACCOUNTS PAYABLE _____

8 Uh Y cf XUhYg XYVhWh ]k Ug ]bW ffYX    _____

@Ugh( X][ ]hg cZ UWWci bh bi a VYf    ___ ___ ___ ___

=g h Y W U]a ]g gi V^YWh hc cZZgYh8
☒ No
❑ Yes

---

**3.166** ___ Bcbdf]cf]hmWYX hcfBg bUa Y UbX a U]`]b[ UXXfYgg

LI CHANN ENTERPRISE CO. LTD.
NO. 135, ZHIXING STREET
FONG-YUEN CITY
TAIWAN

5g cZh Y dYh]h]cb ]]b[ XUhYžh Y W U]a ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____ 409.40

6 Ug]g]cf h Y W U]a . ACCOUNTS PAYABLE _____

8 Uh Y cf XUhYg XYVhWh ]k Ug ]bW ffYX    _____

@Ugh( X][ ]hg cZ UWWci bh bi a VYf    _____

=g h Y W U]a ]g gi V^YWh hc cZZgYh8
☒ No
❑ Yes

---

Debtor     HOBBICO, INC.
Name

Case number (*if known*) 18-10055(KG)

| Part 2: | Additional Page |
|---|---|

7 cdmiⁱ ]g˙dU[˙Y˙cb˙m]Za cfY˙gdUⁱY˙g˙bYYXYX"7 cbⁱ]bi Y˙bi a VYf]b[ ⁱⁱ Y˙]bYg˙gYei YbⁱⁱU˙mⁱca ⁱⁱ Y dfYj]ci g˙dU[˙Y"=Zbc˙UXX˙ⁱⁱcbU˙BCBDF˖CF˖HMⁱWⁱYX˙cfg˙Yⁱ ]gⁱXc˙bcⁱ]˖˙˙ci ⁱcf˙gi Va ]ⁱⁱ ]g˙dU[˙Y"

5a ci bⁱⁱcZ˙WⁱUⁱa

3.167 ___ Bcbdf]cf]ⁱmⁱWⁱYX]cfⁱⁱg˙bUa Y˙UbX˙a U]]b[ ˙UXXfYgg

LITHCO, INC.

9449 JEFFERSON BLVD.
CULVER CITY, CA 90232

5˙g˙cZⁱ Y˙dYⁱⁱⁱⁱcb˙Zⁱⁱⁱⁱb[ ˙XUⁱⁱZⁱⁱ Y˙WⁱUⁱa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____ 526.18

6 Ug]g˙Zⁱc·f˙ⁱ Y˙WⁱUⁱa ˙. ___ACCOUNTS PAYABLE___ ˙

8 UⁱⁱY˙cf˙XUⁱⁱYg˙XYVⁱⁱ Ug˙]bⁱⁱ ffYX˙ _____ ˙

@Ugⁱ(˙X][ ]ⁱg˙cZⁱUWⁱWⁱⁱ bⁱ bi a VYf˙ _____ ˙

=g˙ⁱ Y˙WⁱUⁱa ˙gi Vⁱ˙YWⁱⁱⁱc˙cⁱ ZⁱⁱgYⁱ8
☒ No
❑ Yes·

3.168 ___ Bcbdf]cf]ⁱmⁱWⁱYX]cfⁱⁱg˙bUa Y˙UbX˙a U]]b[ ˙UXXfYgg

LRC, INC.

4462 OAKWOOD ROAD
P.O. BOX 458
OAKWOOD, GA 30566

5˙g˙cZⁱ Y˙dYⁱⁱⁱⁱⁱcb˙Zⁱⁱⁱⁱb[ ˙XUⁱⁱZⁱⁱ Y˙WⁱUⁱa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 19,006.15

6 Ug]g˙Zⁱc·f˙ⁱ Y˙WⁱUⁱa ˙. ___ACCOUNTS PAYABLE___ ˙

8 UⁱⁱY˙cf˙XUⁱⁱYg˙XYVⁱⁱ Ug˙]bⁱⁱ ffYX˙ _____ ˙

@Ugⁱ(˙X][ ]ⁱg˙cZⁱUWⁱWⁱⁱ bⁱ bi a VYf˙ _____ ˙

=g˙ⁱ Y˙WⁱUⁱa ˙gi Vⁱ˙YWⁱⁱⁱc˙cⁱ ZⁱⁱgYⁱ8
☒ No
❑ Yes·

3.169 ___ Bcbdf]cf]ⁱmⁱWⁱYX]cfⁱⁱg˙bUa Y˙UbX˙a U]]b[ ˙UXXfYgg

LRP ELECTONIC GMBH

HANFWIESENSTRASSE, 15
SCHORNDORF 73614
GERMANY

5˙g˙cZⁱ Y˙dYⁱⁱⁱⁱⁱcb˙Zⁱⁱⁱⁱb[ ˙XUⁱⁱZⁱⁱ Y˙WⁱUⁱa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 28,919.49

6 Ug]g˙Zⁱc·f˙ⁱ Y˙WⁱUⁱa ˙. ___ACCOUNTS PAYABLE___ ˙

8 UⁱⁱY˙cf˙XUⁱⁱYg˙XYVⁱⁱ Ug˙]bⁱⁱ ffYX˙ _____ ˙

@Ugⁱ(˙X][ ]ⁱg˙cZⁱUWⁱWⁱⁱ bⁱ bi a VYf˙ _____ ˙

=g˙ⁱ Y˙WⁱUⁱa ˙gi Vⁱ˙YWⁱⁱⁱc˙cⁱ ZⁱⁱgYⁱ8
☒ No
❑ Yes·

3.170 ___ Bcbdf]cf]ⁱmⁱWⁱYX]cfⁱⁱg˙bUa Y˙UbX˙a U]]b[ ˙UXXfYgg

LSC COMMUNICATIONS US, LLC

191 N. UPPER WACKER DR
CHICAGO, IL 60606

5˙g˙cZⁱ Y˙dYⁱⁱⁱⁱⁱcb˙Zⁱⁱⁱⁱb[ ˙XUⁱⁱZⁱⁱ Y˙WⁱUⁱa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 176,171.53

6 Ug]g˙Zⁱc·f˙ⁱ Y˙WⁱUⁱa ˙. ___ACCOUNTS PAYABLE___ ˙

8 UⁱⁱY˙cf˙XUⁱⁱYg˙XYVⁱⁱ Ug˙]bⁱⁱ ffYX˙ _____ ˙

@Ugⁱ(˙X][ ]ⁱg˙cZⁱUWⁱWⁱⁱ bⁱ bi a VYf˙ ___ ___ ___ ___

=g˙ⁱ Y˙WⁱUⁱa ˙gi Vⁱ˙YWⁱⁱⁱc˙cⁱ ZⁱⁱgYⁱ8
☒ No
❑ Yes·

3.171 ___ Bcbdf]cf]ⁱmⁱWⁱYX]cfⁱⁱg˙bUa Y˙UbX˙a U]]b[ ˙UXXfYgg

LUNSFORD RACING

2500 THREE LAKES ROAD, SUITE A
ALBANY, OR 97322

5˙g˙cZⁱ Y˙dYⁱⁱⁱⁱⁱcb˙Zⁱⁱⁱⁱb[ ˙XUⁱⁱZⁱⁱ Y˙WⁱUⁱa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 1,977.16

6 Ug]g˙Zⁱc·f˙ⁱ Y˙WⁱUⁱa ˙. ___ACCOUNTS PAYABLE___ ˙

8 UⁱⁱY˙cf˙XUⁱⁱYg˙XYVⁱⁱ Ug˙]bⁱⁱ ffYX˙ _____ ˙

@Ugⁱ(˙X][ ]ⁱg˙cZⁱUWⁱWⁱⁱ bⁱ bi a VYf˙ _____ ˙

=g˙ⁱ Y˙WⁱUⁱa ˙gi Vⁱ˙YWⁱⁱⁱc˙cⁱ ZⁱⁱgYⁱ8
☒ No
❑ Yes·

Debtor _____HOBBICO, INC._____   Case number (*if known*)_____18-10055(KG)_____
        Name

| **Part 2:** | **Additional Page** |

7 cdmiʰ ]gˋdUɼ YˋcbˋmːZa cfYˋgdUʮWˋˋjgˋbYYXYX"7 cbʰ]bi Yˋbi a VYfˋ]bˋ ˋʰ Yˋˋ]bYgˋgYeiˋYbʰjU`mˋlˋca ˋʰ Yˋ dfYˋ]ci gˋdUɼ Yˋ=ZbcˋUXXˋʰ]cbU`ˋBCBDF=CFˈHMˋWˋYX]ʰcfgˋYˋ]gʰˋXcˋbcʰiɁˋˋˋci ʰcfˋgi Vaˋ]ʰiʰ ]gˋdUɼ Yˋ"

5a ci bʰic<ZWˋUʄa

---

3.172____   Bcbdf]cf]ʰmˋWʮYX]ʰcfɼˋbUa YˋUbXˋa Uʮ]ˋbˋ UXXfYgg

MAISTO INTERNATIONAL, INC.

ATTN: LEGAL DEPT.
7751 CHERRY AVENUE
FONTANA, CA 92336

5ˋgˋcZʰ YˋdˋYʮ]ʰ]cbˋʲˋ]bˋ ˋXUʰYˑ]ʰ YˋWˋUʄa ˋ]gˑ
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                               88,748.70

6ˋUgˑgˋʲ:ˋfˋʰ YˋWʮUʄa . ___ACCOUNTS PAYABLE_____   ˑ

8ˋUʰ YˋcfˋXUʰYgˋ XYVʰhˋ UgˋˋbWˋ ffYX _____   ˑ

=gˑʰ YˋWʮUʄa ˋgi Vˋ^Wʰihcˋ cZˋgYʰ8
☒ No
☐ Yesˑ

@ˋUgʰʰ ʲXˋʲɼˑˋ]hgˋcZUWWˋcˋi bʰibi a VYfˑ _____   ˑ

---

3.173____   Bcbdf]cf]ʰmˋWʮYX]ʰcfBʲˋbUa YˋUbXˋa Uʮ]ˋbˋ UXXfYgg

MARK MOORBERG

5ˋgˋcZʰ YˋdˋYʮ]ʰ]cbˋʲˋ]bˋ ˋXUʰYˑ]ʰ YˋWˋUʄa ˋ]gˑ
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputedˑ

$                                         

6ˋUgˑgˋʲ:ˋfˋʰ YˋWʮUʄa . ___LITIGATION_____   ˑ

8ˋUʰ YˋcfˋXUʰYgˋ XYVʰhˋ UgˋˋbWˋ ffYX _____   ˑ

=gˑʰ YˋWʮUʄa ˋgi Vˋ^Wʰihcˋ cZˋgYʰ8
☒ No
☐ Yesˑ

@ˋUgʰʰ ʲXˋʲɼˑˋ]hgˋcZUWWˋcˋi bʰibi a VYfˑ _____   ˑ

---

3.174____   Bcbdf]cf]ʰmˋWʮYX]ʰcfBʲˋbUa YˋUbXˋa Uʮ]ˋbˋ UXXfYgg

MASTER AIRSCREW
3219 MONIER CIRCLE
RANCHO CORDOVA, CA 95742

5ˋgˋcZʰ YˋdˋYʮ]ʰ]cbˋʲˋ]bˋ ˋXUʰYˑ]ʰ YˋWˋUʄa ˋ]gˑ
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputedˑ

$                               24,444.03

6ˋUgˑgˋʲ:ˋfˋʰ YˋWʮUʄa . ___ACCOUNTS PAYABLE_____   ˑ

8ˋUʰ YˋcfˋXUʰYgˋ XYVʰhˋ UgˋˋbWˋ ffYX _____   ˑ

=gˑʰ YˋWʮUʄa ˋgi Vˋ^Wʰihcˋ cZˋgYʰ8
☒ No
☐ Yesˑ

@ˋUgʰʰ ʲXˋʲɼˑˋ]hgˋcZUWWˋcˋi bʰibi a VYfˑ _____   ˑ

---

3.175____   Bcbdf]cf]ʰmˋWʮYX]ʰcfBʲˋbUa YˋUbXˋa Uʮ]ˋbˋ UXXfYgg

MASTERPIECES PUZZLE CO. INC.
12475 N. RANCHO VISTOSO BLVD.
ORO VALLEY, AZ 85755

5ˋgˋcZʰ YˋdˋYʮ]ʰ]cbˋʲˋ]bˋ ˋXUʰYˑ]ʰ YˋWˋUʄa ˋ]gˑ
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputedˑ

$                                2,308.18

6ˋUgˑgˋʲ:ˋfˋʰ YˋWʮUʄa . ___ACCOUNTS PAYABLE_____   ˑ

8ˋUʰ YˋcfˋXUʰYgˋ XYVʰhˋ UgˋˋbWˋ ffYX _____   ˑ

=gˑʰ YˋWʮUʄa ˋgi Vˋ^Wʰihcˋ cZˋgYʰ8
☒ No
☐ Yesˑ

@ˋUgʰʰ ʲXˋʲɼˑˋ]hgˋcZUWWˋcˋi bʰibi a VYfˑ ___ ___ ___ ___   ˑ

---

3.176____   Bcbdf]cf]ʰmˋWʮYX]ʰcfBʲˋbUa YˋUbXˋa Uʮ]ˋbˋ UXXfYgg

MB MODELS SRL D
STRSTREET FEROVIARILOR, NR. 6,
BL. C5, AP. 56,
GALATI 800261
ROMANIA

5ˋgˋcZʰ YˋdˋYʮ]ʰ]cbˋʲˋ]bˋ ˋXUʰYˑ]ʰ YˋWˋUʄa ˋ]gˑ
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputedˑ

$                                2,880.66

6ˋUgˑgˋʲ:ˋfˋʰ YˋWʮUʄa . ___ACCOUNTS PAYABLE_____   ˑ

8ˋUʰ YˋcfˋXUʰYgˋ XYVʰhˋ UgˋˋbWˋ ffYX _____   ˑ

=gˑʰ YˋWʮUʄa ˋgi Vˋ^Wʰihcˋ cZˋgYʰ8
☒ No
☐ Yesˑ

@ˋUgʰʰ ʲXˋʲɼˑˋ]hgˋcZUWWˋcˋi bʰibi a VYfˑ _____   ˑ

---

Debtor ___HOBBICO, INC._____   Case number (*if known*)___18-10055(KG)_____
   Name

| Part 2: | Additional Page |

3.177 ____  MICROBRUSH CORPORATION
1376 CHEYENNE AVENUE
GRAFTON, WI 53024

Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 3,679.80

Basis for the claim: __ACCOUNTS PAYABLE__

Is the claim subject to offset?
☒ No
❑ Yes

3.178 ____  MICROSOFT CORPORATION
C/O BANK OF AMERICA
1950 N. STEMMONS FWY, STE 5010
DALLAS, TX 75207

Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 449.07

Basis for the claim: __ACCOUNTS PAYABLE__

Is the claim subject to offset?
☒ No
❑ Yes

3.179 ____  MICROSOFT ONLINE, INC
P.O. BOX 847543
DALLAS, TX 75284

Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 1,412.04

Basis for the claim: __ACCOUNTS PAYABLE__

Is the claim subject to offset?
☒ No
❑ Yes

3.180 ____  MICRO-SURFACE FINISHING PRODUCTS
1217 WEST THIRD STREET
BOX 70
WILTON, IA 52778

Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 2,175.00

Basis for the claim: __ACCOUNTS PAYABLE__

Is the claim subject to offset?
☒ No
❑ Yes

3.181 ____  MIDLAND PAPER
101 E. PALATINE ROAD
WHEELING, IL 60090

Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 5,743.53

Basis for the claim: __ACCOUNTS PAYABLE__

Is the claim subject to offset?
☒ No
❑ Yes

Debtor  HOBBICO, INC. _____  Case number (*if known*) 18-10055(KG)
　　　　　Name

| Part 2: | Additional Page |

7 cdmiⁱ\ ]g˙dU[ Y˙cb`mⁱ]Za cfY˙gdUⁱXY"]g˙bYYXYX"7 cbⁱ]bi Y˙bi a VYf]b[ ˙iⁱ Y`]bYg˙gYei YbⁱU˙mⁱ Zca ⁱiⁱ Y˙dfYj ]ci g˙dU[ Y"˙Zbo˙UXX]ⁱcbU˙BCBDF≠CF≠HⁱWⁱYX]ⁱcfg˙YI ]gⁱ Xc˙bchiⁱ``˙ci ⁱicf˙gi Va ]hiⁱ\ ]g˙dU[ Y"

5a ci bⁱcZⁱWⁱUⁱa

3.182 ___ Bcbdf]cf]hmⁱⁱWⁱYX]ⁱcfBⁱg˙bUa Y˙UbX˙a U]`]b[ ˙UXXfYgg˙
**MIDWEST FIBERS RECYCLING**
422 S. WHITE OAK ROAD
NORMAL, IL 61761

5 g˙cZⁱ Y˙dYⁱ]ⁱⁱcb˙Zⁱ]b[ ˙XUⁱYⁱⁱ Y˙WUa ⁱ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

6 Ug]g˙zⁱcfⁱ Y˙WⁱWⁱUⁱa . ACCOUNTS PAYABLE

$ 1,649.60

8 UⁱYⁱcfⁱXUⁱⁱg˙XYVⁱhⁱ Ug˙]bWⁱffYX˙ _____ .
@Ugⁱ( ˙X][ ]hg˙cZⁱUWWⁱci bⁱbi a VYf˙ _____ .

=g˙ⁱ Y˙WⁱWⁱUⁱa ˙gi Vⁱ WⁱWⁱihcⁱcZⁱⁱgYh8
☒ No
❑ Yes˙

3.183 ___ Bcbdf]cf]hmⁱⁱWⁱYX]ⁱcfBⁱg˙bUa Y˙UbX˙a U]`]b[ ˙UXXfYgg˙
**MILE HAO XIANG TECHNOLOGY CO. LTD**
MILE INDUSTRIAL PARK  MI YANG INDUSTRIAL DISTRICT
MILE CITY, HONGHE PREFECTURE 652300
CHINA

5 g˙cZⁱ Y˙dYⁱ]ⁱⁱcb˙Zⁱ]b[ ˙XUⁱYⁱⁱ Y˙WUa ⁱ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

6 Ug]g˙zⁱcfⁱ Y˙WⁱWⁱUⁱa . ACCOUNTS PAYABLE

$ 180,482.50

8 UⁱYⁱcfⁱXUⁱⁱg˙XYVⁱhⁱ Ug˙]bWⁱffYX˙ _____ .
@Ugⁱ( ˙X][ ]hg˙cZⁱUWWⁱci bⁱbi a VYf˙ _____ .

=g˙ⁱ Y˙WⁱWⁱUⁱa ˙gi Vⁱ WⁱWⁱihcⁱcZⁱⁱgYh8
☒ No
❑ Yes˙

3.184 ___ Bcbdf]cf]hmⁱⁱWⁱYX]ⁱcfBⁱg˙bUa Y˙UbX˙a U]`]b[ ˙UXXfYgg˙
**MINICRAFT MODELS LLC**
2136 12TH STREET #104
ROCKFORD, IL 61104

5 g˙cZⁱ Y˙dYⁱ]ⁱⁱcb˙Zⁱ]b[ ˙XUⁱYⁱⁱ Y˙WUa ⁱ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

6 Ug]g˙zⁱcfⁱ Y˙WⁱWⁱUⁱa . ACCOUNTS PAYABLE

$ 4,209.44

8 UⁱYⁱcfⁱXUⁱⁱg˙XYVⁱhⁱ Ug˙]bWⁱffYX˙ _____ .
@Ugⁱ( ˙X][ ]hg˙cZⁱUWWⁱci bⁱbi a VYf˙ _____ .

=g˙ⁱ Y˙WⁱWⁱUⁱa ˙gi Vⁱ WⁱWⁱihcⁱcZⁱⁱgYh8
☒ No
❑ Yes˙

3.185 ___ Bcbdf]cf]hmⁱⁱWⁱYX]ⁱcfBⁱg˙bUX˙a U]`]b[ ˙UXXfYgg˙
**MODEL AVIATION**
5151 EAST MEMORIAL DRIVE
MUNCIE, IN 47302

5 g˙cZⁱ Y˙dYⁱ]ⁱⁱcb˙Zⁱ]b[ ˙XUⁱYⁱⁱ Y˙WUa ⁱ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

6 Ug]g˙zⁱcfⁱ Y˙WⁱWⁱUⁱa . ACCOUNTS PAYABLE

$ 2,910.40

8 UⁱYⁱcfⁱXUⁱⁱg˙XYVⁱhⁱ Ug˙]bWⁱffYX˙ _____ .
@Ugⁱ( ˙X][ ]hg˙cZⁱUWWⁱci bⁱbi a VYf˙ ___ ___ ___ ___ .

=g˙ⁱ Y˙WⁱWⁱUⁱa ˙gi Vⁱ WⁱWⁱihcⁱcZⁱⁱgYh8
☒ No
❑ Yes˙

3.186 ___ Bcbdf]cf]hmⁱⁱWⁱYX]ⁱcfBⁱg˙bUa Y˙UbX˙a U]`]b[ ˙UXXfYgg˙
**MODEL RECTIFIER CORPORATION**
80 NEWFIELD AVENUE
EDISON, NJ 8837

5 g˙cZⁱ Y˙dYⁱ]ⁱⁱcb˙Zⁱ]b[ ˙XUⁱYⁱⁱ Y˙WUa ⁱ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

6 Ug]g˙zⁱcfⁱ Y˙WⁱWⁱUⁱa . ACCOUNTS PAYABLE

$ 11,454.09

8 UⁱYⁱcfⁱXUⁱⁱg˙XYVⁱhⁱ Ug˙]bWⁱffYX˙ _____ .
@Ugⁱ( ˙X][ ]hg˙cZⁱUWWⁱci bⁱbi a VYf˙ _____ .

=g˙ⁱ Y˙WⁱWⁱUⁱa ˙gi Vⁱ WⁱWⁱihcⁱcZⁱⁱgYh8
☒ No
❑ Yes˙

Debtor    HOBBICO, INC.
_____
Name

Case number (*if known*) 18-10055(KG)
_____

| **Part 2:** | **Additional Page** |

| 7 cdmiٰ ]g`dU[ Y`cb`m]Za cfY`gdUcW``]g`bYYXYX"7 cbiٰ]bi Y`bi a VYf]b[ `iٰ Y`]bYg`gYei YbiٰU`mٰ[ca `iٰ Y` dfYj]ci g`dU[ Y"=Zbc`UXX]iٰcbU`BCBDF=CF=HMٰWYX]ٰcfg`Yi ]ghٰXc`bchiٰ]``i hcf`gi Vа ]hiٰ ]g`dU[ Y" | 5a ci bٰcfٰW Uٰa |
|---|---|

3.187___  Bcbdf]cf]hm`WYX]ٰcf&g`bUa Y`UbX`a U]`]b[ `UXXfYgg

MOEBIUS MODELS, INC.
P.O. BOX 229372
GLENWOOD, FL 32722

5 g`cZٰ Y`dYh]i]cb`Z]`]b[ `XUhٰYٰٰ Y`WaU]]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____63,153.30

6 Ug]g`Zٰcfٰ Y`WaU]]a .  ACCOUNTS PAYABLE_____.

8 UhٰYٰcfٰXUhٰYg`XYVhٰك Ug]]bWVffk fYX`    _____.

@Ugh(`X][]hg`cZٰUWWtٰi bhٰi a VYf`    _____.

=gٰ ]h`WaU]a `gi i V`WWihٰcٰcٰ`ZٰgٰYh8
☒ No
☐ Yes

---

3.188___  Bcbdf]cf]hm`WYX]ٰcf&g`bUa Y`UbX`a U]`]b[ `UXXfYgg

MOORE'S IDEAL PRODUCTS ***DISC***
830 W. GOLDEN GROVE WAY
COVINA, CA 91722

5 g`cZٰ Y`dYh]i]cb`Z]`]b[ `XUhٰYٰٰ Y`WaU]]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____38,606.44

6 Ug]g`Zٰcfٰ Y`WaU]]a .  ACCOUNTS PAYABLE_____.

8 UhٰYٰcfٰXUhٰYg`XYVhٰك Ug]]bWVffk fYX`    _____.

@Ugh(`X][]hg`cZٰUWWtٰi bhٰi a VYf`    _____.

=gٰ ]h`WaU]a `gi i V`WWihٰcٰcٰ`ZٰgٰYh8
☒ No
☐ Yes

---

3.189___  Bcbdf]cf]hm`WYX]ٰcf&g`bUa Y`UbX`a U]`]b[ `UXXfYgg

MORGAN TRANSPORTATION AGENCY
P.O. BOX 16
ELWIN, IL 62532

5 g`cZٰ Y`dYh]i]cb`Z]`]b[ `XUhٰYٰٰ Y`WaU]]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____527.00

6 Ug]g`Zٰcfٰ Y`WaU]]a .  ACCOUNTS PAYABLE_____.

8 UhٰYٰcfٰXUhٰYg`XYVhٰك Ug]]bWVffk fYX`    _____.

@Ugh(`X][]hg`cZٰUWWtٰi bhٰi a VYf`    _____.

=gٰ ]h`WaU]a `gi i V`WWihٰcٰcٰ`ZٰgٰYh8
☒ No
☐ Yes

---

3.190___  Bcbdf]cf]hm`WYX]ٰcf&g`bUa Y`UbX`a U]`]b[ `UXXfYgg

MORGAN, INC.
200 WEST LEE STREET
P.O. BOX 1201
ENTERPRISE, AL 36331

5 g`cZٰ Y`dYh]i]cb`Z]`]b[ `XUhٰYٰٰ Y`WaU]]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____8,090.48

6 Ug]g`Zٰcfٰ Y`WaU]]a .  ACCOUNTS PAYABLE_____.

8 UhٰYٰcfٰXUhٰYg`XYVhٰك Ug]]bWVffk fYX`    _____.

@Ugh(`X][]hg`cZٰUWWtٰi bhٰi a VYf`    ___ ___ ___ ___.

=gٰ ]h`WaU]a `gi i V`WWihٰcٰcٰ`ZٰgٰYh8
☒ No
☐ Yes

---

3.191___  Bcbdf]cf]hm`WYX]ٰcf&g`bUa Y`UbX`a U]`]b[ `UXXfYgg

MUGEN SEIKI RACING
20525 CRESCENT BAY DRIVE
LAKE FOREST, CA 92630

5 g`cZٰ Y`dYh]i]cb`Z]`]b[ `XUhٰYٰٰ Y`WaU]]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____39,449.72

6 Ug]g`Zٰcfٰ Y`WaU]]a .  ACCOUNTS PAYABLE_____.

8 UhٰYٰcfٰXUhٰYg`XYVhٰك Ug]]bWVffk fYX`    _____.

@Ugh(`X][]hg`cZٰUWWtٰi bhٰi a VYf`    _____.

=gٰ ]h`WaU]a `gi i V`WWihٰcٰcٰ`ZٰgٰYh8
☒ No
☐ Yes

Debtor   HOBBICO, INC.
         _____   Case number (*if known*)___18-10055(KG)_____
         Name

| Part 2: | Additional Page |

| | 5a ci bhicZWU]a |
|---|---|

3.192____   **Bcbdf]cf]hmWYX]hcfBg]bUa Y UbX a U]]b UXXfYgg**
NEW BRIGHT INDUSTRIAL CO. LTD.

P.O. BOX 1012
31060 OAK CREEK DRIVE
WIXOM 48393

5 g cZ\ Y dY\|h]cb Z ]b XUh\Y`h\ Y WU]a ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 47,200.00

6 Ug]g z f h\ Y WU]a . ACCOUNTS PAYABLE

8 UhY cf XUhYg XYVh\ik Ug ]bWi ffYX   _____.

@Ugh( X][ ]hg cZ UWWci bhibi a VYf   _____.

=g h\ Y WU]a gi V^YWh hc cZZgYh8
☒ No
❑ Yes`

---

3.193____   **Bcbdf]cf]hmWYX]hcfBg]bUa Y UbX a U]]b UXXfYgg**
NEWEGG, INC.

ATTENTION:ACCOUNTS RECEIVABLE
17560 ROWLAND ST.
CITY OF INDUSTRY, CA 91748

5 g cZ\ Y dY\|h]cb Z ]b XUh\Y`h\ Y WU]a ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed`

$ 2,027.89

6 Ug]g z f h\ Y WU]a . ACCOUNTS PAYABLE

8 UhY cf XUhYg XYVh\ik Ug ]bWi ffYX   _____.

@Ugh( X][ ]hg cZ UWWci bhibi a VYf   _____.

=g h\ Y WU]a gi V^YWh hc cZZgYh8
☒ No
❑ Yes`

---

3.194____   **Bcbdf]cf]hmWYX]hcfBg]bUa Y UbX a U]]b UXXfYgg**
NEW-RAY TOYS (CA) INC.
5407 DANIELS STREET
CHINO, CA 91710

5 g cZ\ Y dY\|h]cb Z ]b XUh\Y`h\ Y WU]a ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed`

$ 5,281.93

6 Ug]g z f h\ Y WU]a . ACCOUNTS PAYABLE

8 UhY cf XUhYg XYVh\ik Ug ]bWi ffYX   _____.

@Ugh( X][ ]hg cZ UWWci bhibi a VYf   _____.

=g h\ Y WU]a gi V^YWh hc cZZgYh8
☒ No
❑ Yes`

---

3.195____   **Bcbdf]cf]hmWYX]hcfBg]bUa Y UbX a U]]b UXXfYgg**
NM TRANSFER CO., INC

630 MUTTART ROAD
NEENAH, WI 54956

5 g cZ\ Y dY\|h]cb Z ]b XUh\Y`h\ Y WU]a ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed`

$ 6,216.82

6 Ug]g z f h\ Y WU]a . ACCOUNTS PAYABLE

8 UhY cf XUhYg XYVh\ik Ug ]bWi ffYX   _____.

@Ugh( X][ ]hg cZ UWWci bhibi a VYf   ___ ___ ___ ___.

=g h\ Y WU]a gi V^YWh hc cZZgYh8
☒ No
❑ Yes`

---

3.196____   **Bcbdf]cf]hmWYX]hcfBg]bUa Y UbX a U]]b UXXfYgg**
NORTHEAST SCREEN GRAPHICS

21 FISHER AVENUE
P.O. BOX 304
EAST LONGMEADOW, MA 1028

5 g cZ\ Y dY\|h]cb Z ]b XUh\Y`h\ Y WU]a ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed`

$ 685.60

6 Ug]g z f h\ Y WU]a . ACCOUNTS PAYABLE

8 UhY cf XUhYg XYVh\ik Ug ]bWi ffYX   _____.

@Ugh( X][ ]hg cZ UWWci bhibi a VYf   _____.

=g h\ Y WU]a gi V^YWh hc cZZgYh8
☒ No
❑ Yes`

Debtor  HOBBICO, INC.
_____
Name

Case number (*if known*) 18-10055(KG)
_____

| Part 2: | Additional Page |
|---|---|

7 cdmih ]g dU[ Y cb my]Za cfY gdUW Y g bYYXYX" 7 cbh]bi Y bi a VYf]b[ h Y `]bY g Yei bh]U `mzca h Y dfYj ]ci g dU[ Y"=Zbc UXX]h]cbU BCBDF=CF+HMWYXhcfg Yl gh Xc bch]Z``ci h cf gi Vb h h ]g dU[ Y"

**5a ci bh c cZWUja**

---

3.197 ____ Bcbdf]cf]hmWYXhcfBg bUa Y UbX a U] b ]b UXXfYgg

NORTHERN SAFETY CO INC

P.O. BOX 4250
UTICA, NY 13504

5g cZh Y dYh]h]cb ]b X UhY gzh Y WUa ]g.
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

6 Ug]g zf h Y WUja . ACCOUNTS PAYABLE

$ 114.96

8 UhY cf XUhYg XYVhk Ug ]bWi ffYX _____

@Ugh( X][ ]hg cZWWi bh bi a VYf _____

=g h Y WUja gi V WWhc cZZgYh8
☒ No
❏ Yes

---

3.198 ____ Bcbdf]cf]hmWYXhcfBg bUa Y UbX a U] b ]b UXXfYgg

NORTHROP GRUMMAN SYSTEMS CORP
ONE HORNET WAY
MAIL STOP D4/110
EL SEGUNDO, CA 90245

5g cZh Y dYh]h]cb ]b X UhY gzh Y WUa ]g.
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

6 Ug]g zf h Y WUja . ACCOUNTS PAYABLE

$ 4,944.77

8 UhY cf XUhYg XYVhk Ug ]bWi ffYX _____

@Ugh( X][ ]hg cZWWi bh bi a VYf _____

=g h Y WUja gi V WWhc cZZgYh8
☒ No
❏ Yes

---

3.199 ____ Bcbdf]cf]hmWYXhcfBg bUa Y UbX a U] b ]b UXXfYgg

NSI INTERNATIONAL, INC.
30 WEST 22ND STREET, 3RD FLOOR
NEW YORK, NY 10010

5g cZh Y dYh]h]cb ]b X UhY gzh Y WUa ]g.
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

6 Ug]g zf h Y WUja . ACCOUNTS PAYABLE

$ 1,968.21

8 UhY cf XUhYg XYVhk Ug ]bWi ffYX _____

@Ugh( X][ ]hg cZWWi bh bi a VYf _____

=g h Y WUja gi V WWhc cZZgYh8
☒ No
❏ Yes

---

3.200 ____ Bcbdf]cf]hmWYXhcfBg bUa Y UbX a U] b ]b UXXfYgg

NSRCA
TREAURER RON DAVIES-K-FACTOR
10281 CAMERINO CT
SACRAMENTO, CA 95829

5g cZh Y dYh]h]cb ]b X UhY gzh Y WUa ]g.
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

6 Ug]g zf h Y WUja . ACCOUNTS PAYABLE

$ 850.00

8 UhY cf XUhYg XYVhk Ug ]bWi ffYX _____

@Ugh( X][ ]hg cZWWi bh bi a VYf ___ ___ ___ ___

=g h Y WUja gi V WWhc cZZgYh8
☒ No
❏ Yes

---

3.201 ____ Bcbdf]cf]hmWYXhcfBg bUa Y UbX a U] b ]b UXXfYgg

OAK HARBOR FREIGHT LINES, INC
P.O. BOX 1469
1339 WEST VALLEY HWY N.
AUBURN, WA 98071

5g cZh Y dYh]h]cb ]b X UhY gzh Y WUa ]g.
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

6 Ug]g zf h Y WUja . ACCOUNTS PAYABLE

$ 1,070.00

8 UhY cf XUhYg XYVhk Ug ]bWi ffYX _____

@Ugh( X][ ]hg cZWWi bh bi a VYf _____

=g h Y WUja gi V WWhc cZZgYh8
☒ No
❏ Yes

---

Debtor  HOBBICO, INC. _____   Case number (*if known*) 18-10055(KG) _____
        Name

| Part 2: | Additional Page |
|---|---|

7 cdmi\ ]g·dU[ Y·cb·m]Za cfY·gdUUW·]g·bYYXYX"7 cbh]bi Y·bi a VYf]b[ \ Y·]bYg·gYei Ybh]U·mizca ·h\ Y dfYj ]ci g·dU[ Y"=Zbc·UXX]h]cbU·BCBDF=CF∺HW·WYX]cfg·YI ]ghXc·bchiZ]``ci h·cf·gi Va ]hih\ ]g·dU[ Y"

                                                5a ci bhicZWUja

---

**3.202**   Bcbdf]cf]hmiWYX]hcfBg·bUa Y·UbX·a U]]b[·UXXfYgg

OHIO SUPERSTAR

638 KIBLER RD.
NEW WATERFORD, OH 44445

5·g·cZ\ Y·dYh]cb·]·]b[·XUhYz\ Y·WUja ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____ 8,648.99

6·Ug]g]z·f·h\ Y·WUja . ACCOUNTS PAYABLE

8 UhY·cf·XUhYg·XYVhik Ug·]bWi ffYX _____·

@Ugh( `X][ ]hg·cZUWWi·bhibi a VYf _____·

=g·h\ Y·WUja ·gi V\ ·WWhihc·cZZgYh8
☒ No
❑ Yes·

---

**3.203**   Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]]b[·UXXfYgg

OWI INC.

17141 KINGSVIEW AVE.
CARSON, CA 90746

5·g·cZ\ Y·dYh]cb·]·]b[·XUhYz\ Y·WUja ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 3,400.00

6·Ug]g]z·f·h\ Y·WUja . ACCOUNTS PAYABLE

8 UhY·cf·XUhYg·XYVhik Ug·]bWi ffYX _____·

@Ugh( `X][ ]hg·cZUWWi·bhibi a VYf _____·

=g·h\ Y·WUja ·gi V\ ·WWhihc·cZZgYh8
☒ No
❑ Yes·

---

**3.204**   Bcbdf]cf]hmiWYX]hcfBg·bUa Y·UbX·a U]]b[·UXXfYgg

PAASCHE AIRBRUSH COMPANY

4311 N. NORMANDY AVENUE
CHICAGO, IL 60634

5·g·cZ\ Y·dYh]cb·]·]b[·XUhY·\ Y·WUja ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 25,929.19

6·Ug]g]z·f·h\ Y·WUja . ACCOUNTS PAYABLE

8 UhY·cf·XUhYg·XYVhik Ug·]bWi ffYX _____·

@Ugh( `X][ ]hg·cZUWWi·bhibi a VYf _____·

=g·h\ Y·WUja ·gi V\ ·WWhihc·cZZgYh8
☒ No
❑ Yes·

---

**3.205**   Bcbdf]cf]hmiWYX]hcfBg·bUa Y·UbX·a U]]b[·UXXfYgg

PACKAGING CORPORATION OF AMERICA

451 NORTH 5600 WEST
SALT LAKE CITY, UT 84116

5·g·cZ\ Y·dYh]cb·]·]b[·XUhY ·\ Y·WUja ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 18,004.56

6·Ug]g]z·f·h\ Y·WUja . ACCOUNTS PAYABLE

8 UhY·cf·XUhYg·XYVhik Ug·]bWi ffYX _____·

@Ugh( `X][ ]hg·cZUWWi·bhibi a VYf ___ ___ ___ ___·

=g·h\ Y·WUja ·gi V\ ·WWhihc·cZZgYh8
☒ No
❑ Yes·

---

**3.206**   Bcbdf]cf]hmiWYX]hcfBg·bUa Y·UbX·a U]]b[·UXXfYgg

PANAVISE PRODUCTS, INCORPORATED

7540 COLBERT DRIVE
RENO, NV 89511

5·g·cZ\ Y·dYh]cb·]·]b[·XUhYz\ Y·WUja ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 2,371.94

6·Ug]g]z·f·h\ Y·WUja . ACCOUNTS PAYABLE

8 UhY·cf·XUhYg·XYVhik Ug·]bWi ffYX _____·

@Ugh( `X][ ]hg·cZUWWi·bhibi a VYf _____·

=g·h\ Y·WUja ·gi V\ ·WWhihc·cZZgYh8
☒ No
❑ Yes·

---

Debtor __HOBBICO, INC._____    Case number (*if known*)___18-10055(KG)_____
      Name

| Part 2: | Additional Page |
|---|---|

7 cdmiʌ ]g·dU[ Y·cb·mi]Za cfY·gdUWi·]g·bYYXYX"7 cbiʜ]bi Y·bi a VYf]b[ ·iʌ Y·`]bYg·gYei YbiʌU·mi]fca ·iʌ Y  dfYj ]ci g·dU[ Y"=Zbc·UXX]ʜ]cbU `BCBDF=CF=HM`WYX]hcfg·Y I ]gʜXc·bchiʜ]``·ci iʜcf·gi Vb ]hiʌ ]g·dU[ Y"

                                                                            5a ci bʜcZ·WUʲa

---

3.207     Bcbdf]cf]hmiWYX]hcfBg·bUa Y·UbX·a U]`·UXXfYgg

PANTHER PRODUCTS, INC
880 COLUMBIA AVE. #2
RIVERSIDE, CA 92507

5 g·cZʌ Y·dYʜiʜcb·Z]·]b[ ·XUʜY·ʎiʌ Y·WUʲa ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

6 Ug]g·ʑ·f·iʌ Y·WUʲa . __ACCOUNTS PAYABLE_____

8 UʜY·cf·XUʜY·g·XYVhik Ug·]bWi ffYX _____

@Ugh ( ·X][ ]hg·cZ·UWWci biʌbi a VYf _____

=g·iʌ Y·WUʲa ·gi V·ʑi·cZZgYʜ8
☒ No
❑ Yes·

                                        $ 2,572.74

---

3.208     Bcbdf]cf]hmiWYX]hcfBg·bUa Y·UbX·a U]`·UXXfYgg

PARSONS PRODUCTS
10074 DEVONSHIRE DRIVE
BATON ROUGE, LA 70809

5 g·cZʌ Y·dYʜiʜcb·Z]·]b[ ·XUʜY·ʎiʌ Y·WUʲa ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

6 Ug]g·ʑ·f·iʌ Y·WUʲa . __ACCOUNTS PAYABLE_____

8 UʜY·cf·XUʜY·g·XYVhik Ug·]bWi ffYX _____

@Ugh ( ·X][ ]hg·cZ·UWWci biʌbi a VYf _____

=g·iʌ Y·WUʲa ·gi V·ʑi·cZZgYʜ8
☒ No
❑ Yes·

                                        $ 565.20

---

3.209     Bcbdf]cf]hmiWYX]hcfBg·bUa Y·UbX·a U]`·UXXfYgg

PAUL K. GUILLOW, INC.
40 NEW SALEM STREET
P.O. BOX 229
WAKEFIELD, MA 1880

5 g·cZʌ Y·dYʜiʜcb·Z]·]b[ ·XUʜY·ʎiʌ Y·WUʲa ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

6 Ug]g·ʑ·f·iʌ Y·WUʲa . __ACCOUNTS PAYABLE_____

8 UʜY·cf·XUʜY·g·XYVhik Ug·]bWi ffYX _____

@Ugh ( ·X][ ]hg·cZ·UWWci biʌbi a VYf _____

=g·iʌ Y·WUʲa ·gi V·ʑi·cZZgYʜ8
☒ No
❑ Yes·

                                        $ 26,892.83

---

3.210     Bcbdf]cf]hmiWYX]hcfBg·bUa Y·UbX·a U]`·UXXfYgg

PERFECT PARTS CO./ SULLIVAN PROD
P.O. BOX 5166
BALTIMORE, MD 21237

5 g·cZʌ Y·dYʜiʜcb·Z]·]b[ ·XUʜY·ʎiʌ Y·WUʲa ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

6 Ug]g·ʑ·f·iʌ Y·WUʲa . __ACCOUNTS PAYABLE_____

8 UʜY·cf·XUʜY·g·XYVhik Ug·]bWi ffYX _____

@Ugh ( ·X][ ]hg·cZ·UWWci biʌbi a VYf ___ ___ ___ ___

=g·iʌ Y·WUʲa ·gi V·ʑi·cZZgYʜ8
☒ No
❑ Yes·

                                        $ 44,132.08

---

3.211     Bcbdf]cf]hmiWYX]hcfBg·bUa Y·UbX·a U]`·UXXfYgg

PERFORMANCE FOODSERVICE
5030 BASELINE ROAD
CHICAGO, IL 60678

5 g·cZʌ Y·dYʜiʜcb·Z]·]b[ ·XUʜY·ʎiʌ Y·WUʲa ·]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

6 Ug]g·ʑ·f·iʌ Y·WUʲa . __ACCOUNTS PAYABLE_____

8 UʜY·cf·XUʜY·g·XYVhik Ug·]bWi ffYX _____

@Ugh ( ·X][ ]hg·cZ·UWWci biʌbi a VYf _____

=g·iʌ Y·WUʲa ·gi V·ʑi·cZZgYʜ8
☒ No
❑ Yes·

                                        $ 2,842.89

Debtor  HOBBICO, INC.
_____
Name

Case number (*if known*) 18-10055(KG)
_____

| **Part 2:** | **Additional Page** |

Copy this page only as necessary. Continue Parts, the same information "If the part one "UU...U" previous page. If you need more space, copy the Additional Page of that Part included in this form. (Official Form 206E/F-3/17) - continue it if necessary" numbered consecutively.

| | | | **Amount of claim** |

---

3.212   Nonpriority creditor's name and mailing address

PERISPHERE & TRYLON INC

8431 PINELAKE DR.
WEST HILLS, CA 91304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$                           2,241.46

---

3.213   Nonpriority creditor's name and mailing address

PINNACLE SOURCING AND CONSULTANCY PVT LTD.

C-43 GROUND FLOOR
SUSHANT LOK PHASE-11, SECTOR 56
GURUGRAM 122002
INDIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$                          62,844.43

---

3.214   Nonpriority creditor's name and mailing address

PLAZE INCORPORATED

105 BOLTE LANE
ST. CLAIR, MO 63077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$                           6,283.20

---

3.215   Nonpriority creditor's name and mailing address

POLAR REFRIGERATION,
HEATING & COOLING, INC.
2508 N. SHORE DRIVE
URBANA, IL 61802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$                           1,861.60

---

3.216   Nonpriority creditor's name and mailing address

POOF-SLINKY INC.

4280 HAGGERTY RD.
CANTON, MI 48188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$                           5,530.46

---

Debtor    HOBBICO, INC.       Case number *(if known)* 18-10055(KG)
Name

| **Part 2:** | **Additional Page** |

7 cdmiŀ ]g·dU[ Y·cb·mÿZa cfŸgdUU]·g·bYYXYX"7 cbŀjbi Ÿbi a VYf]b[ ·ŀ Y·]bYg·gYei YbŀjU·mÿZca ·ŀ Y dfYj]ci g·dU[ Y"=Zbc·UXX]ŀjcbU·BCBDF=CF≠HⱮWⱮYX]ŀcfg·YⱮ]gŀⱮjXc·bcŀjⱫ·ⱡⱡi ŀcf·gi Vⱡ]ŀjⱡ ]g·dU[ Y"

5a ci bŀ·cZ·WⱡU]a

---

3.217    Bcbdf]cf]ŀmÿWⱡYX]ŀcfⱤg·bUa Y·UbX·a U]·]b[ ·UXXfYgg

PREMIER PRINT GROUP

3104 FARBER DRIVE
CHAMPAIGN, IL 61822

5 g·cZŀ Y·dYŀjŀjcb·Z]·]b[ ·XUŀ¾·Zŀ Y·WⱡU]a ·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$             6,416.00

6 Ug]g]Ɀ·f·ŀ Y·WⱡUa .   ACCOUNTS PAYABLE

8 UŀjYⱤcf·XUŀjYg·XYVⱡk Ug·]bWi ffYX _____
@Ugŀⱡ( ·X][ ]hg·cZⱤUWⱤWⱤi bŀⱤi a VYf _____

=g·ŀ Y·WⱡU]a ·gi Vⱡ·WⱡⱤⱡjhⱤc·cⱢ̱gYŀ8
☒ No
☐ Yes

---

3.218    Bcbdf]cf]ŀmÿWⱡYX]ŀcfⱤg·bUa Y·UbX·a U]·]b[ ·UXXfYgg

PRESS SENSE, INC.

P.O. BOX 725
LEMONT, IL 60439

5 g·cZŀ Y·dYŀjŀjcb·Z]·]b[ ·XUŀ¾·Zŀ Y·WⱡU]a ·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$             136.90

6 Ug]g]Ɀ·f·ŀ Y·WⱡUa .   ACCOUNTS PAYABLE

8 UŀjYⱤcf·XUŀjYg·XYVⱡk Ug·]bWi ffYX _____
@Ugŀⱡ( ·X][ ]hg·cZⱤUWⱤWⱤi bŀⱤi a VYf _____

=g·ŀ Y·WⱡU]a ·gi Vⱡ·WⱡⱤⱡjhⱤc·cⱢ̱gYŀ8
☒ No
☐ Yes

---

3.219    Bcbdf]cf]ŀmÿWⱡYX]ŀcfⱤg·bUa Y·UbX·a U]·]b[ ·UXXfYgg

PRINCIPAL FINANCIAL GROUP

1013 CENTRE ROAD
WILMINGTON, DE 19805

5 g·cZŀ Y·dYŀjŀjcb·Z]·]b[ ·XUŀ¾·Zŀ Y·WⱡU]a ·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$             24,415.94

6 Ug]g]Ɀ·f·ŀ Y·WⱡUa .   ACCOUNTS PAYABLE

8 UŀjYⱤcf·XUŀjYg·XYVⱡk Ug·]bWi ffYX _____
@Ugŀⱡ( ·X][ ]hg·cZⱤUWⱤWⱤi bŀⱤi a VYf _____

=g·ŀ Y·WⱡUa ·gi Vⱡ·WⱡⱤⱡjhⱤc·cⱢ̱gYŀ8
☒ No
☐ Yes

---

3.220    Bcbdf]cf]ŀmÿWⱡYX]ŀcfⱤg·bUa Y·UbX·a U]·]b[ ·UXXfYgg

PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE (PURE) A/S/(

5 g·cZŀ Y·dYŀjŀjcb·Z]·]b[ ·XUŀ¾·Zŀ Y·WⱡU]a ·]g.
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____

6 Ug]g]Ɀ·f·ŀ Y·WⱡUa .   LITIGATION

8 UŀjYⱤcf·XUŀjYg·XYVⱡk Ug·]bWi ffYX _____
@Ugŀⱡ( ·X][ ]hg·cZⱤUWⱤWⱤi bŀⱤi a VYf ___ ___ ___ ___

=g·ŀ Y·WⱡUa ·gi Vⱡ·WⱡⱤⱡjhⱤc·cⱢ̱gYŀ8
☒ No
☐ Yes

---

3.221    Bcbdf]cf]ŀmÿWⱡYX]ŀcfⱤg·bUa Y·UbX·a U]·]b[ ·UXXfYgg

PRO LINE

ATTN: LEGAL DEPT.
201 W LINCOLN ST
BANNING, CA 92220

5 g·cZŀ Y·dYŀjŀjcb·Z]·]b[ ·XUŀ¾·Zŀ Y·WⱡU]a ·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$             387,573.30

6 Ug]g]Ɀ·f·ŀ Y·WⱡUa .   ACCOUNTS PAYABLE

8 UŀjYⱤcf·XUŀjYg·XYVⱡk Ug·]bWi ffYX _____
@Ugŀⱡ( ·X][ ]hg·cZⱤUWⱤWⱤi bŀⱤi a VYf _____

=g·ŀ Y·WⱡUa ·gi Vⱡ·WⱡⱤⱡjhⱤc·cⱢ̱gYŀ8
☒ No
☐ Yes

---

Debtor ___HOBBICO, INC._____    Case number (*if known*)___18-10055(KG)_____
        Name

---

| **Part 2:** | **Additional Page** |
| --- | --- |

7 cdmiĥ ]g`dU[ Y`cb`m]Za cfY`gdUWY`]g`bYYXYX"7 cbħ]bi Y`bi a VYf]b[ `ħ Y`]bYg`gYei Ybħ]U`m]Zca `ħ Y`
dfYj ]ci g`dU[ Y"=Zbc`UXX]ħ]cbU`BCBDF=CF÷HMWYX]cfg`Yĺ ]għ]Xc`bcħĺ ``ci ħcf`gi Va ]ħħ ]]g`dU[ Y"

**5a ci bħicZWUĺ a**

---

**3.222___ Bcbdf]cf]ħmiWYX]ħcfĝ]bUa Y`UbX`a U]`]b[ `UXXfYgg**

PROJECT TE
2209 E. UNIVERSITY AVE
URBANA, IL 61802

**5 g`cZħ Y`dYħ]ħ]cb`Z]]b[ `XUħħŻiħ Y`WUĺa ]g.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**6 Ug]g`ĝcf`ħ Y`WUĺa .**  __ACCOUNTS PAYABLE_____·

$ _____ 3,749.50

**8 UħY`cf`XUħYg`XYVħ`kUg`]bWi ffYX·** _____·

**@Ugħ(`X][ ]ħg`cZUWWci bħ`bi a VYf·** _____·

=g`ħ Y`WUĺa ]g `gi V^YWħ`hc`cZZgYħ8
☒ No
☐ Yes·

---

**3.223___ Bcbdf]cf]ħmWYX]ħcfĝ]bUa Y`UbX`a U]`]b[ `UXXfYgg·**

QUEST INDUSTRIAL PROD (VALSPAR)
N92 W 14701 ANTHONY AVENUE
PO BOX 1090
MENOMONEE FALLS, WI 53051

**5 g`cZħ Y`dYħ]ħ]cb`Z]]b[ `XUħħŻiħ Y`WUĺa ]g.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

**6 Ug]g`ĝcf`ħ Y`WUĺa .**  __ACCOUNTS PAYABLE_____·

$ _____ 52,563.96

**8 UħY`cf`XUħYg`XYVħ`kUg`]bWi ffYX·** _____·

**@Ugħ(`X][ ]ħg`cZUWWci bħ`bi a VYf·** _____·

=g`ħ Y`WUĺa ]g `gi V^YWħ`hc`cZZgYħ8
☒ No
☐ Yes·

---

**3.224___ Bcbdf]cf]ħmWYX]ħcfĝ]bUa Y`UbX`a U]`]b[ `UXXfYgg·**

QUILL CORPORATION
P.O. BOX 37600
PHILADELPHIA, PA 19101

**5 g`cZħ Y`dYħ]ħ]cb`Z]]b[ `XUħħŻiħ Y`WUĺa ]g.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

**6 Ug]g`ĝcf`ħ Y`WUĺa .**  __ACCOUNTS PAYABLE_____·

$ _____ 1,529.24

**8 UħY`cf`XUħYg`XYVħ`kUg`]bWi ffYX·** _____·

**@Ugħ(`X][ ]ħg`cZUWWci bħ`bi a VYf·** _____·

=g`ħ Y`WUĺa ]g `gi V^YWħ`hc`cZZgYħ8
☒ No
☐ Yes·

---

**3.225___ Bcbdf]cf]ħmWYX]ħcfĝ]bUa Y`UbX`a U]`]b[ `UXXfYgg·**

R&R MOTORSPORTS
ATTN: RON ROMAN
101 STACY HAINES RD
LUMBERTON, NJ 8048

**5 g`cZħ Y`dYħ]ħ]cb`Z]]b[ `XUħħŻiħ Y`WUĺa ]g.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

**6 Ug]g`ĝcf`ħ Y`WUĺa .**  __ACCOUNTS PAYABLE_____·

$ _____ 137.50

**8 UħY`cf`XUħYg`XYVħ`kUg`]bWi ffYX·** _____·

**@Ugħ(`X][ ]ħg`cZUWWci bħ`bi a VYf·** ___ ___ ___ ___·

=g`ħ Y`WUĺa ]g `gi V^YWħ`hc`cZZgYħ8
☒ No
☐ Yes·

---

**3.226___ Bcbdf]cf]ħmWYX]ħcfĝ]bUa Y`UbX`a U]`]b[ `UXXfYgg·**

R+L CARRIERS
600 GILLAM RD
P.O. BOX 271
WILMINGTON, OH 45177

**5 g`cZħ Y`dYħ]ħ]cb`Z]]b[ `XUħħŻiħ Y`WUĺa ]g.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

**6 Ug]g`ĝcf`ħ Y`WUĺa .**  __ACCOUNTS PAYABLE_____·

$ _____ 7,247.79

**8 UħY`cf`XUħYg`XYVħ`kUg`]bWi ffYX·** _____·

**@Ugħ(`X][ ]ħg`cZUWWci bħ`bi a VYf·** _____·

=g`ħ Y`WUĺa ]g `gi V^YWħ`hc`cZZgYħ8
☒ No
☐ Yes·

---

GW! YXi `Y`9#.`7 fYX]ħcfg`K \ c`<Uj Y`I bgYWi fYX`7`U]a g

Debtor    HOBBICO, INC.
          Name
                                                          Case number (*if known*)  18-10055(KG)

| Part 2: | Additional Page |

3.227    Bcbdf]cf]hm WYX]hcf Rg bUa Y UbX a U]']b[ UXXfYgg                5 g cZ h Y dYh]h]cb Z ]b[ XUh Yž h Y W U]a ]g.          5a ci bhic ZWU]a
        RACEMASTERS, INC. (AFX)                                          *Check all that apply.*                                           $                      23,224.23
        1005 STANDARD STREET, SUITE B                                    ❑ Contingent
        RENO, NV 89506                                                   ❑ Unliquidated
                                                                         ❑ Disputed

                                                                         6 Ug]g Zcf h Y W U]a .  ACCOUNTS PAYABLE

        8 UhY cf XUhYg XYVh kUg ]bWi ffYX         _____            =g h Y W U]a gi V^YWh hc cZZgYh8
                                                                         ☒ No
        @Ugh (X][]hg cZ UWWci bh bi a VYf         _____            ❑ Yes

3.228    Bcbdf]cf]hm WYX]hcf Rg bUa Y UbX a U]']b[ UXXfYgg               5 g cZ h Y dYh]h]cb Z ]b[ XUhYž h Y W U]a ]g.
        RADIANT INNOVATION INC.                                         *Check all that apply.*                                           $                      15,800.00
        1ST F, NO. 3, INDUSTRIAL EAST 9TH RD                            ❑ Contingent
        SCIENCE BASED INDUSTRIAL PARK                                   ❑ Unliquidated
        HSIN CHU, 30075                                                 ❑ Disputed
        TAIWAN
                                                                         6 Ug]g Zcf h Y W U]a .  ACCOUNTS PAYABLE

        8 UhY cf XUhYg XYVh kUg ]bWi ffYX         _____            =g h Y W U]a gi V^YWh hc cZZgYh8
                                                                         ☒ No
        @Ugh (X][]hg cZ UWWci bh bi a VYf         _____            ❑ Yes

3.229    Bcbdf]cf]hm WYX]hcf Rg bUa Y UbX a U]']b[ UXXfYgg               5 g cZ h Y dYh]h]cb Z ]b[ XUhYž h Y W U]a ]g.
        RAVENSBURGER                                                    *Check all that apply.*                                           $                       1,019.11
        P.O. BOX 9655                                                   ❑ Contingent
        MANCHESTER, NH 3108                                             ❑ Unliquidated
                                                                         ❑ Disputed

                                                                         6 Ug]g Zcf h Y W U]a .  ACCOUNTS PAYABLE

        8 UhY cf XUhYg XYVh kUg ]bWi ffYX         _____            =g h Y W U]a gi V^YWh hc cZZgYh8
                                                                         ☒ No
        @Ugh (X][]hg cZ UWWci bh bi a VYf         _____            ❑ Yes

3.230    Bcbdf]cf]hm WYX]hcf Rg bUa Y UbX a U]']b[ UXXfYgg               5 g cZ h Y dYh]h]cb Z ]b[ XUhYž h Y W U]a ]g.
        RB INNOVATIONS                                                  *Check all that apply.*                                           $                       3,622.26
        P.O. BOX 16                                                     ❑ Contingent
        MINOA, NY 13116                                                 ❑ Unliquidated
                                                                         ❑ Disputed

                                                                         6 Ug]g Zcf h Y W U]a .  ACCOUNTS PAYABLE

        8 UhY cf XUhYg XYVh kUg ]bWi ffYX         _____            =g h Y W U]a gi V^YWh hc cZZgYh8
                                                                         ☒ No
        @Ugh (X][]hg cZ UWWci bh bi a VYf         ___ ___ ___ ___        ❑ Yes

3.231    Bcbdf]cf]hm WYX]hcf Rg bUa Y UbX a U]']b[ UXXfYgg               5 g cZ h Y dYh]h]cb Z ]b[ XUhYž h Y W U]a ]g.
        RC SCREWZ                                                       *Check all that apply.*                                           $                       5,662.25
        42774 REDFERN                                                   ❑ Contingent
        CANTON, MI 48187                                                ❑ Unliquidated
                                                                         ❑ Disputed

                                                                         6 Ug]g Zcf h Y W U]a .  ACCOUNTS PAYABLE

        8 UhY cf XUhYg XYVh kUg ]bWi ffYX         _____            =g h Y W U]a gi V^YWh hc cZZgYh8
                                                                         ☒ No
        @Ugh (X][]hg cZ UWWci bh bi a VYf         _____            ❑ Yes

GWYXi Y 9#. 7fYX]hcfg K c <Uj Y I bgYWi fYX 7 U]a g

Debtor    HOBBICO, INC.                                                    Case number (*if known*)  18-10055(KG)
          Name

---

| **Part 2:** | **Additional Page** |

| 7cdmiħ ]g·dU[ Y·cb·m]Za cfY·gdUW·]g·bYYXYX."7cbħ]bi Y·bi a VYf]b[ ·ħ Y`]bYg·gYei Yb̄Ħ U`mi̅ica ·ħ Y· dfYj ]ci g·dU[ Y"≠bc·UXX]ħcbU`BCBDF≠CF≠HMWYXħcfg·YI ]għ≠Xc·bcħ̅]``̀ci ħcf·gi Vħ·ħ ]g·dU[ Y" | 5a ci bħc·ZWUa |
|---|---|

3.232___ Bcbdf]cf]ħmiWYX]ħcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg·    5g·cZħ Y·dYħ]ħ]cb·Z]`]b[·XUħYᾹħ Y·WUa ]g.            $                      227,691.69
        RC4WD                                                   *Check all that apply.*
        ATTN: LEGAL DEPT.                                       ☐ Contingent
        618 BLOSSOM HILL ROAD STE:201                           ☐ Unliquidated
        SAN JOSE, CA 95123                                      ☐ Disputed

                                                                6Ug]g·Z·f·ħ Y·WUa ]a .  ACCOUNTS PAYABLE

        8UħY·cf·XUħYg·XYVħk Ug·]bWi ffYX·    _____.        ≈g·ħ Y·WUa ]a ·gi V^YWħ·ħc·cZZgYħ8
        @Ugħ(·X][ ]hg·cZZUWWci bħbi a VYf·   _____.        ☒ No
                                                                ☐ Yes·

3.233___ Bcbdf]cf]ħmiWYX]ħcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg·    5g·cZħ Y·dYħ]ħ]cb·Z]`]b[·XUħYᾹħ Y·WUa ]g.            $                      182,490.31
        REDCAT RACING                                           *Check all that apply.*
        ATTN: LEGAL DEPT.                                       ☐ Contingent
        3145 E. WASHINGTON ST.                                  ☐ Unliquidated
        PHOENIX, AZ 85034                                       ☐ Disputed·

                                                                6Ug]g·Z·f·ħ Y·WUa ]a .  ACCOUNTS PAYABLE

        8UħY·cf·XUħYg·XYVħk Ug·]bWi ffYX·    _____.        ≈g·ħ Y·WUa ]a ·gi V^YWħ·ħc·cZZgYħ8
        @Ugħ(·X][ ]hg·cZZUWWci bħbi a VYf·   _____.        ☒ No
                                                                ☐ Yes·

3.234___ Bcbdf]cf]ħmiWYX]ħcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg·    5g·cZħ Y·dYħ]ħ]cb·Z]`]b[·XUħYᾹħ Y·WUa ]g.            $                          593.11
        REPUBLIC SERVICES                                       *Check all that apply.*
        ATTN: LEGAL DEPT. OR COUNSEL                            ☐ Contingent
        P.O.BOX 3069                                            ☐ Unliquidated
        CHAMPAIGN, IL 61826                                     ☐ Disputed·

                                                                6Ug]g·Z·f·ħ Y·WUa ]a .  ACCOUNTS PAYABLE

        8UħY·cf·XUħYg·XYVħk Ug·]bWi ffYX·    _____.        ≈g·ħ Y·WUa ]a ·gi V^YWħ·ħc·cZZgYħ8
        @Ugħ(·X][ ]hg·cZZUWWci bħbi a VYf·   _____.        ☒ No
                                                                ☐ Yes·

3.235___ Bcbdf]cf]ħmiWYX]ħcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg·    5g·cZħ Y·dYħ]ħ]cb·Z]`]b[·XUħYᾹħ Y·WUa ]g.            $                           48.24
        RFI SECURITY, INC                                       *Check all that apply.*
        360 TURTLE CREEK COURT                                  ☐ Contingent
        SAN JOSE, CA 95125                                      ☐ Unliquidated
                                                                ☐ Disputed·

                                                                6Ug]g·Z·f·ħ Y·WUa ]a .  ACCOUNTS PAYABLE

        8UħY·cf·XUħYg·XYVħk Ug·]bWi ffYX·    _____.        ≈g·ħ Y·WUa ]a ·gi V^YWħ·ħc·cZZgYħ8
        @Ugħ(·X][ ]hg·cZZUWWci bħbi a VYf·   __ __ __ __.      ☒ No
                                                                ☐ Yes·

3.236___ Bcbdf]cf]ħmiWYX]ħcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg·    5g·cZħ Y·dYħ]ħ]cb·Z]`]b[·XUħYᾹħ Y·WUa ]g.            $                        1,360.00
        RHP MECHANICAL SYSTEMS                                  *Check all that apply.*
        1008 E. 4TH STREET                                      ☐ Contingent
        PO BOX 2957                                             ☐ Unliquidated
        RENO, NV 89505                                          ☐ Disputed·

                                                                6Ug]g·Z·f·ħ Y·WUa ]a .  ACCOUNTS PAYABLE

        8UħY·cf·XUħYg·XYVħk Ug·]bWi ffYX·    _____.        ≈g·ħ Y·WUa ]a ·gi V^YWħ·ħc·cZZgYħ8
        @Ugħ(·X][ ]hg·cZZUWWci bħbi a VYf·   _____.        ☒ No
                                                                ☐ Yes·

---

Debtor  HOBBICO, INC.
Name

Case number *(if known)* 18-10055(KG)

## Part 2:  Additional Page

7 cdmiA ]g·dU[ Y·cb·m]Za cfY·gdUWY·]g·bYYXYX" 7 cbH]bi Y·bi a VYf]b[ ·H Y`]bYg·gYei YbH]U`mzca ·H Y dfYj]ci g·dU[ Y"=Zbc·UXX]H]cbU`·BCBDF=CF+HMWYXHcfg·YI ]gh±Xc·bchZ]``·ci h·cf·gi Va ]h±H ]g·dU[ Y"

5a ci bhic ZWU]a

3.237 Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

RICCOBON
11899 LOTUS AVE.
FOUNTAIN VALLEY, CA 92708

5 g·cZA Y·dYH]cb·Z]`]b[ ·XUHYZA Y·WU]a ]g·.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

6 Ug]g·Zcf·H Y·WU]a . ACCOUNTS PAYABLE

$ 1,949.24

8 UH Y·cf·XUH Yg·XYVh·kUg·]bWi ffYX _____

@Ugh( ·X][ ]hg·cZUWWti bhib a VYf· _____

=g·H Y·WU]a ·gi Vb ·H±c·cZZgYH8
☒ No
❑ Yes·

3.238 Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

RITA LLERENA AND STEVEN LENZ

5 g·cZA Y·dYH]cb·Z]`]b[ ·XUHYZA Y·WU]a ]g·.
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed·

6 Ug]g·Zcf·H Y·WU]a . LITIGATION

$ 

8 UH Y·cf·XUH Yg·XYVh·kUg·]bWi ffYX _____

@Ugh( ·X][ ]hg·cZUWWti bhib a VYf· _____

=g·H Y·WU]a ·gi Vb ·H±c·cZZgYH8
☒ No
❑ Yes·

3.239 Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

RJ SPEED
5518 CARLTON DR
GAINESVILLE, GA 30506

5 g·cZA Y·dYH]cb·Z]`]b[ ·XUHYZA Y·WU]a ]g·.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

6 Ug]g·Zcf·H Y·WU]a . ACCOUNTS PAYABLE

$ 27,087.10

8 UH Y·cf·XUH Yg·XYVh·kUg·]bWi ffYX _____

@Ugh( ·X][ ]hg·cZUWWti bhib a VYf· _____

=g·H Y·WU]a ·gi Vb ·H±c·cZZgYH8
☒ No
❑ Yes·

3.240 Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

ROBART MANUFACTURING COMPANY
625 N 12TH STREET
ST. CHARLES, IL 60174

5 g·cZA Y·dYH]cb·Z]`]b[ ·XUHYZA Y·WU]a ]g·.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

6 Ug]g·Zcf·H Y·WU]a . ACCOUNTS PAYABLE

$ 56,489.79

8 UH Y·cf·XUH Yg·XYVh·kUg·]bWi ffYX _____

@Ugh( ·X][ ]hg·cZUWWti bhib a VYf· ___ ___ ___ ___

=g·H Y·WU]a ·gi Vb ·H±c·cZZgYH8
☒ No
❑ Yes·

3.241 Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg

ROBERT HALF INTERNATIONAL
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

5 g·cZA Y·dYH]cb·Z]`]b[ ·XUHYZA Y·WU]a ]g·.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

6 Ug]g·Zcf·H Y·WU]a . ACCOUNTS PAYABLE

$ 9,915.00

8 UH Y·cf·XUH Yg·XYVh·kUg·]bWi ffYX _____

@Ugh( ·X][ ]hg·cZUWWti bhib a VYf· _____

=g·H Y·WU]a ·gi Vb ·H±c·cZZgYH8
☒ No
❑ Yes·

Debtor ___HOBBICO, INC._____   Case number (*if known*)___18-10055(KG)_____
         Name

| Part 2: | Additional Page |

7 cdmiⱧ `g`dUǤ Y`cb`m`]Za cfY`gdUcUⱧ`g`bYYXYX"7 cbⱧⱦbi Y`bi a VYf`]b[ `Ⱨ Y`]bYg`gYei YbⱧⱦU`mⱧca `Ⱨ Y dfYⱣ]ci g`dUⱢ Y"=Ⱬbc`UXXⱧⱦcbU`BCBDFⱭCFⱭHMWYXⱧcfg`Yl`ghⱧXc`bchⱧⱦ``i Ⱨcf`gi Vb`ⱧiⱧ `]g`dUⱢ Y"

**5a ci bⱧcⱭWUⱣa**

---

3.**242**____   Bcbdf]cf]hⱮWYX]hcfⱭⱥy`bⱦa Y`UbX`a UⱣ`]b[ `UXXfYgg·

ROBERT MOORHOUSE

5 g`cZⱧ Y`dYf]hⱦcb`ZⱣ]b[ `XUⱧYⱬⱧ Y`WⱮUⱣa `]g.
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

6 Ug]g`ㆍcf`Ⱨ Y`WⱮUⱣa . ___LITIGATION_____ㆍ

$_____

8 UⱧY`cf`XUⱧYg`XYVh`k Ug`]bWiffYX·   _____ㆍ

@Ugh(`X]⁣]hg`cⱦUⱮⱮⱧⱦ i bⱧbi a VYfㆍ   _____ㆍ

=g`Ⱨ Y`WⱮUⱣa `gi bV`WⱧⱦhcㆍcZⱥgYhⱭ8
☒ No
☐ Yesㆍ

---

3.**243**____   Bcbdf]cf]hⱮWYX]hcfⱭⱥy`bⱦa Y`UbX`a UⱣ`]b[ `UXXfYgg·

ROBINSON RACING PRODUCTS
P.O. BOX 3570
OAKHURST, CA 93644

5 g`cZⱧ Y`dYf]hⱦcb`ZⱣ]b[ `XUⱧYⱬⱧ Y`WⱮUⱣa `]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputedㆍ

6 Ug]g`ㆍcf`Ⱨ Y`WⱮUⱣa . ___ACCOUNTS PAYABLE_____ㆍ

$_____58,613.26

8 UⱧY`cf`XUⱧYg`XYVh`k Ug`]bWiffYX·   _____ㆍ

@Ugh(`X]⁣]hg`cⱦUⱮⱮⱧⱦ i bⱧbi a VYfㆍ   _____ㆍ

=g`Ⱨ Y`WⱮUⱣa `gi bV`WⱧⱦhcㆍcZⱥgYhⱭ8
☒ No
☐ Yesㆍ

---

3.**244**____   Bcbdf]cf]hⱮWYX]hcfⱭⱥy`bⱦa Y`UbX`a UⱣ`]b[ `UXXfYgg·

ROGARDS
214 S. WALNUT STREET
CHAMPAIGN, IL 61820

5 g`cZⱧ Y`dYf]hⱦcb`ZⱣ]b[ `XUⱧYⱬⱧ Y`WⱮUⱣa `]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputedㆍ

6 Ug]g`ㆍcf`Ⱨ Y`WⱮUⱣa . ___ACCOUNTS PAYABLE_____ㆍ

$_____220.22

8 UⱧY`cf`XUⱧYg`XYVh`k Ug`]bWiffYX·   _____ㆍ

@Ugh(`X]⁣]hg`cⱦUⱮⱮⱧⱦ i bⱧbi a VYfㆍ   _____ㆍ

=g`Ⱨ Y`WⱮUⱣa `gi bV`WⱧⱦhcㆍcZⱥgYhⱭ8
☒ No
☐ Yesㆍ

---

3.**245**____   Bcbdf]cf]hⱮWYX]hcfⱭⱥy`bⱦa Y`UbX`a UⱣ`]b[ `UXXfYgg·

ROTHSCHILD PATENT IMAGING LLC

5 g`cZⱧ Y`dYf]hⱦcb`ZⱣ]b[ `XUⱧYⱬⱧ Y`WⱮUⱣa `]g.
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputedㆍ

6 Ug]g`ㆍcf`Ⱨ Y`WⱮUⱣa . ___LITIGATION_____ㆍ

$_____

8 UⱧY`cf`XUⱧYg`XYVh`k Ug`]bWiffYX·   _____ㆍ

@Ugh(`X]⁣]hg`cⱦUⱮⱮⱧⱦ i bⱧbi a VYfㆍ   ___ ___ ___ ___ㆍ

=g`Ⱨ Y`WⱮUⱣa `gi bV`WⱧⱦhcㆍcZⱥgYhⱭ8
☒ No
☐ Yesㆍ

---

3.**246**____   Bcbdf]cf]hⱮWYX]hcfⱭⱥy`bⱦa Y`UbX`a UⱣ`]b[ `UXXfYgg·

ROYAL BRUSH MANUFACTURING
515 W 45TH ST
MUNSTER, IN 46321

5 g`cZⱧ Y`dYf]hⱦcb`ZⱣ]b[ `XUⱧYⱬⱧ Y`WⱮUⱣa `]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputedㆍ

6 Ug]g`ㆍcf`Ⱨ Y`WⱮUⱣa . ___ACCOUNTS PAYABLE_____ㆍ

$_____5,935.38

8 UⱧY`cf`XUⱧYg`XYVh`k Ug`]bWiffYX·   _____ㆍ

@Ugh(`X]⁣]hg`cⱦUⱮⱮⱧⱦ i bⱧbi a VYfㆍ   _____ㆍ

=g`Ⱨ Y`WⱮUⱣa `gi bV`WⱧⱦhcㆍcZⱥgYhⱭ8
☒ No
☐ Yesㆍ

---

Debtor  HOBBICO, INC.
_____
Name

Case number (*if known*)___18-10055(KG)___

## Part 2:   Additional Page

| 7cdmih ]g'dU[ Y'cb'mˌ]Za cfY'gdUW'`g'bYYXYX"7cbh]bi Y'bi a VYf]b[ `h Y`]bYg'gYei YbhjU`mˌfca `h Y dfYj]ci g'dU[ Y"=Zbc'UXX]h]cbU`BCBDF=CF≠HMWYXhcfg Y`]ghˌXc`bchjZ``ci hcf'gi Va ]h h`]g'dU[ Y" | 5a ci bhcZWUja |
|---|---|

3.247____ Bcbdf]cf]hmˌWYX]hcfBg'bUa Y'UbX'a U]`]b[ 'UXXfYgg'

RPM CUSTOM ENGINEERED R.C. PROD.
14978 SIERRA BONITA LANE
CHINO, CA 91710

5g'cZh Y'dYh]h]cb'Z]`]b[ 'XUhYŽh Y'WUja ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____ 1,294.12

6Ug]g'Zcf'h Y'WUja . __ACCOUNTS PAYABLE__

8UhY'cf'XUhYg'XYVhik Ug']bWi ffYX' _____ .

@Ugh('X][ ]hg'cZUWWci bhibi a VYf' _____ .

=g'h Y'WUja ]g gi V^YWhihc'cZZgYh8
☒ No
❑ Yes˙

3.248____ Bcbdf]cf]hmˌWYX]hcfBg'bUa Y'UbX'a U]`]b[ 'UXXfYgg'

RR DONNELLEY
PO BOX 932721
CLEVELAND, OH 44193

5g'cZh Y'dYh]h]cb'Z]`]b[ 'XUhYŽh Y'WUja ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$ _____ 13,517.13

6Ug]g'Zcf'h Y'WUja . __ACCOUNTS PAYABLE__

8UhY'cf'XUhYg'XYVhik Ug']bWi ffYX' _____ .

@Ugh('X][ ]hg'cZUWWci bhibi a VYf' _____ .

=g'h Y'WUja ]g gi V^YWhihc'cZZgYh8
☒ No
❑ Yes˙

3.249____ Bcbdf]cf]hmˌWYX]hcfBg'bUa Y'UbX'a U]`]b[ 'UXXfYgg'

RR DONNELLEY RECEIVABLES, INC
1300 E 9TH ST STE 1200
CLEVELAND, OH 44193

5g'cZh Y'dYh]h]cb'Z]`]b[ 'XUhYŽh Y'WUja ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$ _____ 10,835.24

6Ug]g'Zcf'h Y'WUja . __ACCOUNTS PAYABLE__

8UhY'cf'XUhYg'XYVhik Ug']bWi ffYX' _____ .

@Ugh('X][ ]hg'cZUWWci bhibi a VYf' _____ .

=g'h Y'WUja ]g gi V^YWhihc'cZZgYh8
☒ No
❑ Yes˙

3.250____ Bcbdf]cf]hmˌWYX]hcfBg'bUa Y'UbX'a U]`]b[ 'UXXfYgg'

RSM US LLP
2021 1ST ST
SUITE 110
CHAMPAIGN, IL 61820

5g'cZh Y'dYh]h]cb'Z]`]b[ 'XUhYŽh Y'WUja ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$ _____ 127,306.00

6Ug]g'Zcf'h Y'WUja . __ACCOUNTS PAYABLE__

8UhY'cf'XUhYg'XYVhik Ug']bWi ffYX' _____ .

@Ugh('X][ ]hg'cZUWWci bhibi a VYf' ___ ___ ___ ___ .

=g'h Y'WUja ]g gi V^YWhihc'cZZgYh8
☒ No
❑ Yes˙

3.251____ Bcbdf]cf]hmˌWYX]hcfBg'bUa Y'UbX'a U]`]b[ 'UXXfYgg'

RYUN HUH AND DONGSEON HUH

5g'cZh Y'dYh]h]cb'Z]`]b[ 'XUhYŽh Y'WUja ]g.
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed˙

$ _____

6Ug]g'Zcf'h Y'WUja . __LITIGATION__

8UhY'cf'XUhYg'XYVhik Ug']bWi ffYX' _____ .

@Ugh('X][ ]hg'cZUWWci bhibi a VYf' _____ .

=g'h Y'WUja ]g gi V^YWhihc'cZZgYh8
☒ No
❑ Yes˙

Debtor   HOBBICO, INC.
         Name

Case number (*if known*) 18-10055(KG)

## Part 2:   Additional Page

| 7 cdmiЫ ]g˙dUΓ Y˙cb˙m]Za cfY˙gdUΫГ˙g˙bYYXYX"7 cbḧ]bi Y˙bi a VЧf]b[ ˙Ы Y˙]bYg˙gYei YbЫU˙mЫica ˙Ы Y˙dfYĵ]ci g˙dUΓ Y"ȝbc˙UXXЫ]cbU˙BCBDF±CF±HM˙WЫYX]cfg˙YΙ ]gḧXc˙bchiȝ˙`i ḧcf˙gi Va ]hЫ ]g˙dUΓ Y" | 5 a ci bҏcZ˙WUｼa |
|---|---|

3.252___  Bcbdf]cf]hm˙WҏYX]hcfBg˙bU a Y˙UbX˙a UΓ]b[ ˙UXXfYgg·

S&S ACTIVE WEAR, LLC ***DISC*

581 TERRITORIAL DRIVE
BOLINGBROOK, IL 60440

5 g˙cZҏ Y˙dYҏҏ]cb˙З ]b[ ˙XUhУȝҏ Y˙WUｼa ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____ 40.98

6 Ug]g·ȝcf˙ҏ Y˙WUｼa . ___ACCOUNTS PAYABLE___ ˙

8 UhҮˊcf˙XUhYg˙XYVh˙k Ug˙]bWΊffYX·  _____ ˙

@Ugh(˙X][ ]hg˙cZˑUWˑＷci bhibi a VYf˙  _____ ˙

=g˙ҏ Y˙WUｼa ˙gi VˊYWhҏc˙cZΊgYh8
☒ No
❑ Yes·

---

3.253___  Bcbdf]cf]hm˙WҏYX]hcfBg˙bU a Y˙UbX˙a UΓ]b[ ˙UXXfYgg·

SAM'S CLUB/GEMB

P.O. BOX 530981
ATLANTA, GA 30353-0981

5 g˙cZҏ Y˙dYҏҏ]cb˙З ]b[ ˙XUhУȝҏ Y˙WUｼa ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 971.21

6 Ug]g·ȝcf˙ҏ Y˙WUｼa . ___ACCOUNTS PAYABLE___ ˙

8 UhҮˊcf˙XUhYg˙XYVh˙k Ug˙]bWΊffYX·  _____ ˙

@Ugh(˙X][ ]hg˙cZΊWˑＷci bhibi a VYf˙  _____ ˙

=g˙ҏ Y˙WUｼa ˙gi VˊYWhҏc˙cZΊgYh8
☒ No
❑ Yes·

---

3.254___  Bcbdf]cf]hm˙WҏYX]hcfBg˙bU a Y˙UbX˙a UΓ]b[ ˙UXXfYgg·

SANFORD L.P. (X-ACTO)
2020 W. FRONT STREET
STATESVILLE, NC 28677

5 g˙cZҏ Y˙dYҏҏ]cb˙З ]b[ ˙XUhУȝҏ Y˙WUｼa ]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 2,528.82

6 Ug]g·ȝcf˙ҏ Y˙WUｼa . ___ACCOUNTS PAYABLE___ ˙

8 UhҮˊcf˙XUhYg˙XYVh˙k Ug˙]bWΊffYX·  _____ ˙

=g˙ҏ Y˙WUｼa ˙gi VˊYWhҏc˙cZΊgYh8
☒ No
❑ Yes·

---

3.255___  Bcbdf]cf]hm˙WҏYX]hcfBg˙bU a Y˙UbX˙a UΓ]b[ ˙UXXfYgg·

SATELLITE CITY/HOT STUFF

3130 REGIONAL PARKWAY
UNIT B
SANTA ROSA, CA 95403

5 g˙cZҏ Y˙dYҏҏ]cb˙З ]b[ ˙XUhУȝҏ Y˙WUｼa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 2,965.69

6 Ug]g·ȝcf˙ҏ Y˙WUｼa . ___ACCOUNTS PAYABLE___ ˙

8 UhҮˊcf˙XUhYg˙XYVh˙k Ug˙]bWΊffYX·  _____ ˙

@Ugh(˙X][ ]hg˙cZΊWＷci bhibi a VYf˙  ___ ___ ___ ___ ˙

=g˙ҏ Y˙WUｼa ˙gi VˊYWhҏc˙cZΊgYh8
☒ No
❑ Yes·

---

3.256___  Bcbdf]cf]hm˙WҏYX]hcfBg˙bU a Y˙UbX˙a UΓ]b[ ˙UXXfYgg·

SAUNDERS MIDWEST PRODUCTS

400 S. INDIANA ST.
HOBART, IN 46342

5 g˙cZҏ Y˙dYҏҏ]cb˙З ]b[ ˙XUhУȝҏ Y˙WUｼa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

$ _____ 20,906.56

6 Ug]g·ȝcf˙ҏ Y˙WUｼa . ___ACCOUNTS PAYABLE___ ˙

8 UhҮˊcf˙XUhYg˙XYVh˙k Ug˙]bWΊffYX·  _____ ˙

@Ugh(˙X][ ]hg˙cZΊＷci bhibi a VYf˙  _____ ˙

=g˙ҏ Y˙WUｼa ˙gi VˊYWhҏc˙cZΊgYh8
☒ No
❑ Yes·

Debtor   HOBBICO, INC.                                   Case number (*if known*)  18-10055(KG)
         _____
         Name

| **Part 2:** | **Additional Page** |

7 cdmiň ]g´dUľ Y´cb`mí]Za cfY´gdUĽY´g´bYYXYX˝7 cbňjbi Y´bi a VYf]bň ňY``]bYg´gYei Ybňj`U`mízca ˝iň Y´
dfYj]ci g´dUľ Y˝=Zbc´UXX]ňjcbU`BCBDF=CF+HMWYX]hcfg´Yi]gňжXc`bcňj2``ci ňcf´gi Va ]hiň ]g´dUľ Y˝       5a ci bňicZWUja

| 3.257 Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a Uj]bň UXXfYgg | 5 g´cZň Y´dYhj]hjcb´ž]b[ XUňYž]ň Y´WUja ]g. Check all that apply. | $ 4,191.00 |
|---|---|---|
| SCHERMERHORN BROS. CO. 340 EISENHOWER LANE N LOMBARD, IL 60148 | ❑ Contingent<br>❑ Unliquidated<br>❑ Disputed | |
| | 6 Ug]g´ic´fň Y´WUja . ACCOUNTS PAYABLE | |
| 8 UňY´cf´XUňg´XYVhik Ug´]bWi ffYX _____ . | =g´ň Y´WUja ´gi V´WiWňihc´cZ´gYh8 ☒ No  ❑ Yes | |
| @Ughi(`X][ ]hg´cZUWWci bňibi a VYf _____ . | | |

| 3.258 Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a Uj]bň UXXfYgg | 5 g´cZň Y´dYhj]hjcb´ž]b[ XUňYž]ň Y´WUja ]g. Check all that apply. | $ 1,920.00 |
|---|---|---|
| SCHERMERHORN BROTHERS, COMPANY 340 EISENHOWER LANE N LOMBARD, IL 60148 | ❑ Contingent<br>❑ Unliquidated<br>❑ Disputed | |
| | 6 Ug]g´ic´fň Y´WUja . ACCOUNTS PAYABLE | |
| 8 UňY´cf´XUňg´XYVhik Ug´]bWi ffYX _____ . | =g´ň Y´WUja ´gi V´WiWňihc´cZ´gYh8 ☒ No  ❑ Yes | |
| @Ughi(`X][ ]hg´cZUWWci bňibi a VYf _____ . | | |

| 3.259 Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a Uj]bň UXXfYgg | 5 g´cZň Y´dYhj]hjcb´ž]b[ XUňYž]ň Y´WUja ]g. Check all that apply. | $ 1,387.13 |
|---|---|---|
| SCHUMACHER PRODUCTS LLC 19 FIELD LANE BELMONT, NH 3220 | ❑ Contingent<br>❑ Unliquidated<br>❑ Disputed | |
| | 6 Ug]g´ic´fň Y´WUja . ACCOUNTS PAYABLE | |
| 8 UňY´cf´XUňg´XYVhik Ug´]bWi ffYX _____ . | =g´ň Y´WUja ´gi V´WiWňihc´cZ´gYh8 ☒ No  ❑ Yes | |
| @Ughi(`X][ ]hg´cZUWWci bňibi a VYf _____ . | | |

| 3.260 Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a Uj]bň UXXfYgg | 5 g´cZň Y´dYhj]hjcb´ž]b[ XUňYž]ň Y´WUja ]g. Check all that apply. | $ 341.06 |
|---|---|---|
| SERV-U 3201 APOLLO DRIVE CHAMPAIGN, IL 61822 | ❑ Contingent<br>❑ Unliquidated<br>❑ Disputed | |
| | 6 Ug]g´ic´fň Y´WUja . ACCOUNTS PAYABLE | |
| 8 UňY´cf´XUňg´XYVhik Ug´]bWi ffYX _____ . | =g´ň Y´WUja ´gi V´WiWňihc´cZ´gYh8 ☒ No  ❑ Yes | |
| @Ughi(`X][ ]hg´cZUWWci bňibi a VYf ___ ___ ___ ___ . | | |

| 3.261 Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a Uj]bň UXXfYgg | 5 g´cZň Y´dYhj]hjcb´ž]b[ XUňYž]ň Y´WUja ]g. Check all that apply. | $ 4,343.34 |
|---|---|---|
| SHANGHAI DUALSKY MODELS RM 1016, NO. 201 XIN JINQIAO RD. SHANGHAI 201206 CHINA | ❑ Contingent<br>❑ Unliquidated<br>❑ Disputed | |
| | 6 Ug]g´ic´fň Y´WUja . ACCOUNTS PAYABLE | |
| 8 UňY´cf´XUňg´XYVhik Ug´]bWi ffYX _____ . | =g´ň Y´WUja ´gi V´WiWňihc´cZ´gYh8 ☒ No  ❑ Yes | |
| @Ughi(`X][ ]hg´cZUWWci bňibi a VYf _____ . | | |

Debtor  HOBBICO, INC.                                                      Case number (*if known*) 18-10055(KG)
        _____
        Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional pages are needed, do not include this page. (*You can use the Additional Page of Part 2 if more space is needed.*)                  **Amount of claim**

**3.262**  Nonpriority creditor's name and mailing address

SHENZHEN GREPOW BATTERY CORP. LTD.

R-16C. DUNHUANG BUILDING, ZHUZILIN,
FUTIAN DISTRICT
SHENZHEN, GUANGDONG
CHINA

As of the petition filing date, the claim is: $ 14,977.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.263**  Nonpriority creditor's name and mailing address

SHORR PACKAGING CORP.
P.O. BOX 6800
AURORA, IL 60502

As of the petition filing date, the claim is: $ 4,335.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.264**  Nonpriority creditor's name and mailing address

SIG MANUFACTURING CO. INC.
401 SOUTH FRONT STREET
P.O. BOX 520
MONTEZUMA, IA 50171

As of the petition filing date, the claim is: $ 2,580.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.265**  Nonpriority creditor's name and mailing address

SING CHANG TECHNOLOGY LTD.
7F-11, NO. 16, LANE 609, SEC. 5
CHONG SIN RD., SAN CHONG DIST.
NEW TAIPEI CITY 24159
TAIWAN

As of the petition filing date, the claim is: $ 15,120.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.266**  Nonpriority creditor's name and mailing address

SPRINGFIELD ELECTRIC SUPPLY CO.
901 NORTH MATTIS AVE.
PO BOX 3819
CHAMPAIGN, IL 61826

As of the petition filing date, the claim is: $ 256.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

Debtor　HOBBICO, INC.

Name

Case number (*if known*) 18-10055(KG)

| Part 2: | Additional Page |

7cdmiⅢ]g`dU[`Y`cb`mˑ]Za cfY`gdUˑUⅢˑ]g`bYYXYⅩ"7cbⅢ]bi Y`bi a VYf]b[`ⅢY``]bY`g`Yei bⅢ]U`mⅣca ˑⅢY dfYj]ci g`dU[`Y"=Zbc ˑUXX]ⅢcbU`BCBDF=CF+HMˑWⅢYX]cfg`YⅠ]gⅢⅢⅩc`bcⅢⅡ``ci ⅢcfⅢgi Vm]ⅢⅢⅢ]g`dU[`Y"

5a ci bⅢcfⅦ WⅢⅮ]a

**3.267** Bcbdf]cf]hⅢWⅣYX]hcfBg]bUa YUbXˑUⅢ]b[`UXXfYgg
SQUADRON PRODUCTS
MMD HOLDINGS LLC
1115 CROWLEY DRIVE
CARROLLTON, TX 75006

5g`cZⅢYdYhⅢ]cbⅢⅡ]bⅢ`XUhⅢⅯⅢYWUⅠa`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`Ⅱⅰf`ⅢYWUⅠa . ACCOUNTS PAYABLE

$ 8,923.98

8UhⅢcf`XUhⅦg`XYVhk Ug`]bWⅤffYX

=g`ⅢYWUⅠa `gi Vⅶ`WⅢⅡⅰc`cⅢⅡgYh8
☒ No
☐ Yes`

@Ugh(`X][`]hg`cZWⅣⅦci bhⅢi a VYf`

---

**3.268** Bcbdf]cf]hⅢWⅣYX]hcfBg]bUa YUbXˑUⅢ]b[`UXXfYgg
ST RACING CONCEPTS ***DISC***
385 S. LEMON AVE. #E183
WALNUT, CA 91789

5g`cZⅢYdYhⅢ]cbⅢⅡ]bⅢ`XUhⅢⅯⅢYWUⅠa`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed`

6Ug]g`Ⅱⅰf`ⅢYWUⅠa . ACCOUNTS PAYABLE

$ 23,355.78

8UhⅢcf`XUhⅦg`XYVhk Ug`]bWⅤffYX

=g`ⅢYWUⅠa `gi Vⅶ`WⅢⅡⅰc`cⅢⅡgYh8
☒ No
☐ Yes`

@Ugh(`X][`]hg`cZWⅣⅦci bhⅢi a VYf`

---

**3.269** Bcbdf]cf]hⅢWⅣYX]hcfBg]bUa YUbXˑUⅢ]b[`UXXfYgg
STOUT RISIUS ROSS, INC
38TH FLOOR
ONE SOUTH WACKER DRIVE
CHICAGO, IL 60606

5g`cZⅢYdYhⅢ]cbⅢⅡ]bⅢ`XUhⅢⅯⅢYWUⅠa`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed`

6Ug]g`Ⅱⅰf`ⅢYWUⅠa . ACCOUNTS PAYABLE

$ 31,499.99

8UhⅢcf`XUhⅦg`XYVhk Ug`]bWⅤffYX

=g`ⅢYWUⅠa `gi Vⅶ`WⅢⅡⅰc`cⅢⅡgYh8
☒ No
☐ Yes`

@Ugh(`X][`]hg`cZWⅣⅦci bhⅢi a VYf`

---

**3.270** Bcbdf]cf]hⅢWⅣYX]hcfBg]bUa YUbXˑUⅢ]b[`UXXfYgg
STRATEGIC MARKETING PARTNERS
6900 SHADY OAK RD
SUITE 202
EDEN PRAIRE, MN 55344

5g`cZⅢYdYhⅢ]cbⅢⅡ]bⅢ`XUhⅢⅯⅢYWUⅠa`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed`

6Ug]g`Ⅱⅰf`ⅢYWUⅠa . ACCOUNTS PAYABLE

$ 46.53

8UhⅢcf`XUhⅦg`XYVhk Ug`]bWⅤffYX

=g`ⅢYWUⅠa `gi Vⅶ`WⅢⅡⅰc`cⅢⅡgYh8
☒ No
☐ Yes`

@Ugh(`X][`]hg`cZWⅣⅦci bhⅢi a VYf`

---

**3.271** Bcbdf]cf]hⅢWⅣYX]hcfBg]bUa YUbXˑUⅢ]b[`UXXfYgg
SUNRAY TECHNOLOGY COMPANY LTD.
2/F, BUILDING NO.9,
TIANFUAN INDUSTRIAL PARK,
XIXANG, BAO AN,
CHINA

5g`cZⅢYdYhⅢ]cbⅢⅡ]bⅢ`XUhⅢⅯⅢYWUⅠa`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed`

6Ug]g`Ⅱⅰf`ⅢYWUⅠa . ACCOUNTS PAYABLE

$ 2,655.00

8UhⅢcf`XUhⅦg`XYVhk Ug`]bWⅤffYX

=g`ⅢYWUⅠa `gi Vⅶ`WⅢⅡⅰc`cⅢⅡgYh8
☒ No
☐ Yes`

@Ugh(`X][`]hg`cZWⅣⅦci bhⅢi a VYf`

Debtor    HOBBICO, INC._____    Case number (*if known*)___18-10055(KG)___
Name

| **Part 2:** | **Additional Page** |

7 cdmiÀ ]g·dUÍ Y·cb·m]Za cfYgdUW·]g·bYYXYX·"7 cbÍjbi Y·bi a VYf]bÍ·ÍÍ Y·]bYg·gYei bÍ·Í|U·mÍZca ·ÍÍ Y dfYj]ci g·dUÍ Y·=Zbc·UXX]Í]cbU·BCBDF=CF±HÍM WÍYX]hcfg·YÍ gÍÍXc·bch]ZÍ·Í·ci h·cf· Va ]híÀ ]g·dUÍ Y"      5a ci b·hcf·ZWÍUÍa

---

3.272____  **Bcbdf]cf]hmÍWÍYX]hcfÍB·ÍbUa Y·UbX·a U]Í]b·ÍUXXfYgg·**       5 g·cÍZÀ Y·dÍYÍh·Ícb·Í]Í]bÍ·XUÍÍÍÍ Y·WÍUÍa ·]g.    $_____4,712.98
TA EMERALD INDUSTRIES.                                               *Check all that apply.*
92 CORPORATE PARK SUITE C-255                                        ❑ Contingent
IRVINE, CA 92606                                                     ❑ Unliquidated
                                                                    ❑ Disputed

                                                                    6 Ug]g·ZÍ·fÍ h·Y·WÍUÍa . __ACCOUNTS PAYABLE_____·

8 UÍhYÍcf·XUÍhYg·XYÍVhÍ k Ug·]bWÍffYX·   _____·       =g·hÍ Y·WÍUÍa ·g·i bÍ·V·VWÍihc·cZÍÍgÍÍ·YÍ8
@UgÍh(·XÍ ]Í]hg·cZÍUWWÍÍi bÍÍbi a VYf·    _____·           ☒ No
                                                                    ❑ Yes·

---

3.273____  **Bcbdf]cf]hmÍWÍYX]hcfÍB·ÍbUa Y·UbX·a U]Í]b·ÍUXXfYgg·**       5 g·cÍZÀ Y·dÍYÍh·Ícb·Í]Í]bÍ·XUÍÍÍÍ Y·WÍUÍa ·]g.    $_____122,503.30
TAG ALONG ASSOCIATES, LP                                            *Check all that apply.*
ATTN: LEGAL DEPT. OR COUNSEL                                        ❑ Contingent
2805 SOUTH BOULDER DR.                                              ❑ Unliquidated
URBANA, IL 61802                                                     ❑ Disputed·

                                                                    6 Ug]g·ZÍ·fÍ h·Y·WÍUÍa . __ACCOUNTS PAYABLE_____·

8 UÍhYÍcf·XUÍhYg·XYÍVhÍ k Ug·]bWÍffYX·   _____·       =g·hÍ Y·WÍUÍa ·g·i bÍ·V·VWÍihc·cZÍÍgÍÍ·YÍ8
@UgÍh(·XÍ ]Í]hg·cZÍUWWÍÍi bÍÍbi a VYf·    _____·           ☒ No
                                                                    ❑ Yes·

---

3.274____  **Bcbdf]cf]hmÍWÍYX]hcfÍB·ÍbUa Y·UbX·a U]Í]b·ÍUXXfYgg·**       5 g·cÍZÀ Y·dÍYÍh·Ícb·Í]Í]bÍ·XUÍÍÍÍ Y·WÍUÍa ·]g.    $_____7,017.09
TAG WAREHOUSE LLC                                                   *Check all that apply.*
ATTN: LEGAL DEPT. OR COUNSEL                                        ❑ Contingent
SERIES MERCURY WAREHOUSE                                            ❑ Unliquidated
2805 SOUTH BOULDER DR.                                              ❑ Disputed·
URBANA, IL 61802

                                                                    6 Ug]g·ZÍ·fÍ h·Y·WÍUÍa . __ACCOUNTS PAYABLE_____·

8 UÍhYÍcf·XUÍhYg·XYÍVhÍ k Ug·]bWÍffYX·   _____·       =g·hÍ Y·WÍUÍa ·g·i bÍ·V·VWÍihc·cZÍÍgÍÍ·YÍ8
@UgÍh(·XÍ ]Í]hg·cZÍUWWÍÍi bÍÍbi a VYf·    _____·           ☒ No
                                                                    ❑ Yes·

---

3.275____  **Bcbdf]cf]hmÍWÍYX]hcfÍB·ÍbUa Y·UbX·a U]Í]b·ÍUXXfYgg·**       5 g·cÍZÀ Y·dÍYÍh·Ícb·Í]Í]bÍ·XUÍÍÍÍ Y·WÍUÍa ·]g.    $_____662,854.68
TAMIYA AMERICA, INC                                                 *Check all that apply.*
ATTN: BRIAN MATTESON                                                ❑ Contingent
36 DISCOVERY, SUITE 200                                             ❑ Unliquidated
IRVINE, CA 92618                                                     ❑ Disputed·

                                                                    6 Ug]g·ZÍ·fÍ h·Y·WÍUÍa . __ACCOUNTS PAYABLE_____·

8 UÍhYÍcf·XUÍhYg·XYÍVhÍ k Ug·]bWÍffYX·   _____·       =g·hÍ Y·WÍUÍa ·g·i bÍ·V·VWÍihc·cZÍÍgÍÍ·YÍ8
@UgÍh(·XÍ ]Í]hg·cZÍUWWÍÍi bÍÍbi a VYf·    ___ ___ ___ ___           ☒ No
                                                                    ❑ Yes·

---

3.276____  **Bcbdf]cf]hmÍWÍYX]hcfÍB·ÍbUa Y·UbX·a U]Í]b·ÍUXXfYgg·**       5 g·cÍZÀ Y·dÍYÍh·Ícb·Í]Í]bÍ·XUÍÍÍÍ Y·WÍUÍa ·]g.    $_____1,310.40
TAPE PRODUCTS                                                       *Check all that apply.*
P.O. BOX 641510                                                     ❑ Contingent
CINCINNATI, OH 45264-1510                                          ❑ Unliquidated
                                                                    ❑ Disputed·

                                                                    6 Ug]g·ZÍ·fÍ h·Y·WÍUÍa . __ACCOUNTS PAYABLE_____·

8 UÍhYÍcf·XUÍhYg·XYÍVhÍ k Ug·]bWÍffYX·   _____·       =g·hÍ Y·WÍUÍa ·g·i bÍ·V·VWÍihc·cZÍÍgÍÍ·YÍ8
@UgÍh(·XÍ ]Í]hg·cZÍUWWÍÍi bÍÍbi a VYf·    _____·           ☒ No
                                                                    ❑ Yes·

Debtor HOBBICO, INC.
Name

Case number (if known) 18-10055(KG)

## Part 2:  Additional Page

| | 5a ci bhicZWUja |
|---|---|

**3.277** Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a U]]b[ UXXfYgg | 5g cZh Y dYfjh]cb Zj]b[ XUhYjzh Y YWUja ]g. *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ 28,426.77
TEAM COBRA/C&M MANUFACTURING
657 SOUTH 4150 WEST
SALT LAKE CITY, UT 84104

6 Ug]g]z f h Y YWUja . <u>ACCOUNTS PAYABLE</u>

8 UhY cf XUhYg XYVhk Ug ]bW ffYX _____ · =g h Y YWUja gi V^YWh hc cZZgYh8 ☒ No ☐ Yes

@Ugh( X][ hg cZ UWWWc i b h bi a VYf _____·

**3.278** Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a U]]b[ UXXfYgg | 5g cZh Y dYfjh]cb Zj]b[ XUhYjzh Y YWUja ]g. *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ 64,305.74
TEKIN, INC.
P.O. BOX 2189
MCCALL, ID 83638

6 Ug]g]z f h Y YWUja . <u>ACCOUNTS PAYABLE</u>

8 UhY cf XUhYg XYVhk Ug ]bW ffYX _____ · =g h Y YWUja gi V^YWh hc cZZgYh8 ☒ No ☐ Yes

@Ugh( X][ hg cZ UWWWc i b h bi a VYf _____·

**3.279** Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a U]]b[ UXXfYgg | 5g cZh Y dYfjh]cb Zj]b[ XUhYjzh Y YWUja ]g. *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ 29,569.05
TEKNO RC
10755 SCRIPPS POWAY PKWY #598
SAN DIEGO, CA 92131

6 Ug]g]z f h Y YWUja . <u>ACCOUNTS PAYABLE</u>

8 UhY cf XUhYg XYVhk Ug ]bW ffYX _____ · =g h Y YWUja gi V^YWh hc cZZgYh8 ☒ No ☐ Yes

@Ugh( X][ hg cZ UWWWc i b h bi a VYf _____·

**3.280** Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a U]]b[ UXXfYgg | 5g cZh Y dYfjh]cb Zj]b[ XUhYjzh Y YWUja ]g. *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ 73.40
TELECHECK SERVICES, INC.
P.O. BOX 60028
CITY OF INDUSTRY, CA 91716-0028

6 Ug]g]z f h Y YWUja . <u>ACCOUNTS PAYABLE</u>

8 UhY cf XUhYg XYVhk Ug ]bW ffYX _____ · =g h Y YWUja gi V^YWh hc cZZgYh8 ☒ No ☐ Yes

@Ugh( X][ hg cZ UWWWc i b h bi a VYf ___ ___ ___ ___·

**3.281** Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a U]]b[ UXXfYgg | 5g cZh Y dYfjh]cb Zj]b[ XUhYjzh Y YWUja ]g. *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ 302,115.91
TESTORS CORPORATION
ATTN: LEGAL DEPT.
11 E. HAWTHORN PARKWAY
VERNON HILLS, IL 60061

6 Ug]g]z f h Y YWUja . <u>ACCOUNTS PAYABLE</u>

8 UhY cf XUhYg XYVhk Ug ]bW ffYX _____ · =g h Y YWUja gi V^YWh hc cZZgYh8 ☒ No ☐ Yes

@Ugh( X][ hg cZ UWWWc i b h bi a VYf _____·

GWYXi Y 9#. 7fYX]hcfg K \c <Uj Y bgYW fYX 7 Ua g

Debtor  HOBBICO, INC.  _____  Case number (*if known*) 18-10055(KG)
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only as necessary. If additional space is needed, continue numbering the lines sequentially from the previous page. If no additional YBX, do not file this page. | Amount of claim |
|---|---|

3.282 ___ Nonpriority creditor's name and mailing address

**THE REAL MCCOY RACING PRODUCTS**
2117 NORTH 2ND AVENUE
UPLAND, CA 91784

As of the petition filing date, the claim is: $ 10,091.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___ACCOUNTS PAYABLE___

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.283 ___ Nonpriority creditor's name and mailing address

**THE SHERWIN-WILLIAMS CO.**
709 N MATTIS AVE
CHAMPAIGN, IL 61821

As of the petition filing date, the claim is: $ 38.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___ACCOUNTS PAYABLE___

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.284 ___ Nonpriority creditor's name and mailing address

**THS RACING CORP.**
267 TOMAHAWK STREET
BALDWIN PLACE, NY 10505

As of the petition filing date, the claim is: $ 2,447.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___ACCOUNTS PAYABLE___

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.285 ___ Nonpriority creditor's name and mailing address

**THUNDER TIGER SOLUTIONS**
1F., NO. 540, SEC. 1, MINSHENG N. RD.
GUISHAN DIST.,
TAIWAN

As of the petition filing date, the claim is: $ 884.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___ACCOUNTS PAYABLE___

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

3.286 ___ Nonpriority creditor's name and mailing address

**TOOL TRON**
103 PARKWAY DRIVE
BOERNE, TX 78006

As of the petition filing date, the claim is: $ 3,850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___ACCOUNTS PAYABLE___

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Debtor  HOBBICO, INC. _____  Case number (*if known*) 18-10055(KG)
       Name

| **Part 2:** | **Additional Page** |

7cdmiA ]g·dU[ Y·cb·m]Za cfY·gdUW·Y·g·bYYXYX"7cbh]bi Y·bi a VYf]b[ ·A·Y·]bYg·gYei YbhU·mzca ·A·Y
dfYj]ci g·dU[ Y"=bc·UXX]H]cbU·BCBDF=CF±HM·W]YX]hcfg·YI ]ghEXc·bch]Z]``ci hcf·gi Va ]A·]g·dU[ Y"

**5a ci bhcZW'U]a**

---

3.287 ____ Bcbdf]cf]hmW]YX]hcf&g·bUa Y·UbX·a U]']b[ ·UXXfYgg·

TQ WIRE PRODUCTS
1 PUMPKIN STREET
EAST NORTHPORT, NY 11731

5 g·cZA· Y·dYh]h]cb·Z]']b[ ·XUhYzA· Y·WU]a ·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 6,669.26

6 Ug]g·Zcf·A· Y·WU]a . __ACCOUNTS PAYABLE_____·

8 UhY·cf·XUhYg·XYVh·kUg·]bWi ffYX· _____·
@Ugh( ·X][ ]hg·cZ·UWWci bh·bi a VYf· _____·

=g·A· Y·WU]a ·gi V^YWh·hc·cZZgYh8
☒ No
☐ Yes·

---

3.288 ____ Bcbdf]cf]hmW]YX]hcf&g·bUa Y·UbX·a U]']b[ ·UXXfYgg·

TRANS UNION LLC
P.O. BOX 99506
CHICAGO, IL 60693

5 g·cZA· Y·dYh]h]cb·Z]']b[ ·XUhYzA· Y·WU]a ·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

$ _____ 258.33

6 Ug]g·Zcf·A· Y·WU]a . __ACCOUNTS PAYABLE_____·

8 UhY·cf·XUhYg·XYVh·kUg·]bWi ffYX· _____·
@Ugh( ·X][ ]hg·cZ·UWWci bh·bi a VYf· _____·

=g·A· Y·WU]a ·gi V^YWh·hc·cZZgYh8
☒ No
☐ Yes·

---

3.289 ____ Bcbdf]cf]hmW]YX]hcf&g·bUa Y·UbX·a U]']b[ ·UXXfYgg·

TRAXXAS, LP

5 g·cZA· Y·dYh]h]cb·Z]']b[ ·XUhYzA· Y·WU]a ·]g.
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed·

$ _____

6 Ug]g·Zcf·A· Y·WU]a . __LITIGATION_____·

8 UhY·cf·XUhYg·XYVh·kUg·]bWi ffYX· _____·
@Ugh( ·X][ ]hg·cZ·UWWci bh·bi a VYf· _____·

=g·A· Y·WU]a ·gi V^YWh·hc·cZZgYh8
☒ No
☐ Yes·

---

3.290 ____ Bcbdf]cf]hmW]YX]hcf&g·bUa Y·UbX·a U]']b[ ·UXXfYgg·

TRU-SQUARE METAL PRODUCTS
640 FIRST STREET SOUTHWEST
P.O. BOX 585
AUBURN, WA 98001

5 g·cZA· Y·dYh]h]cb·Z]']b[ ·XUhYzA· Y·WU]a ·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

$ _____ 9,635.35

6 Ug]g·Zcf·A· Y·WU]a . __ACCOUNTS PAYABLE_____·

8 UhY·cf·XUhYg·XYVh·kUg·]bWi ffYX· _____·
@Ugh( ·X][ ]hg·cZ·UWWci bh·bi a VYf· ___ ___ ___ ___·

=g·A· Y·WU]a ·gi V^YWh·hc·cZZgYh8
☒ No
☐ Yes·

---

3.291 ____ Bcbdf]cf]hmW]YX]hcf&g·bUa Y·UbX·a U]']b[ ·UXXfYgg·

ULINE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085

5 g·cZA· Y·dYh]h]cb·Z]']b[ ·XUhYzA· Y·WU]a ·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

$ _____ 521.77

6 Ug]g·Zcf·A· Y·WU]a . __ACCOUNTS PAYABLE_____·

8 UhY·cf·XUhYg·XYVh·kUg·]bWi ffYX· _____·
@Ugh( ·X][ ]hg·cZ·UWWci bh·bi a VYf· _____·

=g·A· Y·WU]a ·gi V^YWh·hc·cZZgYh8
☒ No
☐ Yes·

---

Debtor    HOBBICO, INC.                                        Case number (*if known*) 18-10055 (KG)
          Name

| **Part 2:** | **Additional Page** |

7 cdmiⱨ ]g˙dUⱵ Y˙cb˙m]Za cfY˙gdUⱲ˙]g˙bYYXYX"7 cbⱨⱶbi Y˙bi a ˙VYⱶb ˙ ⱨ Y˙ⱵbYg˙gYei YbⱵU˙m ⱷca ˙ ⱨ Y˙ dfYⱵ]ci g˙dUⱵ Y"=Zbc˙UXX]ⱨⱵcbU˙BCBDF=CF+ⱵM WⱵYX]ⱨcfg˙YⱵ ]gⱨXⱵbcⱶZ]˙˙ci ⱶcf˙gi Vⱥ ]ⱨⱵ ]g˙dUⱵ Y"     5a ci bⱨcZWⱵUⱼa

**3.292** Bcbdf]cf]ⱨm˙WⱾYX]ⱨcfⱸ˙bⱵⱶa Y˙UbX˙a Uⱼ]b˙˙UXXfYgg
UNITED PARCEL SERVICE
145 N WATER ST.
DECATUR, IL 62526

5 g˙cZ ⱨ Y˙dY ⱨⱵⱨcb˙Z ⱼb˙ˣXUⱨ Z ⱨ Y˙WⱵUⱼa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$                354,657.83

6 Ug]g˙Z cf˙WⱾUⱼa ˙.   ACCOUNTS PAYABLE

8 Uⱨ Y˙cf˙XUⱨ Yg˙XYVⱨ ˙ Ug˙]bWfffYX˙  _____   =g˙ⱨ Y˙WⱾUⱼa ˙gi VⱼYWⱨ ⱨc˙cZZgYⱨ8
@Ugⱨ ˙X]ⱶ]ⱨg˙cZˣWWci bⱨ Ⱶbⱷi a VYf˙  _____   ☒ No
                                                       ❑ Yes˙

**3.293** Bcbdf]cf]ⱨm˙WⱾYX]ⱨcfⱸ˙bⱵⱶa Y˙UbX˙a Uⱼ]b˙˙UXXfYgg
UPS EXPEDITED MAIL SERVICES, INC.
ATTN: LEGAL DEPT.
12380 MORRIS ROAD
ALPHARETTA, GA 30005

5 g˙cZ ⱨ Y˙dY ⱨⱵⱨcb˙Z ⱼb˙ˣXUⱨ Z ⱨ Y˙WⱵUⱼa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$                 37,287.46

6 Ug]g˙Z cf˙WⱾUⱼa ˙.   ACCOUNTS PAYABLE

8 Uⱨ Y˙cf˙XUⱨ Yg˙XYVⱨ ˙ Ug˙]bWfffYX˙  _____   =g˙ⱨ Y˙WⱾUⱼa ˙gi VⱼYWⱨ ⱨc˙cZZgYⱨ8
@Ugⱨ ˙X]ⱶ]ⱨg˙cZˣWWci bⱨ Ⱶbⱷi a VYf˙  _____   ☒ No
                                                       ❑ Yes˙

**3.294** Bcbdf]cf]ⱨm˙WⱾYX]ⱨcfⱸ˙bⱵⱶa Y˙UbX˙a Uⱼ]b˙˙UXXfYgg
UPS FREIGHT
ATTN: LEGAL DEPT.
12380 MORRIS RD
ALPHARETTA, GA 30005

5 g˙cZ ⱨ Y˙dY ⱨⱵⱨcb˙Z ⱼb˙ˣXUⱨ Z ⱨ Y˙WⱵUⱼa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$                  1,313.69

6 Ug]g˙Z cf˙WⱾUⱼa ˙.   ACCOUNTS PAYABLE

8 Uⱨ Y˙cf˙XUⱨ Yg˙XYVⱨ ˙ Ug˙]bWfffYX˙  _____   =g˙ⱨ Y˙WⱾUⱼa ˙gi VⱼYWⱨ ⱨc˙cZZgYⱨ8
@Ugⱨ ˙X]ⱶ]ⱨg˙cZˣWWci bⱨ Ⱶbⱷi a VYf˙  _____   ☒ No
                                                       ❑ Yes˙

**3.295** Bcbdf]cf]ⱨm˙WⱾYX]ⱨcfⱸ˙bⱵⱶa Y˙UbX˙a Uⱼ]b˙˙UXXfYgg
UPS SUPPLY CHAIN SOLUTIONS, INC.
12380 MORRIS RD
ALPHARETTA, GA 30005

5 g˙cZ ⱨ Y˙dY ⱨⱵⱨcb˙Z ⱼb˙ˣXUⱨ Z ⱨ Y˙WⱵUⱼa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$                  2,696.03

6 Ug]g˙Z cf˙WⱾUⱼa ˙.   ACCOUNTS PAYABLE

8 Uⱨ Y˙cf˙XUⱨ Yg˙XYVⱨ ˙ Ug˙]bWfffYX˙  _____   =g˙ⱨ Y˙WⱾUⱼa ˙gi VⱼYWⱨ ⱨc˙cZZgYⱨ8
@Ugⱨ ˙X]ⱶ]ⱨg˙cZˣWWci bⱨ Ⱶbⱷi a VYf˙  ___ ___ ___ ___   ☒ No
                                                       ❑ Yes˙

**3.296** Bcbdf]cf]ⱨm˙WⱾYX]ⱨcfⱸ˙bⱵⱶa Y˙UbX˙a Uⱼ]b˙˙UXXfYgg
URBANA CHAMPAIGN SANITARY DIST.
PARCEL ACCT# 4114-35-303-001
PO BOX 669
URBANA, IL 61803

5 g˙cZ ⱨ Y˙dY ⱨⱵⱨcb˙Z ⱼb˙ˣXUⱨ Z ⱨ Y˙WⱵUⱼa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed˙

$                  1,082.42

6 Ug]g˙Z cf˙WⱾUⱼa ˙.   ACCOUNTS PAYABLE

8 Uⱨ Y˙cf˙XUⱨ Yg˙XYVⱨ ˙ Ug˙]bWfffYX˙  _____   =g˙ⱨ Y˙WⱾUⱼa ˙gi VⱼYWⱨ ⱨc˙cZZgYⱨ8
@Ugⱨ ˙X]ⱶ]ⱨg˙cZˣWWci bⱨ Ⱶbⱷi a VYf˙  _____   ☒ No
                                                       ❑ Yes˙

Debtor   HOBBICO, INC._____   Case number (*if known*)_____18-10055(KG)_____
Name

| **Part 2:** | **Additional Page** |

7 cdmi\ ]g·dU[ Y·cb·m]Za cfY·gdUW\"]g·bYYXYX"7 cbh]bi Y·bi a VYf]b[ ·h\ Y`]bYg·gYei Ybh]U·mizca ·h\ Y dfYj ]ci g·dU[ Y"=Zbc·UXX]h]cbU·BCBDF=CF=HM·WYX]hcfg·Yl ]ghzXc·bch]Z\``i hcf·gi Vb ]h\ ]g·dU[ Y"        5a ci bhicZWUa

---

3.297____  Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg·        5g·cZh\ Y·dYh]h]cb·Z]`]b[ ·XUhYźh\ Y·WUa ]g.   $                          33,377.99
VANQUISH PRODUCTS &INCISION *DISC                                 *Check all that apply.*
5710 ROSEVILLE ROAD, SUITE B                                     ❑ Contingent
SACRAMENTO, CA 95842                                             ❑ Unliquidated
                                                                ❑ Disputed

                                                                6 Ug]g·Zcf·h\ Y·WUa . ___ACCOUNTS PAYABLE_____ ·

8 UhY·cf·XUhYg·XYVhk Ug·]bWi ffYX·        _____ ·   =g·h\ Y·WUa ·gi V^YWh·hc·cZZgYh8
@Ugh(·X][ ]hg·cZUWWci bhibi a VYf·        _____ ·   ☒ No
                                                                ❑ Yes·

---

3.298____  Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg·        5g·cZh\ Y·dYh]h]cb·Z]`]b[ ·XUhYźh\ Y·WUa ]g.   $                              14.57
VERIZON WIRELESS                                                 *Check all that apply.*
P.O. BOX 660108                                                 ❑ Contingent
DALLAS, TX 75266-0108                                           ❑ Unliquidated
                                                                ❑ Disputed·

                                                                6 Ug]g·Zcf·h\ Y·WUa . ___ACCOUNTS PAYABLE_____ ·

8 UhY·cf·XUhYg·XYVhk Ug·]bWi ffYX·        _____ ·   =g·h\ Y·WUa ·gi V^YWh·hc·cZZgYh8
@Ugh(·X][ ]hg·cZUWWci bhibi a VYf·        _____ ·   ☒ No
                                                                ❑ Yes·

---

3.299____  Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg·        5g·cZh\ Y·dYh]h]cb·Z]`]b[ ·XUhYźh\ Y·WUa ]g.   $                         124,108.19
VERTICAL PARTNERS WEST                                           *Check all that apply.*
14028 N OHIO ST                                                 ❑ Contingent
RATHDRUM, ID 83858                                              ❑ Unliquidated
                                                                ❑ Disputed·

                                                                6 Ug]g·Zcf·h\ Y·WUa . ___ACCOUNTS PAYABLE_____ ·

8 UhY·cf·XUhYg·XYVhk Ug·]bWi ffYX·        _____ ·   =g·h\ Y·WUa ·gi V^YWh·hc·cZZgYh8
@Ugh(·X][ ]hg·cZUWWci bhibi a VYf·        _____ ·   ☒ No
                                                                ❑ Yes·

---

3.300____  Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg·        5g·cZh\ Y·dYh]h]cb·Z]`]b[ ·XUhYźh\ Y·WUa ]g.   $                          11,600.00
VERTICALSCOPE INC                                                *Check all that apply.*
SUITE 700                                                        ❑ Contingent
TORONOTO M5V 2H1                                                 ❑ Unliquidated
CANADA                                                          ❑ Disputed·

                                                                6 Ug]g·Zcf·h\ Y·WUa . ___ACCOUNTS PAYABLE_____ ·

8 UhY·cf·XUhYg·XYVhk Ug·]bWi ffYX·        _____ ·   =g·h\ Y·WUa ·gi V^YWh·hc·cZZgYh8
@Ugh(·X][ ]hg·cZUWWci bhibi a VYf·        ___ ___ ___ ___ ·   ☒ No
                                                                ❑ Yes·

---

3.301____  Bcbdf]cf]hmWYX]hcfBg·bUa Y·UbX·a U]`]b[ ·UXXfYgg·        5g·cZh\ Y·dYh]h]cb·Z]`]b[ ·XUhYźh\ Y·WUa ]g.   $                             740.00
WALLENDER-DEDMAN PRINTING, INC.                                  *Check all that apply.*
1605 BRANT COURT                                                ❑ Contingent
P.O. BOX 213                                                    ❑ Unliquidated
DECATUR, IL 62525                                              ❑ Disputed·

                                                                6 Ug]g·Zcf·h\ Y·WUa . ___ACCOUNTS PAYABLE_____ ·

8 UhY·cf·XUhYg·XYVhk Ug·]bWi ffYX·        _____ ·   =g·h\ Y·WUa ·gi V^YWh·hc·cZZgYh8
@Ugh(·X][ ]hg·cZUWWci bhibi a VYf·        _____ ·   ☒ No
                                                                ❑ Yes·

---

Debtor   HOBBICO, INC.  _____   Case number (*if known*)___18-10055(KG)___
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| 7 cdmiↀ ]g˙dUↀ Y˙cb˙m]Za cfY˙gdUWↀ˙]g˙bYYXYX"˙7 cbↀjbi Y˙bi a VYf]b[ ˙ↀ Y˙]bYg˙gYei Ybↀↀ˙U˙mↀzca ˙ↀ Y˙dfYↀ]ci g˙dUↀ Y"=Zbc˙UXX]ↀ]cbU˙BCBDF=CF±HMↀWↀYX]ↀcfg˙Yↀↀ]gↀↀXc˙bcↀↀↀↀ`ci ↀcf˙gi Va ]ↀ ↀ ]g˙dUↀ Y" | 5a ci bↀ˙cZ˙WↀUↀa |
|---|---|

**3.302**  Bcbdf]cf]ↀmↀWↀYX]ↀcfↀg˙bUↀ Y˙UbX˙a Uↀ]ↀb˙`UXXfYgg

WALNUT HOLLOW

1409 STATE ROAD 23
1409 STATE ROAD 23
DODGEVILLE, WI 53533

5 g˙cZↀ Y˙dYↀ]ↀ]cb˙Z]ↀ]b[ ˙XUↀYↀzↀ Y˙WↀUↀa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

6 Ug]g˙z˙cf˙ↀ Y˙WↀUↀa ˙. ___ACCOUNTS PAYABLE___ ·

$ _____ 3,420.14

8 Uↀ Y˙cf˙XUↀ Yg˙XYVↀↀ˙k Ug˙]bWi ffYX˙ _____ ·

@Ugↀ( ˙X][ ]hg˙cZↀWↀↀcↀbↀↀi bↀi a VYf˙ _____ ·

=g˙ↀ Y˙WↀUↀa ˙gi V^YWↀ˙ↀc˙ZↀgYↀ8
☒ No
❑ Yes·

---

**3.303**  Bcbdf]cf]ↀmↀWↀYX]ↀcfↀg˙bUↀ Y˙UbX˙a Uↀ]ↀb˙`UXXfYgg

WALNUT RIDGE
P.O. BOX 668
PITTSBURG, KS 66762

5 g˙cZↀ Y˙dYↀ]ↀ]cb˙Z]ↀ]b[ ˙XUↀYↀzↀ Y˙WↀUↀa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

6 Ug]g˙z˙cf˙ↀ Y˙WↀUↀa ˙. ___ACCOUNTS PAYABLE___ ·

$ _____ 461.05

8 Uↀ Y˙cf˙XUↀ Yg˙XYVↀↀ˙k Ug˙]bWi ffYX˙ _____ ·

@Ugↀ( ˙X][ ]hg˙cZↀWↀↀcↀbↀↀi bↀi a VYf˙ _____ ·

=g˙ↀ Y˙WↀUↀa ˙gi V^YWↀ˙ↀc˙ZↀgYↀ8
☒ No
❑ Yes·

---

**3.304**  Bcbdf]cf]ↀmↀWↀYX]ↀcfↀg˙bUↀ Y˙UbX˙a Uↀ]ↀb˙`UXXfYgg

WARNER BROS. CONSUMER PRODUCTS
4001 WEST OLIVE AVENUE BURBANK
BURBANK, CA 91505

5 g˙cZↀ Y˙dYↀ]ↀ]cb˙Z]ↀ]b[ ˙XUↀYↀzↀ Y˙WↀUↀa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

6 Ug]g˙z˙cf˙ↀ Y˙WↀUↀa ˙. ___ACCOUNTS PAYABLE___ ·

$ _____ 12,444.00

8 Uↀ Y˙cf˙XUↀ Yg˙XYVↀↀ˙k Ug˙]bWi ffYX˙ _____ ·

@Ugↀ( ˙X][ ]hg˙cZↀWↀↀcↀbↀↀi bↀi a VYf˙ _____ ·

=g˙ↀ Y˙WↀUↀa ˙gi V^YWↀ˙ↀc˙ZↀgYↀ8
☒ No
❑ Yes·

---

**3.305**  Bcbdf]cf]ↀmↀWↀYX]ↀcfↀg˙bUↀ Y˙UbX˙a Uↀ]ↀb˙`UXXfYgg

WASTE MANAGEMENT OF NEVADA
HCA / #XXXXXXX3000
RENO DISPOSAL
PO BOX 78251
PHOENIZ, AZ 85062

5 g˙cZↀ Y˙dYↀ]ↀ]cb˙Z]ↀ]b[ ˙XUↀYↀzↀ Y˙WↀUↀa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

6 Ug]g˙z˙cf˙ↀ Y˙WↀUↀa ˙. ___ACCOUNTS PAYABLE___ ·

$ _____ 520.50

8 Uↀ Y˙cf˙XUↀ Yg˙XYVↀↀ˙k Ug˙]bWi ffYX˙ _____ ·

@Ugↀ( ˙X][ ]hg˙cZↀWↀↀcↀbↀↀi bↀi a VYf˙ ___ ___ ___ ___ ·

=g˙ↀ Y˙WↀUↀa ˙gi V^YWↀ˙ↀc˙ZↀgYↀ8
☒ No
❑ Yes·

---

**3.306**  Bcbdf]cf]ↀmↀWↀYX]ↀcfↀg˙bUↀ Y˙UbX˙a Uↀ]ↀb˙`UXXfYgg

WERKS RACING
1702-L MERIDIAN AVE #152
SAN JOSE, CA 95125

5 g˙cZↀ Y˙dYↀ]ↀ]cb˙Z]ↀ]b[ ˙XUↀYↀzↀ Y˙WↀUↀa ˙]g.
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed·

6 Ug]g˙z˙cf˙ↀ Y˙WↀUↀa ˙. ___ACCOUNTS PAYABLE___ ·

$ _____ 934.86

8 Uↀ Y˙cf˙XUↀ Yg˙XYVↀↀ˙k Ug˙]bWi ffYX˙ _____ ·

@Ugↀ( ˙X][ ]hg˙cZↀWↀↀcↀbↀↀi bↀi a VYf˙ _____ ·

=g˙ↀ Y˙WↀUↀa ˙gi V^YWↀ˙ↀc˙ZↀgYↀ8
☒ No
❑ Yes·

Debtor     HOBBICO, INC. _____     Case number (*if known*)___18-10055(KG)_____
                Name

| Part 2: | Additional Page |

7 cdmiↄ ]g˙dU[ˋYˋcb˙m]Za cfˋYˋgdUW˙W]g˙bYYXYX"7 cbↄ]bi ˋYˋbi a ˋVYf]b[ ˋↄ ˋYˋ]bYg˙gYei Ybↄ]U˙m˙zˋca ˋↄ ˋY˙ dfYↄ]ci ˋg˙dU[ˋY˙"zbc˙UXX]ↄ]cbU˙ˋBCBDF⁄CF⁄HMˋWↁYX]ↄcfg˙Yↁ ˋghↁↄXc˙ˋbcↁi⁄ˋˋↁi˙cf˙gi ˋVↁ ˋↄ]ↄↁ ]g˙dU[ˋY"     **5a ci bↁic Zˋ WↁUↄa**

---

**3.307**___     Bcbdf]cf]ↄmↁWↄYↁ]cfↁBↁↄbↁUↁˋYˋUbↁXˋaↁU]ↄˋb↋ˋUXXfYgg˙     5˙g˙cZↁˋYˋdↁYↄↄ]cbˋↂↄ]bↁˋ˙XↁↄↁYↁↄ˙YↁWↁUↄa ˋ]g.     $_____21,327.42
WESTROCK-GALESBURG, IL                               *Check all that apply.*
773 W LINWOOD RD.                                    ❑ Contingent
GALESBURG, IL 61401                                  ❑ Unliquidated
                                                     ❑ Disputed

                                                     6 Ugↄg]z˙cf˙ↄↁˋYˋWↁUↄa ˌ ___ACCOUNTS PAYABLE_____˙

8 Uↄↁˋcf↋XUↄYg˙XYↁVↄh↋ Ug˙]bↁWﬀffYX˙     _____˙     ⁼g˙ↄↁˋYˋWↁUↄa ˙gi ˋVↁˋWↄhↄ˙cↄZↄgↁYↄ8
                                                     ⊠ No
@Ughↄ(ˋX][ˋ]hg˙cↁZↁWↁWↁↄ˙i bↁhↄi a ˋVYf˙     _____˙     ❑ Yes˙

---

**3.308**___     Bcbdf]cf]ↄmↁWↄYↁ]cfↁBↁↄbↁUↁˋYˋUbↁXˋaↁU]ↄˋb↋ˋUXXfYgg˙     5˙g˙cZↁˋYˋdↁYↄↄ]cbˋↂↄ]bↁˋ˙XↁↄↁYↁↄ˙YↁWↁUↄa ˋ]g.     $_____692.65
WEX BANK                                             *Check all that apply.*
DBA MURPHY USA/WRIGHT EXPRESS                         ❑ Contingent
PO BOX 6369                                           ❑ Unliquidated
PORTLAND, ME 4104                                     ❑ Disputed˙

                                                     6 Ugↄg]z˙cf˙ↄↁˋYˋWↁUↄa ˌ ___ACCOUNTS PAYABLE_____˙

8 Uↄↁˋcf↋XUↄYg˙XYↁVↄh↋ Ug˙]bↁWﬀffYX˙     _____˙     ⁼g˙ↄↁˋYˋWↁUↄa ˙gi ˋVↁˋWↄhↄ˙cↄZↄgↁYↄ8
                                                     ⊠ No
@Uⱨghↄ(ˋX][ˋ]hg˙cↁZↁWↁWↁↄ˙i bↁhↄi a ˋVYf˙     _____˙     ❑ Yes˙

---

**3.309**___     Bcbdf]cf]ↄmↁWↄYↁ]cfↁBↁↄbↁUↁˋYˋUbↁXˋaↁU]ↄˋb↋ˋUXXfYgg˙     5˙g˙cZↁˋYˋdↁYↄↄ]cbˋↂↄ]bↁˋ˙XↁↄↁYↁↄ˙YↁWↁUↄa ˋ]g.     $_____2,337.60
WHITE MOUNTAIN PUZZLES                               *Check all that apply.*
P.O. BOX 818                                          ❑ Contingent
JACKSON, NH 3846                                      ❑ Unliquidated
                                                     ❑ Disputed˙

                                                     6 Ugↄg]z˙cf˙ↄↁˋYˋWↁUↄa ˌ ___ACCOUNTS PAYABLE_____˙

8 Uↄↁˋcf↋XUↄYg˙XYↁVↄh↋ Ug˙]bↁWﬀffYX˙     _____˙     ⁼g˙ↄↁˋYˋWↁUↄa ˙gi ˋVↁˋWↄhↄ˙cↄZↄgↁYↄ8
                                                     ⊠ No
@Uⱨghↄ(ˋX][ˋ]hg˙cↁZↁWↁWↁↄ˙i bↁhↄi a ˋVYf˙     _____˙     ❑ Yes˙

---

**3.310**___     Bcbdf]cf]ↄmↁWↄYↁ]cfↁBↁↄbↁUↁˋYˋUbↁXˋaↁU]ↄˋb↋ˋUXXfYgg˙     5˙g˙cZↁˋYˋdↁYↄↄ]cbˋↂↄ]bↁˋ˙XↁↄↁYↁↄ˙YↁWↁUↄa ˋ]g.     $_____2,374.33
WILLI HAHN PRODUCTS                                  *Check all that apply.*
1348 DUNDAS CIRCLE                                    ❑ Contingent
MONTICELLO, MN 55362                                  ❑ Unliquidated
                                                     ❑ Disputed˙

                                                     6 Ugↄg]z˙cf˙ↄↁˋYˋWↁUↄa ˌ ___ACCOUNTS PAYABLE_____˙

8 Uↄↁˋcf↋XUↄYg˙XYↁVↄh↋ Ug˙]bↁWﬀffYX˙     _____˙     ⁼g˙ↄↁˋYˋWↁUↄa ˙gi ˋVↁˋWↄhↄ˙cↄZↄgↁYↄ8
                                                     ⊠ No
@Uⱨghↄ(ˋX][ˋ]hg˙cↁZↁWↁWↁↄ˙i bↁhↄi a ˋVYf˙     ___ ___ ___ ___˙     ❑ Yes˙

---

**3.311**___     Bcbdf]cf]ↄmↁWↄYↁ]cfↁBↁↄbↁUↁˋYˋUbↁXˋaↁU]ↄˋb↋ˋUXXfYgg˙     5˙g˙cZↁˋYˋdↁYↄↄ]cbˋↂↄ]bↁˋ˙XↁↄↁYↁↄ˙YↁWↁUↄa ˋ]g.     $_____3,505.81
WILLIAM MARK CORPORATION                             *Check all that apply.*
112 NORTH HARVARD AVENUE, STE 229                     ❑ Contingent
CLAREMONT, CA 91711                                   ❑ Unliquidated
                                                     ❑ Disputed˙

                                                     6 Ugↄg]z˙cf˙ↄↁˋYˋWↁUↄa ˌ ___ACCOUNTS PAYABLE_____˙

8 Uↄↁˋcf↋XUↄYg˙XYↁVↄh↋ Ug˙]bↁWﬀffYX˙     _____˙     ⁼g˙ↄↁˋYˋWↁUↄa ˙gi ˋVↁˋWↄhↄ˙cↄZↄgↁYↄ8
                                                     ⊠ No
@Uⱨghↄ(ˋX][ˋ]hg˙cↁZↁWↁWↁↄ˙i bↁhↄi a ˋVYf˙     _____˙     ❑ Yes˙

Debtor   HOBBICO, INC.                                                    Case number (*if known*) 18-10055(KG)
         Name

| **Part 2:** | **Additional Page** |

| | **5a ci bhic ZWUja** |
|---|---|

3.312    Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a U]]b] `UXXfYgg
WINGTOTE
354 DOMER AVE
LAUREL, MD 20707

5 g cZh Ydyhjh]cb `Z]]b[ XUhYžh YWUja ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g zc f h YWUja . ACCOUNTS PAYABLE

8 UhY cf XUhYg XYVhk Ug ]bWfffYX _____.
@Ugh( X][ ]hg cZ UWWc i bhibi a VYf _____.

=g h YWUja gi V^YWh hc cZZgYh8
☒ No
☐ Yes

$ 3,389.85

---

3.313    Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a U]]b] `UXXfYgg
WINNING MOVES
75 SYLVAN STREET SUITE C-104
DANVERS, MA 1923

5 g cZh Ydyhjh]cb `Z]]b[ XUhYžh YWUja ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g zc f h YWUja . ACCOUNTS PAYABLE

8 UhY cf XUhYg XYVhk Ug ]bWfffYX _____.
@Ugh( X][ ]hg cZ UWWc i bhibi a VYf _____.

=g h YWUja gi V^YWh hc cZZgYh8
☒ No
☐ Yes

$ 7,470.72

---

3.314    Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a U]]b] `UXXfYgg
WOODLAND
WOODLAND
LINN CREEK, MO 65052

5 g cZh Ydyhjh]cb `Z]]b[ XUhYžh YWUja ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g zc f h YWUja . ACCOUNTS PAYABLE

8 UhY cf XUhYg XYVhk Ug ]bWfffYX _____.
@Ugh( X][ ]hg cZ UWWc i bhibi a VYf _____.

=g h YWUja gi V^YWh hc cZZgYh8
☒ No
☐ Yes

$ 247,196.44

---

3.315    Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a U]]b] `UXXfYgg
XOAR INTERNATIONAL LLC
NO. 18 QINLING ROAD, FORTUNE CENTER
BLDG. NO. 1, SUITE 322
LAOSHAN DISTRICT, QINGDAO CITY
CHINA

5 g cZh Ydyhjh]cb `Z]]b[ XUhYžh YWUja ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g zc f h YWUja . ACCOUNTS PAYABLE

8 UhY cf XUhYg XYVhk Ug ]bWfffYX _____.
@Ugh( X][ ]hg cZ UWWc i bhibi a VYf ___ ___ ___ ___.

=g h YWUja gi V^YWh hc cZZgYh8
☒ No
☐ Yes

$ 58,795.23

---

3.316    Bcbdf]cf]hmiWYX]hcfBg]bUa YUbX a U]]b] `UXXfYgg
XURON CORPORATION
62 INDUSTRIAL PARK ROAD
SACO, ME 4072

5 g cZh Ydyhjh]cb `Z]]b[ XUhYžh YWUja ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g zc f h YWUja . ACCOUNTS PAYABLE

8 UhY cf XUhYg XYVhk Ug ]bWfffYX _____.
@Ugh( X][ ]hg cZ UWWc i bhibi a VYf _____.

=g h YWUja gi V^YWh hc cZZgYh8
☒ No
☐ Yes

$ 6,500.90

GWYXi Y9#. 7fYX]hcfg K \ c <UjY bgYWfYX 7 Uja g

Debtor ___HOBBICO, INC._____     Case number (*if known*)___18-10055(KG)_____
        Name

| Part 2: | Additional Page |

| 7cdmiˑ]gˑdUˑ Yˑcbˑmˑ]Zaˑ cfYˑgdUˑW"ˑ]gˑbYYXYX"ˑ7cbˑi̇bi Yˑbi a VYf`]bˑ]ˑhˑY`]bYˑgˑYei YbhˑU`mˑzˑca ˑhˑY dfYˑ]ci gˑdUˑ YˑˑZbcˑUXXˑ]hcbU `BCBDF¬CF¬HMˑWYXˑhcfgˑYˑ]ghˑzXcˑbchˑz``ci hˑcfˑgi Vaˑ]hhˑ]gˑdUˑ Y" | 5a ci bhcˑZWUˑja |
|---|---|

3.317____   Bcbdf]cf]hmˑWYX]hcfˑBg`bUa YˑUbXˑa U]`]bˑ`UXXfYgg

XXX MAIN RACING, INC.

P.O. BOX 42198
128 QUEEN ST
SOUTH MISSISSAUGA L5M 1K8
CANADA

5gˑcZˑh YˑdYh]h]cbˑZ]`]bˑXUhYˑzˑh YˑWU]a ˑ]g. _____ $ 803.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ugˑ]gˑżcfˑh YˑWUa ˑ .  ACCOUNTS PAYABLE

8UhYˑcfˑXUhYgˑXYVhˑkUgˑ]bWi ffYX  _____ .    =gˑh YˑWUa ˑgi Vˑ YWh̀cˑzˇgYh8
@Ughˑ('Xˑ][ˑ]hgˑcZˑUWWci bhˑbi a VYfˑ  _____ .    ☒ No
                                                            ☐ Yes

---

3.318____   Bcbdf]cf]hmˑWYX]hcfˑBg`bUa YˑUbXˑa U]`]bˑ`UXXfYgg

YE OLDE DONUT SHOP
60 EAST GREEN STREET
CHAMPAIGN, IL 61820

5gˑcZˑh YˑdYh]h]cbˑZ]`]bˑXUhYˑzˑh YˑWU]a ˑ]g. _____ $ 270.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ugˑ]gˑżcfˑh YˑWUa ˑ .  ACCOUNTS PAYABLE

8UhYˑcfˑXUhYgˑXYVhˑkUgˑ]bWi ffYX  _____ .    =gˑh YˑWUa ˑgi Vˑ YWh̀cˑzˇgYh8
@Ughˑ('Xˑ][ˑ]hgˑcZˑUWWci bhˑbi a VYfˑ  _____ .    ☒ No
                                                            ☐ Yes

---

3.319____   Bcbdf]cf]hmˑWYX]hcfˑBg`bUa YˑUbXˑa U]`]bˑ`UXXfYgg

YITIANFU ELECTRONICS TECHONOLGY CO. LTD.
3F, JINCHANGDA TECHNOLOGICAL PARK
SHANGWEI VILLAGE
ZHANGKENGJIN, GUANLAN TOWN, BAOAN DISTRICT 518110
CHINA

5gˑcZˑh YˑdYh]h]cbˑZ]`]bˑXUhYˑzˑh YˑWU]a ˑ]g. _____ $ 179,625.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ugˑ]gˑżcfˑh YˑWUa ˑ .  ACCOUNTS PAYABLE

8UhYˑcfˑXUhYgˑXYVhˑkUgˑ]bWi ffYX  _____ .    =gˑh YˑWUa ˑgi Vˑ YWh̀cˑzˇgYh8
@Ughˑ('Xˑ][ˑ]hgˑcZˑUWWci bhˑbi a VYfˑ  _____ .    ☒ No
                                                            ☐ Yes

---

3.320____   Bcbdf]cf]hmˑWYX]hcfˑBg`bUa YˑUbXˑa U]`]bˑ`UXXfYgg

YOMEGA CORP
1950 FALL RIVER AVENUE
SEEKONK, MA 2771

5gˑcZˑh YˑdYh]h]cbˑZ]`]bˑXUhYˑzˑh YˑWU]a ˑ]g. _____ $ 1,086.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ugˑ]gˑżcfˑh YˑWUa ˑ .  ACCOUNTS PAYABLE

8UhYˑcfˑXUhYgˑXYVhˑkUgˑ]bWi ffYX  _____ .    =gˑh YˑWUa ˑgi Vˑ YWh̀cˑzˇgYh8
@Ughˑ('Xˑ][ˑ]hgˑcZˑUWWci bhˑbi a VYfˑ  ___ ___ ___ ___ .    ☒ No
                                                            ☐ Yes

---

3.321____   Bcbdf]cf]hmˑWYX]hcfˑBg`bUa YˑUbXˑa U]`]bˑ`UXXfYgg

ZHEJIANG FEISHEN VEHICLE INDUSTRY CO. LTD.
NO. 98, NORTH LAKE ROAD
SCIENTIFIC & TECHNOLOGICAL HARDWARE INDUSTRIAL ZONE
YONGKANG CITY 321300
CHINA

5gˑcZˑh YˑdYh]h]cbˑZ]`]bˑXUhYˑzˑh YˑWU]a ˑ]g. _____ $ 1,390,099.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ugˑ]gˑżcfˑh YˑWUa ˑ .  ACCOUNTS PAYABLE

8UhYˑcfˑXUhYgˑXYVhˑkUgˑ]bWi ffYX  _____ .    =gˑh YˑWUa ˑgi Vˑ YWh̀cˑzˇgYh8
@Ughˑ('Xˑ][ˑ]hgˑcZˑUWWci bhˑbi a VYfˑ  _____ .    ☒ No
                                                            ☐ Yes

Debtor ___HOBBICO, INC._____   Case number (*if known*)___18-10055(KG)_____
       Name

| Part 2: | Additional Page |

7cdmiA`]g`dU[`Y`cb`m]Za`cfYgdUWW`]g`bYYXYX"7cbhjbi`Y`bia`VYf]b[`hY``]bYg`gYei`bhU``mzca`hY`dfYj]cig`dU[`Y"=Zbc`UXX]h]cbU`BCBDF=CF=HM`WYX]hcfg`Y`]ghzXc`bch]Z``icihcf`gi`Vba`h`hh]`]g`dU[`Y"

5a`ci`bhicZWUja

3.322_____  Bcbdf]cf]hmWYX]hcfBg`bUa`Y`UbX`a`U]`]b[`UXXfYgg

ZHUHAI EFFORT IMPORT & EXPORT CO., LTD. (GONG LUNHE)

WEST SIDE, 3/F, NO. 18 PINGBEI ROAD 1
NANPING TECHNOLOGY INDUSTRIAL PARK
XINAGZHOU, ZHUHAI 519060
CHINA

5g`cZh`Y`dYh]h]cb`Z]`]b[`XUhYzh`Y`W`U]a`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____44,318.74

6`Ug]g]z`cf`h`Y`W`U]a .  ___ACCOUNTS PAYABLE_____ .

8`UhY`cf`XUhYg`XYVhik`Ug`]bW`ffYX`   _____ .

@`Ugh`(`X][`]hg`cZ`UWW`ci`bhibia`VYf`   _____ .

=g`h`Y`W`U]a`gi`V^YWh`hc`cZZgYh8
☒ No
☐ Yes˙

---

3.323_____  Bcbdf]cf]hmWYX]hcfBg`bUa`Y`UbX`a`U]`]b[`UXXfYgg

ZHUHAI XING YU AVIATION PRODUCTS CO. LTD.

NO. 25 BAI JIAO SOUTH ROAD
BAI JIAO SCIENCE & TECHNOLOGY INDUSTRIAL AREA
ZHU HAI, PR CHINA 519125

5g`cZh`Y`dYh]h]cb`Z]`]b[`XUhYzh`Y`W`U]a`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed˙

$_____97,479.49

6`Ug]g]z`cf`h`Y`W`U]a .  ___ACCOUNTS PAYABLE_____ .

8`UhY`cf`XUhYg`XYVhik`Ug`]bW`ffYX`   _____ .

@`Ugh`(`X][`]hg`cZ`UWW`ci`bhibia`VYf`   _____ .

=g`h`Y`W`U]a`gi`V^YWh`hc`cZZgYh8
☒ No
☐ Yes˙

---

3._____  Bcbdf]cf]hmWYX]hcfBg`bUa`Y`UbX`a`U]`]b[`UXXfYgg

5g`cZh`Y`dYh]h]cb`Z]`]b[`XUhYzh`Y`W`U]a`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed˙

$_____

6`Ug]z`cf`h`Y`W`U]a .  _____ .

8`UhY`cf`XUhYg`XYVhik`Ug`]bW`ffYX`   _____ .

@`Ugh`(`X][`]hg`cZ`UWW`ci`bhibia`VYf`   _____ .

=g`h`Y`W`U]a`gi`V^YWh`hc`cZZgYh8
☐ No
☐ Yes˙

---

3._____  Bcbdf]cf]hmWYX]hcfBg`bUa`Y`UbX`a`U]`]b[`UXXfYgg

5g`cZh`Y`dYh]h]cb`Z]`]b[`XUhYzh`Y`W`U]a`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed˙

$_____

6`Ug]g]z`cf`h`Y`W`U]a .  _____ .

8`UhY`cf`XUhYg`XYVhik`Ug`]bW`ffYX`   _____ .

@`Ugh`(`X][`]hg`cZ`UWW`ci`bhibia`VYf`   ___ ___ ___ ___ .

=g`h`Y`W`U]a`gi`V^YWh`hc`cZZgYh8
☐ No
☐ Yes˙

---

3._____  Bcbdf]cf]hmWYX]hcfBg`bUa`Y`UbX`a`U]`]b[`UXXfYgg

5g`cZh`Y`dYh]h]cb`Z]`]b[`XUhYzh`Y`W`U]a`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed˙

$_____

6`Ug]g]z`cf`h`Y`W`U]a .  _____ .

8`UhY`cf`XUhYg`XYVhik`Ug`]bW`ffYX`   _____ .

@`Ugh`(`X][`]hg`cZ`UWW`ci`bhibia`VYf`   _____ .

=g`h`Y`W`U]a`gi`V^YWh`hc`cZZgYh8
☐ No
☐ Yes˙

Debtor    HOBBICO, INC.
          Name                                                          Case number (*if known*) 18-10055(KG)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 2,392,988.42 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 17,364,332.62 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 19,757,321.04 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name  HOBBICO, INC.

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (If kno¸ ) DM 18-10055(KG)                    Chapter CHAPTER 11

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE - FOREIGN LIABILITY - PHFD3851345A-004 | ACE AMERICAN INS CO  436 WALNUT STREET PHILADELPHIA, PA 19106 |
| | State the term remaining | 10/1/2018 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | IT EXTREME-Z-IP 50 CLIENT FILE SERVER | ACRONIS  ACRONIS INTERNATIONAL GMBH    RHEINWEG 9, 8200 SCHAFFHAUSEN SWITZERLAND |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | ADVERTISING - ADVERTISING ON VARIOUS INDUSTRY PRINT, DIGITAL & SOCIAL MEDIA CHANNELS  3/1/2018 | AIR AGE MEDIA  88 DANBURY RD, RTE 7 SUITE 1A WILTON, CT 06897 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER AGREEMENT HO2CI - DROP-SHIP PROGRAM | AMAZON.COM  PO BOX 80387, SEATTLE, WA, 98108-0387 |
| | State the term remaining | THRU 12/31/18 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER AGREEMENT GRLBW - SHIPMENTS TO FC (FULFILLMENT CENTERS) - TRAXXAS | AMAZON.COM  PO BOX 80387, SEATTLE, WA, 98108-0387 |
| | State the term remaining | THRU 3/31/18 | |
| | List the contract number of any government contract | | |

Debtor   HOBBICO, INC.
Name

Case number *(if known)*   18-10055(KG)



### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER AGREEMENT HOBHM - SHIPMENTS TO FC (FULFILLMENT CENTERS) | AMAZON.COM<br><br>PO BOX 80387, SEATTLE, WA, 98108-0387 |
| | **State the term remaining** | THRU 3/31/18 | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE - EMPLOYMENT PRACTICES LIABILITY INSURANCE POLICY | AMERICAN INTERNATIONAL GROUP INC. (AIG)<br><br>FINANCIAL LINES CLAIMS, PO BOX 25947, SHAWNEE MISSION, KS 66225 |
| | **State the term remaining** | 12/31/2018 | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | IT SECURE FTP SOFTWARE | ARPEGGIO SOFTWARE<br><br>2870 PEACHTREE RD #141   ATLANTA, GA  30305 |
| | **State the term remaining** | MONTH-TO-MONTH UNTIL TERMINATED | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE - 60-120 DAYS MAINTENANCE ON EQUIPMENT IN WAREHOUSE | ASSOCIATED INTEGRATED SUPPLY CHAIN SOLUTIONS<br><br>3 QUEST DRIVE, SUITE 206 BLOOMINGTON, IL 61704 |
| | **State the term remaining** | MONTH-TO-MONTH UNTIL TERMINATED | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE - 60-90 DAYS MAINTENANCE ON RAYMOND EQUIPMENT IN WAREHOUSE | ASSOCIATED INTEGRATED SUPPLY CHAIN SOLUTIONS<br><br>3 QUEST DRIVE, SUITE 206 BLOOMINGTON, IL 61704 |
| | **State the term remaining** | MONTH-TO-MONTH UNTIL TERMINATED | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE - 90 DAYS MAINTENANCE ON RAYMOND EQUIPMENT IN WAREHOUSE | ASSOCIATED INTEGRATED SUPPLY CHAIN SOLUTIONS<br><br>3 QUEST DRIVE, SUITE 206 BLOOMINGTON, IL 61704 |
| | **State the term remaining** | MONTH-TO-MONTH UNTIL TERMINATED | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE - 90 DAYS MAINTENANCE ON RAYMOND EQUIPMENT IN WAREHOUSE | ASSOCIATED INTEGRATED SUPPLY CHAIN SOLUTIONS<br><br>3 QUEST DRIVE, SUITE 206 BLOOMINGTON, IL 61704 |
| | **State the term remaining** | MONTH-TO-MONTH UNTIL TERMINATED | |
| | **List the contract number of any government contract** | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor ·HOBBICO, INC.····································   Case number (*if known*) ·18-10055(KG)·············
　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.´13 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE - INTERNET SERVICES | AT&T BUSINESS NETWORK SERVICE<br><br>4513 WESTERN AVE, LISLE, IL |
|  | State the term remaining | EXPIRES 9/29/19 | |
|  | List the contract number of any government contract | | |
| 2.´14 | State what the contract or lease is for and the nature of the debtor's interest | IT AVAYA MAINTENANCE VIA ARROW - ESTES | AVAYA<br><br>P.O. BOX 5125, CAROL STREAM, IL, 60197 |
|  | State the term remaining | 7/31/2018 | |
|  | List the contract number of any government contract | | |
| 2.´15 | State what the contract or lease is for and the nature of the debtor's interest | IT AVAYA MAINTENANCE - HOBBICO | AVAYA<br><br>P.O. BOX 5125, CAROL STREAM, IL, 60197 |
|  | State the term remaining | 8/17/2018 | |
|  | List the contract number of any government contract | | |
| 2.´16 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE - MAINTENANCE FOR PHONE SYSTEM | AVAYA<br><br>CUSTOMER CARE CENTER 14400 HERTZ QUAIL SPRING PKWY OKLAHOMA CITY, OK 73134 |
|  | State the term remaining | EXPIRES 9/30/18 | |
|  | List the contract number of any government contract | | |
| 2.´17 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER - BASIC CUSTOMER AGREEMENT | B&H FOTO & ELECTRONICS CORP.<br><br>420 9TH AVE, NEW YORK, NY 10001 |
|  | State the term remaining | ONGOING | |
|  | List the contract number of any government contract | | |
| 2.´18 | State what the contract or lease is for and the nature of the debtor's interest | IT WEB FILTER | BARRACUDA<br><br>SYNNEX CORPORATION, 44201 NOBEL DR, FREMONT, CA  94538 |
|  | State the term remaining | 8/24/2018 | |
|  | List the contract number of any government contract | | |
| 2.´19 | State what the contract or lease is for and the nature of the debtor's interest | ADVISOR - WEBSITE DESIGN AND ADVISORY | BAZAAR VOICE<br><br>10901 STONELAKE BLVD AUSTIN, TX 78759 |
|  | State the term remaining | ON-GOING | |
|  | List the contract number of any government contract | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor   HOBBICO, INC.
_____
Name

Case number (*if known*)   18-10055(KG)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE - AUTOMOBILE - CAP3659287 | BITCO GENERAL INS CORP<br><br>3700 MARKET SQUARE CIR DAVENPORT, IA 52807 |
| | **State the term remaining** | 10/1/2018 | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE - WORKERS COMPENSATION - WC3659286 | BITCO GENERAL INS CORP<br><br>3700 MARKET SQUARE CIR DAVENPORT, IA 52807 |
| | **State the term remaining** | 10/1/2018 | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVISOR - WEBSITE TRAFFIC ANALYSIS AND MARKETING | BLUE SKY<br><br>350 WESTFIELD RD. SUITE 400 NOBLESVILLE, IN 46060 |
| | **State the term remaining** | ON-GOING | |
| | **List the contract number of any government contract** | | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING - VARIOUS | BOY SCOUTS OF AMERICA<br><br>ATTN: LEGAL COUNSEL, 1325 WEST WALNUT HILL LANE, P.O. BOX 152079, IRVING, TX 75015 |
| | **State the term remaining** | 3/31/2019 | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SOFTWARE LICENSE | CARDINAL COMMERCE<br><br>6119 HEISLEY ROAD, MENTOR, OH 44060 |
| | **State the term remaining** | MONTH-TO-MONTH UNTIL TERMINATED | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | IT SMARTNET - NEXUS | CISCO/CDW<br><br>PO BOX 75723, CHICAGO, IL 60675 |
| | **State the term remaining** | 7/1/2018 | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | IT SMARTNET - ASA | CISCO/SHI<br><br>SHI INTERNATIONAL CORP. PO BOX 952121   DALLAS, TX  75395 |
| | **State the term remaining** | 2/15/2018 | |
| | **List the contract number of any government contract** | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  HOBBICO, INC.                                          Case number (*if known*)  18-10055(KG)
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest  BUILDING - BUILDING LEASE  State the term remaining  CURRENT LEASE PERIOD THROUGH 3/31/18, FUTURE LEASE PERIOD 4/1/18-3/31/20  List the contract number of any government contract | CLINTON C ATKINS (ATKINS GROUP MANAGEMENT CO)  2805 SOUTH BOULDER DR., URBANA, IL |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest  IT SERVING VIDEOS  State the term remaining  8/1/2018  List the contract number of any government contract | COGNOS PIER 1/SERVERBEACH  IT CENTRAL STATION, 244 5TH AVE, SUITE R-230, NEW NORK, NY 10001 |
| **2.29** State what the contract or lease is for and the nature of the debtor's interest  UTILITY - ELECTRICITY  State the term remaining  MONTH-TO-MONTH  List the contract number of any government contract | CONSTELLATION NEWENERGY, INC.  1221 LAMAR ST, SUITE 750, HOUSTON, TX, 77010 |
| **2.30** State what the contract or lease is for and the nature of the debtor's interest  FREIGHT - FREIGHT  State the term remaining  EXPIRES 4/30/2018  List the contract number of any government contract | COSCO SHIPPING LINES CO, LTD  15600 JFK BLVD., STE 400, HOUSTON, TX 77032 |
| **2.31** State what the contract or lease is for and the nature of the debtor's interest  ADVISOR - CASH MANAGEMENT, OPERATIONS AND WORKING CAPITAL ASSESSMENT ADVISORY AND CRO SERVICES  State the term remaining  ON-GOING  List the contract number of any government contract | CR3 PARTNERS LLC  13355 NOEL ROAD, SUITE 310 DALLAS, TX 75240 |
| **2.32** State what the contract or lease is for and the nature of the debtor's interest  MAINTENANCE - EQUIPMENT MAINTENANCE AGREEMENT  State the term remaining  EXPIRES 10/2018  List the contract number of any government contract | CUMMINS CROSSPOINT LLC  2601 FORTUNE CIRCLE EAST, SUITE 300C, INDIANAPOLIS, IN 46241 |
| **2.33** State what the contract or lease is for and the nature of the debtor's interest  DISTRIBUTION - SUPPLIER AGREEMENT  State the term remaining  ON-GOING  List the contract number of any government contract | DEAGOSTINI EDITORE SPA  VIA GIOVANNI DA VERRAZANO NO. 15 NOVARA ITALY |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  HOBBICO, INC.
       Name

Case number (*if known*)  18-10055(KG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION - SUPPLIER AGREEMENT | DEAGOSTINI EDITORE SPA <br><br> VIA GIOVANNI DA VERRAZANO NO. 15, NOVARA, ITALY |
| | State the term remaining | ON-GOING | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | IT DELL VRTX RENEWAL FOR AXIAL | DELL <br><br> DELL MARKETING, LP, ONE DELL WAY, ROUND ROCK, TX  78682 |
| | State the term remaining | 6/6/2018 | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | IT DELL COMPELLENT STORAGE | DELL <br><br> DELL MARKETING, LP, ONE DELL WAY, ROUND ROCK, TX  78682 |
| | State the term remaining | 8/17/2018 | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | IT KACE SOFTWARE MAINTENANCE K2000 | DELL <br><br> DELL MARKETING, LP, PO BOX 802816, CHICAGO, IL  60680 |
| | State the term remaining | 12/24/2018 | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | IT VMWARE MAINTENANCE ALL SITES | DELL <br><br> DELL MARKETING, LP, ONE DELL WAY, MAIL STOP 8129, ROUND ROCK, TX  78682 |
| | State the term remaining | 12/24/2018 | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | IT DELL VRTX RENEWAL FOR REVELL/ESTES | DELL <br><br> DELL MARKETING, LP, ONE DELL WAY, ROUND ROCK, TX  78682 |
| | State the term remaining | 1/1/2019 | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | IT POWEREDGE R720 SERVER MAINTENANCE | DELL <br><br> DELL MARKETING, LP, PO BOX 802816, CHICAGO, IL  60680 |
| | State the term remaining | 1/9/2019 | |
| | List the contract number of any government contract | | |

Debtor   HOBBICO, INC.                                                   Case number (*if known*)  18-10055(KG)
             Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.´41** **State what the contract or lease is for and the nature of the debtor's interest** IT KACE SOFTWARE MAINTENANCE K1000 <br> **State the term remaining** 1/15/2019 <br> **List the contract number of any government contract** | DELL <br> DELL MARKETING, LP, PO BOX 802816, CHICAGO, IL  60680 |
| **2.´42** **State what the contract or lease is for and the nature of the debtor's interest** IT EQUALLOGIC MAINTENANCE <br> **State the term remaining** 1/18/2019 <br> **List the contract number of any government contract** | DELL <br> DELL MARKETING, LP, ONE DELL WAY, ROUND ROCK, TX  78682 |
| **2.´43** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE - MAINTENANCE ON 4 COPIERS <br> **State the term remaining** MONTH-TO-MONTH UNTIL TERMINATED <br> **List the contract number of any government contract** | DIGITAL COPY SYSTEMS, LLC <br> 9011 N UNIVERSITY PEORIA, IL 61615 |
| **2.´44** **State what the contract or lease is for and the nature of the debtor's interest** BUILDING - BUILDING LEASE <br> **State the term remaining** 7/31/2018 <br> **List the contract number of any government contract** | DP OPERATING PARTNERSHIP LP <br> PO BOX 7098, RENO, NV 89510 |
| **2.´45´** **State what the contract or lease is for and the nature of the debtor's interest** EXCLUSIVE DISTRIBUTION - EXCLUSIVE DISTRIBUTION OF HOBBICO-BRANDED PRODUCTS IN TERRITORY <br> **State the term remaining** ON-GOING <br> **List the contract number of any government contract** | EA-IMPORT OY <br> KUUSITIE 12 VANTAA FINLAND 01400 |
| **2.´46** **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION - MASTER DISTRIBUTION OF HOBBICO-BRANDED PRODUCTS IN TERRITORY <br> **State the term remaining** ON-GOING <br> **List the contract number of any government contract** | EA-IMPORT OY <br> KUUSITIE 12 VANTAA FINLAND 01400 |
| **2.´47** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE - DOMESTIC AND INTERNATIONAL VEHICLE RENTAL <br> **State the term remaining** EFFECTIVE UNTIL TERMINATED <br> **List the contract number of any government contract** | EAN SERVICES, LLC <br> BUSINESS RENTAL SALES DEPT. 600 CORPORATE PARK DR ST LOUIS, MO 63105 |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  HOBBICO, INC.                                                    Case number (*if known*) 18-10055(KG)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.48** **State what the contract or lease is for and the nature of the debtor's interest** EXCLUSIVE DISTRIBUTION - EXCLUSIVE DISTRIBUTION OF MULTIROTOR/DRONE AIRCRAFT. KITS AND ACCESSORIES **State the term remaining** 8/27/18 - CONTINUE TO RENEW FOR ADDITIONAL 3 YEAR PERIODS **List the contract number of any government contract** | ELANVIEW TECHNOLOGY ROOM 605, BUILDING F, NO 7001, ZHONGCHUN ROAD, MINHANG DISTRICT, SHANGHAI, P.R. C. |
| **2.49** **State what the contract or lease is for and the nature of the debtor's interest** CLEANING - DAILY CLEANING AND JANITORIAL SERVICES **State the term remaining** EXPIRES 8/2018 **List the contract number of any government contract** | ESS CLEAN, INC. 2406 E UNIVERSITY AVE, PO BOX 17067, URBANA, IL 61803-7067 |
| **2.50** **State what the contract or lease is for and the nature of the debtor's interest** SECURITY - ALARM MONITORING, MAINTENANCE AND INSPECTIONS **State the term remaining** MONTH-TO-MONTH UNTIL TERMINATED **List the contract number of any government contract** | FE MORAN INC. ALARM AND MONITORING SERVICES 201 W UNIVERSITY AVE, CHAMPAIGN, IL 61820 |
| **2.51** **State what the contract or lease is for and the nature of the debtor's interest** INSURANCE - EXCESS LIABILTY - 93644548 **State the term remaining** 10/1/2018 **List the contract number of any government contract** | FEDERAL INSURANCE CO 202B HALL'S MILL ROAD WHITEHOUSE STATION, NJ 08889 |
| **2.52** **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION - EXCLUSIVE DISTRIBUTION OF RADIO CONTROL HOBBY PRODUCTS IN USA, MEXICO AND CANADA **State the term remaining** EXPIRES 3/31/2018 **List the contract number of any government contract** | FUTABA CORPORATION 629 OSHIBA, MOBARA CITY, CHIBA PREFECTURE 297-8588 JAPAN |
| **2.53** **State what the contract or lease is for and the nature of the debtor's interest** INSURANCE - OCEAN MARINE - 83CTPPU0149 **State the term remaining** 10/1/2018 **List the contract number of any government contract** | HARTFORD FIRE INS CO 200 HOPMEADOW ST. SIMSBURY, CT 06089 |
| **2.54** **State what the contract or lease is for and the nature of the debtor's interest** INSURANCE - PROPERTY/INLAND MARINE - 83UUMRZ2037 **State the term remaining** 10/1/2018 **List the contract number of any government contract** | HARTFORD FIRE INS CO 200 HOPMEADOW ST. SIMSBURY, CT 06089 |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor   HOBBICO, INC.
Name

Case number (*if known*)  18-10055(KG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION - EXCLUSIVE DISTRIBUTION OF PLASTIC MODEL KITS IN USA AND CANADA | HASEGAWA CORPORATION<br><br>YAGUSU 312, YAIZUSHI, JAPAN |
| | **State the term remaining** | ON-GOING (ORIGINAL AGREEMENT HAD TERM OF 2 YEARS) | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVISOR - COMMUNICATION AND PRODUCT ISSUES WITH MANUFACTURERS | HE LIDA<br><br>3A, #48 BUIDING, XURIWAN GARDEN, TANGLIA, ZHUHAI CITY, 51900 CHINA |
| | **State the term remaining** | ON-GOING | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOUNTANT - ACCOUNTANT - JOSHUA HORN | HORN VALUATION<br><br>409 N CONDIT ST, TOLONO, IL 61880-9014 |
| | **State the term remaining** | ON-GOING | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE - KIDNAP & RANSOM - 82867441 | ILLINOIS NATIONAL INS CO<br><br>175 WATER ST 18TH FL NEW YORK, NY 10038 |
| | **State the term remaining** | 10/1/2019 | |
| | **List the contract number of any government contract** | | |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE - EXCESS LIABILTY - SCS004840101 | INDIAN HARBOR INS CO<br><br>505 EAGLEVIEW BLVD SUITE 100 DEPT: REGULATORY EXTON, PA 19341-1120 |
| | **State the term remaining** | 10/1/2018 | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION - EXCLUSIVE DISTRIBUTION OF PLASTIC MODEL KITS IN USA AND CANADA | ITALERI, SPA<br><br>PRADAZZO, 6/B 1-40012 CALDERARA DI RENO, BOLOGNA, ITALY |
| | **State the term remaining** | MONTH-TO-MONTH UNTIL TERMINATED | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING - PATENTS RELATED TO MODULARIZED AIRPLANES STRUCTURES AND METHODS | ITCANFLY, LLC<br><br>14212 ABBOTS WOOD TERRACE MIDLOTHIAN, VA 23113 |
| | **State the term remaining** | 8/27/18 W/AUTO RENEW | |
| | **List the contract number of any government contract** | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  HOBBICO, INC.                                                    Case number (*if known*)  18-10055(KG)
　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.´62** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT - CONSULTING SERVICE THROUGH THE BANKRUPTCY PROCESS<br><br>**State the term remaining** IN EFFECT UNTIL TERMINATED BY EITHER PARTY<br><br>**List the contract number of any government contract** | JND CORPORATE RESTRUCTURING ATTN: TRAVIS K. VANDELL, CEO 8269 E 23RD AVE, SUITE 275 DENVER, CO 80238 |
| **2.´63** **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - PATENTS RELATED TO COMPRESSED AIR ROCKET TOY TECHNOLOGY<br><br>**State the term remaining** 3/29/2018<br><br>**List the contract number of any government contract** | JOHNSON RESEARCH & DEVELOPMENT CO., INC.<br><br>263 DECATUR ST., ATLANTA, GA 30312 |
| **2.´64** **State what the contract or lease is for and the nature of the debtor's interest** REAL ESTATE LISTING - REAL ESTATE LISTING TO SUBLEASE RENO WAREHOUSE<br><br>**State the term remaining** 7/31/2018<br><br>**List the contract number of any government contract** | JONES LANG LASALLE BROKERAGE, INC<br><br>302 E CARSON RD, SUITE 310 LAS VEGAS, NV 89101 |
| **2.´65** **State what the contract or lease is for and the nature of the debtor's interest** EXCLUSIVE DISTRIBUTION - EXCLUSIVE DISTRIBUTION OF HOBBICO-BRANDED PRODUCTS IN TERRITORY<br><br>**State the term remaining** ON-GOING<br><br>**List the contract number of any government contract** | JSP GROUP INTL BVBA<br><br>GEELSEWEG 80 OLEN BELGIUM 2250 |
| **2.´66** **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION - MASTER DISTRIBUTION OF HOBBICO-BRANDED PRODUCTS IN TERRITORY<br><br>**State the term remaining** ON-GOING<br><br>**List the contract number of any government contract** | JSP GROUP INTL BVBA<br><br>GEELSEWEG 80 OLEN BELGIUM 2250 |
| **2.´67** **State what the contract or lease is for and the nature of the debtor's interest** ADVISOR - INTERIM MANAGEMENT SERVICES AND CFO SUPPORT, DUE DILIGENCE AND BANKRUPTCY<br><br>**State the term remaining** ON-GOING<br><br>**List the contract number of any government contract** | KEYSTONE<br><br>300 N. LASALLE STREET SUITE 4300 CHICAGO, IL 60654 |
| **2.´68** **State what the contract or lease is for and the nature of the debtor's interest** LICENSE / DISTRIBUTION - LICENSE OF KNIFE EDGE SOFTWARE - WORLDWIDE EXCLUSIVE DISTRIBUTION<br><br>**State the term remaining** EXPIRES 12/3/2018<br><br>**List the contract number of any government contract** | KNIFE EDGE SOFTWARE (KES)<br><br>6035 NORTHWEST BURGUNDY DR., CORVALLIS, OR 97330 |

Debtor  HOBBICO, INC. 
      Name                                          Case number *(if known)*  18-10055(KG)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest**  ADVISOR - WEBSITE TRAFFIC ANALYSIS AND MARKETING<br>**State the term remaining**  ON-GOING<br>**List the contract number of any government contract** | LEVER INTERACTIVE<br><br>701 WARRENVILLE ROAD SUITE 200 LISLE, IL 60532 |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest**  INVESTMENT BANK - INVESTMENT BANK<br>**State the term remaining**  ON-GOING<br>**List the contract number of any government contract** | LINCOLN INTERNATIONAL<br><br>ATTN: ACCOUNTS RECEIVABLE 500 WEST MADISON ST. SUITE 3900 CHICAGO, IL 60661 |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest**  LICENSING - VARIOUS<br>**State the term remaining**  6/30/2018<br>**List the contract number of any government contract** | LOCKHEED MARTIN CORPORATION<br><br>ATTN: ASSOCIATE GENERAL COUNSEL – INTELLECTUAL PROPERTY6801 ROCKLEDGE DRIVEBETHESDA, MD 20817 |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest**  EXCLUSIVE DISTRIBUTION - EXCLUSIVE DISTRIBUTION OF HOBBICO-BRANDED PRODUCTS IN TERRITORY<br>**State the term remaining**  ON-GOING<br>**List the contract number of any government contract** | LOGIC RC LTD<br><br>12-18 HARTHAM LANE HERTFORD UK SG14 1QN |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest**  DISTRIBUTION - MASTER DISTRIBUTION OF HOBBICO-BRANDED PRODUCTS IN TERRITORY<br>**State the term remaining**  ON-GOING<br>**List the contract number of any government contract** | LOGIC RC LTD<br><br>12-18 HARTHAM LANE HERTFORD UK SG14 1QN |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest**  IT EDI SOFTWARE<br>**State the term remaining**  MONTH-TO-MONTH UNTIL TERMINATED<br>**List the contract number of any government contract** | LRS<br><br>2401 WEST MONROE ST., SPRINGFIELD, IL 62704 |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest**  IT MAXIMIZER SOFTWARE MAINTENANCE<br>**State the term remaining**  1/17/2019<br>**List the contract number of any government contract** | MAXIMIZER<br><br>208 WEST 1ST AVENUE, VANCOUVER, BC, V5Y 3T2, CANADA |

Debtor  HOBBICO, INC.
         Name

Case number (*if known*)  18-10055(KG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest: SERVICE - MAINTENANCE FOR CINEMA 4D BROADCAST<br><br>State the term remaining: EXPIRES 12/31/18<br><br>List the contract number of any government contract | MAXON<br><br>2640 LAVERY COURT, SUITE A NEWBURY PARK, CA 91320 |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest: SERVICE - MAINTENANCE FOR CINEMA 4D BROADCAST<br><br>State the term remaining: EXPIRES 4/30/18<br><br>List the contract number of any government contract | MAXON<br><br>2640 LAVERY COURT, SUITE A NEWBURY PARK, CA 91320 |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest: SERVICE - MAINTENANCE FOR CINEMA 4D BROADCAST<br><br>State the term remaining: EXPIRES 8/31/18<br><br>List the contract number of any government contract | MAXON<br><br>2640 LAVERY COURT, SUITE A NEWBURY PARK, CA 91320 |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest: SERVICE - PRODUCT EXPOSURE MANAGEMENT SERVICE<br><br>State the term remaining: 12/31/2018<br><br>List the contract number of any government contract | METROPOLITAN CHICAGO HEALTHCARE COUNCIL CHICAGO HOSPITAL COUNCIL 29581 NETWORK PLACE CHICAGO, IL 60673-1293 |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest: ADVISOR - COMMUNICATION AND PRODUCT ISSUES WITH MANUFACTURERS<br><br>State the term remaining: ON-GOING<br><br>List the contract number of any government contract | MICHAEL LEE<br><br>2830 HARBOUR VIEW LN, ELK GROVE, CA 95758 |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest: IT MICROSOFT ENTERPRISE AGREEMENT<br><br>State the term remaining: 7/31/2018<br><br>List the contract number of any government contract | MICROSOFT<br><br>ONE MICROSOFT WAY, REDMOND, WA  98052-7329 |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest: IT CALL ACCOUNTING SOFTWARE - MAINTENANCE<br><br>State the term remaining: 5/30/2018<br><br>List the contract number of any government contract | MICROTEL<br><br>3700 HOLCOMB BRIDG RD, SUITE 403, NORCROSS, GA, 30092 |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  HOBBICO, INC.
　　　　　Name

Case number (*if known*) 18-10055(KG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** — RECYCLING SERVICE - RECYCLING CARDBOARD<br>**State the term remaining** — EXPIRES 6/1/2020<br>**List the contract number of any government contract** | MIDWEST FIBER<br><br>422 WHITE OAK RD, NORMAL, IL  61761 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** — EXCLUSIVE DISTRIBUTION - EXCLUSIVE DISTRIBUTION OF HOBBICO-BRANDED PRODUCTS IN TERRITORY<br>**State the term remaining** — ON-GOING<br>**List the contract number of any government contract** | MINICARS DISTRIBUTION AB<br><br>ANNELUNDSGATAN 17C ENKOPING SWEDEN |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** — DISTRIBUTION - MASTER DISTRIBUTION OF HOBBICO-BRANDED PRODUCTS IN TERRITORY<br>**State the term remaining** — ON-GOING<br>**List the contract number of any government contract** | MINICARS DISTRIBUTION AB<br><br>ANNELUNDSGATAN 17C ENKOPING SWEDEN |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** — INSURANCE - CRIME - 19694274<br>**State the term remaining** — 10/1/2018<br>**List the contract number of any government contract** | NATIONAL UNION FIRE INS CO OF PITTSBURGH, PA<br><br>175 WATER ST NEW YORK, NY 10038 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** — INSURANCE - DIRECTORS & OFFICERS - 19694274<br>**State the term remaining** — 10/1/2018<br>**List the contract number of any government contract** | NATIONAL UNION FIRE INS CO OF PITTSBURGH, PA<br><br>175 WATER ST NEW YORK, NY 10038 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** — INSURANCE - EMPLOYMENT PRACTICES - 19694274<br>**State the term remaining** — 10/1/2018<br>**List the contract number of any government contract** | NATIONAL UNION FIRE INS CO OF PITTSBURGH, PA<br><br>175 WATER ST NEW YORK, NY 10038 |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** — INSURANCE - FIDUCIARY LIABILITY - 19694274<br>**State the term remaining** — 10/1/2018<br>**List the contract number of any government contract** | NATIONAL UNION FIRE INS CO OF PITTSBURGH, PA<br><br>175 WATER ST NEW YORK, NY 10038 |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  HOBBICO, INC.
Name

Case number (if known) 18-10055(KG)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.´90 **State what the contract or lease is for and the nature of the debtor's interest** INSURANCE - GENERAL LIABILITY - HO17CGL093516IC<br>**State the term remaining** 10/1/2018<br>**List the contract number of any government contract** | NAVIGATORS SPECIALTY INS COMPANY<br>1 PENN PLAZA NEW YORK, NY 10119 |
| 2.´91 **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - LOGO AND COLOR SCHEME FOR AIRPLANES<br>**State the term remaining** IN EFFECT UNTIL TERMINATED<br>**List the contract number of any government contract** | NO COAST DESIGN LLC<br>500 STATE STREET ELKHART, IN 46516 |
| 2.´92 **State what the contract or lease is for and the nature of the debtor's interest** EXCLUSIVE DISTRIBUTION - EXCLUSIVE DISTRIBUTION OF HOBBICO-BRANDED PRODUCTS IN TERRITORY<br>**State the term remaining** ON-GOING<br>**List the contract number of any government contract** | NORDIC HOBBY A/S<br>BOGENSEVEJ 13 RANDERS DENMARK 8940 |
| 2.´93 **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION - MASTER DISTRIBUTION OF HOBBICO-BRANDED PRODUCTS IN TERRITORY<br>**State the term remaining** ON-GOING<br>**List the contract number of any government contract** | NORDIC HOBBY A/S<br>BOGENSEVEJ 13 RANDERS DENMARK 8940 |
| 2.94´ **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - TRADEMARKS RELATED TO FLYING AND STATIC MODELS AND MODEL KITS AND ACCESSORIES<br>**State the term remaining** 6/30/2019<br>**List the contract number of any government contract** | NORTHROP GRUMMAN SYSTEMS CORPORATION<br>2980 FAIRVIEW PARK DRIVE FALLS CHURCH, VA 22042 |
| 2.´95 **State what the contract or lease is for and the nature of the debtor's interest** EXCLUSIVE DISTRIBUTION - EXCLUSIVE DISTRIBUTION OF HOBBICO-BRANDED PRODUCTS IN TERRITORY<br>**State the term remaining** ON-GOING<br>**List the contract number of any government contract** | NTC ENGINEERING HOBBIES<br>150 SOUTH BRIDGE ROAD #02-22 FOOK HAI BUILDING 058727 SINGAPORE |
| 2.´96 **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION - MASTER DISTRIBUTION OF HOBBICO-BRANDED PRODUCTS IN TERRITORY<br>**State the term remaining** ON-GOING<br>**List the contract number of any government contract** | NTC ENGINEERING HOBBIES<br>150 SOUTH BRIDGE ROAD #02-22 FOOK HAI BUILDING 058727 SINGAPORE |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  HOBBICO, INC.
   Name

Case number (*if known*)  18-10055(KG)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE - BOND-NV DEPT OF TAXATION - RLI0533828 | OLD REPUBLIC SURETY CO<br><br>445 S MOORLAND RD # 200 BROOKFIELD, WI 53005 |
| | State the term remaining | 5/10/2018 | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | IT OPENTEXT FAX APPLIANCE MAINTENANCE | OPENTEXT<br><br>300 SOUTH WACKER DR, SUITE 1100 CHICAGO, IL 60606 |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | RESERVATION AGREEMENT - GROUP RESERVATIONS W/ BLOCK RATES | PARK INN<br><br>101 NORTH SUMMIT STREET TOLEDO, OH 43604 |
| | State the term remaining | 4/8/2018 | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | ADVISOR - SUPPLY PLAN ADVISORY AND RFQ PROCESS WITH ASIAN VENDORS | PINACLE<br><br>C-43 GF, SUSHANT LOK PHASE-II, SECTOR 56, GURGAON 122002, HARYANA, INDIA |
| | State the term remaining | 11/30/2018 | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE - POSTAGE METER | PITNEY BOWES INC.<br><br>3001 SUMMER ST, STAMFORD, CT 06926 |
| | State the term remaining | EXIPIRES 1/31/2021 | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE - THIRD PARTY CLAIM ADMINSITRATIVE SERVICES | PMA MANAGEMENT CORP<br><br>380 SENTRY PARKWAY BLUE BELL, PA 19422 |
| | State the term remaining | 1 YR TERM WITH AUTO RENEWAL FOR SUCCESSIVE 1 YR TERMS | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | IT E911 SERVICE | REDSKY<br><br>333 N MICHIGAN AVE, FLOOR 16, CHICAGO, IL 60601 |
| | State the term remaining | 5/6/2018 | |
| | List the contract number of any government contract | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  HOBBICO, INC.
Name

Case number (*if known*) 18-10055(KG)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.´104 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING - MOTLEY CREW TRIM SCHEME | RON ROMAN<br><br>R&R MOTORSPORTS 101 STACY HAINES RD LUMBERTON, NJ 08048 |
| | State the term remaining | RENEWED UNTIL TERMINATED | |
| | List the contract number of any government contract | | |
| 2.´105 | State what the contract or lease is for and the nature of the debtor's interest | CATALOG MANUFACTURING - CATALOG PRODUCTION & DISTRIBUTION | RR DONNELLEY<br><br>35 WEST WACKER DR CHICAGO, IL 60601 |
| | State the term remaining | EXPIRES 12/31/19 | |
| | List the contract number of any government contract | | |
| 2.´106 | State what the contract or lease is for and the nature of the debtor's interest | AUDITOR - AUDITORS | RSM<br><br>1806 FOX DRIVE P O BOX 4015 CHAMPAIGN, IL 61824-4015 |
| | State the term remaining | ON-GOING | |
| | List the contract number of any government contract | | |
| 2.´107 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE - EXCESS LIABILTY - NHA080659 | RSUI INDEMNITY COMPANY<br><br>945 EAST PACES FERRY RD NE ATLANTA, GA 30326 |
| | State the term remaining | 10/1/2018 | |
| | List the contract number of any government contract | | |
| 2._108 | State what the contract or lease is for and the nature of the debtor's interest | IT UPS BATTERY BACKUP MAINTENANCE | SCHNIDER ELECTRIC<br><br>901 N MATTIS AVE, CHAMPAIGN IL  61821 |
| | State the term remaining | 2/8/2018 | |
| | List the contract number of any government contract | | |
| 2.´109 | State what the contract or lease is for and the nature of the debtor's interest | IT QUANTUM STORAGECARE LIBRARY MAINTENANCE | SHI<br><br>P.O. BOX 952121, DALLAS, TX, 75395 |
| | State the term remaining | 6/23/2018 | |
| | List the contract number of any government contract | | |
| 2.´110 | State what the contract or lease is for and the nature of the debtor's interest | IT KEMP MAINTENANCE | SHI<br><br>P.O. BOX 952121, DALLAS, TX, 75395 |
| | State the term remaining | 9/3/2018 | |
| | List the contract number of any government contract | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Case 18-10055-JTD   Doc 219   Filed 03/09/18   Page 296 of 305

Debtor  HOBBICO, INC.
        Name

Case number (*if known*) 18-10055(KG)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | ADVISOR - ENGINEERING SERVICES TO WORK WITH HOBBICO SUPPLIERS | SIMON WONG<br><br>FLAT 3, 17/F, BLK. B, SUN LAI GARDEN, 2 KING TUNG STREET, NGAU CHI WAN, KOWLOON, HONG KONG |
| | State the term remaining | ON-GOING | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | IT WAREHOUSE WIRELESS (INTERMEC) SERVICE | STRATEGIC MOBILITY GROUP<br><br>1201 WILEY RD, SUITE 120, SCHAUMBURG, IL 60173 |
| | State the term remaining | 5/22/2018 | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | IT DISASTER RECOVERY AVAILABLITY SERVICES | SUNGARD<br><br>91233 COLLECTION CENTER DRIVE, CHICAGO, IL, 60693 |
| | State the term remaining | 7/31/2019 | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | IT DISASTER RECOVERY | SUNGARD<br><br>91233 COLLECTION CENTER DRIVE, CHICAGO, IL, 60693 |
| | State the term remaining | 8/1/2019 | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | BUILDING - BUILDING LEASE | TAG ALONG ASSOCIATES, LP (ATKINS GROUP MANAGEMENT CO)<br><br>2805 SOUTH BOULDER DR., URBANA, IL |
| | State the term remaining | 2/28/2021 | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | BUILDING - BUILDING LEASE | TAG ALONG ASSOCIATES, LP (ATKINS GROUP MANAGEMENT CO)<br><br>2805 SOUTH BOULDER DR., URBANA, IL |
| | State the term remaining | | |
| | List the contract number of any government contract | CURRENT LEASE PERIOD THROUGH 8/31/18, FUTURE LEASE PERIOD 9/1/18-8/31/19, AND 9/1/19-8/31/20 | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING - VARIOUS | TEXTRON INNOVATIONS INC.<br><br>ATTN: VICE PRESIDENT, LICENSING40 WESTMINSTER STREETPROVIDENCE, RI 02903 |
| | State the term remaining | MONTH-TO-MONTH UNTIL TERMINATED | |
| | List the contract number of any government contract | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  HOBBICO, INC.
       Name

Case number *(if known)* 18-10055(KG)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBITOR AGREEMENT - EXHIBITOR SPACE | THE WEAK SIGNALS R/C CLUB<br><br>128 N MAIN ST SUITE 6 SWANTON, OH 43558 |
| | **State the term remaining** | 4/9/2018 | |
| | **List the contract number of any government contract** | | |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVISOR - CAD AND DESIGN SERVICES AND FACTORY COMMUNICATION | THOMAS XIA<br><br>ROOM 501, NO 84, RONGLE 3RD, RESIDENTIAL QUARTER, SONGJIANG DIST, SHANGHAI, 201600 CHINA |
| | **State the term remaining** | ON-GOING | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | IT AS/400 ENCRYPTION SOFTWARE | TOWNSEND SECURITY<br><br>724 COLUMBIA ST NW, SUITE 400   OLYMPIA, WA  98501 |
| | **State the term remaining** | MONTH-TO-MONTH UNTIL TERMINATED | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | IT EMAIL FILTER AND END POINT PROTECTON | TRENDMICRO<br><br>SHI INTERNATIONAL CORP, PO BOX 952121, DALLAS, TX 75395 |
| | **State the term remaining** | 5/22/2019 | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE DISTRIBUTION - EXCLUSIVE DISTRIBUTION OF HOBBICO-BRANDED PRODUCTS IN TERRITORY | TREVOR BRINGANS, LTD.<br><br>PO BOX 76-156, 3 RYAN PLACE MANUKAU CITY, AUCKLAND NEW ZEALAND 2104 |
| | **State the term remaining** | ON-GOING | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION - MASTER DISTRIBUTION OF HOBBICO-BRANDED PRODUCTS IN TERRITORY | TREVOR BRINGANS, LTD.<br><br>PO BOX 76-156, 3 RYAN PLACE MANUKAU CITY, AUCKLAND NEW ZEALAND 2104 |
| | **State the term remaining** | ON-GOING | |
| | **List the contract number of any government contract** | | |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | IT BREACH SECURITY YEARLY MAINT | TRUSTWAVE HOLDINGS<br><br>70 W MADISTON ST  SUITE 600     CHICAGO, IL 60602 |
| | **State the term remaining** | MONTH-TO-MONTH UNTIL TERMINATED | |
| | **List the contract number of any government contract** | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  HOBBICO, INC.
        Name

Case number (*if known*) 18-10055(KG)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.125 **State what the contract or lease is for and the nature of the debtor's interest** FREIGHT - SMALL PACKAGE FREIGHT **State the term remaining** EXPIRES 8/14/2021 **List the contract number of any government contract** | UPS 55 GLENLAKE PARKWAY NE ATLANTA, GA 30328 |
| 2.126 **State what the contract or lease is for and the nature of the debtor's interest** IT AXIAL BACKUP MAINTENANCE **State the term remaining** 1/27/2019 **List the contract number of any government contract** | VEEAM SHI INTERNATIONAL CORP, PO BOX 952121, DALLAS, TX 75395 |
| 2.127 **State what the contract or lease is for and the nature of the debtor's interest** IT BACKUP EXEC MAINTENANCE **State the term remaining** 3/31/2018 **List the contract number of any government contract** | VERITAS PCM TIGERDIRECT, 1940 E MARIPOSA AVE, EL SEGUNDO, CA 90245 |
| 2.128 **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - VARIOUS **State the term remaining** 5/31/2018 **List the contract number of any government contract** | WARNER BROS. CONSUMER PRODUCTS INC. ATTN: VICE PRESIDENT, BUSINESS AND LEGAL AFFAIRS 4000 WARNER BLVD., BUILDING 118, 5TH FLOOR BURBANK, CA 91522 |
| 2.129 **State what the contract or lease is for and the nature of the debtor's interest** ACCOUNTANT - ACCOUNTANT - SCOTT POTENBERG **State the term remaining** ON-GOING **List the contract number of any government contract** | YG FINANCIAL 804 N NEIL ST, SUITE 103, CHAMPAIGN, IL 61820 |
| 2.130 **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION - MASTER DISTRIBUTION OF PRODUCTS IN TERRITORY **State the term remaining** 9/15/18 - AUTO RENEW FOR ADDITIONAL 3 YEAR PERIODS **List the contract number of any government contract** | ZERO TECHNOLOGIES ROOM B 10/F, TOWER A, BILLIAN CENTRE, 1 WANG KWONG ROAD, KOWLOON BAY, KOWLOON, HONG KONG |
| 2. **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  HOBBICO, INC.                                              Case Number: A18-10055(KG)

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? |
|---|---|
| BOY SCOUTS OF AMERICA, NATIONAL SUPPLY GROUP, ATTN: DAVID L. HARKINS, 2109 WESTINGHOUSE BLVD., P.O. BOX 7143, CHARLOTTE, NC 28241 | Line 2. 23 |
| EQUITY MANAGEMENT INC., ATTN: MANAGER, LOCKHEED MARTIN CORPORATION, TRADEMARK LICENSING 4365 EXECUTIVE DRIVE, SUITE 1000, SAN DIEGO, CA 92121 AND EQUITY MANAGEMENT INC., ATTN: GENERAL COUNSEL, 4365 EXECUTIVE DRIVE, SUITE 1000, SAN DIEGO, CA 92121 | Line 2. 71 |
| NORTHROP GRUMMAN SYSTEMS CORPORATION ATTN: DIRECTOR, CORPORATE INTELLECTUAL ASSET MANAGEMENT MAIL STOP D4/110, ONE HORNET WAY EL SEGUNDO, CA 90245 | Line 2. 94 |
| EQUITY MANAGEMENT INC., ATTN: MANAGER, TEXTRON LICENSING TRADEMARK LICENSING, 4365 EXECUTIVE DRIVE, SUITE 1000, SAN DIEGO, CA 92121 AND EQUITY MANAGEMENT INC., ATTN: ASSOCIATE GENERAL COUNSEL, 4365 EXECUTIVE DRIVE, SUITE 1000, SAN DIEGO, CA 92121 | Line 2. 117 |
|  | Line 2. |
|  | Line 2. |
|  | Line 2. |
|  | Line 2. |
|  | Line 2. |
|  | Line 2. |
|  | Line 2. |
|  | Line 2. |
|  | Line 2. |
|  | Line 2. |

Schedule G: Executory Contracts and Unexpired Leases

**Fill in this information to identify the case:**

Debtor name ___HOBBICO, INC._____

United States Bankruptcy Court for the:___DISTRICT OF DELAWARE_____

Case number (If known):___18-10055(KG)_____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|
| **Name 5 bX Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 ARRMA DURANGO LTD.<br><br>SUITE 3, ENTERPRISE GLADE, MOIRA<br>DERBYSHIRE, DE12 6BA<br>UNITED KINGDOM | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 AXIAL R/C INC.<br><br>26022 PALA<br>MISSION VIEJO, CA 92691 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 ESTES-COX CORP.<br><br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 GREAT PLANES MODEL MANUFACTURING, INC.<br><br>706 W BRADLEY<br>URBANA, IL 61801 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 REVELL INC.<br><br>1850 HOWARD ST.<br>UNIT A<br>ELK GROVE VILLAGE, IL 60007 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 TOWER HOBBIES, INC.<br><br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |

Debtor    HOBBICO, INC.
_____
Name

Case number (*if known*) 18-10055(KG)
_____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** UbX˙A Uʃ]b[ ˙5 XXfYgg | | **Name** | *Check all schedules that apply:* |
| 7 | UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | WELLS FARGO, NA | ☒ D<br>❑ E/F<br>❑ G |
| 8 | ARRMA DURANGO LTD.<br>SUITE 3, ENTERPRISE GLADE, MOIRA<br>DERBYSHIRE, DE12 6BA<br>UNITED KINGDOM | BMO HARRIS BANK, NA | ☒ D<br>❑ E/F<br>❑ G |
| 9 | AXIAL R/C INC.<br>26022 PALA<br>MISSION VIEJO, CA 92691 | BMO HARRIS BANK, NA | ☒ D<br>❑ E/F<br>❑ G |
| 10 | ESTES-COX CORP.<br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | BMO HARRIS BANK, NA | ☒ D<br>❑ E/F<br>❑ G |
| 11 | GREAT PLANES MODEL MANUFACTURING, INC.<br>706 W BRADLEY<br>URBANA, IL 61801 | BMO HARRIS BANK, NA | ☒ D<br>❑ E/F<br>❑ G |
| 12 | REVELL INC.<br>1850 HOWARD ST.<br>UNIT A<br>ELK GROVE VILLAGE, IL 60007 | BMO HARRIS BANK, NA | ☒ D<br>❑ E/F<br>❑ G |
| 13 | TOWER HOBBIES, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | BMO HARRIS BANK, NA | ☒ D<br>❑ E/F<br>❑ G |
| 14 | UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | BMO HARRIS BANK, NA | ☒ D<br>❑ E/F<br>❑ G |

**Schedule H: Codebtors**

Debtor    HOBBICO, INC.
_____
Name

Case number *(if known)* 18-10055(KG)
_____

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | Column 2: Creditor | Check all schedules that apply: |
|---|---|---|
| Name | Name | |
| 15 ARRMA DURANGO LTD.<br>SUITE 3, ENTERPRISE GLADE, MOIRA<br>DERBYSHIRE, DE12 6BA<br>UNITED KINGDOM | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 16 AXIAL R/C INC.<br>26022 PALA<br>MISSION VIEJO, CA 92691 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 17 ESTES-COX CORP.<br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 18 GREAT PLANES MODEL MANUFACTURING, INC.<br>706 W BRADLEY<br>URBANA, IL 61801 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 19 REVELL INC.<br>1850 HOWARD ST.<br>UNIT A<br>ELK GROVE VILLAGE, IL 60007 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 20 TOWER HOBBIES, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 21 UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 22 ARRMA DURANGO LTD.<br>SUITE 3, ENTERPRISE GLADE, MOIRA<br>DERBYSHIRE, DE12 6BA<br>UNITED KINGDOM | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |

**Schedule H: Codebtors**

Debtor   HOBBICO, INC.
_____
Name

Case number *(if known)* 18-10055(KG)
_____

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| | **Name** UbX˙A Uʃ]b[ ˙5 XXfYgg | **Name** | *Check all schedules that apply:* |
| 23 | AXIAL R/C INC.<br>26022 PALA<br>MISSION VIEJO, CA 92691 | U.S. BANK NA | ☒ D<br>❑ E/F<br>❑ G |
| 24 | ESTES-COX CORP.<br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | U.S. BANK NA | ☒ D<br>❑ E/F<br>❑ G |
| 25 | GREAT PLANES MODEL MANUFACTURING, INC.<br>706 W BRADLEY<br>URBANA, IL 61801 | U.S. BANK NA | ☒ D<br>❑ E/F<br>❑ G |
| 26 | REVELL INC.<br>1850 HOWARD ST.<br>UNIT A<br>ELK GROVE VILLAGE, IL 60007 | U.S. BANK NA | ☒ D<br>❑ E/F<br>❑ G |
| 27 | TOWER HOBBIES, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | U.S. BANK NA | ☒ D<br>❑ E/F<br>❑ G |
| 28 | UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | U.S. BANK NA | ☒ D<br>❑ E/F<br>❑ G |
| 29 | ARRMA DURANGO LTD.<br>SUITE 3, ENTERPRISE GLADE, MOIRA<br>DERBYSHIRE, DE12 6BA<br>UNITED KINGDOM | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>❑ E/F<br>❑ G |
| 30 | AXIAL R/C INC.<br>26022 PALA<br>MISSION VIEJO, CA 92691 | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>❑ E/F<br>❑ G |

**Schedule H: Codebtors**

Debtor   HOBBICO, INC.
Name

Case number (*if known*) 18-10055(KG)

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** UbX˙A U ]b[ ˙5 XXfYgg | | **Name** | *Check all schedules that apply:* |
| 31 ESTES-COX CORP.<br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>❑ E/F<br>❑ G |
| 32 GREAT PLANES MODEL MANUFACTURING, INC.<br>706 W BRADLEY<br>URBANA, IL 61801 | | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>❑ E/F<br>❑ G |
| 33 REVELL INC.<br>1850 HOWARD ST.<br>UNIT A<br>ELK GROVE VILLAGE, IL 60007 | | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>❑ E/F<br>❑ G |
| 34 TOWER HOBBIES, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>❑ E/F<br>❑ G |
| 35 UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>❑ E/F<br>❑ G |
| | | | ❑ D<br>❑ E/F<br>❑ G |
| | | | ❑ D<br>❑ E/F<br>❑ G |
| | | | ❑ D<br>❑ E/F<br>❑ G |

**Schedule H: Codebtors**

Fill in this information to identify the case and this filing:

Debtor Name  HOBBICO, INC.

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (*If known*):  18-10055(KG)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3/9/2018___
MM / DD / YYYY

✗ _Tom S. O'Donoghue Jr._
Signature of individual signing on behalf of debtor

TOM S. O'DONOGHUE, JR.
Printed Name

CHIEF RESTRUCTURING OFFICER
Position or relationship to debtor

Declaration Under Penalty of Perjury for Non-Individual Debtors