IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| HOBBICO, INC., *et al.*,[1] | : | Case No. 18-10055 (KG) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Re: Docket No. 253 |
| | : | |
| _____ | : | |

### LIMITED OBJECTION AND RESERVATION OF RIGHTS OF GOOGLE LLC f/k/a GOOGLE INC. TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND PROPOSED CURE AMOUNTS

Google LLC f/k/a Google Inc. (**"Google"**), by and through its undersigned counsel, files the following limited objection and reservation of rights to the Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Proposed Cure Amounts [Docket No. 253] (the **"Cure Notice"**) filed by the above-captioned debtors and debtors-in-possession (collectively, **"Debtors"**), and states as follows:

### BACKGROUND

1. On January 10, 2018 (the **"Petition Date"**), each of Debtors filed a voluntary petition for Chapter 11 relief in the United States Bankruptcy Court for the District of Delaware (the **"Bankruptcy Court"**).

2. Prior to the Petition Date, Google and Tower Hobbies, Inc. entered into a Google Advertising Service Agreement (the **"ASA"**) pursuant to which Google provides advertising services to and for the benefit of Tower Hobbies, Inc. (and possibly other Debtors), including without limitations AdWords services. Google's AdWords program is an online advertising

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Hobbico, Inc. (9545); Arrma Durango Ltd; Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302). The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

program that, among other things, allows advertisers (here, the Debtors) to reach potential customers as they search for designated words and phrases (i.e., keywords) or browse websites with themes similar to the advertiser's.

3. According to Google's records, as of the Petition Date, a balance of $65,197.20 remained due and owing for AdWords services rendered by Google to Debtors under the ASA; additional amounts may have accrued subsequent to the Petition Date and may be continuing to accrue to the extent not paid by the Debtors in the ordinary course.

4. On March 16, 2018, Debtors filed the Cure Notice.[2] The ASA is not included among the executory contracts listed in the Cure Schedule attached to the Cure Notice. It is not clear whether this omission was inadvertent or intentional.

## LIMITED OBJECTION AND RESERVATION OF RIGHTS

5. Under Section 365(b)(1) of the Bankruptcy Code, an executory contract may be assumed only if the debtor, at the time of such assumption, cures or provides adequate assurance that the debtor will promptly cure outstanding defaults. Accordingly, Google is filing this limited objection and reservation of rights to place the Debtors and potential Purchasers on notice that, to the extent that the Debtors wish to assume the ASA and assign it to a Purchaser so that the Purchaser can continue receiving AdWords services post-closing, the cure amount associated with assumption of the ASA is $65,197.20. Most companies consider AdWords critical to their business and Google will not continue to provide AdWords or other services to the successful Purchaser or give the Purchaser give access to historical data after a sale unless the ASA is assumed and fully cured.

6. An account statement and supporting invoices are attached to Google's timely-

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Cure Notice.

filed proof of claim, which has been designated Claim No. 1 on Tower Hobbies, Inc.'s claims register.

7.     Google reserves its right to supplement and/or amend this limited objection and to introduce evidence at any hearing related to the ASA, the Cure Notice, and/or this limited objection.

**WHEREFORE**, Google respectfully requests that this Honorable Court: (a) condition the Purchaser's continued use of AdWords on the assumption of the ASA and the payment of a $65,197.20 cure amount; and (b) provide such further relief as this court deems just and proper.

Dated: March 20, 2018                               **WHITE AND WILLIAMS LLP**

By:   /s/ Marc S. Casarino
Marc S. Casarino (#3613)
600 N. King Street, Suite 800
Wilmington, DE  19801
Telephone:  (302) 467-4520
Fax:  (302) 467-4550
casarinom@whiteandwilliams.com

- and -

Amy E. Vulpio
PA ID No. 84477
1650 Market Street, Suite 1800
Philadelphia, PA  19103
Telephone:  (215) 864-6250
Fax:  (215) 789-7550
vulpioa@whiteandwilliams.com

***Attorneys for Google LLC f/k/a Google Inc.***