IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HOBBICO, INC., *et al.*,[1] | ) | Case No. 18-10055 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

RE: D.I. 209

## ORDER APPROVING AMENDMENT TO POSTPETITION LOAN AGREEMENT AND AMENDING FINAL FINANCING ORDER

This matter coming before this Court on the motion (the "Motion") of Hobbico, Inc. and the other above-captioned debtors (collectively, the "Debtors") requesting that this Court enter an order: (i) approving that certain Second Amendment to Debtor-in-Possession Credit Agreement dated as of March 19, 2018 and (ii) amending the Order Authorizing Debtors to: (A) Use Cash Collateral on a Final Basis; (B) Incur Postpetition Debt on a Final Basis; and (C) Grant Adequate Protection and Provide Security and Other Relief to Wells Fargo Bank, National Association, as Agent, and the Other Secured Parties (Docket No. 162, the "Final Financing Order")[2]; notice of the Motion being sufficient under the circumstances; the Court having examined the Motion, being fully advised of the relevant facts and circumstances surrounding the Motion, and having completed a hearing on the Motion; and objections, if any, having been withdrawn, resolved or overruled by the Court;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hobbico, Inc. (9545); Arrma Durango Limited; Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302). The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed thereto in the Final Financing Order.

## THE MOTION IS GRANTED AND IT IS HEREBY ORDERED THAT:

1. The Second Amendment to Debtor-in-Possession Credit Agreement dated as of March 19, 2018, a copy of which is attached hereto as <u>Exhibit A</u>, is hereby approved in its entirety (the "<u>Second Amendment</u>").

2. ADL and the other Debtors are hereby authorized to enter into and deliver the Second Amendment and any such other or additional documents, instruments, or agreements as Postpetition Agent may reasonably request from time to time in connection with, or relating to, the obligations of ADL under the Postpetition Documents and to perform all actions in connection therewith.

3. Effective as of the date hereof, the Final Financing Order is hereby amended to delete the stricken text (indicated textually in the same manner as the following example: <s>stricken text</s>) and to add the underlined text (indicated textually in the same manner as the following example: <u>underlined text</u>) as reflected in the modifications identified in the document attached hereto as <u>Exhibit B</u> attached to this Amendment.

4. Except as expressly set forth herein, the terms of the Final Financing Order are not altered and remain in full force and effect.

5. The terms of this Order were negotiated in good faith and at arm's length, and the Postpetition Debt (as amended hereby) has been extended in good faith, as that term is used in Section 364(e) of the Bankruptcy Code, and the Postpetition Debt (as amended hereby) is entitled to the protections of Section 364(e) of the Bankruptcy Code.

DATED: March **20**, 2018

*/s/ Kevin Gross*
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY
JUDGE