# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HOBBICO, INC., *et al.*,[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 18-10055 (KG)<br><br>(Jointly Administered) |

## STAFFING REPORT OF KEYSTONE CONSULTING GROUP, LLC FOR THE PERIOD FROM FEBRUARY 1, 2018 THROUGH FEBRUARY 28, 2018

Keystone Consulting Group, LLC ("Keystone") hereby files this staffing report (the "Staffing Report") for the period from February 1, 2018 through February 28, 2018 (the "Reporting Period"), pursuant to the *Order Approving Debtors' Application for Entry of an Order, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, (I) Authorizing the Debtors to Employ and Retain Keystone Consulting Group, LLC to Provide Interim Management Services,* Nunc Pro Tunc *to the Petition Date and (II) Designating Louis Brownstone as Interim President and Chief Operating Officer* (D.I. 130) (the "Keystone Retention Order"). Attached hereto as **Exhibit A** is a chart providing the names of professionals who rendered services in this case during the Reporting Period.

Dated: March 20, 2018

                                            By: */s/ Louis Brownstone*
                                                 Louis Brownstone
                                                 Interim President and Chief Operating Officer
                                                    of Hobbico, Inc.
                                                 Keystone Consulting Group, LLC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hobbico, Inc. (9545); Arrma Durango Limited; Tower Hobbies, Inc. (5185); Great Planes Model Manufacturing, Inc. (5259); United Model, Inc. (5302); Revell Inc. (8545); Estes-Cox Corp. (2196); and Axial R/C Inc. (0233). The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.