# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HOBBICO, INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 18-10055 (KG)<br><br>Jointly Administered<br><br>RE: D.I. 265 |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that on March 20, 2018, the Debtors filed *Certificate of No Objection Regarding the Summary of Monthly Fee Application of JND Corporate Restructuring as Administrative Agent for the Debtors for Compensation of Services and Reimbursement of Expenses Incurred for the Period from January 10, 2018 Through January 31, 2018* (D.I. 264).

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the filing at D.I. 265 without prejudice.

Dated: March 20, 2018  
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Matthew O. Talmo*  
Robert J. Dehney (No. 3578)  
Curtis Miller (No. 4583)  
Matthew O. Talmo (No. 6333)  
1201 N. Market Street, 16th Floor  
P.O. Box 1347  
Wilmington, Delaware  19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Hobbico, Inc. (9545); Arrma Durango Limited; Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302).  The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

rdehney@mnat.com
cmiller@mnat.com
mtalmo@mnat.com

- and –

NEAL, GERBER & EISENBERG LLP
Mark A. Berkoff (admitted *pro hac vice*)
Nicholas M. Miller (admitted *pro hac vice*)
Thomas C. Wolford (admitted *pro hac vice*)
Two North LaSalle Street, Suite 1700
Chicago, Illinois  60602
Telephone:  (312) 269-8000
Facsimile:   (312) 269-1747
mberkoff@nge.com
nmiller@nge.com
twolford@nge.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

11609204