# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HOBBICO, INC., *et al.*,[1] | Case No. 18-10055 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 27, 2018 AT 9:00 A.M. (ET)

**UNCONTESTED MATTER GOING FORWARD**

1. Debtors' Notice of Stalking Horse Agreement and Bid Protections for Estes-Cox Lot (D.I. 277, Filed 3/23/18).

   Objection Deadline: March 26, 2018 at 12:00 p.m. (ET)

   Responses Received: None.

   Related Pleadings:

   a) Order (A) Establishing Bidding Procedures for the Sale of All, or Substantially All, of the Debtors' Assets; (B) Approving Bid Protection Procedures; (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of the Sale, Cure and Other Notices; and (E) Scheduling an Auction and a Hearing to Consider the Approval of the Sale (D.I. 243, Entered 3/14/18).

   Status: To the extent the Debtors receive objections to the Stalking Horse Agreement, this matter will go forward at the hearing. If the Debtors do not receive any objections, the Debtors will request that the Court cancel the hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hobbico, Inc. (9545); Arrma Durango Ltd.; Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302). The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

| | |
|---|---|
| Dated: March 23, 2018<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Matthew O. Talmo*<br>Robert J. Dehney (No. 3578)<br>Curtis S. Miller (No. 4583)<br>Matthew O. Talmo (No. 6333)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>cmiller@mnat.com<br>mtalmo@mnat.com<br><br>- and -<br><br>NEAL, GERBER & EISENBERG LLP<br>Mark A. Berkoff (admitted *pro hac vice*)<br>Nicholas M. Miller (admitted *pro hac vice*)<br>Thomas C. Wolford (admitted *pro hac vice*)<br>Two North LaSalle Street, Suite 1700<br>Chicago, Illinois 60602<br>Telephone: (312) 269-8000<br>Facsimile: (312) 269-1747<br>mberkoff@nge.com<br>nmiller@nge.com<br>twolford@nge.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |