## EXHIBIT 1

**Contracts**

| Counterparty Name | Counterparty Address | Debtor Counterparty | Contract Description | Rejection Date |
| --- | --- | --- | --- | --- |
| RR Connelley | 35 West Wacker Drive Chicago, IL 60601 | Hobbico, Inc. | Catalog Manufacturing | 3/30/18 |
| Lever Interactive | 701 Warrenville Road, Suite 200 Lisle, IL 60532 | Hobbico, Inc. | Advisor | 3/30/18 |
| Blue Sky | 350 Westfield Road, Suite 400 Noblesville, IN 46060 | Hobbico, Inc. | Advisor | 3/30/18 |
| Pinacle | C-43 GF, Sushant Lok Phase-II Sector 56, Gurgaon 122002 Haryana, India | Hobbico, Inc. | Advisor | 3/30/18 |
| Maximizer | 208 West 1st Avenue Vancouver, BC V5Y 3T2 Canada | Hobbico, Inc. | Software Maintenance | 3/30/18 |
| Whitepages, Inc. | 5th Avenue, Suite 1600 Seattle, WA 98101 | Tower Hobbies, Inc. | Fixed Term Agreement | 3/30/18 |
| Google LLC f/k/a Google Inc. | 1600 Amphitheatre Pkwy Mountain View, CA 94043 | Tower Hobbies, Inc. | Advertising | 3/30/18 |