## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HOBBICO, INC., *et al.*, | Case No. 18-10055 (KG) |
| Debtors.[1] | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Christopher D. Williams, depose and say that I am employed by JND Corporate Restructuring ("JND"), the claims & noticing agent for the Debtors in the above-captioned cases.

Furthermore, on April 30, 2018, at my direction and under my supervision, employees of JND caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of First Statement of Payments Made to Ordinary Course Professionals for the Period from January 10, 2018 to March 31, 2018** (Docket No. 394)

On April 30, 2018, at my direction and under my supervision, employees of JND caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Third Omnibus Motion Seeking Entry of an Order Authorizing the Rejection of Certain Executory Contracts and/or Unexpired Leases Effective** *Nunc Pro Tunc* **to the Petition Date** (Docket No. 395)

Dated: May 1, 2018

_____
Christopher D. Williams

State of Colorado   )
                    ) SS.
County of Denver    )

Subscribed and sworn before me this 1st day of May, 2018 by Christopher D. Williams.

_____
(Notary's official signature)

| |
|---|
| ERIC BRIAN TUNE |
| NOTARY PUBLIC |
| STATE OF COLORADO |
| NOTARY ID 20174005758 |
| MY COMMISSION EXPIRES FEBRUARY 6, 2021 |

_____

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Hobbico, Inc. (9545); Arrma Durango Ltd.; Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302).  The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

# <u>Exhibit A</u>



**Exhibit A**
Served via First-Class Mail

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| ASSOCIATED ELECTRICS | ATTN: LEGAL DEPT. | 26021 COMMERCENTRE DR | | | LAKE FOREST | CA | 92630 | |
| BACHMANN INDUSTRIES, INC. | ATTN: LEGAL DEPT. | 1400 E ERIE AVE | | | PHILADELPHIA | PA | 19124 | |
| BMO HARRIS BANK, NA | ATTN: LEGAL DEPT. | 115 S LASALLE ST | 4W | | CHICAGO | IL | 60603 | |
| BRITISH TELECOMMUNICATIONS PLC | 81 NEWGATE STREET | | | | LONDON | | EC1A 7AJ | UNITED KINGDOM |
| BSD RACING TECHNOLGIES CO LTD | 4/F 5TH BUILDING | CHANGXING HIGH TECH IND ZONE | WAN'AN ROAD | SHAJING | SHENZHEN | | 518106 | CHINA |
| CREATA (USA) INC. | ATTN: JUSTIN GERAK | 1801 S. MEYERS RD | SUITE 400 | | OAKBROOK TERRACE | IL | 60181 | |
| CREATA MACAO COMMERCIAL | ATTN: LEGAL DEPT. | ALAMEDA DR. CARLOS NO.180 | D'ASSUMPCAO TONG NAM AH | | CENTRAL COMERCIO | | | CHINA |
| CYPRIUM INVESTMENT ADVISORS IV AIV I, LLP | C/O CAHILL GORDON & REINDEL LLP | ATTN: JOEL H. LEVITIN, ESQUIRE AND RICHARD A. STIEGLITZ, JR., ESQUIRE | 80 PINE STREET | | NEW YORK | NY | 10005 | |
| CYPRIUM INVESTMENT PARTNERS, LLC | C/O CAHILL GORDON & REINDEL LLP | ATTN: JOEL LEVITIN | 80 PINE STREET | | NEW YORK | NY | 10005-1702 | |
| CYPRIUM INVESTMENTS ADVISORS IV AIV I, LLP | C/O LOIZIDES, P.A. | ATTN: CHRISTOPHER D. LOIZIDES | 1225 KING STREET, SUITE 800 | | WILMINGTON | DE | 19801 | |
| CYPRIUM INVESTORS IV AIV I LP | ATTN: CINDY BABITT | 200 PUBLIC SQUARE | SUITE 2020 | | CLEVELAND | OH | 44114 | |
| DELAWARE SECRETARY OF THE STATE | ATTN: LEGAL DEPT. | DIVISION OF CORPORATIONS FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 | |
| DELAWARE SECRETARY OF THE TREASURY | ATTN: LEGAL DEPT. | 820 SILVER LAKE BLVD., SUITE 100 | | | DOVER | DE | 19904 | |
| DRINKER BIDDLE & REATH LLP | ATTN: EDWIN GETZ | 18TH & CHERRY STREETS | | | PHILADELPHIA | PA | 19103 | |
| DRINKER BIDDLE & REATH LLP | 191 N WACKER DR | SUITE 3700 | | | CHICAGO | IL | 60606-1698 | |
| EMERALD CAPITAL ADVISORS | ATTN: JOHN P. MADDEN | 70 E. 55TH STREET, 17TH FLOOR | | | NEW YORK | NY | 10022 | |
| FLYON ELECTRONIC CO. LTD. | ATTN: MR. ZHENMIN ZHOU | 6/F YEJIN BUILDING | NO. 6 JINGYUAN RD | | JIDA ZHUHAI | | | CHINA |
| FOCUS MANAGEMENT GROUP USA, INC. | ATTN: ROBERT O. RIISKA AND SAMUEL M. WILLIAMS | 5001 WEST LEMON STREET | | | TAMPA | FL | 33609 | |
| FUTABA CORPORATION | 629 OSHIBA, MOBARA CITY | | | | CHIBA PREFECTURE | | 297-8588 | JAPAN |
| GELDARDS LLP | THE ARC | ENTERPRISE WAY | | | NOTTINGHAM | NOTTINGHAMSHIRE | NG2 1EN | UNITED KINGDOM |
| GUANGZHOU YOULI PLASTIC MFG.CO. | ATTN: LEGAL DEPT. | 7 THE KEER ROAD TAISHI INDUSTRIAL | ZONE DONGCHONG TOWN | PANYU | GUANGZHOU | | | CHINA |
| GUIDE LINK LIMITED | ATTN: LEGAL DEPT. | RM 507-8 5/F KWONG SANG HONG CTR | 151 - 153 HOI BUN RR | | KWUN TONG | | | HONG KONG |
| HITEC RCD USA, INC. | ATTN: LEGAL DEPT. | 12115 PAINE STREET | | | POWAY | CA | 92064 | |
| HORIZON HOBBY,LLC | C/O KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: RICHARD M. BECK AND MICHAEL W. YURKEWICZ | 919 MARKET STREET, SUITE 1000 | | WILMINGTON | DE | 19801-3062 | |
| HORIZON HOBBY,LLC | C/O FREDRIKSON & BYRON, P.A. | ATTN: CLINTON CUTLER AND SARAH M. OLSON | 200 SOUTH SIXTH STREET, SUITE 4000 | | MINNEAPOLIS | MN | 55402 | |
| HOT RACING, INC | ATTN: LEGAL DEPT. | 26 CLINTON DR., SUITE 119 | | | HOLLIS | NH | 03049 | |
| HPI RACING LTD | ATTN: LEGAL DEPT. | IN RE: HPI RACING LIMITED PLAINTIFF V. HOBBICO, INC. DEFENDANT | 19 WILLIAM NADIN WAY | SWADLINCOTE | DERBYSHIRE | | DE11 0BB | ENGLAND |
| IBM | ATTN: LEGAL DEPT. | P.O. BOX 643600 | | | PITTSBURGH | PA | 15264-3600 | |
| IBM CREDIT LLC | ATTN: LEGAL DEPT. | 1 NORTH CASTLE DRIVE | | | ARMONK | NY | 10504 | |
| INTERNAL REVENUE SERVICE | ATTN: LEGAL DEPT. | CENTRALIZED INSOLVENCY OPERATION | P. O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| JAMES STARUCK | PRESIDENT AND CHIEF EXECUTIVE OFFICER | GREATBANC TRUST COMPANY | 801 WARRENVILLE ROAD, SUITE 500 | | LISLE | IL | 60532 | |
| JULIE A. GOVREAU | SENIOR VICE PRESIDENT AND CHIEF LEGAL COUNSEL | GREATBANC TRUST COMPANY | 801 WARRENVILLE ROAD, SUITE 500 | | LISLE | IL | 60532 | |
| KRIEG DEVAULT LLP | ONE INDIANA SQUARE | SUITE 2800 | | | INDIANAPOLIS | IN | 46204-2079 | |
| LANDING PRODUCTS | ATTN: LEGAL DEPT. | 1222 HARTER AVE | | | WOODLAND | CA | 95776 | |
| LINCOLN PARTNERS ADVISORS LLC | ATTN: ALEXANDER STEVENSON AND SHERMAN GUILLEMA | 633 WEST FIFTH STREET | SUITE 6650 | | LOS ANGELES | CA | 90071 | |
| LSC COMMUNICATIONS US, LLC | ATTN: LEGAL DEPT. | 191 N WACKER DR | | | CHICAGO | IL | 60606 | |
| LUCY L. THOMSON | LIVINGSTON PLLC | 1455 PENNSYLVANIA AVE., N.W. | SUITE 400 | | WASHINGTON | DC | 20004 | |
| MAISTO INTERNATIONAL, INC. | ATTN: LEGAL DEPT. | 7751 CHERRY AVENUE | | | FONTANA | CA | 92336 | |
| MEYER CAPEL | ATTN: FRANCIS "JERRY" J. JAHN | 306 WEST CHURCH STREET | | | CHAMPAIGN | IL | 61820 | |
| MICHAEL BLEECHER | ATTN: LEGAL DEPT. | 10 S WACKER DR, 16TH FLOOR | | | CHICAGO | IL | 60606 | |
| MILE HAO XIANG TECHNOLOGY CO., LTD., | ATTN: DONG LIN | MILE INDUSTRIAL PARK, MI YANG INDUSTRIAL DISTRICT | MILE CITY | HONGHE PREFECTURE | YUNNAN PROVINCE | | | CHINA |
| MILK AND MORE | 14-40 VICTORIA ROAD | | | | ALDERSHOT | HAMPSHIRE | GU11 1TH | UNITED KINGDOM |
| MORRIS, NICHOLAS, ARSHT & TUNNELL LLP | ATTN: ROBERT J. DEHNEY, CURTIS S. MILLER, MATTHEW O. TALMI | 120 N. MARKET ST., 16TH FLOOR | | | WILMINGTON | DE | 19899 | |
| MTM GLOBAL LLC | 14681 CARRIGAN COURT | | | | GRANGER | IN | 46530 | |
| NEAL, GERBER & EISENBERG | ATTN: NICHOLAS M. MILLER | 2 NORTH LASALLE, SUITE 1700 | | | CHICAGO | IL | 60602 | |
| NIPPON IMPORTS LLC, D/B/A BLUEFIN DISTRIBUTION | C/O BAYARD, P.A. | ATTN: EVAN T. MILLER | 600 N. KING STREET, SUITE 400 | | WILMINGTON | DE | 19801 | |
| NORTH WEST LEICESTERSHIRE DISTRICT COUNCIL | COUNCIL OFFICES | WHITWICK ROAD | | | COALVILLE | LEICESTERSHIRE | LE67 3FJ | UNITED KINGDOM |
| NORTHROP GRUMMAN SYSTEMS CORPORATION | 2980 FAIRVIEW PARK DRIVE | | | | FALLS CHURCH | VA | 22042 | |
| NORTHROP GRUMMAN SYSTEMS CORPORATION | ATTN: DIRECTOR, CORPORATE INTELLECTUAL ASSET MANAGEMENT | MAIL STOP D4/110 | ONE HORNET WAY | | EL SEGUNDO | CA | 90245 | |



**Exhibit A**
Served via First-Class Mail

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITEFORD, TAYLOR & PRESTON LLC | ATTN: CHRISTOPHER M. SAMIS, L. KATHERINE GOOD, KEVIN F. SHAW | THE RENAISSANCE CENTRE | 405 NORTH KING STREET, SUITE 500 | WILMINGTON | DE | 19801 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O CULLEN AND DYKMAN LLP | ATTN: S. JASON TEELE, ESQ., NICOLE STEFANELLI, ESQ., MICHELLE MCMAHON, ESQ., BONNIE POLLACK, ESQ. | THE LEGAL CENTER | ONE RIVERFRONT PLAZA | NEWARK | NJ | 07102 | |
| OSMAX | ATTN: LEGAL DEPT. | 6-15 3-CHOME IMAGAWA | HIGASHISUMIYOSHI-KU | | OSAKA | | 546-0003 | JAPAN |
| PAUL K. GUILLOW, INC. | ATTN: THOMAS G. BARKER | 40 NEW SALEM STREET | PO BOX 229 | | WAKEFIELD | MA | 01880 | |
| PHOENIX MODELS | ATTN: LEGAL DEPT. | 223 BIS HAI BA TRUNG STREET | DIST 3 | | HO CHI MINH CITY | | | VIETNAM |
| PNC BANK, NA | ATTN: LEGAL DEPT. | 101 W WASHINGTON ST | | | INDIANAPOLIS | IN | 46255 | |
| PROLINE | ATTN: LEGAL DEPT. | 201 W LINCOLN ST | | | BANNING | CA | 92220 | |
| RC4WD | ATTN: LEGAL DEPT. | 618 BLOSSOM HILL ROAD STE:201 | | | SAN JOSE | CA | 95123 | |
| REDCAT RACING | ATTN: LEGAL DEPT. | 3145 E. WASHINGTON ST. | | | PHOENIX | AZ | 85034 | |
| RICHARD L. SCHEPACARTER | OFFICE OF THE UNITED STATES TRUSTEE DELAWARE | 844 KING ST., SUITE 2207 | LOCKBOX 35 | | WILMINGTON | DE | 19899-0035 | |
| RSM | 1806 FOX DRIVE | P.O. BOX 4015 | | | CHAMPAIGN | IL | 61824-4015 | |
| RSM US LLP | 2021 1ST ST | SUITE 110 | | | CHAMPAIGN | IL | 61820 | |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | BROOKFIELD PLACE | 200 VESEY ST., SUITE 400 | NEW YORK | NY | 10281-1022 | |
| SHANGHAI MERIT TECHNOLOGY | ATTN: LEGAL DEPT. | NO.1058 TAO GAN ROAD | SHESHAN TOWN | SONGJIANG DISTRICT | SHANGHAI | | 201602 | CHINA |
| SIMPLY HEALTH | HAMBLEDEN HOUSE | WATERLOO COURT | | | ANDOVER | HAMPSHIRE | SP10 1LQ | UNITED KINGDOM |
| STATE OF DELAWARE | OFFICE OF THE US ATTORNEY GENERAL | ATTN: MATTHEW DENN | CARVEL STATE OFFICE BUILDING | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | |
| SYNCHRONY BANK | C/O PRA RECEIVABLES MANAGEMENT, LLC | PO BOX 41021 | | | NORFOLK | VA | 23541 | |
| TAG ALONG ASSOCIATES, LP | ATTN: LEGAL DEPT. OR COUNSEL | 2805 SOUTH BOULDER DR. | | | URBANA | IL | 61802 | |
| TAMIYA AMERICA, INC | ATTN: BRIAN MATTESON | 36 DISCOVERY, SUITE 200 | | | IRVINE | CA | 92618 | |
| TESTORS CORPORATION | ATTN: LEGAL DEPT. | 11 E. HAWTHORN PARKWAY | | | VERNON HILLS | IL | 60061 | |
| TRAXXAS, L.P. | C/O RICHARDS, LAYTON & FINGER, P.A. | ATTN: JOHN H. KNIGHT AND PAUL N. HEATH | ONE RODNEY SQUARE | 920 NORTH KING STREET | WILMINGTON | DE | 19801 | |
| TRAXXAS, L.P. | C/O AKERMAN LLP | ATTN: JOHN E. MITCHELL AND LUIS R. CASAS MEYER | 2001 ROSS AVENUE, SUITE 3600 | | DALLAS | TX | 75201 | |
| TTSOLUTIONS, INC. | ATTN: EDDIE MAILLET | NO.540,SEC 1, MINISHENG N. RD. | GUISHAN DIST | | TAOYUAN CITY | | 333 | TAIWAN R.O.C. |
| U.S. BANK NA | ATTN: LEGAL DEPT. | ONE US BANK PLAZA | | | ST LOUIS | MO | 63101 | |
| UNITED STATES DEPARTMENT OF LABOR | EMPLOYEE BENEFITS SECURITY ADMINISTRATION | ANNA DOZIER, SENIOR INVESTIGATOR | 2300 MAIN STREET, SUITE 1100 | | KANSAS CITY | MO | 64108 | |
| UNITED STATES POSTAL SERVICE | ATTN: LEGAL DEPT. | 1211 TOWANDA AVE | P.O. BOX 505820 | | BLOOMINGTON | IL | 61701 | |
| UPS EXPEDITED MAIL SERVICES, INC. | ATTN: LEGAL DEPT. | 12380 MORRIS ROAD | | | ALPHARETTA | GA | 30005 | |
| UPS LIMITED | UPS HOUSE | FOREST ROAD | | | FELTHAM | MIDDLESEX | TW13 7DY | UNITED KINGDOM |
| URBAN PLANTERS LEICESTERSHIRE | UNIT 4, OAKS INDUSTRIAL ESTATE | SNIBSTON DRIVE, RAVENTSONE RD | | | COALVILLE | LEICESTERSHIRE | LE67 3NB | UNITED KINGDOM |
| WELLS FARGO BANK | C/O GOLDBERG KOHN LTD. | ATTN: RANDALL L. KLEIN, ESQUIRE, PRISCA M. KIM, ESQUIRE, ZACHARY J.GARRETT ESQUIRE,, AND JACOB MARSHALL, ESQUIRE, | 55 EAST MONROE STREET, SUITE 3300 | | CHICAGO | IL | 60603-5792 | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: LEGAL DEPT. | 1700 LINCOLN STREET | 3RD FLOOR | | DENVER | CO | 80203 | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O BURR & FORMAN LLP | ATTN: J. CORY FALGOWSKI | 1201 N. MARKET STREET | SUITE 1407 | WILMINGTON | DE | 19801 | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: LEGAL DEPT. | 230 W. MONROE STREET | | | CHICAGO | IL | 60606 | |
| WELLS FARGO, NA | ATTENTION OF: MICHAEL BLEECHER | 10 SOUTH WACKER DRIVE | 16TH FLOOR | | CHICAGO | IL | 60606 | |
| WELLS FARGO, NA | MAC D1109-019 | 1525 W WT HARRIS BLVD | | | CHARLOTTE | NC | 28262 | |
| WOODLAND | ATTN: LEGAL DEPT. | 101 E. VALLEY DRIVE | P.O. BOX 98 | | LINN CREEK | MO | 65052 | |
| XING YU | ATTN: LEGAL DEPT. | NO. 25 BAI JIAO SOUTH ROAD | BAI JIAO SCIENCE & TECH IND. AREA | | ZHUHAI | | 51912 | CHINA |
| YITIANFU ELECTRONICS TECH.CO. LTD | ATTN: LEGAL DEPT. | 3F, JINCHANGDA TECHNOLOGICAL PARK | GUANLAN TOWN | | BAOAN DIST | SHENZHEN | | CHINA |
| YOULI PLASTIC MANUFACTURE CO. LTD. | ATTN: LEGAL DEPT. | 7 THE KEER ROAD | TAISHI INDUSTRIAL ZONE | | GUANGZHOU | | | CHINA |
| ZHEJIANG FEISHEN VEHICLE IND CO. | ATTN: DICK RUI | 98 BEIHU ROAD HARDWARE SCIENCE | TECHNOLOGY INDUSTRIAL ZONE | | YONGKANG | | 321300 | CHINA |
| ZHEJIANG FEISHEN VEHICLE INDUSTRY CO., LTD. | NORTH LAKE ROAD | HARDWARE SCIENTIFIC & TECHNOLOGICAL INDUSTRIAL ZONE | | | YONGKANG CITY | ZHEJIANG PROVINCE | 321300 | CHINA |

# <u>Exhibit B</u>



**Exhibit B**
Served via First-Class Mail

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| AEON TRADING LLC. | SHOP 4 | 4U SERVICE CENTER | NAD AL HAMAR | | DUBAI | | | UNITED ARAB EMIRATES |
| AEROMODELLI LTDA | 550 -MOEMA | | | | SAO PAULO - SP | | 04086-011 | BRAZIL |
| AMAZON.COM | PO BOX 80387 | | | | SEATTLE | WA | 98108-0387 | |
| ANTHEM BLUE CROSS | PO BOX 1505 | | | | RED BLUFF | CA | 96080 | |
| ANTHEM BLUE CROSS | PO BOX 60007 | | | | LOS ANGELES | CA | 90060 | |
| ANTHEM BLUE CROSS | PO BOX 51011 | | | | LOS ANGELES | CA | 90051 | |
| ANTHEM BLUE CROSS AND BLUE SHIELD | PO BOX 5747 | | | | DENVER | CO | 80217 | |
| ANTONIO LOMONACO-TTRC HOBBIES | LAMADRID 363 RAMOS MEIJA | | | | BUENOS AIRES (1704) | | | ARGENTINA |
| ASSOCIATED ELECTRICS | ATTN: LEGAL DEPT. | 26021 COMMERCENTRE DR | | | LAKE FOREST | CA | 92630 | |
| AVAYA | PO BOX 5125 | | | | CAROL STREAM | IL | 60197 | |
| BACHMANN INDUSTRIES, INC. | ATTN: LEGAL DEPT. | 1400 E ERIE AVE | | | PHILADELPHIA | PA | 19124 | |
| BENEFIT PLANNING CONSULTANTS, INC. | ATTN: LEGAL DEPT. | 2110 CLEARLAKE BLVD | #200 | | CHAMPAIGN | IL | 61826-7500 | |
| BMO HARRIS BANK, NA | ATTN: LEGAL DEPT. | 115 S LASALLE ST | 4W | | CHICAGO | IL | 60603 | |
| BOY SCOUTS OF AMERICA | NATIONAL SUPPLY GROUP | ATTN: DAVID L. HARKINS | P.O. Box 7143 | | CHARLOTTE | NC | 28241 | |
| BOY SCOUTS OF AMERICA | ATTN: LEGAL COUNSEL | 1325 WEST WALNUT HILL LANE | P.O. BOX 152079 | | IRVING | TX | 75015 | |
| BOY SCOUTS OF AMERICA | C/O FOX ROTHSCHILD LLP | ATTN: JOE SHICKICH | SAFECO PLAZA - SUITE 4500 | 1001 FOURTH AVENUE | SEATTLE | WA | 98154 | |
| BRECKENRIDGE TRADING INC. | MICHAEL MEHAN | 107 BRIAR BRAE ROAD | | | STAMFORD | CT | 06903 | |
| BRITISH TELECOMMUNICATIONS PLC | 81 NEWGATE STREET | | | | LONDON | | EC1A 7AJ | UNITED KINGDOM |
| BSD RACING TECHNOLGIES CO LTD | 4/F 5TH BUILDING | CHANGXING HIGH TECH IND ZONE | WAN'AN ROAD | SHAJING | SHENZHEN | | 518106 | CHINA |
| CHRYSLER GROUP LLC (#TLC-0017) | C/O THE LICENSING COMPANY | 40700 WOODWARD AVENUE | SUITE 304 | | BLOOMFIELD HILLS | MI | 48304 | |
| CHRYSLER GROUP LLC (#TLC-0017) | ATTN: CHIEF TRADEMARK COUNSEL | 1000 CHRYSLER DRIVE | CIMS 485-13-32 | | AUBURN HILLS | MI | 48326 | |
| CHRYSLER GROUP LLC (#TLC-0017) | C/O THE LICENSING COMPANY | 30 WEST 24TH STREET | 10TH FLOOR | | NEW YORK | NY | 10010 | |
| CLOUD HOBBIES TECHNOLOGY LTD. | RM. 825 FLOOR 8 SHING YIP BLDG | 19-21 SHING YIP STREET | | | KOWLOON | | | HONG KONG |
| CML DISTRIBUTION LTD | SAXON HOUSE, SAXON BUSINESS PA | | | | BROMSGROVE, | WORCESTERSHIRE | B60 4AD | UNITED KINGDOM |
| CREATA (USA) INC. | ATTN: JUSTIN GERAK | 1801 S. MEYERS RD | SUITE 400 | | OAKBROOK TERRACE | IL | 60181 | |
| CREATA MACAO COMMERCIAL | ATTN: LEGAL DEPT. | ALAMEDA DR. CARLOS NO.180 | D'ASSUMPCAO TONG NAM AH | | CENTRAL COMERCIO | | | CHINA |
| CYPRIUM INVESTMENT ADVISORS IV AIV I, LLP | C/O CAHILL GORDON & REINDEL LLP | ATTN: JOEL H. LEVITIN, ESQUIRE AND RICHARD A. STIEGLITZ, JR., ESQUIRE | 80 PINE STREET | | NEW YORK | NY | 10005 | |
| CYPRIUM INVESTMENT PARTNERS, LLC | C/O CAHILL GORDON & REINDEL LLP | ATTN: JOEL LEVITIN | 80 PINE STREET | | NEW YORK | NY | 10005-1702 | |
| CYPRIUM INVESTMENTS ADVISORS IV AIV I, LLP | C/O LOIZIDES, P.A. | ATTN: CHRISTOPHER D. LOIZIDES | 1225 KING STREET, SUITE 800 | | WILMINGTON | DE | 19801 | |
| CYPRIUM INVESTORS IV AIV I LP | ATTN: CINDY BABITT | 200 PUBLIC SQUARE | SUITE 2020 | | CLEVELAND | OH | 44114 | |
| DEAGOSTINI EDITORE SPA | VIA GIOVANNI DA VERRAZANO NO. 15 | | | | NOVARA | | | ITALY |
| DELAWARE SECRETARY OF THE STATE | ATTN: LEGAL DEPT. | DIVISION OF CORPORATIONS FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 | |
| DELAWARE SECRETARY OF THE TREASURY | ATTN: LEGAL DEPT. | 820 SILVER LAKE BLVD., SUITE 100 | | | DOVER | DE | 19904 | |
| DEPKE WELDING | PO BOX 967 | | | | DANVILLE | IL | 61834-0967 | |
| DRINKER BIDDLE & REATH LLP | ATTN: EDWIN GETZ | 18TH & CHERRY STREETS | | | PHILADELPHIA | PA | 19103 | |
| EA-IMPORT OY | KUUSITIE 12 | | | | VANTAA | | 01400 | FINLAND |
| ELANVIEW TECHNOLOGY | ROOM 605, BUILDING F, NO 700 | ZHONGCHUN ROAD, MINHANG DISTRICT | | | SHANGHAI | | | CHINA |
| EMERALD CAPITAL ADVISORS | ATTN: JOHN P. MADDEN | 70 E. 55TH STREET, 17TH FLOOR | | | NEW YORK | NY | 10022 | |
| EQUITY MANAGEMENT INC. | ATTN: MANAGER TEXTRON LICENSING TRADEMARK LICENSING | 4365 EXECUTIVE DRIVE | SUITE 1000 | | SAN DIEGO | CA | 92121 | |
| EXTREME HOBBY | AL-DAJEEJ ALI ABDULWAHAB COMPL | MEZZANINE | SHOP 24 | | | | | KUWAIT |
| EYEMED | 4000 LUXOTTICA PLACE | | | | MASON | OH | 45040 | |
| FIDELITY SECURITY LIFE INSURANCE COMPANY ADMINISTERED BY EYEMED | ATTN: LEGAL DEPT. | 3130 BROADWAY BLVD | | | KANSAS CITY | MO | 64111 | |
| FLYON ELECTRONIC CO. LTD. | ATTN: MR. ZHENMIN ZHOU | 6/F YEJIN BUILDING | NO. 6 JINGYUAN RD | | JIDA ZHUHAI | | | CHINA |
| FOCUS MANAGEMENT GROUP USA, INC. | ATTN: ROBERT O. RIISKA AND SAMUEL M. WILLIAMS | 5001 WEST LEMON STREET | | | TAMPA | FL | 33609 | |
| FUTABA CORPORATION | 629 OSHIBA, MOBARA CITY | | | | CHIBA PREFECTURE | | 297-8588 | JAPAN |
| GRAND PRIX MODELS | 1ST ROAD & NORTH RAND ROAD | BOKSBURG | | | GAUTENG | | 1460 | SOUTH AFRICA |
| GUANGZHOU YOULI PLASTIC MFG.CO. | ATTN: LEGAL DEPT. | 7 THE KEER ROAD TAISHI INDUSTRIAL | ZONE DONGCHONG TOWN | PANYU | GUANGZHOU | | | CHINA |
| GUARDIAN | 7 HANOVER SQUARE | CUSTOMER SERVICE, H-6-D | | | NEW YORK | NY | 10004 | |
| GUIDE LINK LIMITED | ATTN: LEGAL DEPT. | RM 507-8 5/F KWONG SANG HONG CTR | 151 - 153 HOI BUN RR | | KWUN TONG | | | HONG KONG |
| H`& L HOBBIES S.R.L. | CALACOTA CALLE 23 #8050 | | | | LA PAZ | | | BOLIVIA |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | LOCKBOX 3690 | 101 NORTH INDEPENDENCE MALL EAST | | | PHILADELPHIA | PA | 19106 | |
| HASEGAWA CORPORATION | YAGUSU 312 | | | | YAIZUSHI | | | JAPAN |
| HEALTH ALLIANCE MEDICAL PLANS,INC | 301 S VINE ST | | | | URBANA | IL | 61801 | |
| HITEC RCD USA, INC. | ATTN: LEGAL DEPT. | 12115 PAINE STREET | | | POWAY | CA | 92064 | |
| HOBBIES AUSTRALIA | UNIT 2/34 PORTSIDE CRESCENT | | | | MARYVILLE | NSW | 2293 | AUSTRALIA |
| HOBBIES Y COSAS LTD. | CALLE 92 NO. 15-15 LOC. 1 | | | | BOGOTA | | | COLOMBIA |



**Exhibit B**
Served via First-Class Mail

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| HOBBY CENTRE | 17TH ST. B-BLK PASTALINI BLDG | UM RAMOOL | PO BOX 13071 | | DUBAI | | 62525-2522 | UNITED ARAB EMIRATES |
| HORIZON HOBBY,LLC | C/O FREDRIKSON & BYRON, P.A. | ATTN: CLINTON CUTLER AND SARAH M. OLSON | 200 SOUTH SIXTH STREET, SUITE 4000 | | MINNEAPOLIS | MN | 55402 | |
| HORIZON HOBBY,LLC | C/O KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: RICHARD M. BECK AND MICHAEL W. YURKEWICZ | 919 MARKET STREET, SUITE 1000 | | WILMINGTON | DE | 19801-3062 | |
| HOT RACING, INC | ATTN: LEGAL DEPT. | 26 CLINTON DR., SUITE 119 | | | HOLLIS | NH | 03049 | |
| HPI RACING LTD | ATTN: LEGAL DEPT. | IN RE: HPI RACING LIMITED PLAINTIFF V. HOBBICO, INC. DEFENDANT | 19 WILLIAM NADIN WAY | SWADLINCOTE | DERBYSHIRE | | DE11 0BB | ENGLAND |
| IBM | ATTN: LEGAL DEPT. | P.O. BOX 643600 | | | PITTSBURGH | PA | 15264-3600 | |
| IBM CREDIT LLC | ATTN: LEGAL DEPT. | 1 NORTH CASTLE DRIVE | | | ARMONK | NY | 10504 | |
| IMPORTHOBBIES | ELOY ALFARO N40-413 Y GRANADOS | | | | QUITO | | 34720 | ECUADOR |
| INTERNAL REVENUE SERVICE | ATTN: LEGAL DEPT. | CENTRALIZED INSOLVENCY OPERATION | P. O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| ISLAND HOBBIES | 80 WRIGHTSON RD | | | | PORT OF SPAIN | | | TRINIDAD |
| ITALERI, SPA | PRADAZZO, 6/B  CALDERARA DI RENO, , | | | | BOLOGNA | | 1-40012 | ITALY |
| JAMES STARUCK | PRESIDENT AND CHIEF EXECUTIVE OFFICER | GREATBANC TRUST COMPANY | 801 WARRENVILLE ROAD, SUITE 500 | | LISLE | IL | 60532 | |
| JP RACING RC, LDA | RUA DAS URZES | N 341 | | | ESTELA | | 4570-226 | PORTUGAL |
| JSP GROUP INTL BVBA | GEELSEWEG 80 | | | | OLEN | | 2250 | BELGIUM |
| JULIE A. GOVREAU | SENIOR VICE PRESIDENT AND CHIEF LEGAL COUNSEL | GREATBANC TRUST COMPANY | 801 WARRENVILLE ROAD, SUITE 500 | | LISLE | IL | 60532 | |
| KAIR RC LOGISTIC SRP | VIA NUOVA PROVINCIACE | 30/A | | | CARRARA | | | ITALY |
| KLP DBA TIANJIN KE LEPU TRADING CO.LTD | F212-213 KUCHEGONGCHANG | 1JIA JINCHANXI RD CHAOYANGDIST | | | BEIJING | | 100023 | CHINA |
| KOREA R/C DISTRIBUTION CO. LTD. | SEOCHO-KU | | | | SEOUL | | | SOUTH KOREA |
| LANDING PRODUCTS | ATTN: LEGAL DEPT. | 1222 HARTER AVE | | | WOODLAND | CA | 95776 | |
| LINCOLN PARTNERS ADVISORS LLC | ATTN: ALEXANDER STEVENSON AND SHERMAN GUILLEMA | 633 WEST FIFTH STREET | SUITE 6650 | | LOS ANGELES | CA | 90071 | |
| LOGIC RC LTD | 12-18 HARTHAM LANE | | | | HERTFORD | | SG14 1QN | UNITED KINGDOM |
| LOVAN TRADING CC | BH VAN HUYSSTEEN 083 564 2165 | MOUNTAINSIDE | | | GORDAN'S BAY | | 7140 | SOUTH AFRICA |
| LSC COMMUNICATIONS US, LLC | ATTN: LEGAL DEPT. | 191 N WACKER DR | | | CHICAGO | IL | 60606 | |
| LUCY L. THOMSON | LIVINGSTON PLLC | 1455 PENNSYLVANIA AVE., N.W. | SUITE 400 | | WASHINGTON | DC | 20004 | |
| LUIS GONZAGA OBREGON ZETINA | COSCOMATE #49 | COLONIA BOSQUES DE TETLAMEYA | | | CIUDAD DE MEXICO | | | MEXICO |
| MAISTO INTERNATIONAL, INC. | ATTN: LEGAL DEPT. | 7751 CHERRY AVENUE | | | FONTANA | CA | 92336 | |
| MANOLOS HOBBIES | CALLE 150 #16-56 LOCAL100502 | CENTRO COMERCIAL CEDRITOS | | | BOGOTA | | 110131 | COLOMBIA |
| METROPOLITAN CHICAGO HEALTHCARE COUNCIL-CHICAGO HOSPITAL COUNCIL | 29581 NETWORK PLACE | | | | CHICAGO, | IL | 60673-1293 | |
| MEYER CAPEL | ATTN: FRANCIS "JERRY" J. JAHN | 306 WEST CHURCH STREET | | | CHAMPAIGN | IL | 61820 | |
| MICHAEL BLEECHER | ATTN: LEGAL DEPT. | 10 S WACKER DR, 16TH FLOOR | | | CHICAGO | IL | 60606 | |
| MILE HAO XIANG TECHNOLOGY CO., LTD., | ATTN: DONG LIN | MILE INDUSTRIAL PARK, MI YANG INDUSTRIAL DISTRICT | MILE CITY | HONGHE PREFECTURE | YUNNAN PROVINCE | | | CHINA |
| MILK AND MORE | 14-40 VICTORIA ROAD | | | | ALDERSHOT | HAMPSHIRE | GU11 1TH | UNITED KINGDOM |
| MINICARS DISTRIBUTION AB | ANNELUNDSGATAN 17C | | | | ENKOPING | | | SWEDEN |
| MORRIS, NICHOLAS, ARSHT & TUNNELL LLP | ATTN: ROBERT J. DEHNEY, CURTIS S. MILLER, MATTHEW O. TALMI | 120 N. MARKET ST., 16TH FLOOR | | | WILMINGTON | DE | 19899 | |
| MPM SA S.A. | LOS HILANDEROS 8557 | LA REINA | | | SANTIAGO | | | CHILE |
| NEAL, GERBER & EISENBERG | ATTN: NICHOLAS M. MILLER | 2 NORTH LASALLE, SUITE 1700 | | | CHICAGO | IL | 60602 | |
| NIPPON IMPORTS LLC, D/B/A BLUEFIN DISTRIBUTION | C/O BAYARD, P.A. | ATTN: EVAN T. MILLER | 600 N. KING STREET, SUITE 400 | | WILMINGTON | DE | 19801 | |
| NORDIC HOBBY A/S | BOGENSEVEJ 13 | | | | RANDERS | | 8940 | DENMARK |
| NORTH WEST LEICESTERSHIRE DISTRICT COUNCIL | COUNCIL OFFICES | WHITWICK ROAD | | | COALVILLE | LEICESTERSHIRE | LE67 3FJ | UNITED KINGDOM |
| NORTHROP GRUMMAN SYSTEMS CORPORATION | 2980 FAIRVIEW PARK DRIVE | | | | FALLS CHURCH | VA | 22042 | |
| NORTHROP GRUMMAN SYSTEMS CORPORATION | ATTN: DIRECTOR, CORPORATE INTELLECTUAL ASSET MANAGEMENT | MAIL STOP D4/110 | ONE HORNET WAY | | EL SEGUNDO | CA | 90245 | |
| NTC ENGINEERING HOBBIES | 150 SOUTH BRIDGE ROAD  #02-22 FOOK HAI BUILDING | | | | | | 058727 | SINGAPORE |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITEFORD, TAYLOR & PRESTON LLC | ATTN: CHRISTOPHER M. SAMIS, L. KATHERINE GOOD, KEVIN F. SHAW | THE RENAISSANCE CENTRE | 405 NORTH KING STREET, SUITE 500 | WILMINGTON | DE | 19801 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O CULLEN AND DYKMAN LLP | ATTN: S. JASON TEELE, ESQ., NICOLE STEFANELLI, ESQ., MICHELLE MCMAHON, ESQ., BONNIE POLLACK, ESQ. | THE LEGAL CENTER | ONE RIVERFRONT PLAZA | NEWARK | NJ | 07102 | |



# Exhibit B
Served via First-Class Mail

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| OSMAX | ATTN: LEGAL DEPT. | 6-15 3-CHOME IMAGAWA | HIGASHISUMIYOSHI-KU | | OSAKA | | 546-0003 | JAPAN |
| PAUL K. GUILLOW, INC. | ATTN: THOMAS G. BARKER | 40 NEW SALEM STREET | PO BOX 229 | | WAKEFIELD | MA | 01880 | |
| PELIKAN DANIEL | DOUBRAVICE 110 | | | | PARDUBICE | | 53353 | CZECH REPUBLIC |
| PHOENIX MODELS | ATTN: LEGAL DEPT. | 223 BIS HAI BA TRUNG STREET | DIST 3 | | HO CHI MINH CITY | | | VIETNAM |
| PIRUETAS S.A. | AVE. SAMUEL LEWIS | OBRARRIO | | | ZONA LIBRE COLON | | 4071 | PANAMA |
| PNC BANK, NA | ATTN: LEGAL DEPT. | 101 W WASHINGTON ST | | | INDIANAPOLIS | IN | 46255 | |
| PROLINE | ATTN: LEGAL DEPT. | 201 W LINCOLN ST | | | BANNING | CA | 92220 | |
| PROMINENCE | ATTN: LEGAL DEPT. | 1510 MEADOW WOOD LANE | | | RENO | NV | 89502 | |
| RADIOSISTEMI SRL | VIA NUOVA PROVINCIACE | 30/A | | | CARRARA | | | ITALY |
| RC4WD | ATTN: LEGAL DEPT. | 618 BLOSSOM HILL ROAD STE:201 | | | SAN JOSE | CA | 95123 | |
| RED TRUCK FIRE & SAFETY CO. | 4790 IRVINE BLVD | SUITE 105-110 | | | IRVINE | CA | 92620 | |
| REDCAT RACING | ATTN: LEGAL DEPT. | 3145 E. WASHINGTON ST. | | | PHOENIX | AZ | 85034 | |
| REDIPAK | P.O. BOX 2952 | | | | BEDFORDVIEW | | 2008 | REP. OF SOUTH AFRICA |
| RICHARD L. SCHEPACARTER | OFFICE OF THE UNITED STATES TRUSTEE DELAWARE | 844 KING ST., SUITE 2207 | LOCKBOX 35 | | WILMINGTON | DE | 19899-0035 | |
| RON ROMAN | R&R MOTORSPORTS | 101 STACY HAINES RD | | | LUMBERTON | NJ | 08048 | |
| S. KOUTSOS | | HALANDRI | | | ATHENS | | 15234 | GREECE |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | BROOKFIELD PLACE | 200 VESEY ST., SUITE 400 | NEW YORK | NY | 10281-1022 | |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | |
| SHALAT RACHOK HOBBY STORE | 17 BEN GURION STREET | | | | HERZLIYAH | | 46785 | ISRAEL |
| SHANGHAI MERIT TECHNOLOGY | ATTN: LEGAL DEPT. | NO.1058 TAO GAN ROAD | SHESHAN TOWN | SONGJIANG DISTRICT | SHANGHAI | | 201602 | CHINA |
| SIMPLY HEALTH | HAMBLEDEN HOUSE | WATERLOO COURT | | | ANDOVER | HAMPSHIRE | SP10 1LQ | UNITED KINGDOM |
| SOUND MGMT SOLUTIONS LTD.-C/O HOBBY CITY | 62 LUNN AVE MOUNT WELLINGTON | MOUNT WELLINGTON | | | AUKLAND | | 1072 | NEW ZEALAND |
| SOUTHERN MODEL SUPPLIES | 35 BENNET AVENUE | | | | MELROSE PARK | SA | 8036 | AUSTRALIA |
| SPEED HOBBY OMAN | SHOP #1 ALI ALSHIHANI COMPLEX | NORTH ALGUBRAH | | | MUSCAT | | 130 | OMAN |
| SPOKY CO., LTD. | 852-8 HWAGOK 2-DONG | GANGSEO-GU | | | SEOUL | | | SOUTH KOREA |
| SPORTHOBBY LIMITED ON BEHALF OF: | GUANGDONG QIAOYU AUTO PARTS | PARKOVAYA STREET | DOM 8 | | KHIMKI | | 141407 | RUSSIA |
| STATE OF DELAWARE | OFFICE OF THE US ATTORNEY GENERAL | ATTN: MATTHEW DENN | CARVEL STATE OFFICE BUILDING | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | |
| SYNCHRONY BANK | C/O PRA RECEIVABLES MANAGEMENT, LLC | PO BOX 41021 | | | NORFOLK | VA | 23541 | |
| TAG ALONG ASSOCIATES, LP | ATTN: LEGAL DEPT. OR COUNSEL | 2805 SOUTH BOULDER DR. | | | URBANA | IL | 61802 | |
| TAMIYA AMERICA, INC | ATTN: BRIAN MATTESON | 36 DISCOVERY, SUITE 200 | | | IRVINE | CA | 92618 | |
| TEAM JAMES RACING | 265-26 B1 YANGJAE-DONG | SEOCHO-GU | | | SEOUL | | 6776 | S. KOREA |
| TESTORS CORPORATION | ATTN: LEGAL DEPT. | 11 E. HAWTHORN PARKWAY | | | VERNON HILLS | IL | 60061 | |
| TEXTRON INNOVATIONS INC. | ATTN: VICE PRESIDENT, LICENSING | 40 WESTMINSTER STREET | | | PROVIDENCE | RI | 02903 | |
| TEXTRON INNOVATIONS INC. | C/O EQUITY MANAGEMENT INC. | ATTN: ASSOCIATE GENERAL COUNSEL | 4365 EXECUTIVE DRIVE, SUITE 1000 | | SAN DIEGO | CA | 92121 | |
| THE HOBBY HEADQUARTERS | 32/398 THE BOULEVARDE | KIRRAWEE N.S.W. | | | SYDNEY | | 2232 | AUSTRALIA |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | C/O DISABILITY INSURANCE SPECIALISTS, LLC | 1297-A BLUE HILLS AVENUE | PO BOX 86 | | BLOOMFIELD | CT | 06002 | |
| THUNDER TIGER CORP | NO 7 GONGYEGU 6TH RD | XITUN DIST. | | | TAICHUNG | | 40755 | TAIWAN |
| TIEN-KEE DEVELOPMENT TRADING | #10 ALLEY 11 | LANE 351 | FU-DE 1ST RD., HSI-CHIH | | TAIPEI SHIEN | | | TAIWAN |
| TRAXXAS, L.P. | C/O AKERMAN LLP | ATTN: JOHN E. MITCHELL AND LUIS R. CASAS MEYER | 2001 ROSS AVENUE, SUITE 3600 | | DALLAS | TX | 75201 | |
| TRAXXAS, L.P. | C/O RICHARDS, LAYTON & FINGER, P.A. | ATTN: JOHN H. KNIGHT AND PAUL N. HEATH | ONE RODNEY SQUARE | 920 NORTH KING STREET | WILMINGTON | DE | 19801 | |
| TREVOR BRINGANS, LTD. | PO BOX 76-156 | 3 RYAN PLACE | MANUKAU CITY | | AUCKLAND | | 2104 | NEW ZEALAND |
| TTSOLUTIONS, INC. | ATTN: EDDIE MAILLET | NO.540,SEC 1, MINISHENG N. RD. | GUISHAN DIST | | TAOYUAN CITY | | 333 | TAIWAN R.O.C. |
| U.S. BANK NA | ATTN: LEGAL DEPT. | ONE US BANK PLAZA | | | ST LOUIS | MO | 63101 | |
| UAB AUTOPASAULIS IR KO LTD | JERUZALES 2 | | | | VILNIUS | | LT-08414 | LITHUANIA |
| UNITED STATES DEPARTMENT OF LABOR | EMPLOYEE BENEFITS SECURITY ADMINISTRATION | ANNA DOZIER, SENIOR INVESTIGATOR | 2300 MAIN STREET, SUITE 1100 | | KANSAS CITY | MO | 64108 | |
| UNITED STATES POSTAL SERVICE | ATTN: LEGAL DEPT. | 1211 TOWANDA AVE | P.O. BOX 505820 | | BLOOMINGTON | IL | 61701 | |
| UPS EXPEDITED MAIL SERVICES, INC. | ATTN: LEGAL DEPT. | 12380 MORRIS ROAD | | | ALPHARETTA | GA | 30005 | |
| UPS LIMITED | UPS HOUSE | FOREST ROAD | | | FELTHAM | MIDDLESEX | TW13 7DY | UNITED KINGDOM |
| URBAN PLANTERS LEICESTERSHIRE | UNIT 4, OAKS INDUSTRIAL ESTATE | SNIBSTON DRIVE, RAVENTSONE RD | | | COALVILLE | LEICESTERSHIRE | LE67 3NB | UNITED KINGDOM |
| VESTERGAARD A/S | JEGINDOEVEJ 21 | | | | VIBORG | | 8800 | DENMARK |
| VICTORIA G. DORFFLER (BENEFICIARY TO MICHAEL DORFFLER, DECEASED) | 2418 GREENWAY CIRCLE | | | | CANON CITY | CO | 81212 | |
| WAIGO HOBBY ENTERPRISE CO. | 12/F | WANG FAI INDUSTRIAL BLDG | 29 LOK HOP STREET | SANPOKONG | KOWLOON | | | HONG KONG |
| WELLS FARGO BANK | C/O GOLDBERG KOHN LTD. | ATTN: RANDALL L. KLEIN, ESQUIRE, PRISCA M. KIM, ESQUIRE, ZACHARY J.GARRETT ESQUIRE,, AND JACOB MARSHALL, ESQUIRE, | 55 EAST MONROE STREET, SUITE 3300 | | CHICAGO | IL | 60603-5792 | |

In re: Hobbico, Inc., et al.
Case No. 18-10055 (KG)



**Exhibit B**
Served via First-Class Mail

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: LEGAL DEPT. | 1700 LINCOLN STREET | 3RD FLOOR | | DENVER | CO | 80203 | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O BURR & FORMAN LLP | ATTN: J. CORY FALGOWSKI | 1201 N. MARKET STREET | SUITE 1407 | WILMINGTON | DE | 19801 | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: LEGAL DEPT. | 230 W. MONROE STREET | | | CHICAGO | IL | 60606 | |
| WELLS FARGO, NA | ATTENTION OF: MICHAEL BLEECHER | 10 SOUTH WACKER DRIVE | 16TH FLOOR | | CHICAGO | IL | 60606 | |
| WELLS FARGO, NA | MAC D1109-019 | 1525 W WT HARRIS BLVD | | | CHARLOTTE | NC | 28262 | |
| WOODLAND | ATTN: LEGAL DEPT. | 101 E. VALLEY DRIVE | P.O. BOX 98 | | LINN CREEK | MO | 65052 | |
| XING YU | ATTN: LEGAL DEPT. | NO. 25 BAI JIAO SOUTH ROAD | BAI JIAO SCIENCE & TECH IND. AREA | | ZHUHAI | | 51912 | CHINA |
| YITIANFU ELECTRONICS TECH.CO. LTD | ATTN: LEGAL DEPT. | 3F, JINCHANGDA TECHNOLOGICAL PARK | GUANLAN TOWN | | BAOAN DIST | SHENZHEN | | CHINA |
| YOULI PLASTIC MANUFACTURE CO. LTD. | ATTN: LEGAL DEPT. | 7 THE KEER ROAD | TAISHI INDUSTRIAL ZONE | | GUANGZHOU | | | CHINA |
| ZERO TECHNOLOGIES | ROOM B 10/F, TOWER A, BILLIAN CENTRE, 1 WANG | KWONG ROAD, KOWLOON BAY | | | KOWLOON | | | HONG KONG |
| ZHEJIANG FEISHEN VEHICLE IND CO. | ATTN: DICK RUI | 98 BEIHU ROAD HARDWARE SCIENCE | TECHNOLOGY INDUSTRIAL ZONE | | YONGKANG | | 321300 | CHINA |
| ZHEJIANG FEISHEN VEHICLE INDUSTRY CO, LTD. | NORTH LAKE ROAD | HARDWARE SCIENTIFIC & TECHNOLOGICAL INDUSTRIAL ZONE | | | YONGKANG CITY | ZHEJIANG PROVINCE | 321300 | CHINA |