## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HOBBICO, INC., *et al.*,[1] | Case No. 18-10055 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF SALE OF MISCELLANEOUS ASSETS
## (WOOD INVENTORY)

**PLEASE BE ADVISED** that on January 10, 2018 Hobbico, Inc. (the "Company") and certain of its subsidiaries (collectively with the Company, the "Debtors" or "Sellers") filed for relief before the United States Bankruptcy Court for the District of Delaware (the "Court"). The Court presides over the Sellers' jointly administered chapter 11 bankruptcy cases captioned *In re Hobbico Inc. et al.,* Ch. 11 Case No. 18-10055 (KG) (Bankr. D. Del. Jan. 10, 2018).

**PLEASE BE FURTHER ADVISED** that on May 10, 2018, the Sellers filed with the Court a motion [Docket No. 414] (the "Miscellaneous Asset Procedures Motion")[2] seeking an order, among other things, approving certain procedures (collectively, the "Miscellaneous Asset Procedures") for the sale or abandonment of certain assets of relatively little or no net value to the Sellers' estates (collectively, the "Miscellaneous Assets").

**PLEASE BE FURTHER ADVISED** that on May 16, 2018, the Court entered an order [Docket No. 436] (the "Miscellaneous Asset Procedures Order"), among other things, approving the Miscellaneous Asset Procedures.

**PLEASE BE FURTHER ADVISED** that the Sellers seek to sell certain Miscellaneous Assets pursuant to the Miscellaneous Asset Procedures.

**PLEASE BE FURTHER ADVISED** that the following information is being provided pursuant to paragraph 21(a) of the Miscellaneous Asset Procedures Order:

| General Description of the Miscellaneous Assets Subject to the Sale | Certain wood inventory owned by Sellers and located at the warehouse facilities with addresses of 1608 Interstate Drive, Champaign, Illinois, 3002 North Apollo |
|---|---|

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hobbico, Inc. (9545); Arrma Durango Ltd; Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302). The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

[2]     Capitalized terms not otherwise defined herein have the meanings given to them in the Miscellaneous Asset Procedures Motion.

|  | Drive, Champaign, Illinois |
|---|---|
| Proposed Purchaser of the Miscellaneous Assets | PAUL K. GUILLOW, INC. ("Purchaser") |
| Any Commissions to Be Paid to Third Parties Used to Sell or Auction the Miscellaneous Assets | None |
| A Summary of the Material Terms of the Sale | The Purchaser will acquire the Miscellaneous Assets for $80,000.00 |

**PLEASE BE FURTHER ADVISED** that, pursuant to the Miscellaneous Asset Procedures, the Sellers have filed and served this notice upon (i) any known affected creditor asserting a Lien on any assets subject to such sale; (ii) counsel to the Prepetition Agent and Postpetition Agent for the Prepetition Lenders and the Postpetition Lenders (as such terms are defined in the DIP Financing Order); (iii) counsel to the Committee; (iv) the U.S. Trustee; (v) counsel to Cyprium Investors IV AIV I LP; (vi) counsel to GreatBanc Trust Company, trustee of the Hobbico, Inc. Employee Stock Ownership Plan; and (vii) the general service list established in these cases pursuant to Bankruptcy Rule 2002 (the "Notice Parties").

**PLEASE BE FURTHER ADVISED** that the deadline to file an objection to the sale of the Miscellaneous Assets (an "Objection") will be **July 9, 2018 at 4:00 p.m.** (prevailing Eastern Time) (the "Objection Deadline").

**PLEASE BE FURTHER ADVISED** that if none of the Notice Parties file and serve upon counsel to the Sellers a written Objection (including by email) on or before the Objection Deadline, then the Sellers may immediately consummate the transaction, including by making any disclosed payments to third-party brokers or auctioneers. If an Objection is filed or served within such period that cannot be resolved, such assets shall not be sold except upon further order of the Court after notice and a hearing.

Dated: July 3, 2018                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       Wilmington, Delaware


                                           _/s/ Matthew O. Talmo_____
                                           Robert J. Dehney (No. 3578)
                                           Curtis Miller (No. 4583)
                                           Matthew O. Talmo (No. 6333)
                                           1201 N. Market Street, 16th Floor
                                           P.O. Box 1347
                                           Wilmington, Delaware  19899-1347
                                           Telephone: (302) 658-9200
                                           Facsimile: (302) 658-3989
                                           rdehney@mnat.com
                                           cmiller@mnat.com
                                           mtalmo@mnat.com

                                                      - and –

                                           NEAL, GERBER & EISENBERG LLP
                                           Mark A. Berkoff (admitted pro hac vice)
                                           Nicholas M. Miller (admitted pro hac vice)
                                           Thomas C. Wolford (admitted pro hac vice)
                                           Two North LaSalle Street, Suite 1700
                                           Chicago, Illinois  60602
                                           Telephone:  (312) 269-8000
                                           Facsimile:   (312) 269-1747
                                           mberkoff@nge.com
                                           nmiller@nge.com
                                           twolford@nge.com


                                           *Co-Counsel to the Debtors and Debtors in Possession*