IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HOBBICO, INC., *et al.*,[1]<br><br>                           Debtors. | Chapter 11<br><br>Case No. 18-10055 (KG)<br><br>(Jointly Administered) |

**NOTICE OF FILING FINAL REPORT AND ACCOUNT**
**PURSUANT TO BANKRUPTCY RULE 1019(5)(A)(ii)**

PLEASE TAKE NOTICE that on July 11, 2018 the Court entered in the chapter 11 cases of the above captioned debtors (the "Debtors") the *Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* (the "Conversion Order") [Docket No. 531].

PLEASE TAKE FURTHER NOTICE that pursuant to the Conversion Order, and in accordance with Rule 1019(5)(A)(ii) of the Federal Rules of Bankruptcy Procedure, the Debtors hereby submit their final report and account to the United States Trustee for the District of Delaware, which is attached hereto as Exhibit 1.

| | |
|---|---|
| Dated: August 8, 2018<br>Wilmington, DE | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>*/s/ Curtis S. Miller*<br>Robert J. Dehney (No. 3578)<br>Curtis S. Miller (No. 4583)<br>Matthew O. Talmo (No. 6333)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hobbico, Inc. (9545); Arrma Durango Ltd.; Tower Hobbies, Inc. (5185); Great Planes Model Manufacturing, Inc. (5259); United Model, Inc. (5302); Revell Inc. (8545); Estes-Cox Corp. (2196); and Axial R/C Inc. (0233). The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.