# **Exhibit 1**

INCLUDED DOCUMENTS

| Item | Description | Page |
|---|---|---|
| I. | Summary of Bank Accounts and Cash Balances on Date of Conversion | 1 |
| II. | Accounts Receivable | 2 |
| III. | Post-Petition Accounts Payable | 3 |
| IV. | Summary of Asset Disposals During Chapter 11 | 4 |
| V. | Residual Receivables and Retainers | 5 |
| VI.(a) | Executory Contracts and Unexpired Leases Assigned to Horizon Hobby | 6 |
| VI.(b) | Executory Contracts and Unexpired Leases Assigned to Estes Industries | 8 |
| VI.(c) | Executory Contracts and Unexpired Leases Assigned to Blitz GmbH | 10 |
| VI.(d) | Executory Contracts and Unexpired Leases Assigned to MT Acquisitions | 11 |
| VI.(e) | Rejected Executory Contracts and Unexpired Leases | 12 |

In re:    HOBBICO, INC., et al. (Debtor-in-possession)
Case No: 18-10055 (KG)
Period: Final Report as of July 18, 2018

## I. Summary of Bank Accounts and Cash Balances on Date of Conversion

| Entity | Debtor # | Bank | Account Number | Type | Bank Balance as of 7/18/18 | Book Balance as of 7/18/18 | Comments |
|---|---|---|---|---|---|---|---|
| Hobbico Inc. | 18-10055 (KG) | Wells Fargo | xxx5253 | Collections | | | Subject to Horizon DACA |
| Hobbico Inc. | 18-10055 (KG) | Wells Fargo | xxx4929 | Disbursement | | | |
| Hobbico Inc. | 18-10055 (KG) | Wells Fargo | xxx8089 | Operating | $239,719.13 | $172,946.47 | Subject to open payables and $115K Horizon Claim |
| Hobbico, Inc. (Reno NV) | 18-10055 (KG) | Wells Fargo | xxx8063 | Collections | | | Closed on or before 5/7/18 |
| Hobbico, Inc. (Reno NV) | 18-10055 (KG) | Wells Fargo | xxx0831 | Disbursement | | | Closed on 5/7/18 |
| Hobbico Inc. | 18-10055 (KG) | Wells Fargo | xxx1056 | Utility Escrow | $29,728.60 | $29,728.60 | Subject to unpaid post petition utility invoices |
| Hobbico Inc. | 18-10055 (KG) | Delaware Trust | xxx3386 | Deposit Escrow | | | |
| Hobbico Inc. | 18-10055 (KG) | Delaware Trust | xxx3862 | Lincoln Fee Escrow | | | |
| Hobbico Inc. | 18-10055 (KG) | Busey | xxx7442 | Operating Expens | $500.00 | $500.00 | Remainder for estimated July bank fees |
| Hobbico Inc. | 18-10055 (KG) | Busey | xxx9092 | Fee Carve Out | | | |
| Tower Hobbies, Inc. | 18-10059 (KG) | Wells Fargo | xxx8022 | Collections | | | Subject to Horizon DACA |
| Tower Hobbies, Inc. | 18-10059 (KG) | Wells Fargo | xxx0849 | Disbursement | | | Closed on 5/7/18 |
| Tower Hobbies, Inc. | 18-10059 (KG) | Wells Fargo | xxx7826 | Operating | | | Closed on 6/19/18 |
| Tower Hobbies, Inc. | 18-10059 (KG) | Wells Fargo | xxx8048 | Collections | | | Subject to Horizon DACA (Hobby Shipper) |
| Tower Hobbies, Inc. (Omni) | 18-10059 (KG) | Wells Fargo | xxx8030 | Collections | | | Subject to Horizon DACA (Omni Models) |
| Axial | 18-10056 (KG) | Wells Fargo | xxx8014 | Collections | | | Subject to Horizon DACA |
| Axial | 18-10056 (KG) | Wells Fargo | xxx8166 | Disbursement | | | Closed on 5/7/18 |
| Axial | 18-10056 (KG) | Wells Fargo | xxx6798 | Operating | | | Closed on 5/7/18 |
| ADL | 18-10158 (KG) | Lloyds Bank | xxx8068 (GBP) | Operating | $4,998.11 | | |
| ADL | 18-10158 (KG) | Lloyds Bank | xxx7839 (USD) | Operating | $913.62 | $6,100.00 | Total USD denominated balance for all three ADL accounts |
| ADL | 18-10158 (KG) | Lloyds Bank | xxx6416 (EUR) | Operating | $342.07 | | (ADL balance by account was not available for July book close) |
| Great Planes Model Mfg, Inc. | 18-10057 (KG) | Wells Fargo | xxx8055 | Collections | | | |
| Great Planes Model Mfg, Inc. | 18-10057 (KG) | Wells Fargo | xxx0856 | Disbursement | | | Closed on 5/7/18 |
| Great Planes Model Mfg, Inc. | 18-10057 (KG) | Wells Fargo | xxx7842 | Operating | | $189.39 | Closed on 5/7/18 - Book balance is petty cash on hand |
| United Model | 18-10060 (KG) | Wells Fargo | xxx8071 | Collections | | | |
| United Model | 18-10060 (KG) | Wells Fargo | xxx0864 | Disbursement | | | Closed on 5//7/18 |
| United Model | 18-10060 (KG) | Wells Fargo | xxx7743 | Operating | | | |
| Estes-Cox | 18-10054 (KG) | Wells Fargo | xxx8006 | Collections | | | Closed on 5/7/18 |
| Estes-Cox | 18-10054 (KG) | Wells Fargo | xxx0872 | Disbursement | | | Closed on 5/7/18 |
| Estes-Cox | 18-10054 (KG) | Wells Fargo | xxx1522 | Operating | | | Closed on 5/7/16 |
| Revell | 18-10058 (KG) | Wells Fargo | xxx7990 | Collections | | | |
| Revell | 18-10058 (KG) | Wells Fargo | xxx2707 | Disbursement | | ($21,619.60) | Book balance is open checks that will ZBA from x8089 account |
| Revell | 18-10058 (KG) | Wells Fargo | xxx6909 | Operating | | | |
| **Total Cash as of 7/18/18** | | | | | **$276,201.53** | **$187,844.86** | |

Bank to Book Reconciling Entries

| | |
|---|---|
| Open Pre-Petition Hobbico Checks | ($66,772.66) |
| Open Post-Petition Revell checks | ($21,619.60) |
| Petty Cash on hand | $189.39 |
| ADL Actual to Book variance | ($153.80) |
| **Book Balance as of 7/18/18** | **$187,844.86** |

Note that secured lenders have a senior secured claim on remaining cash balances, subject to certain post-petition and administrative claims as detailed in attached schedule III. Accounts Payable.

In re: HOBBICO, INC., et al. (Debtor-in-possession)
Case No: 18-10055 (KG)
Period: Final Report as of July 18, 2018

**II. Accounts Receivable**

| Customer Receivables | Total | Comment |
|---|---:|---|
| **Revell-US** | | |
| Accounts receivable | $ 1,327,118 | Revell-US trade receivables have been assigned to the Senior Secured Lender and are |
| Allowance for bad debt | $ (78,948) | subject to offset of Revell GmBh payables as detailed in Schedule III. (Accounts Payable) |
| Total Revell-US Receivables | $ 1,248,170 | and Estes intercompany receivables eliminated below. |
| **United Model** | | |
| Accounts receivable | $ 292,803 | United Model trade receivables have been assigned to the Senior Secured Lender and are |
| Allowance for bad debt | $ - | subject to offset for Customer Progams Liability as detailed in Schedule III. Accounts |
| Total United Model Receivables | $ 292,803 | Payable |
| **ADL** | | |
| Accounts receivable | $ 3,635 | VAT Refund |
| Allowance for bad debt | $ - | |
| Total ADL Receivables | $ 3,635 | |
| **GPMM** | | |
| Accounts receivable | $ 104,618 | The majority ($95,403) is eliminated below as an receivable from Hobbico. The remainder is |
| Allowance for bad debt | $ - | aged receivables as detailed only in schedules (paper copy only) maintained on-site with |
| Total GPMM Receivables | $ 104,618 | Debtor. |
| **Subtotal - Pre-Eliminations** | | |
| Accounts receivable | $ 1,728,174 | |
| Allowance for bad debt | $ (78,948) | |
| Subtotal - Pre-Eliminations Receivables | $ 1,649,227 | |
| **Eliminations - All Subsidiaries** | | |
| Accounts receivable | $ (120,210) | Hobbico receivable from Estes $24,807 and Hobbico receivable from GPMM $95,403. |
| Total Eliminations - All Subsidiaries Receivables | $ (120,210) | |
| **Total - Post-Eliminations - All Subsidiaries** | | |
| Accounts receivable | $ 1,607,965 | |
| | $ (78,948) | |
| **Total - Post-Eliminations - All Subsidiaries Receivables** | **$ 1,529,017** | |

In re:   HOBBICO, INC., et al. (Debtor-in-possession)  
Case No: 18-10055 (KG)  
Period: Final Report as of July 18, 2018

**III. Post Petition Accounts Payable**

| Hobbico Post Petition Payables | Bill Date | Amount | Service Dates | Comments | Address | City / State / Zip |
|---|---|---|---|---|---|---|
| Ameren Illinois | 5/18/2018 | $ 228.19 | 04/17 - 05/16 | | PO Box 88034 | Chicago, IL  60680-1034 |
| Ameren Illinois | 6/12/2018 | $ 132.25 | 05/16 - 06/08 | | PO Box 88034 | Chicago, IL  60680-1034 |
| Constellation | 7/9/2018 | $ 2,458.20 | | | PO Box 4640 | Carol Stream IL  60197-4640 |
| Constellation | 7/9/2018 | $ 234.23 | | | PO Box 4640 | Carol Stream IL  60197-4640 |
| Constellation | 6/21/2018 | $ 322.76 | | | PO Box 4640 | Carol Stream IL  60197-4640 |
| Constellation | 6/13/2018 | $ 11.13 | | | PO Box 4640 | Carol Stream IL  60197-4640 |
| Constellation | 5/31/2018 | $ 84.38 | | | PO Box 4640 | Carol Stream IL  60197-4640 |
| Constellation | 6/18/2018 | $ 138.69 | | | PO Box 4640 | Carol Stream IL  60197-4640 |
| Constellation | 7/9/2018 | $ 928.54 | | | PO Box 4640 | Carol Stream IL  60197-4640 |
| Constellation | 6/21/2018 | $ 943.53 | | | PO Box 4640 | Carol Stream IL  60197-4640 |
| Constellation | 5/22/2018 | $ 916.70 | | | PO Box 4640 | Carol Stream IL  60197-4640 |
| Constellation | 5/10/2018 | $ 87.03 | | | PO Box 4640 | Carol Stream IL  60197-4640 |
| Urbana-Champaign Sanitary | 5/23/2018 | $ 166.68 | 03/02 - 05/03 | | PO Box 788 | Urbana, IL  61803-0788 |
| Illinois American Water | 6/19/2018 | $ 39.61 | 05/04 - 06/06 | | PO Box 3027 | Milwaukee, WI  53201-3027 |
| Republic Services | 6/20/2018 | $ 802.67 | June / July | Called and told them it was cancelled | PO Box 9001154 | Louisville, KY  40290-1154 |
| Republic Services | 6/21/2018 | $ 479.73 | June / July | Called and told them it was cancelled | PO Box 9001154 | Louisville, KY  40290-1154 |
| FE Moran Security | 6/15/2018 | $ 295.00 | Annual Inspection | | 3001 Research Rd, Suite A | Champaign IL  61822 |
| AT&T | 5/22/2018 | $ 101.82 | 05/22 - 06/21 | | PO Box 5080 | Carol Stream IL  60197-5080 |
| AT&T | 6/22/2018 | $ 104.17 | 06/22 - 07/21 | | PO Box 5080 | Carol Stream IL  60197-5080 |
| AT&T | 6/19/2018 | $ 267.85 | 06/19 - 07/18 | | PO Box 5080 | Carol Stream IL  60197-5080 |
| David Whaley | 7/2/2018 | $ 225.38 | | Previously paid by company | 624 W 2nd St | Lamoni IA  50140 |
| Bitco | 6/5/2018 | $ 1,000.00 | | Claim Deductible | 10733 Sunset Office Drive, Suite 430 | St. Louis, MO  63127-1033 |
| Bitco | 6/19/2018 | $ 1,000.00 | | Claim Deductible | 10733 Sunset Office Drive, Suite 430 | St. Louis, MO  63127-1033 |
| WestRock | 2/15/2018 | $ 2,370.70 | Called & Emailed | Boxes purchased in February | PO Box 409813 | Atlanta, GA  30384-9813 |
| Affa Invoice | 3/3/2018 | $ 246.00 | | Freight | Unit C, 13/F., Shield Ind. Centre, 84-92 | Chai Wan Kok St., Tsuen Wan, N.T. H.K. |
| Model Aviation | 6/7/2018 | $ 3,658.24 | Called & Emailed | Told filed Chapter 7 - said will write off | 5161 E. Memorial Dr. | Muncie, IN  47302 |
| PMA | 6/1/2018 | $ 2,731.00 | | Claim Handling Charge | PO Box 824857 | Philadelphia PA 19182-4857 |
| Cook County Dept of Environmental | 4/15/2018 | $ 105.00 | | | 69 W. Washington St., Suite 1900 | Chicago IL  60602 |
| American Welding & Gas | 7/6/2018 | $ 1,161.00 | | 6 Lost forklift propane cylinders | PO Box 74008003 | Chicago IL  60674-8003 |
| Greatbanc | 6/15/2018 | $ 28,750.00 | | | 801 Warrenville Road, Suite 500 | Lisle, IL  60532 |
| IRS | 7/16/2018 | $ 348.56 | | 2017 940 Penalties/Interest | | Ogden UT 84201-0039 |
| Sunguard Availability Services | 5/22/2018 | $ 6,567.00 | 5/1/to 7/31 | Availability services | 91233 Collection Center Drive | Cicago, IL 60693 |
| US Trustee | | $ 79,687.39 | 4/1 - 7/18 | Net of $39,795 Q1 Overpayment | P.O. Box 530202 | Atlanta, GA 30353-0202 |
| Horizon Final Reconciliation | | $ 115,000.00 | | Horizon sales reciepts pass through | | |
| Estes Final Reconciliation | | $ 4,933.02 | | Estes Sales receipts pass through | | |
| **Total Open Hobbico AP** | | **$ 256,526.45** | | **[Note that $29,728.60 remains in the a Utility escrow account at Wells to address the utility portion of open payables]** | | |

| United Model Post Petition Payables | Bill Date | Amount | Service Dates | Comments |
|---|---|---|---|---|
| Various Customer Receivable Offsets | | $ 147,050.00 | | Estimated amount of customer program discounts that will reduce value of receivables collected by Hilco as agent for Lenders |

| Revell US Post Petition Payables | Bill Date | Amount | Invoice | Comments |
|---|---|---|---|---|
| Kong Link Engineering | 3/30/2018 | $ 13,440.00 | IN-18/022 | Disputed claim |
| Longshore Limited | 4/12/2018 | $ 4,000.00 | RN1701515A | Disputed claim |
| Revll GmbH & Co KG | 3/29/2018 | $ 26,961.87 | 021058 | |
| Revll GmbH & Co KG | 3/30/2018 | $ 35,456.98 | 021283 | Revell GmbH payables are subject to offsetting receivables (undisputed by Revell GmbH) of $178,818.82 and additional disputed |
| Revll GmbH & Co KG | 4/8/2018 | $ 36,375.67 | 023463 | offseting receivables of $74,923. The net post petition balance with Revell GmbH is therefore either a $17,5701 payable or a |
| Revll GmbH & Co KG | 5/4/2018 | $ 47,853.56 | 031479 | $57,353 receivable depending upon which party is resonsible for reclaiming a VAT tax refund on royalties paid. |
| Revll GmbH & Co KG | 5/4/2018 | $ 49,740.74 | 031934 | |
| **Total Open Hobbico AP** | | **$ 213,828.82** | | |

The amounts listed represent amounts for which the Debtors received invoices. Many of the claims in this table are unsubstantiated or may be subject to offset as noted. The inclusion of any claim in this table indicates only that such claims may potentially be owed by the Debtors.

In re:     HOBBICO, INC., et al. (Debtor-in-possession)                    **IV. Summary of Asset Disposals**
Case No:   18-10055 (KG)
Period:    Final Report as of July 18, 2018

| Docket Number | Date Filed | Docket Name | Asset Description | $ Value | Seller |
|---|---|---|---|---|---|
| 316 | 4/2/2018 | Order (A) Approving the sale of Certain assets of the Debtors Free and Clear of All Liens, Claims and Encumbrances; (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Authorizing debtors to Consummate Transactions Related to the Above and (D) Granting Certain Other Relief. | Champaign owned Real Estate, Inventory, Accounts Receivable of Sellers, Equipment, Deposits and prepayments, Intellectual Property. | $18,800,000.00 | Hobbico Tower GPMM Axial |
| | | | Real Property - see filed sched 2.1(a) Personal Property - see filed sched 2.1 (b) Accounts Receivable Inventory Books and Records Intellectual Property Contracts, Agreements, Licenses | $ 7,000,000.00 | Estes Cox Corp. |
| 361 | 4/13/2018 | Order approving the sale of Global Revell Lot Free and Clear of All Liens, Claims Interests, and Encumbrances; (B) Approving the assumption and assignment of certain executory contracts and unexpired leases pursuant to Section 365 of the Bankruptcy Code; (C) Authorizing the Debtors to consummate transaction related to the above; and (D) granting certain other relief | All of the outstanding equity interest in Hobbico's foreign subsidiary Hobbico Deutschland Holding GmbH, which is in turn the sole owner of Revell GmbH. | $ 3,900,000.00 | Hobbico Inc. and Revell, Inc. |
| 436 | 5/16/2018 | Order (I) Authorizing the sale of assets, free and clear of all liens, claims, liabilities, encumbrances, and interest of any kind or nature whatsoever, to MT Acquisitions, LLC, (II) Approving assumption and assignment of executory contract(s) (III) approving procedures for the sale or abandonment of miscellaneous assets, and (IV) granting related relief. | Urbana Real Estate, Inventory of GPMM other than Excluded Inventory, Equipment of GPMM, other than Excluded Equipment, Contracts, Purchased Causes of Action. | $ 557,000.00 | Hobico, Inc., Great Planes Model Manufacturing, Inc. |
| 444 | 5/171/18 | Exhibit(s) Notice of Sale of Miscellaneous Assets (Viking Warehouse Racking) (Related Document(s) [414], [436]) | Viking Warehouse Racking | $ 23,832.00 | Hobbico Inc. |
| 454 | 5/23/2018 | Notice of Sale of Property Free and Clear of Liens - 363(f) FRBP 6004 Notice Of Sale And Abandonment Of Miscellaneous Assets (Branded Packing And Spare Model Airplane Parts) Filed by Hobbico, Inc.. Objections due by 5/29/2018. (Miller, Curtis) | Branded Packing And Spare Model Airplane Parts | $ - | GPMM |
| 506 | 6/28/2018 | Notice of Sale of Miscellaneous Assets (Warehouse Machinery, Equipment, Racking, Forklifts, Order Pickers and Other Personal Property) (Related Document(s) [436]) Filed by Hobbico, Inc. | Viking and EGV Warehouse Machinery, Equipment, Racking, Forklifts, Order Pickers and Other Personal Property | $ 27,500.00 | Hobbico Inc. |
| 518 | 7/3/2018 | Exhibit(s) Notice of Sale of Miscellaneous Assets (Pallet Racking, and Related Personal Property) Filed by Hobbico, Inc.. (Talmo, Matthew) | Viking Pallet Racking, and Related Personal Property | $ 30,420.00 | Hobbico Inc. |
| 519 | 7/3/2018 | Exhibit(s) Notice of Sale of Miscellaneous Assets (Wood Inventory) Filed by Hobbico, Inc.. (Talmo, Matthew) | Wood Inventory | $ 80,000.00 | GPMM |
| 532 | 7/11/2018 | Notice of Sale of Property Free and Clear of Liens - 363(f) FRBP 6004 Notice of Sale of Miscellaneous Assets (Racking Inventory) Filed by Hobbico, Inc. | Viking Racking Inventory | $ 12,000.00 | Hobbico Inc. |
| 533 | 7/11/2018 | Notice of Sale of Property Free and Clear of Liens - 363(f) FRBP 6004 Notice of Sale of Miscellaneous Assets (C-Me Selfie Drones) Filed by Hobbico, Inc. | C-Me Selfie Drones | $ 5,000.00 | Revell US |
| 534 | 7/11/2018 | Notice of Sale of Property Free and Clear of Liens - 363(f) FRBP 6004 Notice of Sale of Miscellaneous Assets (Wood Tools) Filed by Hobbico, Inc. | Wood Tools | $ 10,000.00 | GPMM |
| 535 | 7/11/2018 | Notice of Sale of Property Free and Clear of Liens - 363(f) FRBP 6004 Notice of Sale of Miscellaneous Assets (Racking Inventory) Filed by Hobbico, Inc. | EGV Racking Inventory | $ 3,500.00 | Revell US |
| 536 | 7/11/2018 | Notice of Proposed Abandonment of Property of the Estate Notice of Abandonment of Miscellaneous Assets (Accounts Receivable) Filed by Hobbico, Inc. | | $ - | |

In re:     HOBBICO, INC., et al. (Debtor-in-possession)
Case No:   18-10055 (KG)
Period:    Final Report as of July 18, 2018

**V. Residual Receivables and Retainers**

| Other Receivables | Total | Address |
|---|---:|---|
| **Professional Retainers** | | |
| Burr & Forman | $ 10,000 | P.O. Box 830719 Birmingham, Alabama 35283-0719 |
| Charles Rohrs | $ 2,993 | 14 Richardson St. Newton, MA  02458 |
| CR3 Partners, LLC | $ 1,099 | 13355 Noel Road, Suite 310  Dallas, TX  75240 |
| Drinker Biddle & Reath | $ 14,438 | 191 N. Wacker Drive, Suite 3700  Chicago, IL  60606-1698 |
| Geldards | $ 46,945 | The ARC Enterprise Way  Nottingham, NG2 1EN |
| Krieg Devault | $ 56,047 | One Indiana Square Suite 2800  Indianapolis, IN  46204-2079 |
| MTM Global | $ 5,000 | www.mtmglobal.net |
| RSM US | $ 56,127 | 2021 South First Street, Suite 110  Champaign, IL  61820-9875 |
| Steiker, Greenapple & Fusco | $ 5,000 | 555 E. City Avenue, Suite 910  Bala Cynwyd, PA  19004 |
| Vedder Price | $ 5,000 | 222 North Lasalle Street  Chicago, IL  60601 |
| **Total Professional Retainers** | **$ 202,649** | |
| | | |
| **Estimated Insurance Refunds (Estimated amounts, subject to audit and potential $56,800 offset due on Estes GL Policy)** | | |
| Hobbico BITCO Auto Policy | $ 4,863 | 3700 Market Square Cir., Davenport, IA 52807 |
| Hobbico Bitco Worker's Compensation Policy | $ 95,997 | 3700 Market Square Cir., Davenport, IA 52807 |
| Hobbico Hartford Ocean Marine Policy | $ 2,104 | 200 Hopmeadow St. Simsbury, Ct 06089 |
| Hobbico Federal Insurance 15 x 10 Umbrella Policy | $ 4,550 | 202B Hall's Mill Road, Whitehouse Station, NJ 08889 |
| Hobbico AFCO Financed GL Policy | $ 163,992 | 5600 N. River Road Suite 400, Rosemont, IL 60018-5187 |
| Estes Pinnacol Worker's Compensation Policy | $ 11,042 | 7501 E Lowry Blvd Denver, CO. 80230 |
| Estes AFCO Financed General Liability Policy | $ (56,844) | 5600 N. River Road Suite 400, Rosemont, IL 60018-5187 |
| **Total Estimated Insurance Refunds** | **$ 225,704** | |

In re: HOBBICO, INC., et al. (Debtor-in-possession)　　Case 18-10055-KG　Doc 554-1　Filed 08/08/18　Page 7 of 14
Case No: 18-10055 (KG)　　VI.(a) Executory Contracts and Unexpired Leases
Period: Final Report as of July 18, 2018　　Assigned to Horizon Hobby

"Acquired Assets" shall include all of each Seller's right, title and interest in and to the following…(e) the following Contracts (the "Listed Contracts") all of which shall be Assigned Contracts:
those Contracts (other than purchase orders or sales orders) identified on Schedule 2.1(e)(i), as such Schedule may be updated from time to time by Purchaser pursuant to Section 6.9

**Horizon/Hobbico Purchase Agreement Schedule 2.1(e)(i) Certain Listed Contracts**

| DEBTOR CONTRACT ID | NON-DEBTOR COUNTERPARTY |
|---|---|
| 1009 | KNIFE EDGE SOFTWARE (KES) |
| 1011 | LOCKHEED MARTIN CORPORATION |
| 1012 | ASSOCIATED INTEGRATED SUPPLY CHAIN SOLUTIONS |
| 1013 | DIGITAL COPY SYSTEMS, LLC |
| 1015 | BAZAAR VOICE |
| 1022 | THE WEAK SIGNALS R/C CLUB |
| 1023 | COSCO SHIPPING LINES CO, LTD |
| 1040 | ITCANFLY, LLC |
| 1042 | NO COAST DESIGN LLC |
| 1043 | CUMMINS CROSSPOINT LLC |
| 1045 | AVAYA |
| 1050 | ASSOCIATED INTEGRATED SUPPLY CHAIN SOLUTIONS |
| 1051 | ASSOCIATED INTEGRATED SUPPLY CHAIN SOLUTIONS |
| 1052 | ASSOCIATED INTEGRATED SUPPLY CHAIN SOLUTIONS |
| 1053 | MAXON |
| 1054 | MAXON |
| 1055 | MAXON |
| 1056 | TRUSTWAVE HOLDINGS |
| 1057 | ARPEGGIO SOFTWARE |
| 1058 | TOWNSEND SECURITY |
| 1059 | DELL |
| 1060 | DELL |
| 1061 | ACRONIS |
| 1062 | OPENTEXT |
| 1063 | LRS |
| 1064 | DELL |
| 1065 | DELL |
| 1067 | DELL |
| 1073 | SHI |
| 1074 | CISCO/CDW |
| 1075 | MICROSOFT |
| 1076 | COGNOS PIER 1/SERVERBEACH |
| 1077 | DELL |
| 1088 | AVAYA |
| 1079 | BARRACUDA |
| 1080 | SHI |
| 1081 | TRENDMICRO |
| 1083 | STRATEGIC MOBILITY GROUP |
| 1085 | DELL |
| 1086 | VEEAM |
| 1087 | DELL |
| 1088 | AVAYA |
| 1093 | CARDINAL COMMERCE |
| 4001 | CARDINAL COMMERCE |
| 5001 | DOCRAPTOR |
| 5002 | ESET |
| 5003 | GS1 UK |
| 5004 | NET THREAT |
| 5005 | PIB INSURANCE BROKERS |
| 5006 | PLUSNET TECHNOLOGIES LTD |
| 5007 | SCOTTISH WIDOWS |
| 5008 | SIMPLY HEALTH |
| 5009 | SMITH COOPER SYSTEM PARTNERS |
| 5010 | TAMWORTH OFFICES LIMITED |
| 5011 | UK2 |
| 5012 | VITALITY HEALTH INSURANCE |
| 6001 | ALDERSON FAMILY TRUST |
| 6002 | ALDERSON FAMILY TRUST |
| 6005 | JAKE HALLENBECK |
| 6006 | GENERAL MOTORS LLC |
| 6007 | CURRIE ENTERPRISES/CASEY CURRIE MOTORSPORTS |
| 6008 | FELD MOTOR SPORTS, INC. |
| 6009 | GENERAL MOTORS LLC |
| 6010 | AIRCRAFT RUBBER MANUFACTURING, INC. D/B/A FUEL SAFE SYSTEMS |
| 6011 | AOE4X4 / AMERICAN OVERLAND EXPEDITION |
| 6012 | AREA BFE |
| 6013 | BAJA DESIGNS INC. |
| 6014 | BOMBARDIER RECREATIONAL PRODUCTS INC. ("BRP) |
| 6015 | BULLDOG WINCH COMPANY LLC |

Case 18-10055-KG   Doc 554-1   Filed 08/08/18   Page 8 of 14

In re:     HOBBICO, INC., et al. (Debtor-in-possession)
Case No:   18-10055 (KG)
Period:    Final Report as of July 18, 2018

VI.(a) Executory Contracts and Unexpired Leases
Assigned to Horizon Hobby

**Horizon/Hobbico Purchase Agreement Schedule 2.1(e)(i) Certain Listed Contracts**

| | |
|---|---|
| 6016 | CBM MOTORSPORTS LLC |
| 6017 | CBR PERFORMANCE PRODUCTS INC. |
| 6018 | CHASSIS UNLIMITED INC. |
| 6019 | CONTINENTAL TIRE THE AMERICAS, LLC |
| 6020 | DANA LIMITED |
| 6021 | EATON CORPORATION |
| 6022 | ENERSYS AFFILIATED COMPANIES, |
| 6023 | FINISH LINE MARKETING/HAWK PERFORMANCE |
| 6024 | HANKOOK TIRE AMERICA CORP. |
| 6025 | ICON VEHICLE DYNAMICS |
| 6026 | JCR OFFROAD INC. |
| 6027 | KAMM INDUSTRIES INC. D/B/A PRP SEATS |
| 6028 | KING SHOCK TECHNOLOGY, INC. |
| 6029 | MAGNAFLOW |
| 6030 | MAXIMUM TRANSMISSIONS INC. |
| 6031 | MAXXIS INTERNATIONAL |
| 6032 | MAXXIS INTERNATIONAL |
| 6033 | MIDWEST TRUCK AND AUTO PARTS INC. D/B/A MOTIVE GEAR |
| 6034 | NAVICO INC. |
| 6035 | NITRO GEAR AND AXLE |
| 6036 | NOTCH CUSTOMS LLC |
| 6037 | OVERLAND JOURNAL |
| 6038 | PCI RACE RADIOS INC. |
| 6039 | POISON SPYDER CUSTOMS INC. |
| 6040 | PRECISION DESIGNS "SPOD" |
| 6041 | PRO COMP INC. |
| 6042 | RANCHO DRIVETRAIN ENGINEERING INC. |
| 6043 | RIGID INDUSTRIES |
| 6044 | RUBICON EXPRESS INC. |
| 6045 | SUMITOMO RUBBER INDUSTRIES, LTD. |
| 6046 | THE KHATEL |
| 6047 | TRAIL READY PRODUCTS LLC |
| 6048 | TREK ARMOR INC. |
| 6049 | WALKER EVANS RACING |
| 6050 | WHEELPROS LLC |
| 6051 | WILWOOD ENGINEERING |
| 6052 | WURTON LLC |
| 6053 | YOTAMASTERS INC. |
| 6054 | HAMMERKING PRODUCTIONS, INC./ULTRA4 RACING TOUR |
| 6055 | SCORE INTERNATIONAL |
| 6056 | BOMBER FABRICATION |
| 6057 | SMART SYSTEMS TECHNOLOGIES |
| 6058 | CENTURY BUSINESS SOLUTIONS |
| 6059 | CENTURY BUSINESS SOLUTIONS |
| 6061 | SAGE |

Case 18-10055-KG    Doc 554-1    Filed 08/08/18    Page 9 of 14

In re: HOBBICO, INC., et al. (Debtor-in-possession)
Case No: 18-10055 (KG)
Period: Final Report as of July 18, 2018

VI.(b) Executory Contracts and Unexpired Leases
Assigned to Estes Industries, LLC

"Acquired Assets" shall include all of each Seller's right, title and interest in and to the following…(h) all of Seller's Contracts, agreements, licenses…as set forth on Schedule 2.1(h), solely to the extent that such Excutory Cotracts and Unexpired Leases are designated by Purchaser to Seller in writing, within five (5) days following the execution hereof.

**Estes Industries, LLC/Estes-Cox Corp. Purchase Agreement Schedule 2.1(h)**

| Contract ID | Counterparty |
|---|---|
| 7003 | ACE HARDWARE CORPORATION |
| 7004 | AMAZON.COM INC. |
| 7005 | AMAZON.COM.CA, INC. |
| 7006 | BENNYS INC DBA STEWART DISTRIBUTING |
| 7007 | BI-MART CORPORATION |
| 7008 | BLAIN'S FARM & FLEET |
| 7009 | CABELA'S |
| 7010 | DO IT BEST CORPORATION |
| 7011 | FRED MEYER, INC |
| 7012 | FRY'S ELECTRONICS |
| 7013 | JENSEN DISTRIBUTION SERVICES |
| 7014 | MEIJER, INC. |
| 7015 | MID-STATES DISTR COMPANY |
| 7016 | MILITARY MODEL |
| 7017 | MMP, LLC |
| 7018 | SUPERVALU |
| 7019 | TARGET NORTHERN OPER.CTR. |
| 7020 | Target.com, a Div of Target Corp. |
| 7021 | TOYS 'R' US |
| 7022 | TRUE VALUE COMPANY |
| 7023 | UNITED HARDWARE DISTR CO. |
| 7024 | WALMART |
| 7065 | AEROMODELLI LTDA |
| 7072 | ARTSKIN SRL |
| 7073 | CLICKTALE |
| 7074 | DAWN TRADING |
| 7075 | EIJI SATO |
| 7076 | ESBAS / SPACE CAMP - TURKEY |
| 7064 | GAMETEC SA. |
| 7077 | HOBBIES AUSTRALIA |
| 7066 | HOBBY CENTER |
| 7078 | HOBBY CENTER |
| 7071 | INNOVATION COMPUTERS |
| 7079 | JAPAN ASSOC. OF ROCKETRY |
| 7080 | LOGIC RC, LTD |
| 7067 | LUIS GONZAGA OBREGON ZETINA |
| 7069 | MPM SA S.A. |
| 7070 | ZALAQUETT Y AVENDANO LIMITADA |
| 7025 | Veritiv |
| 7026 | AFCO |
| 7027 | Fireman's Fund Ins Co |
| 7028 | First Mercury Ins Co |
| 7029 | Navigators |
| 7030 | Pinnacol Assurance |
| 7031 | Trade Risk Guaranty Brokerage Services, LLC |
| 7032 | Verlan Fire Ins Co |
| 7033 | Kuebix |
| 7034 | Magento |
| 7035 | Thomson Reuters |
| 7036 | TOPS Software Corporation |
| 7037 | EXTOL |
| 7038 | Fujitsu Glovia, Inc. |
| 7039 | 1 World Sync |
| 7040 | CommerceHub |
| 7041 | ShipWorks |
| 7042 | UL Information & Insights Inc DBA The Wercs |
| 7043 | unleaded |
| 7044 | Avalara |
| 7045 | Miller Enterprises |
| 7046 | AeroTech Division of RCS Rocket Motor Companies |
| 7047 | Johnson Research & Development Co. (licensee is Hobbico, Inc.) |
| 7048 | Leisure Inc dba WhiteBoard Product Solutions |
| 7049 | Victoria G. Dorffler (beneficiary to Michael Dorffler, deceased) |
| 7050 | Banghart-Corin & Associates |
| 7051 | BDC Group, Inc. |
| 7052 | Besco Associates |
| 7053 | CDZ Sales, Inc |
| 7054 | Chapman-Bingham Assoc Inc |
| 7055 | Intermarket Enterprises |
| 7056 | M squared sales |
| 7057 | Strategic Marketing Partners, Inc. |
| 7058 | Terry Toy's Inc |

| | |
|---|---|
| In re: | HOBBICO, INC., et al. (Debtor-in-possession) |
| Case No: | 18-10055 (KG) |
| Period: | Final Report as of July 18, 2018 |

## VI.(b) Executory Contracts and Unexpired Leases Assigned to Estes Industries, LLC

| Contract ID | Counterparty |
|---|---|
| 7059 | The O'Keefe Company |
| 7060 | Toyco Inc. |
| 7061 | National Association of Rocketry |
| 7062 | ChemTel Inc |
| 7063 | CSC |

In re: HOBBICO, INC., et al. (Debtor-in-possession)
Case No: 18-10055 (KG)
Period: Final Report as of July 18, 2018

Case 18-10055-KG    Doc 554-1    Filed 08/08/18    Page 11 of 14

**VI.(c) Executory Contracts and Unexpired Leases Assigned to Blitz GmbH**

**Blitz GmbH/Revell, Inc. Purchase Agreement Schedule 2.1(u)**

| DEBTOR CONTRACT ID | NON-DEBTOR COUNTERPARTY |
| --- | --- |
| 8144 | U.S. Department of the Navy |
| 8145 | Universal Studios Licensing LLC |
| 8093 | C. Foose Design, Inc. |
| 8136 | Supercar Collectibles, Ltd. |
| 8135 | Sony Pictures Television Inc. |
| 8146 | Universal Studios Licensing LLC |
| 8100 | Dick Brannan |
| 8086 | Aktiebolaget Volvo (publ) |
| 8104 | Driven Performance Brands |
| 8124 | Mitsubishi Motors Corporation |
| 8139 | Tom Daniel |
| 8113 | Hulman Motorsports Properties, LLC |
| 8128 | NicKey Performance, Inc. |
| 8133 | Roland Leong |
| 8140 | Tom Daniel |
| 8099 | Diane Sox |
| 8087 | AM General LLC |
| 8089 | Automobili Lamborghini S.p.A. |
| 8090 | Baer Brakes |
| 8091 | Bowler Performance Transmissions |
| 8092 | Bridgestone Brands, LLC |
| 8096 | Dan Fink Metalworks |
| 8097 | Dan Gurney (AAR aka All American Racers) |
| 8098 | Dave Glass |
| 8105 | Edelbrock, LLC |
| 8107 | Fine Molds |
| 8109 | Frank Iaconio Sr. |
| 8111 | Goodguys Rod & Custom Assoc. |
| 8112 | Green Dot North America |
| 8114 | Ilene Roth |
| 8115 | Ilene Roth |
| 8116 | Ilene Roth |
| 8117 | Ilene Roth |
| 8118 | Ilene Roth |
| 8119 | Linda Vaughn |
| 8121 | Matt Hay |
| 8123 | Mike Cook |
| 8125 | NASCAR Team Properties |
| 8126 | NASCAR Team Properties |
| 8127 | National Street Rod Association |
| 8131 | Paramount Licensing Inc. |
| 8132 | Profiles Marketing Group |
| 8134 | Roush Enterprises, Inc. |
| 8141 | Tom Daniel |
| 8142 | Tommy Ivo |
| 8143 | Tower Top Tours, Inc. |

In re: HOBBICO, INC., et al. (Debtor-in-possession)
Case No: 18-10055 (KG)
Period: Final Report as of July 18, 2018

Case 18-10055-KG    Doc 554-1    Filed 08/08/18    Page 12 of 14

## VI.(d) Executory Contracts and Unexpired Leases Assigned to MT Acquisitions, LLC

"Acquired Assets" means all of the following...(d) those Contracts identified in Schedule 2.1(d) (the "Listed Contracts") all of which shall be Assigned Contracts.

**MT Acquisitions, LLC/Great Planes Model Manufacturing, Inc Schedule 2.1(d)**

| Contract ID | Counterparty |
|---|---|
| 1. Contract 2002 with FE Moran Fire Inspection for monthly inspection of alarms | |

Case 18-10055-KG    Doc 554-1    Filed 08/08/18    Page 13 of 14

In re: HOBBICO, INC., et al. (Debtor-in-possession)
Case No: 18-10055 (KG)
Period: Final Report as of July 18, 2018

## VI.(e) Rejected Executory Contracts and Unexpired Leases

**Contracts Rejected per Fourth Omnibus Motion 3/30/18 (Docket #345)**

| Contract ID | Non Debtor Counterparty | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 1006 | RR Donnelley | Hobbico, Inc. | Catalog Manufacturing |
| 1007 | Lever Interactive | Hobbico, Inc. | Advisor |
| 1016 | Blue Sky | Hobbico, Inc. | Advisor |
| 1017 | Pinacle | Hobbico, Inc. | Advisor |
| 1066 | Maximizer | Hobbico, Inc. | Software Maintenance |
| 4002 | Whitepages, Inc. | Tower Hobbies, Inc. | Fixed Term Agreement |
| 4003 | Google LLC f/k/a Google Inc. | Tower Hobbies, Inc. | Advertising |

**Contracts Rejected in Fifth Omnibus Motion 5/31/18 (Docket #469)**

| Contract ID | Non Debtor Counterparty | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 3025 | 1 World Sync | United Model, Inc. | Service Agreement |
| 8071 | 1 World Sync | Revell Inc. | IT |
| 8072 | ACOM Solutions | Revell Inc. | IT |
| 8055 | All Seasons Marketing | Revell Inc. | Independent Mfg / Sales Representative |
| 8088 | American Honda Motor Co., Inc. and Honda Patents & Technologies | Revell Inc. | Licensing |
| 2034 | AMERIN | Great Planes Model Manufactu | Utilities |
| 8056 | AVS MARKETING SPECIALISTS, | Revell Inc. | Independent Mfg / Sales Representative |
| 3015 | Banghart-Corin & Associates | United Model, Inc. | Manufacturing/Sales Representative |
| 8057 | Banghart-Corin & Associates | Revell Inc. | Independent Mfg / Sales Representative |
| 3016 | BDC Group, Inc. | United Model, Inc. | Manufacturing/Sales Representative |
| 8058 | BDC Group, Inc. | Revell Inc. | Independent Mfg / Sales Representative |
| 3017 | Besco Associates | United Model, Inc. | Manufacturing/Sales Representative |
| 8059 | Besco Associates | Revell Inc. | Independent Mfg / Sales Representative |
| 3001 | BLAIN'S FARM & FLEET | United Model, Inc. | Customer/Supplier Agreement |
| 8094 | Carroll Shelby Licensing, Inc. | Revell Inc. | Licensing |
| 8060 | CDZ SALES, INC. | Revell Inc. | Independent Mfg / Sales Representative |
| 3018 | Chapman-Bingham Assoc Inc | United Model, Inc. | Manufacturing/Sales Representative |
| 8061 | Chapman-Bingham Assoc Inc | Revell Inc. | Independent Mfg / Sales Representative |
| 8095 | Chrysler Group LLC n/k/a FCA US LLC (DM05-000248.1) | Revell Inc. | Licensing |
| 2001 | City of Urbana | Great Planes Model manufactu | Utilities |
| 8151 | CleanNet USA | Revell Inc. | Outside Service |
| 8073 | Commerce Hub | Revell Inc. | IT |
| 8074 | Computer Aided Tech | Revell Inc. | IT |
| 8101 | Disney Consumer Products, Inc | Revell Inc. | Licensing |
| 8102 | Disney Consumer Products, Inc | Revell Inc. | Licensing |
| 8075 | DPOE Image Flex Dr. Ing. h.c.F. Porsche | Revell Inc. | IT |
| 8103 | Aktiengesellschaft | Revell Inc. | Licensing |
| 3026 | Dun & Bradstreet | United Model, Inc. | Service Agreement |
| 8106 | Feld Motor Sports | Revell Inc. | Licensing |
| 8108 | Ford Motor Company | Revell Inc. | Licensing |
| 8110 | General Motors LLC | Revell Inc. | Licensing |
| N/A | GreatBanc Trust Company | Hobbico | Trustee Engagement Agreement |
| N/A | GreatBanc Trust Company | Hobbico | Trust Agreement |
| 8076 | Green Lion Digital | Revell Inc. | IT |
| 8062 | GREGORY M. MARX | Revell Inc. | Independent Mfg / Sales Representative |
| 3027 | GS1, US | United Model, Inc. | Service Agreement |
| 2035 | ILLINOIS WATER | Great Planes Model manufactu | Utilities |
| 8079 | Infor (US) Inc. | Revell Inc. | IT |
| 8063 | INTERMARKET ENTERPRISES | Revell Inc. | Independent Mfg / Sales Representative |
| 8080 | JDA Software Inc. | Revell Inc. | IT |
| 8081 | Kubotex | Revell Inc. | IT |
| 8120 | Lockheed Martin Corporation | Revell Inc. | Licensing |
| 3005 | LOWE'S COMPANIES, INC. | United Model, Inc. | Customer/Supplier Agreement |
| 3019 | M 2 Sales | United Model, Inc. | Manufacturing/Sales Representative |
| 8064 | M 2 Sales | Revell Inc. | Independent Mfg / Sales Representative |
| 8152 | Mail Finance | Revell Inc. | Outside Service |
| 8122 | Mazda Ace Co., Ltd. | Revell Inc. | Licensing |
| 3006 | Michaels | United Model, Inc. | Customer/Supplier Agrement |
| 3007 | MID-STATES DISTR COMPANY | United Model, Inc. | Customer/Supplier |
| 3008 | MILITARY MODEL | United Model, Inc. | Customer/Supplier |
| 3020 | Mountain State Sales | United Model, Inc. | Manufacturing/Sales Representative |
| 8065 | Mountain State Sales | Revell Inc. | Independent Mfg / Sales Representative |
| 8129 | Northrop Grumman Systems Corporation | Revell Inc. | Licensing |
| 3021 | O'Keefe Company | United Model, Inc. | Manufacturing/Sales |
| 8066 | O'Keefe Company | Revell Inc. | Independent Mfg / Sales Representative |
| 1037 | Old Republic Surety Co | Hobbico | Insurance |
| 3009 | P.M. HANSEN LTD. | United Model, Inc. | Customer/Supplier |
| 8130 | PACCAR Inc. | Revell Inc. | Licensing |
| 8082 | Pro Data | Revell Inc. | IT |
| 8154 | Round 2, LLC | Revell Inc. | Royalty |
| 3022 | S&S Sales | United Model, Inc. | Manufacturing/Sales |
| 8067 | S&S Sales | Revell Inc. | Independent Mfg / Sales Representative |
| 8083 | Sage | Revell Inc. | IT |
| 3010 | SCIENTIFIC MODELS INC | United Model, Inc. | Customer/Supplier |
| 8153 | SOS Technologies | Revell Inc. | Outside Service |

| | | | |
|---|---|---|---|
| In re: | HOBBICO, INC., et al. (Debtor-in-possession) | | |
| Case No: | 18-10055 (KG) | | |
| Period: | Final Report as of July 18, 2018 | | |

## VI.(e) Rejected Executory Contracts and Unexpired Leases

| Contract ID | Non Debtor Counterparty | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 3011 | STEVENS INTERNATIONAL | United Model, Inc. | Agreement |
| 3023 | Strategic Marketing Partners, Inc | United Model, Inc. | Manufacturing/Sales |
| 8068 | Strategic Marketing Partners, Inc | Revell Inc. | Independent Mfg / Sales Representative |
| 8084 | T. L. Ashford | Revell Inc. | IT |
| 8069 | TERRY TOYS, INC. | Revell Inc. | Independent Mfg / Sales Representative |
| 8137 | Textron Innovations Inc. | Revell Inc. | Licensing |
| 8138 | The Wright Brothers USA, LLC | Revell Inc. | Licensing |
| 3024 | Toyco Inc. | United Model, Inc. | Manufacturing/Sales |
| 8070 | Toyco Inc. | Revell Inc. | Independent Mfg / Sales Representative |
| 8085 | Tri Star Inc. | Revell Inc. | IT |
| 3012 | TRUE VALUE COMPANY | United Model, Inc. | Customer/Supplier |
| 3013 | UNITED HARDWARE DISTR CO. | United Model, Inc. | Customer/Supplier |
| 8147 | Velia Deal | Revell Inc. | Licensing |
| 8148 | Velia Deal | Revell Inc. | Licensing |
| 8149 | Volkswagen Zubehor GmbH | Revell Inc. | Licensing |
| 3014 | WALMART | United Model, Inc. | Customer/Supplier |
| 1008 | Warner Bros. Consumer Products Inc. | Hobbico | Licensing |