## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| Hobbico, Inc. | |
| Debtor. | Case No.: 18-10055-KG |

### NOTICE OF HEARING

To:   All Parties of Record

PLEASE TAKE NOTICE that on **September 19, 2019,** at **10:00 a.m. (EDT)**, or as soon thereafter as counsel may be heard, the undersigned shall appear before Honorable Judge Kevin Gross or any judge sitting in his stead in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Wilmington, DE 19801, and shall then and there present *Standard Mutual Insurance Company's Motion for Relief from Automatic Stay*.

Dated: August 26, 2019         /s/ *Robert Ostojic*
                                            Robert Ostojic
                                            LEAHY, EISENBERG & FRAENKEL, LTD.
                                            33 West Monroe Street, Suite 1100
                                            Chicago, Illinois 60603
                                            Tel.: (312) 368-4554
                                            Fax: (312) 368-4562
                                            Email: ro@lefltd.com
                                            *Counsel for Standard Mutual Insurance Company*