**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ESTES-COX CORP., | Case No. 18-10054 (KG) |
| Debtor. | |
| In re: | Chapter 7 |
| HOBBICO, INC., | Case No. 18-10055 (KG) |
| Debtor. | |
| In re: | Chapter 7 |
| AXIAL R/C INC., | Case No. 18-10056 (KG) |
| Debtor. | |
| In re: | Chapter 7 |
| GREAT PLANES MODEL MANUFACTURING INC., | Case No. 18-10057 (KG) |
| Debtor. | |
| In re: | Chapter 7 |
| REVELL INC., | Case No. 18-10058 (KG) |
| Debtor. | |
| In re: | Chapter 7 |
| TOWER HOBBIES INC., | Case No. 18-10059 (KG) |
| Debtor. | |

PHIL1 8575391v.1

| | |
|---|---|
| In re:<br><br>UNITED MODEL INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-10060 (KG) |
| In re:<br><br>ARRMA DURANGO LTD.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-10158 (KG) |

**NOTICE OF CHANGE IN CERTAIN HOURLY RATES FOR
KLEHR HARRISON HARVEY BRANZBURG LLP**

**PLEASE TAKE NOTICE** that, on September 13, 2018, the Bankruptcy Court for the District of Delaware entered the *Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Attorneys for Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§327(a) and 328(a), Fed. R. Bankr. P. 2014 and Del. Bankr. LR. 2014-1 Nunc Pro Tunc to July 25, 2018* [Case No. 18-10055; Docket No. 565] (the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order, Klehr Harrison Harvey Branzburg LLP, counsel to Alfred T. Guiliano, Chapter 7 Trustee, hereby provides notice of the following revised hourly rates, effective January 1, 2020:

| Timekeeper Category | Hourly Rate Range |
|---|---|
| Partners | $415.00 to $825.00 |
| Counsel | $355.00 to $480.00 |
| Associates[1] | $275.00 to $445.00 |
| Paralegals | $200.00 to $280.00 |

---

[1] Associate rates were effective as of November 1, 2019 and, if required, were previously noticed.

PHIL1 8575391v.1

| | |
|---|---|
| Dated: December 19, 2019<br>Wilmington, Delaware | */s/ Sally E. Veghte*<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:    (302) 426-1189<br>Facsimile:    (302) 426-9193<br><br>*Attorneys for Alfred T. Giuliano, Chapter 7 Trustee* |