# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Hobbico, Inc.  
2904 Research Road  
Champaign, IL 61822  
  **EIN:** 37–1159545

**Chapter:** 7

**Case No.:** 18–10055–JTD

## ORDER REQUIRING STATUS REPORT

    *AND NOW*, the case docket reflecting an extended period of inactivity of 180 days or longer,

***IT IS HEREBY ORDERED*** that pursuant to 11 U.S.C § 105(d)(1), counsel for the Trustee or the Trustee shall file a status report within 21 days of the date of this order.

*/s/ John T. Dorsey*  
John T. Dorsey  
Bankruptcy Judge

Dated: Wilmington, Delaware  
       2/22/22