# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 2/22/2022 |
| Case: 18−10055−JTD | Form ID: van492 | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| tr  | Alfred T. Giuliano | atgiuliano@giulianomiller.com |
| aty | Alfred T. Giuliano | atgiuliano@giulianomiller.com |
| aty | Michael W. Yurkewicz | myurkewicz@klehr.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Sally E. Veghte | sveghte@klehr.com |

TOTAL: 6