# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 |
| HOBBICO, INC., *et al.*,[1] | ) |
| | ) Case No. 18-10055 (JTD) |
| Debtors. | ) |
| | ) |

## STATUS REPORT

Alfred T. Giuliano, in his capacity as chapter 7 trustee (the "Trustee") for the estates of Hobbico, Inc. and the above-captioned debtors (the "Debtors"), hereby files a status report in connection with the chapter 7 cases and the adversary proceedings. This status report is submitted in response to the Court's order entered on February 22, 2022 [Docket No. 615].

### I. Background

1. On January 10, 2018, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). On January 26, 2018, Arrma Durango Ltd. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On January 11, 2018, the Court entered an Order directing the procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 41].

3. Following a series of sales of substantially all of the tangible assets of the Debtors, the chapter 11 cases of the Debtors were converted to cases under chapter 7 of the

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hobbico, Inc. (9545); Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); United Model, Inc. (5302); and Arrma Durango Limited (company number 07865134).

Bankruptcy Code on July 18, 2018, and the Trustee was appointed as chapter 7 trustee in each of the Debtors' cases.

4. On September 13, 2019, the Trustee filed a *Motion Authorizing the Chapter 7 Trustee to Use Cash Collateral and to Grant Adequate Protection and Other Relief to Wells Fargo Bank, National Association, as Agent, and the Other Secured Parties* [Docket No. 581] (the "Cash Collateral Motion"). The Cash Collateral Motion was granted by the Court on October 4, 2019 [Docket No. 588] which permitted the Trustee's use of cash collateral for fees and expenses related to the investigation of claims and causes of action.

5. On October 28, 2019, in an effort to investigate and marshal assets, the Trustee obtained Court authorization to employ Sebastian Equities Group, Inc. as an Asset Recovery Agent [Docket No. 595].

6. On January 10, 2020, the Trustee commenced six (6) adversary proceedings to recover alleged preferential transfers made by the Debtors to the defendants (the "Preference Actions"). The Preference Actions have been resolved and closed through settlement or dismissal of each action.

**II. Preparation for Case Closing**

7. On June 30, 2020, the Trustee filed a *Motion Pursuant to 11 U.S.C. § 554(a) and Rule 6007 of the Federal Rules of Bankruptcy Procedure for an Order Authorizing the Abandonment and Destruction of Documents* [Docket No. 607] (the "Document Destruction Motion"). An Order granting the Document Destruction Motion was entered by the Court on July 31, 2020 [Docket No. 610].

8. The Trustee is winding down the affairs of estate and preparing to close the case.

| | |
|---|---|
| Dated: March 15, 2022<br>Wilmington, Delaware | */s/ Sally E. Veghte*<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:    (302) 426-1189<br>Facsimile:    (302) 426-9193<br>Email: sveghte@klehr.com<br><br>-and -<br><br>Carol Ann Slocum, Esquire<br>Christopher J. Leavell, Esquire<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:    (215) 569-2700<br>Facsimile:    (215) 568-6603<br>Email: cslocum@klehr.com<br>           cleavell@klehr.com<br><br>*Counsel for Alfred T. Giuliano, Chapter 7 Trustee* |